UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex. rel.* DAWN BARRETT,<br>            Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>            Defendant. | Civil Action No. 03-12382-MLW |

NOTICE OF APPEARANCE

To the Clerk:

Please enter our appearances in the above-referenced matter on behalf of the plaintiff.

Dated: December 27, 2004

Peter B. Krupp, BBO #548112
Sara A. Laroche, BBO #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. (617) 367-1970