UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex. rel.* DAWN BARRETT,<br>          Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>          Defendants. | Civil Action No. 03-12382-MLW |

PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE* OF
W. MARK LANIER, KEVIN P. PARKER, JUDSON A. WALTMAN,
AARON J. DELUCA AND MARY LOUISE COHEN

Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of W. Mark Lanier, Kevin P. Parker, Judson A. Waltman and Aaron J. DeLuca, all members of the Bar of the State of Texas; and of Mary Louise Cohen, a member of the Bar of the District of Columbia. Affidavits of W. Mark Lanier, Kevin P. Parker, Judson A. Waltman, Aaron J. DeLuca and Mary Louise Cohen in support of this motion are being filed herewith.

Dated: December 27, 2004

Peter B. Krupp, BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. (617) 367-1970

Attorney for Plaintiff