UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. DAWN BARRETT,<br>　　　　　　Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION<br>　　　　　　Defendant. | Civil Action No. 03-12382-MLW |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MARY LOUISE COHEN

I, Mary Louise Cohen, hereby state as follows:

1. I am an attorney in the District of Columbia and a member Phillips & Cohen, LLP, 2000 Massachusetts Ave, NW, Washington, D.C. 20036, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bar of the District of Columbia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Courts for the Districts of the Northern District of Texas, the Southern District of Ohio, and the Eastern District of Texas.

4. I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with W. Mark Lanier, Kevin P. Parker, Judson A. Waltman, and Aaron J. DeLuca of the Lanier Law Firm, P.C. P.O. Box 691408, Houston, Texas 77269-1408.

Signed subject to the pains of perjury this 23 day of December, 2004.

Mary Louise Cohen