UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
ex. rel. DAWN BARRETT, )
         Plaintiff, )
)
v. )    Civil Action No. 03-12382-MLW
)
CIGNA CORPORATION )
         Defendant. )

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF W. MARK LANIER

I, W. Mark Lanier, hereby state as follows:

1. I am an attorney in the State of Texas and the founding member of The Lanier Law Office, P.O. Box 691448, Houston, Texas, 77269-1448, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bar of the State of Texas. I am also a member in good standing and admitted to practice before the United States Supreme Court, Fifth Circuit Court of Appeals, United States District Court for the Eastern District of Texas, United States District Court for the Northern District of Texas and United States District Court for the Southern District of Texas. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Courts for the Districts of Louisiana, Kansas, Oklahoma, New Mexico, Northern District of California and the Central District of California.

4.  I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with John R. Phillips and Mary Louise Cohen of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury this ___ day of December, 2004.

_____
W. Mark Lanier

SUBSCRIBED and SWORN before me this 17 day of December, 2004.

_____
Notary Public For the State of Texas

My Commission Expires: 5/19/2005

JAN MANNING
MY COMMISSION EXPIRES
MAY 19, 2005

2