UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION )<br>          Defendant. )<br>) | Civil Action No. 03-12382-MLW |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR ADMISSION *PRO HAC VICE* OF AARON J. DELUCA

I, Aaron J. Deluca, hereby state as follows:

1. I am an attorney licensed in the State of Texas and the Commonwealth of Pennsylvania and I am an associate of The Lanier Law Firm, P.O. Box 691448, Houston, Texas, 77269-1448, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bar of the State of Texas and the Commonwealth of Pennsylvania. I am also a member in good standing and admitted to practice before the Supreme Court of the United States and the United States District Court for the Western District of Pennsylvania. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the Circuit Court of the Third Judicial District in Madison County, IL (2004), the United States Bankruptcy Court for the Southern District of New York (2004), the Circuit Court of Wayne County, Michigan

(2004), the Circuit Court of Saginaw County, Michigan (2003), the Circuit Court of Kanawha County, West Virginia (2002), and the United States Bankruptcy Court, District of Delaware (2000).

4. I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with John R. Phillips and Mary Louise Cohen of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury this 12th day of December, 2004.

[signature]

Aaron J. DeLuca

Subscribed and sworn to before me the undersigned notary pubic on this the 15th day of December, 2004, by Aaron J. DeLuca.

CATHERINE ANNE GIBSON
Notary Public, State of Texas
My Commission Expires: 03-09-06

[signature]