UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex. rel.* DAWN BARRETT,<br>    Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION<br>    Defendant. | Civil Action No. 03-12382-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance in the above-referenced matter on behalf of plaintiff.

This notice has been served by mail on the plaintiff. Other counsel has filed an appearance in the case on behalf of plaintiff. There are no motions pending before the court. No trial date has been set, no hearings or conferences are scheduled, and no oral or written reports are due.

                Margaret Ann Metzger
                BBO #344220
                12 Arlington Road
                Wellesley, MA 02481
                Tel. (781) 239-1153

Dated:  December 8, 2004