AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

For The _____ DISTRICT OF _____ Massachusetts

UNITED STATES OF AMERICA
ex. rel. DAWN BARRETT
         **V.**
CIGNA CORPORATION, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12382-MLW

TO: (Name and address of defendant)

Life Insurance Company of North America
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19192

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Krupp, Esq.
Lurie & Krupp, LLP
1 McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

December 23, 2004

DATE



(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/29/04 |
| NAME OF SERVER (PRINT) Carey A. Luckey | TITLE Admin. Ast. - DOI |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First Class Mail to Life Insurance Company of North America, Two Liberty Place, 1601 Chestnut St., TL 08A, Philadelphia, PA 19192

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ Date

RECEIVED
DEC 29 2004
DIVISION OF INSURANCE
LEGAL DIVISION

Signature of Server: Carey A. Luckey

Address of Server: One State Station, Boston MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.