UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>DAWN BARRETT<br><br>        Plaintiff,<br><br>        v.<br><br>CIGNA CORPORATION and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>        Defendants. | Civil Action No. 03-12382-MLW |

**STIPULATED MOTION FOR
ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and Life Insurance Company of North America (collectively, "CIGNA") hereby move this Court for an enlargement of time to answer or otherwise respond to Relator Dawn Barrett's ("Barrett") First Amended Complaint. CIGNA requests that this Court extend the deadline for responding to the First Amended Complaint to March 25, 2005, in order to give CIGNA more time to compose its response. Barrett has agreed and stipulated to this extension of time.

Respectfully submitted,

_/s/ Marc J. Jones_
R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: January 14, 2005

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, Marc J. Jones, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion. Plaintiff's counsel does not oppose this motion.

_/s/ Marc J. Jones_
Marc J. Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on January 14, 2004.

_/s/ Marc J. Jones_
Marc J. Jones

3695737_1.DOC

3788409v1

-2-