UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex. rel. DAWN BARRETT | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 03-12382-MLW<br>)<br>) |
| CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Life Insurance Company of North America ("LINA") hereby states that it is a wholly-owned indirect subsidiary of CIGNA Corporation. LINA is a wholly-owned subsidiary of Connecticut General Corporation, which in turn is a subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a subsidiary of CIGNA Corporation.

Respectfully submitted,

_____
R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: January 31, 2005

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on January 31, 2005.

                                                          Marc J. Jones