UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31 P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>DAWN BARRETT<br><br>               Plaintiff,<br><br>               v.<br><br>CIGNA CORPORATION and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>               Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant CIGNA Corporation hereby states that it has no parent corporation and that no publicly held company owns ten percent (10%) or more of its stock.

Respectfully submitted,

R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: January 31, 2005

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on January 31, 2005.

*[signature]*
Marc J. Jones