UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex. rel. DAWN BARRETT <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br> Defendants. | Civil Action No. 03-12382-MLW |

**ASSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and Life Insurance Company of North America hereby move this Court for an enlargement of time to answer or otherwise respond to Relator's First Amended Complaint. In light of Defendants' Motion to Unseal the court file in this case, CIGNA requests that this Court enlarge the time within which they must answer or otherwise respond to plaintiff's First Amended Complaint to 30 days after the Court rules on Defendants' Motion to Unseal or Defendants receive documents pursuant to that order, whichever is later. Defendants request this extension to allow them time to incorporate information from the unsealed court file, if the Court grants Defendants' Motion to Unseal. Relator and the United States do not object to this extension of time.

Respectfully submitted,

*[signature]*

R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: March 17, 2005

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

### CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, Marc J. Jones, hereby certify that I have made a good-faith effort to confer on this issue with counsel for the Relator and the United States prior to filing this motion. Relator's counsel and the United States do not oppose this motion.

*[signature]*
Marc J. Jones

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Relator, by first class mail, and upon the United States Attorney, by hand, on March 17, 2005.

*[signature]*
Marc J. Jones

3879458v1

-2-