UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex. rel. <br> DAWN BARRETT <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br> Defendants. | Civil Action No. 03-12382-MLW |

## PARTIALLY UNOBJECTED-TO MOTION TO UNSEAL

Defendants CIGNA Corporation and Life Insurance Company of North America (collectively "CIGNA") hereby move to unseal the entire court file in the above-captioned matter. Relator does not object to the Motion to Unseal; the United States has indicated that it may oppose this Motion. In support of its motion, Defendants rely on their memorandum of law submitted herewith.

Respectfully submitted,

R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: March 17, 2005

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, Marc J. Jones, hereby certify that I have made a good-faith effort to confer on and attempted to resolve this issue with counsel for the Relator and the United States prior to filing this motion. Realtor's counsel does not oppose this motion. The United States may oppose this motion.

_____
Marc J. Jones

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Relator, by first class mail, and upon the United States Attorney, by hand, on March 17, 2005.

_____
Marc J. Jones

3833121v1

-2-