UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendants Cigna Corporation and Life Insurance Company of North America in this action.

        CIGNA CORPORATION AND LIFE
        INSURANCE COMPANY OF NORTH
        AMERICA

        By its attorney,

        */s/ Karen Collari Troake*
        Karen Collari Troake (BBO No. 566922)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109
        Tel: 617-248-5000
        Fax: 617-248-4000

Date: May 20, 2005

3926039v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on May 20, 2005.

/s/ Karen Collari Troake
Karen Collari Troake

3926039v1