UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO
EXCEED PAGE LIMIT FOR
THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants CIGNA Corporation and Life Insurance Company of North America, hereby move for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) for Defendants' Memorandum in Support of its Motion to Dismiss. Defendants seek leave to file a Memorandum not exceeding 40 pages. In support of this motion, the Defendants state that they have set forth multiple grounds for dismissal, including the failure to plead the Compliant with the specificity required by Fed. R. Civ. P. 9(b) and the failure to state a claim on which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). Defendants submit that a brief of this length is necessary to fully present their arguments related to their several grounds for dismissal. In addition, Defendants state that the additional length is necessary to address the extended allegations set forth in Plaintiff's 128-paragraph First Amended Complaint.

WHEREFORE, Defendants request that this motion be granted, and that the Court receive the Memorandum filed herewith.

Respectfully submitted,

_____
R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
Karen Collari Troake (BBO # 566922)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: 5/20, 2005

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for Defendants conferred with counsel for Plaintiffs regarding this Motion. Plaintiffs' counsel assented to Defendants filing a Memorandum in excess of that set forth in Section 7.1(b)(4) of the Local Rules of this Court.

_____
R.J. Cinquegrana

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on 5/20, 2005.

_____
R.J. Cinquegrana

-2-

3925635v1