UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P.12(b)(6) and 9(b), Defendants CIGNA Corporation and Life Insurance Company of North America ("LINA") hereby move and respectfully request that this Court dismiss this case with prejudice and without costs. Grounds for this Motion are set forth in detail in Defendants' Memorandum in Support of Motion to Dismiss, filed herewith

WHEREFORE, Defendants respectfully request that this motion be granted, and that the Court dismiss, with prejudice and without costs, Plaintiffs' First Amended Complaint in its entirety.

**A HEARING IS REQUESTED**

Respectfully submitted,

_____
R. J. Cinquegrana, P.C. (BBO # 084100)
Marc J. Jones (BBO # 645910)
Karen Collari Troake (BBO # 566922)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: __5/20__, 2005

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), counsel for Defendants has conferred with counsel for Plaintiffs regarding this Motion, and attempted in good faith to resolve or narrow the issues presented herein.

_____
R. J. Cinquegrana

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff and upon the United States Attorney, by first-class mail, on 5/20, 2005.

_____
R. J. Cinquegrana

3927161v1