UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel DAWN BARRETT, <br><br>   Plaintiff, <br><br> v. <br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br>   Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) Civil Action No. 03-12382-MLW <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

SUBSTITUTION OF APPEARANCE

To the Clerk:

  Please substitute my appearance in the above-captioned case as counsel for the United States. Please delete AUSA Sara M. Bloom from the docket.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney


      By:  /s/ Jeffrey M. Cohen
           JEFFREY M. COHEN
           Assistant U.S. Attorney
           John J. Moakley U.S. Courthouse
           1 Courthouse Way, Suite 9200
           Boston, MA 02110
           (617) 748-3626

Dated: May 23, 2003