UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DAWN BARRETT<br>           Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br>           Defendants. | Civil Action No. 03-12382-MLW |

**STIPULATED MOTION FOR ENLARGEMENT OF TIME
AND ADDITIONAL PAGES TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff hereby moves this Court for an enlargement of time and additional pages to respond to Defendants' Motion to Dismiss the Complaint served on May 20, 2005 ("the Motion to Dismiss"). Plaintiff requests that this Court extend the deadline for responding to the Motion to Dismiss to August 1, 2005 and grant plaintiff an additional 20 pages to respond to that motion.

On November 25, 2003, plaintiff filed this qui tam action under seal alleging violations of the federal False Claims Act, 31 U.S.C. § 3729, *et seq*. by defendants Cigna Corporation and Life Insurance Company of North America. On July 28, 2004, the United States declined to intervene in this litigation although it remains the real party in interest. On or about December 27, 2004, plaintiff served the Complaint and a First Amended Complaint on defendants. On May 20, 2005, defendants served the Motion to Dismiss, together with their 37-page brief.

Plaintiff requests that this Court grant it an extension until August 1, 2005 to respond to the Motion to Dismiss. This extension is necessary so that plaintiff has adequate time to prepare

her response. Plaintiff also requests leave to file a brief not to exceed 40 pages to address the merits of the defendants' filing.

Defendants, by and through counsel, have agreed and stipulated to this extension of time.

Respectfully submitted,

/ S /  Peter B. Krupp

Peter B. Krupp, B.B.O. 548112
Sara A. Laroche, B.B.O. 652479
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA  02109
Tel:  617-367-1970

Mary Louise Cohen
Colette G. Matzzie
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC  20036
Tel:  202-833-4567

W. Mark Lanier
Kevin P. Parker
Judson A. Waltman
Aaron J. DeLuca
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069
Tel:  713-659-5200

Attorneys for Plaintiff

CERTIFICATE OF CONFERENCE

  Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have made a good-faith effort to confer on this issue with defendants' counsel, Jack Cinquegrana, prior to filing this motion.  Mr. Cinquegrana assents to this motion.

            / S / Peter B. Krupp

            Peter B. Krupp