# DISABILITY REPORT - ADULT - Form SSA-3368-BK

## PLEASE READ ALL OF THIS INFORMATION BEFORE YOU BEGIN COMPLETING THIS FORM

### IF YOU NEED HELP

If you need help with this form, do as much of it as you can, and your interviewer will help you finish it. However, if you have access to the internet, you may access the Disability Report Form Guide at http://www.ssa.gov/disability/3368/.

### HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

- Please fill out as much of this form as you can before your interview appointment.
- Print or type.
- **DO NOT LEAVE ANSWERS BLANK.** If you do not know the answers, or the answer is "none" or "does not apply," please write: "don't know," "none," or "does not apply."
- **IN SECTION 4, PUT INFORMATION ON ONLY ONE DOCTOR/HOSPITAL/CLINIC IN EACH SPACE.**
- Each address should include a ZIP code. Each telephone number should include an area code.
- **DO NOT ASK A DOCTOR OR HOSPITAL TO COMPLETE THE FORM.** However, you can get help from other people, like a freind or family member.
- If your appointment is for an interview by telephone, have the form ready to discuss with us when we call you.
- If your appointment is for an interview in our office, bring the completed form with you or mail it ahead of time, if you were told to do so.
- When a question refers to "you," "your" or the "Disabled Person," it refers to the person who is applying for disability benefits. If you are filling out the form for someone else, please provide information about him or her.
- Be sure to explain an answer if the question asks for an explanation, or if you want to give additional information.
- If you need more space to answer any questions or want to tell us more about an answer, please use the "REMARKS" section on Pages 9 and 10, and show the number of the question being answered.

### ABOUT YOUR MEDICAL RECORDS

If you have any medical records and copies of prescriptions at home for the person who is applying for disability benefits, send them to our office with your completed forms or bring them with you to your interview. Also, bring any prescription bottles with you. If you need the records back, tell us and we will photocopy them and return them to you.

**YOU DO NOT NEED TO ASK DOCTORS OR HOSPITALS FOR ANY MEDICAL RECORDS THAT YOU DO NOT ALREADY HAVE.** With your permission, we will do that for you. The information we ask for on this form tells us to whom we should send a request for medical and other records. If you cannot remember the names and addresses of any of the doctors or hospitals, or the dates of treatment, perhaps you can get this information from the telephone book, or from medical bills, prescriptions and prescription bottles.

## WHAT WE MEAN BY "DISABILITY"

"Disability" under Social Security is based on your inability to work. For purposes of this claim, we want you to understand that "disability" means that you are unable to work as defined by the Social Security Act. You will be considered disabled if you are unable to do any kind of work for which you are suited and if your disability is expected to last (or has lasted) for at least a year or to result in death. So when we ask, "when did you become unable to work," we are asking when you became disabled as defined by the Social Security Act.

### The Privacy And Paperwork Reduction Acts

The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1631(e)(1) of the Social Security Act. The information on this form is needed by Social Security to make a decision on the named claimant's claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on the named claimant's claim. Although the information you furnish is almost never used for any purpose other than making a determination about the claimant's disability, such information may be disclosed by the Social Security Administration as follows: (1) to enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal Laws requiring the release of information from Social Security records (e.g., to the General Accounting Office and the Department of Veterans Affairs); and (3) to facilitate statistical research and such activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security).

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**PAPERWORK REDUCTION ACT:**    This information collection meets the clearance requirements of 44 U.S.C. §3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 60 minutes to read the instructions, gather the necessary facts, and answer the questions.

**PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.**

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

# DISABILITY REPORT
# ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____

Number Holder _____

## SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**A. NAME** *(First, Middle Initial, Last)*

**B. SOCIAL SECURITY NUMBER**

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

Area Code _____ Number _____   ☐ Your Number   ☐ Message Number   ☐ None

**D.** Give the name of a friend or relative that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions and can help you with your claim.**

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

City _____ State _____ ZIP _____   DAYTIME PHONE   Area Code _____ Number _____

**E.** What is your **height** without shoes?   feet ____ inches ____

**F.** What is your **weight** without shoes?   pounds ____

**G.** Do you have a **medical assistance card?** (For Example, Medicaid or Medi-Cal)  If "YES," show the **number here:**   ☐ YES   ☐ NO

**H.** Can you **speak** English?   ☐ YES   ☐ NO   If "NO," what languages can you speak? _____

If you **cannot speak** English, is there someone we may contact **who** speaks **English** and will give you messages?  *(If this is the same person as in "D" above show "SAME" here.)*

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

City _____ State _____ ZIP _____   DAYTIME PHONE   Area Code _____ Number _____

**I.** Can you **read** English?   ☐ YES   ☐ NO   **J.** Can you **write** more than your name in English?   ☐ YES   ☐ NO

Disability Report-Adult-Form SSA-3368-BK

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the **illnesses, injuries or conditions** that limit your ability to work? _____

_____

_____

B. How do your illnesses, injuries or conditions limit your ability to work? _____

_____

_____

C. Do your illnesses, injuries or conditions cause you **pain**
   or other symptoms?                                    ☐ YES   ☐ NO

D. When did your illnesses, injuries or
   conditions **first bother you?**

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

E. When did you become **unable to work** because
   of your illnesses, injuries or conditions?

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

F. Have you **ever worked?**                    ☐ YES   ☐ NO   *(If "NO," go
                                                                to Section 4.)*

G. Did you **work at any time** after the date your
   illnesses, injuries or conditions first bothered you?   ☐ YES   ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

   ☐  work fewer hours? *(Explain below)*

   ☐  change your job duties? *(Explain below)*

   ☐  make any job-related changes such as your attendance, help needed, or employers?
      *(Explain below)*

_____

_____

_____

_____

I. Are you **working now?**            ☐ YES   ☐ NO

   If "NO," when did **you stop working?**

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

J. Why did you **stop working?** _____

_____

_____

## SECTION 3 - INFORMATION ABOUT YOUR WORK

**A. List the kinds of jobs that you have had in the last 15 years that you worked.**

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) | | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) | |
|---|---|---|---|---|---|---|---|
| | | From | To | | | | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**B. Which job did you do the longest?** _____

**C. Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.)**
_____
_____

**D. In this job, did you:**

Use machines, tools or equipment?           ☐ YES   ☐ NO

Use technical knowledge or skills?           ☐ YES   ☐ NO

Do any writing, complete reports, or perform duties like this?   ☐ YES   ☐ NO

**E. In this job, how many total hours each day did you:**

| | | |
|---|---|---|
| Walk? ____ | Stoop? *(Bend down & forward at waist.)* ____ | Handle, grab or grasp big objects? ____ |
| Stand? ____ | Kneel? *(Bend legs to rest on knees.)* ____ | Reach? ____ |
| Sit? ____ | Crouch? *(Bend legs & back down & forward.)* ____ | Write, type or handle small objects? ____ |
| Climb? ____ | Crawl? *(Move on hands & knees.)* ____ | |

**F. Lifting and Carrying** *(Explain what you lifted, how far you carried it, and how often you did this.)*
_____
_____

**G. Check heaviest weight lifted:**
☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☐ Other _____

**H. Check weight frequently lifted:** *(By frequently, we mean from 1/3 to 2/3 of the workday.)*
☐ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☐ 50 lbs. or more   ☐ Other _____

**I. Did you supervise other people in this job?** ☐ YES (Complete items below.)   ☐ NO (Skip to next page.)

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees?   ☐ YES   ☐ NO

**J. Were you a lead worker?**   ☐ YES   ☐ NO

## SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS

A. Have you been seen by a doctor/hospital/clinic or anyone else for the illnesses, injuries or conditions that limit your ability to work?   ☐ YES   ☐ NO

B. Have you been seen by a doctor/hospital/clinic or anyone else for emotional or mental problems that limit your ability to work?   ☐ YES   ☐ NO

### If you answered "NO" to both of these questions, go to Section 5.

C. List other names you have used on your medical records. _____

_____

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each DOCTOR/HMO/THERAPIST/OTHER. Include your next appointment.

| 1. NAME | DATES |
|---|---|
| STREET ADDRESS | FIRST VISIT |
| CITY          STATE     ZIP | LAST SEEN |
| PHONE     Area Code   Phone Number     CHART/HMO # (If known) | NEXT APPOINTMENT |
| REASONS FOR VISITS _____ | |
| WHAT TREATMENT WAS RECEIVED? _____ | |

| 2. NAME | DATES |
|---|---|
| STREET ADDRESS | FIRST VISIT |
| CITY          STATE     ZIP | LAST SEEN |
| PHONE     Area Code   Phone Number     CHART/HMO # (If known) | NEXT APPOINTMENT |
| REASONS FOR VISITS _____ | |
| WHAT TREATMENT WAS RECEIVED? _____ | |

| SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

## DOCTOR/HMO/THERAPIST/OTHER

| 3. NAME | | | | DATES |
|---|---|---|---|---|
| STREET ADDRESS | | | | FIRST VISIT |
| CITY | STATE | ZIP | | LAST SEEN |
| PHONE _Area Code_ _Phone Number_ | | CHART/HMO # (If known) | | NEXT APPOINTMENT |
| REASONS FOR VISITS | | | | |
| | | | | |
| WHAT TREATMENT WAS RECEIVED? | | | | |
| | | | | |

**If you need more space, use Remarks, Section 9.**

### E. List each HOSPITAL/CLINIC. Include your next appointment.

| 1. HOSPITAL/CLINIC | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|
| NAME | | | ☐ INPATIENT STAYS *(Stayed at least overnight)* | DATE IN | DATE OUT |
| | | | | | |
| STREET ADDRESS | | | ☐ OUTPATIENT VISITS *(Sent home same day)* | DATE FIRST VISIT | DATE LAST VISIT |
| CITY | STATE | ZIP | | | |
| PHONE _Area Code_ _Phone Number_ | | | ☐ EMERGENCY ROOM VISITS | DATE OF VISITS | |

Next appointment _____ Your hospital/clinic number _____

Reasons for visits _____

_____

What treatment did you receive? _____

_____

What doctors do you see at this hospital/clinic on a regular basis? _____

_____

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

# HOSPITAL/CLINIC

2.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
|---|---|---|---|
| NAME | ☐ INPATIENT STAYS *(Stayed at least overnight)* | DATE IN | DATE OUT |
| STREET ADDRESS | ☐ OUTPATIENT VISITS *(Sent home same day)* | DATE FIRST VISIT | DATE LAST VISIT |
| CITY    STATE   ZIP | ☐ EMERGENCY ROOM VISITS | DATE OF VISITS | |
| PHONE _____ _____ Area Code   Phone Number | | | |

Next appointment_____ Your hospital/clinic number_____

**Reasons** for visits_____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

### If you need more space, use Remarks, Section 9.

F. Does **anyone else** have medical records or information about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

☐ YES *(If "YES," complete information below.)*          ☐ NO

| NAME | DATES |
|---|---|
| STREET ADRESS | FIRST VISIT |
| CITY    STATE   ZIP | LAST SEEN |
| PHONE _____ _____ Area Code   Phone Number | NEXT APPOINTMENT |
| CLAIM NUMBER (If any) | |
| REASONS FOR VISITS | |

### If you need more space, use Remarks, Section 9.

FORM SSA-3368-BK (11-2001) EF (11-2001)   The 12-1998 edition may be used until exhausted

## SECTION 5 - MEDICATIONS

Do you currently take any **medications** for your illnesses, injuries **or** conditions?  ☐ YES

If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)*  ☐ NO

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**If you need more space, use Remarks, Section 9.**

## SECTION 6 - TESTS

Have you had, or will you have, any **medical tests** for illnesses, injuries or conditions?

☐ YES ☐ NO  If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY--Name of body part | | | |
| MRI/CT SCAN Name of body part | | | |

**If you have had other tests, list them in Remarks, Section 9.**

## SECTION 7-EDUCATION/TRAINING INFORMATION

. Check the highest grade of school completed.

rade school:                                                           College:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | 1 | 2 | 3 | 4 or more |
|---|---|---|---|---|---|---|---|---|----|----|----|-----|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐  | ☐  | ☐  | ☐   | ☐ | ☐ | ☐ | ☐ |

pproximate date completed: _____

. Did you attend special education classes?    ☐ YES    ☐ NO   *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____

*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____

*City*              *State*        *Zip*

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

. Have you completed any type of special job training, trade or vocational school?

☐ YES ☐ NO  If "YES," what type?_____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

re you participating in the Ticket Program or another program of vocational rehabilitation
ervices, employment services or other support services to help you go to work?

☐ YES (Complete the information below)    ☐ NO

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____

*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____

*City*              *State*        *Zip*

DAYTIME PHONE NUMBER _____ _____

*Area Code*      *Number*

DATES SEEN _____ TO _____

TYPE OF SERVICES OR
TESTS PERFORMED _____

*(IQ, vision, physicals, hearing, workshops, etc.)*

## SECTION 9 - REMARKS

Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## SECTION 9 - REMARKS

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of **claimant** or person filing on claimant's behalf *(parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| | |

Witnesses are required **ONLY** if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of **Witness** | 2. Signature of **Witness** |
|---|---|
| **Address** *(Number and street, city, state, and ZIP code)* | **Address** *(Number and street, city, state, and ZIP code)* |

FORM SSA-3368-BK (11-2001) EF (11-2001)  The 12-1998 edition may be used until exhausted