United States Sentencing Guidelines are advisory, there is no requirement that the sentencing factors be alleged in the indictment. Moreover, in this case, as in Thompson, the district court announced that the sentence would be the same whether the Guidelines were held to be constitutional or not: "if the guidelines are held to be constitutional by the Court, then this will be a guideline sentence. If they're held to be unconstitutional by the Court, then I'm using the guidelines only as a guide . . . ." (Sent. Tr. at 42.) Given that the district court indicated that he was utilizing the Guidelines as a guide in the case the Guidelines were subsequently held unconstitutional, as has now come to pass, remand would be futile. As such, any error is harmless. Thompson, – F.3d –, 2005 WL 763313 at *2-3.

## CONCLUSION

For all the foregoing reasons, the judgment of the district court should be affirmed.

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32. The brief has 13659 words using proportional spacing and 14-pt. type. The brief was prepared using WordPerfect 9. The undersigned attorney also certifies that the computer diskette containing the full text of the Brief of Appellee has been scanned for viruses and to the best of our ability and technology, believes it is virus-free.

Dated: April 21, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Attorneys for Appellee