# CHOATE, HALL & STEWART LLP

R. J. CINQUEGRANA
DIRECT DIAL: 617 248-4002
EMAIL: RJCINQUEGRANA@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

July 29, 2005

Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way-Suite 2300
Boston, MA 02210

RE:   United States ex. rel. Dawn Barrett v. Cigna Corporation and Life Insurance Company of North America, Civil Action No. 03-12382-MLW

Dear Sir/Madam:

Please be advised that effective August 1, 2005, our new address will be as follows:

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

Sincerely,

R. J. Cinquegrana

3965406v1