UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**JOINT MOTION FOR LEAVE TO FILE**
**REPLY AND SURREPLY MEMORANDA**

Pursuant to Local Rule 7.1(A), the parties in the above-captioned matter hereby jointly move for leave to file reply and surreply memoranda in relation to the pending Motion to Dismiss the First Amended Complaint filed by defendants CIGNA Corporation and Life Insurance Company of North America and Relator's opposition thereto. In support of this Motion, the parties state that the reply and surreply memoranda will aid the Court in better understanding the case and rendering a decision.

Additionally, the parties propose the following briefing schedule for the reply and surreply memoranda: (1) Defendants must file their reply brief on or before September 1, 2005; and (2) Relator must file her surreply brief on or before October 3, 2005.

WHEREFORE, the parties respectfully request the Court allow this Joint Motion for Leave and grant such other relief as it deems just and appropriate.

3968374v2

Respectfully submitted,

| | |
|---|---|
| CITNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA | DAWN BARRETT |
| By their attorneys, | By her attorneys, |
| */s/ Karen Collari Troake* <br> R.J. Cinquegrana, P.C. (BBO # 084100) <br> Karen Collari Troake (BBO # 566922) <br> CHOATE, HALL & STEWART LLP <br> Two International Place <br> Boston, Massachusetts 02110 <br> (617) 248-5000 | */s/ Peter B. Krupp* <br> Peter B. Krupp (BBO # 548112) <br> LURIE & KRUPP, LLP <br> One McKinley Square <br> Boston, Massachusetts 02109 <br> (617) 367-1970 <br><br> Mary Louise Cohen <br> Peter Chatfield <br> Colette G. Matzzie <br> PHILLIPS & COHEN LLP <br> 2000 Massachusetts Avenue, NW <br> Washington, DC 20036 <br> (202) 833-4567 <br><br> W. Mark Lanier <br> Kevin P. Parker <br> Judson A. Waltman <br> Aaron J. Deluca <br> THE LANIER LAW FIRM, P.C. <br> P.O. Box 691408 <br> Houston, Texas 77269-1408 <br> (713) 659-5200 |

Dated: August 9, 2005

**SO ORDERED** this ___ day of August, 2005.

_____
Judge Mark L. Wolf

3968374v2