UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
EX REL. DAWN BARRETT          )
     Plaintiff,               )
                              )
                              )
     v.                       )   C.A. No. 03-12382-MLW
                              )
CIGNA CORPORATION, ET AL.,    )
     Defendants.              )
```

<u>ORDER</u>

WOLF, D.J.                                          January 9, 2006

A hearing on Defendants' Motion to Dismiss will be held on February 24, 2006, at 2:00 p.m.


                                   _____
                                      UNITED STATES DISTRICT JUDGE