UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
UNITED STATES OF AMERICA            )
EX REL. DAWN BARRETT                )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 03-12382-MLW
                                    )
CIGNA CORPORATION and LIFE          )
INSURANCE COMPANY OF NORTH          )
AMERICA                             )
            Defendants.             )
_____)
```

**ASSENTED-TO MOTION TO CONTINUE HEARING
ON DEFENDANTS' MOTION TO DISMISS COMPLAINT**

     Relator, Dawn Barrett, moves to continue the hearing on Defendants' Motion to Dismiss the Complaint, which is currently scheduled for February 24, 2006, to a date at the Court's convenience thereafter. In support of this motion, Relator states that the undersigned counsel will be out of the country during the February school vacation week, including February 24. The parties have conferred and all parties are available for a rescheduled hearing during the afternoons of February 28, 2006 or March 13, 2006, if those dates are convenient to the Court. Defendants' counsel, Jack Cinquegrana, assents to this motion.

<u>CERTIFICATE OF CONFERENCE</u>

     Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have conferred with defendants' counsel, Jack Cinquegrana, prior to filing this motion. Mr. Cinquegrana assents to this motion.

                                                          Respectfully submitted,

                                                          / S /  Peter B. Krupp

Dated:  January 26, 2006             Peter B. Krupp, B.B.O. 548112
                                                          Sara A. Laroche, B.B.O. 652479
                                                          LURIE & KRUPP, LLP
                                                          One McKinley Square
                                                          Boston, MA  02109
                                                          Tel:  617-367-1970

                                                          Mary Louise Cohen
                                                          Colette G. Matzzie
                                                          PHILLIPS & COHEN LLP
                                                          2000 Massachusetts Avenue, NW
                                                          Washington, DC  20036
                                                          Tel:  202-833-4567

                                                          W. Mark Lanier
                                                          Kevin P. Parker
                                                          Judson A. Waltman
                                                          Aaron J. DeLuca
                                                          THE LANIER LAW FIRM, P.C.
                                                          6810 FM 1960 West
                                                          Houston, TX 77069
                                                          Tel:  713-659-5200

                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2006.

                                                          / S /  Peter B. Krupp

                                                          Peter B. Krupp