UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>              Plaintiff, )<br>                    )<br>v. )<br>                    )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>              Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

PLAINTIFF'S MOTION FOR
ADMISSION *PRO HAC VICE* OF COLETTE G. MATZZIE

     Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Colette G. Matzzie, a member of the Bar of the District of Columbia. An Affidavit of Colette G. Matzzie in support of this motion is being filed herewith.

                                                     / S / Peter B. Krupp

Dated: March 9, 2006                         Peter B. Krupp, BBO #548112
                                                      Lurie & Krupp, LLP
                                                      One McKinley Square
                                                      Boston, MA 02109
                                                      Tel. (617) 367-1970

                                                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

     I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                                     / S / Peter B. Krupp

                                                     Peter B. Krupp