UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DAWN BARRETT,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF COLETTE G. MATZZIE

I, Colette G. Matzzie, hereby state as follows:

1. I am an attorney admitted to practice in the District of Columbia and a lawyer at the firm of Phillips & Cohen, LLP, 2000 Massachusetts Avenue, N.W., Washington, D.C. 20036, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing of, the Bar of the District of Columbia. I am also a member in good standing and admitted to practice before the District Court for the District of Columbia, the United States Supreme Court, and the United States Courts of Appeals for the Third, Fourth, Fifth, Eighth, Ninth, Tenth and Federal Circuits. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Courts for the Districts of Massachusetts, the Northern District of California, the Northern District of Illinois, the Northern District of New York, the Southern District of New York, and the District of New Jersey, as well as the Supreme Court of California and the Washington State Supreme Court.

4. I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with Mary Louise Cohen of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036, and with W. Mark Lanier and other lawyers at the Lanier Law Firm, P.C., 6810 FM 1960 West, Houston, TX 77069.

Signed subject to the pains of perjury this 9th day of March, 2006.

/ S / Colette G. Matzzie

Colette G. Matzzie