UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>              Plaintiff, )<br>               )<br>     v. )<br>               )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>              Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

### MOTION FOR REMOVAL OF JOHN R. PHILLIPS' NAME FROM DOCKET AS COUNSEL FOR PLAINTIFF

Plaintiff Dawn Barrett respectfully requests that this Court withdraw John R. Phillips of the firm of Phillips & Cohen, LLP, and remove his name from the Court's docket, as counsel for plaintiff in this action. Mr. Phillips is not admitted to practice in this Court and has not been admitted, or moved to be admitted, *pro hac vice* in this matter. The undersigned lawyers have appeared, and represent plaintiff, in this case.

Dated: March 10, 2006

Respectfully submitted,

/ S /  Peter B. Krupp

| | |
|---|---|
| W. Mark Lanier<br>Kevin P. Parker<br>Judson A. Waltman<br>THE LANIER LAW FIRM, P.C.<br>P.O. Box 691408<br>Houston, TX  77269-1408<br>Tel.: (713) 659-5200 | Peter B. Krupp, B.B.O. #548112<br>LURIE & KRUPP, LLP<br>One McKinley Square<br>Boston, MA  02109<br>Tel.: (617) 367-1970<br><br>Mary Louise Cohen<br>Colette G. Matzzie<br>PHILLIPS & COHEN LLP<br>2000 Massachusetts Avenue, NW<br>Washington, DC 20036<br>Tel: (202) 833-4567<br><br>Attorneys for plaintiff |

2

CERTIFICATE OF SERVICE

      I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

      / S /  Peter B. Krupp

      Peter B. Krupp