UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DAWN BARRET**

CIVIL CASE NO. 03-12382-MLW

V.

**CIGNA CORPORATION et al**
        **Defendant(s)**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **MOTION HEARING** currently scheduled for **MARCH 13, 2006** at **3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been RESCHEDULED. It has been RESCHEDULED for **MARCH 15, 2006** at **11:00 AM**.

                                      SARAH A. THORNTON
                                      CLERK OF COURT

**March 9, 2006**                        By:   **/s/ Dennis O'Leary**
**Date**                                        **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                  [ntchrgcnf.]