UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex. rel.* DAWN BARRETT,<br>        Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>        Defendants. | )<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for plaintiff/relator Dawn Barrett. Other counsel has appeared in this case for Ms. Barrett.

Dated: March 13, 2006

                                        Respectfully submitted,
                                        AARON J. DELUCA, LLC

                                        By *[signature]*
                                        Aaron J. DeLuca
                                        19414 Bremerton Lane
                                        Spring, Texas 77388
                                        Tel: 281-383-9760
                                        Fax: 713-583-9468
                                        e-mail: aarondeluca@aarondeluca.com