UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12382

| Dawn Barrett et al | Cigna Corp., et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Krupp | Jack Cinquegrana |
| Collette Matzzie | Andrew Zigler |
| Libby Cohen | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/16/06 | Court gives the parties its tentative views on the motion to dismiss (docket no. 29). |
| | Court listens to oral arguments on the motion to dismiss. |
| | Court allows the motion to dismiss and authorizes the filing of a second amended complaint by the plaintiff. |
| | Amended complaint shall be filed by 4/14/2006.  Any motion to dismiss shall be filed by 5/5/2006.  Plaintiff's shall respond by 5/26/2006.  Any reply shall be filed by 6/2/2006.  A hearing on the motion to dismiss shall be held on 6/19/2006 at 3:00 PM.  Parties to confer and report regarding settlement by 4/5/2006. |
| | Court orders the parties to purchase the transcript from today's hearing |