```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           )
ex rel. DAWN BARRETT               )
     Plaintiff                     )
                                   )
     v.                            )     C.A. No. 03-12382-MLW
                                   )
CIGNA CORPORATION, ET AL.          )
     Defendants                    )
```

ORDER

WOLF, D.J.                                           March 16, 2006

For the reasons stated in court on March 16, 2006, the defendants' Motion to Dismiss is meritorious because the plaintiff has failed to allege fraud with the particularity required by Federal Rule of Civil Procedure 9(b). See United States ex rel. Karvelas v. Melrose-Wakefield Hosp., 360 F.3d 220, 227 (1st Cir. 2004). However, it is appropriate to allow the plaintiff to amend the complaint. Accordingly, it is hereby ORDERED that:

1. The parties shall, by April 5, 2006, confer and report whether this case can be resolved by agreement.

2. The plaintiff shall file a Second Amended Complaint by April 14, 2006.

3. The defendants shall, by May 5, 2006, file a motion to dismiss or an answer and any counterclaims.

4. The plaintiff shall respond to any motion to dismiss or

1

counterclaims by May 26, 2006.

    5. Any reply concerning any motion to dismiss shall be filed by June 2, 2006.

    6. A hearing on any motion to dismiss will be held on June 19, 2006, at 3:00 p.m.

                                         /s/ MARK L. WOLF
                                         UNITED STATES DISTRICT JUDGE