# CHOATE

CHOATE HALL & STEWART LLP

R. J. Cinquegrana<br>
617 248-4002<br>
rjcinquegrana@choate.com

April 10, 2006

Dennis O'Leary
Law Clerk to Honorable Mark L. Wolf
United States District Court for
 the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: <u>United States ex. rel. Dawn Barrett v. Cigna Corporation and Life Insurance Company of North America, Civil Action No. 03-12382-MLW</u>

Dear Mr. O'Leary:

Confirming our oral report to the Court, the parties have discussed this matter and are unable to reach a settlement at this time.

Sincerely,

R. J. Cinquegrana

RJC:kw

cc:   Kevin P. Parker, Esq.

4067486v1

Two International Place | Boston MA 02110 | t 617-248-5000 | f 617-248-4000 | choate.com