UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel.<br>DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**ASSENTED TO MOTION FOR**
**ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and Life Insurance Company of North America (collectively, "CIGNA") hereby move this Court for an enlargement of time to answer or otherwise respond to Relator Dawn Barrett's ("Barrett") Second Amended Complaint. CIGNA requests that this Court extend the deadline for responding to the Second Amended Complaint by one week from May 5, 2006 to May 12, 2006. CIGNA requests that the subsequent pleading schedule be similarly extended. Specifically, CIGNA requests that the pleading schedule be modified as follows:

- Defendant's Answer or Other Response to the Second Amended Complaint to be filed on or by May 12, 2006.

- Plaintiff's Response to be filed on or by June 5, 2006.

- Defendant's Reply to be filed on or by June 12, 2006.

Barrett has agreed and assented to this extension of time.

          Respectfully submitted,

          */s/ R.J. Cinquegrana*
          R. J. Cinquegrana (BBO# 084100)
          CHOATE, HALL & STEWART, LLP
          2 International Place
          Boston, Massachusetts 02110
          (617) 248-5000

          *Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: April 28, 2006

Assented to by:

DAWN BARRETT

Through her attorney,

*/s/ Peter B. Krupp*
Peter B. Krupp, (BBO# 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 021209
(617) 367-1971

    Dated April 28, 2006

-3-

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion. Plaintiff's counsel does not oppose this motion.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

4076122v1