UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO
EXCEED PAGE LIMIT FOR
THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants CIGNA Corporation and Life Insurance Company of North America, hereby move for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) for Defendants' Memorandum in Support of its Motion to Dismiss.  Defendants seek leave to file a Memorandum not exceeding 50 pages.  In support of this motion, the Defendants state that they have set forth multiple grounds for dismissal, including the failure to plead the Compliant with the specificity required by Fed. R. Civ. P. 9(b) and the failure to state a claim on which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).  Defendants submit that a brief of this length is necessary to fully present their arguments related to their several grounds for dismissal.  In addition, Defendants state that the additional length is necessary to address the extended allegations set forth in Plaintiff's 236-paragraph Second Amended Complaint.

WHEREFORE, Defendants request that this motion be granted, and that the Court receive the Memorandum filed herewith.

Respectfully submitted,

  /s/ R.J. Cinquegrana
R. J. Cinquegrana, (BBO # 084100)
CHOATE, HALL & STEWART
2 International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated: May 19, 2006

Assented to by:

DAWN BARRETT

Through her attorney,

  /s/ Peter B. Krupp
Peter B. Krupp, (BBO# 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 021209
(617) 367-1971

Dated: May 19, 2006

-3-

## CERTIFICATION OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiffs regarding this Motion. Plaintiffs' counsel assented to Defendants filing a Memorandum in excess of that set forth in Section 7.1(b)(4) of the Local Rules of this Court.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATION OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana