UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P.12(b)(6) and 9(b), Defendants CIGNA Corporation and Life Insurance Company of North America ("LINA") hereby move and respectfully request that this Court dismiss this case with prejudice and without costs. Grounds for this Motion are set forth in detail in Defendants' Memorandum in Support of Motion to Dismiss, filed herewith

WHEREFORE, Defendants respectfully request that this motion be granted, and that the Court dismiss, with prejudice and without costs, Plaintiffs' Second Amended Complaint in its entirety.

4083371v1

        Respectfully submitted,

        <u>/s/ R.J. Cinquegrana</u>
        R. J. Cinquegrana (BBO # 084100)
        CHOATE, HALL & STEWART, LLP
        Two International Place
        Boston, Massachusetts 02110
        (617) 248-5000

Dated:  May 19, 2006        *Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

-3-

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion but have been unable to resolve or narrow the issues.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATION OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana