UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 03-12382-MLW |

**DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE UNDER
SEAL AN UNREDACTED MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant Local Rule 7.2, Defendants CIGNA Corporation and Life Insurance

Company of North America move for permission to file under seal and serve on

plaintiffs' counsel an Unredacted Memorandum of Law in Support of Defendant's

Motion to Dismiss the Second Amended Complaint  (the "Unredacted Memorandum").

The Unredacted Memorandum discusses certain personal health information contained in

the claim files relied upon by Relator in her Second Amended Complaint ("the Third

Complaint").  Defendants' publicly filed Redacted Memorandum of Law in Support of

Defendant's Motion to Dismiss the Second Amended Complaint is identical to the

Unredacted Memorandum, except that the discussion of the claimant's personal  health

information is redacted, and the referenced Exhibits are not attached thereto. Pursuant to

Local Rule 7.2(a), defendants suggest that the Unredacted Memorandum shall remain

sealed until the conclusion of this litigation, including any related appeals, or until further

order of the court.

      Plaintiff assents to this motion.

                                  Respectfully submitted,

                                  */s/  R.J. Cinquegrana*
                                  R. J. Cinquegrana (BBO# 084100)
                                  CHOATE, HALL & STEWART, LLP
                                  2 International Place
                                  Boston, Massachusetts 02110
                                  (617) 248-5000

                                  *Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

      Dated:  May 19, 2006

Assented to by:

DAWN BARRETT

Through her attorney,

*/s/ Peter B. Krupp*
Peter B. Krupp, (BBO# 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 021209
(617) 367-1971

    Dated May 19, 2006

4081251v3

CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion.  Plaintiff's counsel does not oppose this motion.


/s/ R.J. Cinquegrana
R.J. Cinquegrana


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2006.


/s/ R.J. Cinquegrana
R.J. Cinquegrana

4081251v3