**EXHIBITS A THROUGH O HAVE BEEN OMITTED
FROM THIS REDACTED MEMORANDUM OF LAW**

P

# DISABILITY REPORT - ADULT - Form SSA-3368-BK

PLEASE READ ALL OF THIS INFORMATION BEFORE YOU BEGIN
COMPLETING THIS FORM

## THIS IS NOT AN APPLICATION

### IF YOU NEED HELP

If you need help with this form, do as much of it as you can, and your interviewer will help you finish it. However, if you have access to the Internet, you may access the Disability Report Form Guide at http://www.socialsecurity.gov/disability/3368/index.htm.

### HOW TO COMPLETE THIS FORM

The information that you give us on this form will be used by the office that makes the disability decision on your disability claim. You can help them by completing as much of the form as you can.

- Please fill out as much of this form as you can before your interview appointment.
- Print or type.
- **DO NOT LEAVE ANSWERS BLANK.** If you do not know the answers, or the answer is "none" or "does not apply," please write: "don't know," or "none," or "does not apply."
- **IN SECTION 4, PUT INFORMATION ON ONLY ONE DOCTOR/HOSPITAL/CLINIC IN EACH SPACE.**
- Each address should include a ZIP code. Each telephone number should include an area code.
- **DO NOT ASK A DOCTOR OR HOSPITAL TO COMPLETE THE FORM.** However, you can get help from other people, like a friend or family member.
- If your appointment is for an interview by telephone, have the form ready to discuss with us when we call you.
- If your appointment is for an interview in our office, bring the completed form with you or mail it ahead of time, if you were told to do so.
- When a question refers to "you," "your" or the "Disabled Person," it refers to the person who is applying for disability benefits. If you are filling out the form for someone else, please provide information about him or her.
- Be sure to explain an answer if the question asks for an explanation, or if you want to give additional information.
- If you need more space to answer any questions or want to tell us more about an answer, please use the "REMARKS" section on Pages 9 and 10, and show the number of the question being answered.

### ABOUT YOUR MEDICAL RECORDS

If you have any medical records and copies of prescriptions at home for the person who is applying for disability benefits, send them to our office with your completed forms or bring them with you to your interview. Also, bring any prescription bottles with you. If you need the records back, tell us and we will photocopy them and return them to you.

**YOU DO NOT NEED TO ASK DOCTORS OR HOSPITALS FOR ANY MEDICAL RECORDS THAT YOU DO NOT ALREADY HAVE.** With your permission, we will do that for you. The information we ask for on this form tells us to whom we should send a request for medical and other records. If you cannot remember the names and addresses of any of the doctors or hospitals, or the dates of treatment, perhaps you can get this information from the telephone book, or from medical bills, prescriptions and prescription bottles.

## WHAT WE MEAN BY "DISABILITY"

"Disability" under Social Security is based on your inability to work. For purposes of this claim, we want you to understand that "disability" means that you are unable to work as defined by the Social Security Act. You will be considered disabled if you are unable to do any kind of work for which you are suited and if your disability is expected to last (or has lasted) for at least a year or to result in death. So when we ask, "when did you become unable to work," we are asking when you became disabled as defined by the Social Security Act.

### The Privacy And Paperwork Reduction Acts

The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1631(e)(1) of the Social Security Act. The information on this form is needed by Social Security to make a decision on the named claimant's claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on the named claimant's claim. Although the information you furnish is almost never used for any purpose other than making a determination about the claimant's disability, such information may be disclosed by the Social Security Administration as follows: (1) to enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal Laws requiring the release of information from Social Security records (e.g., to the General Accounting Office and the Department of Veterans Affairs); and (3) to facilitate statistical research and such activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security).

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**PAPERWORK REDUCTION ACT:** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 60 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-0001. Send only comments relating to our time estimate to this address, not the completed form.*

## PLEASE REMOVE THIS SHEET BEFORE RETURNING THE COMPLETED FORM.

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

# DISABILITY REPORT
# ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____

Number Holder _____

Disability Report-Adult-Form SSA-3368-BK

## SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

A. **NAME** *(First, Middle Initial, Last)*

B. **SOCIAL SECURITY NUMBER**

C. **DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

_____ _____  ☐ Your Number   ☐ Message Number   ☐ None
*Area Code*      *Number*

D. Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____   DAYTIME
*City*   *State*   *ZIP*   PHONE   _____ _____
                                    *Area Code*   *Number*

E. What is your **height** without shoes?
_____ _____
*feet*   *inches*

F. What is your **weight** without shoes?
_____
*pounds*

G. Do you have a **medical assistance card**? (For Example, Medicaid or Medi-Cal) If "YES," show the **number** here: _____   ☐ YES ☐ NO

H. Can you **speak and understand English**? ☐ YES ☐ NO   If "**NO**," what is your preferred language? _____

**NOTE:** If you cannot speak and understand English, we will provide an interpreter, free of charge.

If you cannot **speak and understand English**, is there someone we may contact who speaks and understands English and will give you messages? ☐ YES ☐ NO   *(If "YES," and that person is the same as in "D" above show "SAME" here. If not, complete the following information.)*

NAME _____   RELATIONSHIP _____

ADDRESS _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____   DAYTIME
*City*   *State*   *ZIP*   PHONE   _____ _____
                                    *Area Code*   *Number*

I. Can you **read and understand English**? ☐ YES ☐ NO   J. Can you **write more than your name in English**? ☐ YES ☐ NO

---

### SECTION 2
### YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the **illnesses, injuries or conditions** that limit your ability to work? _____

_____

_____

B. How do your illnesses, injuries or conditions limit your ability to work?    _____

_____

_____

C. Do your illnesses, injuries or conditions cause you **pain**    ☐ YES    ☐ NO
   or **other symptoms**?

| D. When did your illnesses, injuries or conditions **first bother you**? | Month | Day | Year |
|---|---|---|---|
|  |  |  |  |

| E. When did you become **unable to work** because of your illnesses, injuries or conditions? | Month | Day | Year |
|---|---|---|---|
|  |  |  |  |

F. Have you **ever worked**?    ☐ YES    ☐ NO    *(If "NO," go to Section 4.)*

G. Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you?    ☐ YES    ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

   ☐ **work fewer hours?** *(Explain below)*

   ☐ **change your job duties?** *(Explain below)*

   ☐ **make any job-related changes such as your attendance, help needed, or employers?** *(Explain below)*

_____

_____

_____

_____

I. Are you **working now**?    ☐ YES    ☐ NO

| If "NO," when did **you stop working**? | Month | Day | Year |
|---|---|---|---|
|  |  |  |  |

J. Why did you **stop working**? _____

_____

_____

---

FORM **SSA-3368-BK** (2-2004) EF (2-2004)  Use 6-2003 edition Until Supply Exhausted                PAGE 2

## SECTION 3 - INFORMATION ABOUT YOUR WORK

A. List all the jobs that you had in the 15 years before you became unable to work because of your illnesses, injuries or conditions.

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) | | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) | |
|---|---|---|---|---|---|---|---|
| | | From | To | | | | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

B. Which job did you do the longest? _____

C. Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.)

_____

_____

D. In **this job**, did you:

Use machines, tools or equipment? ☐ YES ☐ NO

Use technical knowledge or skills? ☐ YES ☐ NO

Do any writing, complete reports, or perform duties like this? ☐ YES ☐ NO

E. In **this job**, how many total hours each day did you:

Walk? _____ Stoop? *(Bend down & forward at waist.)* _____    Handle, grab or grasp big objects? _____

Stand? _____ Kneel? *(Bend legs to rest on knees.)* _____    Reach? _____

Sit? _____ Crouch? *(Bend legs & back down & forward.)* _____    Write, type or handle small objects? _____

Climb? _____ Crawl? *(Move on hands & knees.)* _____

F. Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

G. Check **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☐ 50 lbs ☐ 100 lbs. or more ☐ Other _____

H. Check weight **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs. or more ☐ Other _____

I. Did you supervise other people in this job? ☐ YES (Complete items below.) ☐ NO (If NO, go to J.)

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees? ☐ YES ☐ NO

J. Were you a lead worker? ☐ YES ☐ NO

| SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☐ YES  ☐ NO

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?  ☐ YES  ☐ NO

### If you answered "NO" to both of these questions, go to Section 5.

C. List **other names** you have used on your medical records. _____

_____

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each DOCTOR/HMO/THERAPIST/OTHER. Include your **next appointment.**

1.

| NAME | | | DATES |
|---|---|---|---|
| STREET ADDRESS | | | FIRST VISIT |
| CITY | STATE | ZIP | LAST SEEN |
| PHONE<br>*Area Code    Phone Number* | | PATIENT ID # (If known) | NEXT **APPOINTMENT** |
| REASONS FOR VISITS _____ | | | |
| WHAT **TREATMENT** WAS RECEIVED? _____ | | | |

2.

| NAME | | | DATES |
|---|---|---|---|
| STREET ADDRESS | | | FIRST VISIT |
| CITY | STATE | ZIP | LAST SEEN |
| PHONE<br>*Area Code    Phone Number* | | PATIENT ID # (If known) | NEXT **APPOINTMENT** |
| REASONS FOR VISITS _____ | | | |
| WHAT **TREATMENT** WAS RECEIVED? _____ | | | |

**SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS**

## DOCTOR/HMO/THERAPIST/OTHER

| 3. NAME | | | | DATES |
|---|---|---|---|---|
| STREET ADDRESS | | | | FIRST VISIT |
| CITY | STATE | | ZIP | LAST SEEN |
| PHONE<br>_Area Code      Phone Number_ | | PATIENT ID # (If known) | | NEXT APPOINTMENT |

REASONS FOR VISITS _____

WHAT TREATMENT WAS RECEIVED? _____

**If you need more space, use Remarks, Section 9.**

E. **List each HOSPITAL/CLINIC.** Include your **next appointment.**

| 1. HOSPITAL/CLINIC | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|
| NAME | | | ☐ INPATIENT STAYS (Stayed at least overnight) | DATE IN | DATE OUT |
| STREET ADDRESS | | | | DATE FIRST VISIT | DATE LAST VISIT |
| CITY | STATE | ZIP | ☐ OUTPATIENT VISITS (Sent home same day) | | |
| PHONE<br>_Area Code      Phone Number_ | | | ☐ EMERGENCY ROOM VISITS | DATE OF VISITS | |

Next **appointment** _____ Your hospital/clinic **number** _____

**Reasons** for visits _____

What **treatment** did you receive? _____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

| SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

## HOSPITAL/CLINIC

2.

| HOSPITAL/CLINIC | | | TYPE OF VISIT | DATES | | |
|---|---|---|---|---|---|---|
| NAME | | | ☐ **INPATIENT STAYS** *(Stayed at least overnight)* | | DATE IN | DATE OUT |
| STREET ADDRESS | | | | | | |
| CITY | STATE | ZIP | ☐ **OUTPATIENT VISITS** *(Sent home same day)* | DATE FIRST VISIT | | DATE LAST VISIT |
| PHONE | | | ☐ **EMERGENCY ROOM VISITS** | DATE OF VISITS | | |
| Area Code | Phone Number | | | | | |

Next **appointment** _____  Your hospital/clinic **number** _____

**Reasons** for visits _____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

**If you need more space, use Remarks, Section 9.**

F. Does **anyone else have medical records or information** about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

☐ YES  *(If "YES," complete information below.)*     ☐ NO

| NAME | DATES |
|---|---|
| STREET ADDRESS | FIRST VISIT |
| CITY    STATE    ZIP | LAST SEEN |
| PHONE     Area Code    Phone Number | NEXT APPOINTMENT |
| CLAIM NUMBER (If any) | |
| REASONS FOR VISITS | |
| | |

**If you need more space, use Remarks, Section 9.**

## SECTION 5 - MEDICATIONS

Do you currently take any **medications** for your illnesses, injuries or conditions? ☐ YES

If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)* ☐ NO

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**If you need more space, use Remarks, Section 9.**

## SECTION 6 - TESTS

Have you had, or will you have, any **medical tests** for illnesses, injuries or conditions?

☐ YES ☐ NO    If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| SPEECH/LANGUAGE TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY--Name of body part | | | |
| MRI/CT SCAN Name of body part | | | |

**If you have had other tests, list them in Remarks, Section 9.**

## SECTION 7-EDUCATION/TRAINING INFORMATION

**A. Check the highest grade of school completed.**

Grade school:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

College:

| 1 | 2 | 3 | 4 or more |
|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ |

Approximate **date** completed: _____

**B. Did you attend special education classes?** ☐ YES ☐ NO *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____

*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City          State          Zip

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

**C. Have you completed any type of special job training, trade or vocational school?**

☐ YES ☐ NO  If "YES," what type?_____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

Are you participating in the Ticket Program or another program of vocational rehabilitation services, employment services or other support services to help you go to work?

☐ YES (Complete the information below)    ☐ NO

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____

*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City          State          Zip

DAYTIME PHONE NUMBER _____ _____
Area Code          Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR TESTS PERFORMED _____
*(IQ, vision, physicals, hearing, workshops, etc.)*

## SECTION 9 - REMARKS

**Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the blocks there.**

## SECTION 9 - REMARKS

---

**Name** of person completing this form (*Please Print*)

**Date Form Completed** (*Month, day, year*)

**Address** (*Number and street*)

**e-mail address** (*optional*)

**City**                    **State**                    **Zip Code**

**Q**

LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT STREET                                                      **GROUP POLICY**
PHILADELPHIA, PA 19192-2235
(800) 732-1603   TDD (800) 552-5744
**A STOCK INSURANCE COMPANY**

**POLICYHOLDER:**              Tyco International (US), Inc.

**POLICY NUMBER:**            LK-980001

**POLICY EFFECTIVE DATE:**    January 1, 2003

**POLICY ANNIVERSARY DATE:**  January 1

This Policy describes the terms and conditions of coverage. It is issued in New Hampshire and shall be governed by its laws. The Policy goes into effect on the Policy Effective Date, 12:01 a.m. at the Policyholder's address.

In return for the required premium, the Insurance Company and the Policyholder have agreed to all the terms of this Policy.

Robert J. Upton, Secretary

Gregory H. Wolf, President

TL-004700                                                                97 v-1

# TABLE OF CONTENTS

SCHEDULE OF BENEFITS .................................................................. 8

SCHEDULE OF BENEFITS FOR CLASS 1 ............................................... 9

SCHEDULE OF BENEFITS FOR CLASS 2 ............................................... 11

ELIGIBILITY FOR INSURANCE ........................................................... 13

EFFECTIVE DATE OF INSURANCE ...................................................... 13

TERMINATION OF INSURANCE .......................................................... 13

CONTINUATION OF INSURANCE ........................................................ 14

DESCRIPTION OF BENEFITS ............................................................. 14

EXCLUSIONS ................................................................................. 19

CLAIM PROVISIONS ....................................................................... 19

ADMINISTRATIVE PROVISIONS ......................................................... 21

DEFINITIONS ................................................................................ 23

SCHEDULE OF AFFILIATES .............................................................. 26

## SCHEDULE OF BENEFITS

**Premium Due Date**            Premiums are due in arrears on the date coinciding with the day of the Policy
                                Anniversary Date or the last day of the month, if earlier.

**Classes of Eligible Employees**

On the pages following the definition of eligible employees there is a Schedule of Benefits for each Class of Eligible
Employees listed below. For an explanation of these benefits, please see the Description of Benefits provision.

If an Employee is eligible under one Class of Eligible Employees and later becomes eligible under a different Class of
Eligible Employees, changes in his or her insurance due to the class change will be effective on the date of the change
in class.

Class 1          All active Full-time Employees of the Employer working a minimum of 20 hours per week; excluding
                 ADT Security Systems Employees who are subject to a Collective Bargaining Agreement and who
                 are not enrolled in the Tyco Benefits Plan.

Class 2          All active Full-time Employees of ADT Security Systems who are subject to a Collective Bargaining
                 Agreement working a minimum of 20 hours per week and who are not enrolled in the Tyco Benefits
                 Plan under Class 1.

## SCHEDULE OF BENEFITS FOR CLASS 1

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:   After 30 days of Active Service or a period specified in a union negotiated agreement, whichever is later.

For Employees hired after the Policy Effective Date:   After 30 days of Active Service or a period specified in a union negotiated agreement, whichever is later.

**Definition of Disability/Disabled**
An Employee is Disabled if, because of Injury or Sickness,
1.   he or she is unable to perform all the material duties of his or her regular occupation, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings; and
2.   after Disability Benefits have been payable for 24 months, he or she is unable to perform all the material duties of any occupation for which he or she may reasonably become qualified based on education, training or experience, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings.

**Definition of Covered Earnings**
Covered Earnings means an Employee's annual wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins.  It includes earnings received from commissions, but not bonus, overtime pay or other extra compensation.  Covered Earnings are determined initially on the date an Employee applies for coverage.  A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Commissions will be averaged for the 24 months just prior to the date Disability begins, or the months employed, if less than 24 months.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Benefit Waiting Period**   The later of 180 days or the end of any Employer sponsored Short Term Disability benefits or salary continuation.

A period of Disability is continuous even if the Employee can return to Active Service for up to 30 days during the Benefit Waiting Period.  The length of the Benefit Waiting Period will not be extended by the number of days the Employee can return to Active Service.

**Disability Benefit**   The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit, reduced by any Other Income Benefits.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

**Maximum Disability Benefit**   $10,000 per month

**Minimum Disability Benefit**   $100 per month

9

*Work Incentive Benefits*
For the first 12 months the Employee is eligible for a Disability Benefit, the Disability Benefit is as figured above. If for any month during this period, the sum of the Employee's Disability Benefit, current earnings and any additional Other Income Benefits exceeds 100% of his or her Indexed Covered Earnings, the Disability Benefit will be reduced by the excess amount.

After the first 12 months, the Disability Benefit is as figured above, reduced by 50% of his or her current earnings received during any month he or she returns to work. If the sum of the Employee's Disability Benefit, current earnings and any additional Other Income Benefits exceeds 80% of his or her monthly Indexed Covered Earnings, the Disability Benefit will be reduced by the excess amount figured above.

No Disability Benefits will be paid if the Insurance Company determines the Employee is able to work under a Transitional Work Arrangement or other modified work arrangement and he or she refuses to do so.

Current earnings include any wage or salary for work performed while Disability Benefits are payable. If an Employee is working for another employer on a regular basis when Disability begins, current earnings will include any increase in the amount he or she earns from this work during the period for which Disability Benefits are payable.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus any current earnings by which the Disability Benefit was reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**
The later of the Employee's SSNRA* or the Maximum Benefit Period listed below.

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Under Age 63 | The date the 48th Monthly Benefit is payable. |
| Age 63 | The date the 42nd Monthly Benefit is payable. |
| Age 64 | The date the 36th Monthly Benefit is payable. |
| Age 65 | The date the 30th Monthly Benefit is payable. |
| Age 66 | The date the 27th Monthly Benefit is payable. |
| Age 67 | The date the 24th Monthly Benefit is payable. |
| Age 68 | The date the 21st Monthly Benefit is payable. |
| Age 69 or older | The date the 18th Monthly Benefit is payable. |

*SSNRA means the Social Security Normal Retirement Age in effect under the Social Security Normal Retirement Act on the Policy Effective Date.

**Initial Premium Rates**

$.32 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made. However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,666.

TL-004774 (980001)

## SCHEDULE OF BENEFITS FOR CLASS 2

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:    After 30 days of Active Service or a period specified in a union negotiated agreement, whichever is later.

For Employees hired after the Policy Effective Date:    After 30 days of Active Service or a period specified in a union negotiated agreement, whichever is later.

**Definition of Disability/Disabled**

An Employee is Disabled if, because of Injury or Sickness,

1.    he or she is unable to perform all the material duties of his or her regular occupation, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings; and

2.    after Disability Benefits have been payable for 24 months, he or she is unable to perform all the material duties of any occupation for which he or she may reasonably become qualified based on education, training or experience, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings.

**Definition of Covered Earnings**

Covered Earnings means an Employee's annual wage or salary as reported by the Employer for work performed for the Employer as in effect just prior to the date Disability begins. It does not include amounts received as bonus, commissions, overtime pay or other extra compensation. Covered Earnings are determined initially on the date an Employee applies for coverage. A change in the amount of Covered Earnings is effective on the date of the change, if the Employer gives us written notice of the change and the required premium is paid.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Benefit Waiting Period**    The later of 180 days or the end of any Employer sponsored Short Term Disability benefits or salary continuation.

A period of Disability is continuous even if the Employee can return to Active Service for up to 30 days during the Benefit Waiting Period. The length of the Benefit Waiting Period will not be extended by the number of days the Employee can return to Active Service.

**Disability Benefit**    The lesser of 50% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit, reduced by any Other Income Benefits.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

**Maximum Disability Benefit**    $6,000 per month

**Minimum Disability Benefit**    $100 per month

11

*Work Incentive Benefits*

For the first 12 months the Employee is eligible for a Disability Benefit, the Disability Benefit is as figured above. If for any month during this period, the sum of the Employee's Disability Benefit, current earnings and any additional Other Income Benefits exceeds 100% of his or her Indexed Covered Earnings, the Disability Benefit will be reduced by the excess amount.

After the first 12 months, the Disability Benefit is as figured above, reduced by 50% of his or her current earnings received during any month he or she returns to work. If the sum of the Employee's Disability Benefit, current earnings and any additional Other Income Benefits exceeds 80% of his or her monthly Indexed Covered Earnings, the Disability Benefit will be reduced by the excess amount figured above.

No Disability Benefits will be paid if the Insurance Company determines the Employee is able to work under a Transitional Work Arrangement or other modified work arrangement and he or she refuses to do so.

Current earnings include any wage or salary for work performed while Disability Benefits are payable. If an Employee is working for another employer on a regular basis when Disability begins, current earnings will include any increase in the amount he or she earns from this work during the period for which Disability Benefits are payable.

**Additional Benefits**

*Survivor Benefit*

| | |
|---|---|
| Benefit Waiting Period: | After 6 Monthly Benefits are payable. |
| Amount of Benefit: | 100% of the sum of the last full Disability Benefit plus any current earnings by which the Disability Benefit was reduced for that month. |
| Maximum Benefit Period | A single lump sum payment equal to 3 monthly Survivor Benefits. |

**Maximum Benefit Period**

The later of the Employee's SSNRA* or the Maximum Benefit Period listed below.

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Under Age 63 | The date the 42nd Monthly Benefit is payable. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

*SSNRA means the Social Security Normal Retirement Age in effect under the Social Security Normal Retirement Act on the Policy Effective Date.

**Initial Premium Rates**

$.32 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made. However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $12,000.

TL-004774 (980001)

12

## ELIGIBILITY FOR INSURANCE

An Employee in one of the Classes of Eligible Employees shown in the Schedule of Benefits is eligible to be insured on the Policy Effective Date, or the day after he or she completes the Eligibility Waiting Period, if later. The Eligibility Waiting Period is the period of time the Employee must be in Active Service to be eligible for coverage. It will be extended by the number of days the Employee is not in Active Service.

Except as noted in the Reinstatement Provision, if an Employee terminates coverage and later wishes to reapply, or if a former Employee is rehired, a new Eligibility Waiting Period must be satisfied. An Employee is not required to satisfy a new Eligibility Waiting Period if insurance ends because he or she is no longer in a Class of Eligible Employees, but continues to be employed and within one year becomes a member of an eligible class.

TL-004710

## EFFECTIVE DATE OF INSURANCE

An Employee will be insured on the date he or she becomes eligible, if the Employee is not required to contribute to the cost of this insurance.

An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company. The effective date of this insurance depends on the date coverage is elected.

Insurance for an Employee who applies for insurance within 31 days after he or she becomes eligible is effective on the latest of the following dates.
1. The Policy Effective Date.
2. The date payroll deduction is authorized.
3. The date the Insurance Company receives the Employee's completed enrollment request

If an Employee's enrollment request is received more than 31 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective. If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.

If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

## TERMINATION OF INSURANCE

The insurance on an Employee will end on the earliest date below.
1. The date the Employee is eligible for coverage under a plan intended to replace this coverage.
2. The date the Policy is terminated.
3. The date the Employee is no longer in an eligible class.
4. The day after the period for which premiums are paid.
5. The date the Employee is no longer in Active Service.

TL-004714

13

## CONTINUATION OF INSURANCE

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable. Premiums for the Employee will be waived while Disability Benefits are payable. If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever occurs first.

If an Employee's Active Service ends due to an Employer approved unpaid leave of absence, layoff, military leave or family medical leave, insurance for that Employee will continue as follows:
1.      For an Employer approved unpaid leave of absence, up to 12 months.
2.      For layoff, up to 12 months.
3.      For military leave, up to 12 months.
4.      For an Employer approved family medical leave, up to 12 weeks.

TL-004716 (980001)

## DESCRIPTION OF BENEFITS

The following provisions explain the benefits available under the Policy. Please see the Schedule of Benefits for the applicability of these benefits to each class of Insureds.

**Disability Benefits**
The Insurance Company will pay Disability Benefits if an Employee becomes Disabled while covered under this Policy. A Disabled Employee must satisfy the Benefit Waiting Period and be under the Appropriate Care of a Physician. Satisfactory proof of Disability must be provided to the Insurance Company, at the Employee's expense, before benefits will be paid.

The Insurance Company will require continued proof of the Employee's Disability for benefits to continue.

**Benefit Waiting Period**
The Benefit Waiting Period is the period of time an Employee must be continuously Disabled before Disability Benefits may be payable. The Benefit Waiting Period is shown in the Schedule of Benefits.

The Insurance Company will waive the Benefit Waiting Period for an Employee if benefits under a Prior Plan were payable on the Policy Effective Date and the Employee returns to Active Service within 6 months after that date. The return to Active Service must be for more than 14 consecutive days but less than 6 months. The later Disability must be caused by the same or related causes for the Benefit Waiting Period to be waived.

**Termination of Disability Benefits**
Disability Benefits will end on the earliest of the following dates.
1.      The date an Employee earns more than the percentage of his or her Indexed Covered Earnings which is used to determine if an Employee is Disabled.
2.      The date the Insurance Company determines an Employee is not Disabled.
3.      The end of the Maximum Benefit Period.
4.      The date an Employee dies.
5.      The date the Employee refuses to participate in rehabilitation efforts as required by the Insurance Company.
6.      The date the Employee is no longer receiving Appropriate Care.

**Successive Periods of Disability**
Once an Employee is eligible to receive Disability Benefits under the Policy, separate periods of Disability resulting from the same or related causes are a continuous period of Disability unless the Employee returns to Active Service for more than 6 consecutive months.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes or the later Disability occurs after coverage under the Policy ends.

The Successive Periods of Disability provision will not apply if an Employee is eligible for coverage under a plan that replaces this Policy.

**Mental Illness, Alcoholism and Drug Abuse Limitation**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1.  Alcoholism
2.  Anxiety disorders
3.  Delusional (paranoid) disorders
4.  Depressive disorders
5.  Drug addiction or abuse
6.  Eating disorders
7.  Mental illness
8.  Somatoform disorders (psychosomatic illness).

If, before reaching the lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against the lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Pre-Existing Condition Limitation**
The Insurance Company will not pay Disability Benefits for any period of Disability caused by or contributed to by, or resulting from, a Pre-Existing Condition. A "pre-existing condition" means any Injury or Sickness for which the Employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a physician within 3 months before his or her most recent effective date of insurance.

The Pre-Existing Condition Limitation will apply to any added benefits or increases in benefits. It will not apply to a period of Disability that begins after an Employee is in Active Service for at least 12 months after his or her most recent effective date of insurance or the effective date of any added or increased benefits.

Except for any amount of benefit in excess of a Prior Plan's benefit, the Pre-Existing Condition Limitation will not apply to an Employee covered under a Prior Plan who satisfied the pre-existing condition limitation, if any, under that plan. If an Employee, covered under a Prior Plan, did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied.

Time will not be credited for any day an Employee is not actively at work due to his or her Injury or Sickness. The Pre-Existing Condition Limitation will be extended by the number of days the Employee is not actively at work due to his or her Injury or Sickness.

**Disability Benefit Calculation**
The Disability Benefit for any month Disability Benefits are payable is shown in the Schedule of Benefits. Disability Benefits are based on a 30 day period. They will be prorated if payable for any period less than a month.

**Work Incentive Benefit**
If an Employee is covered for Work Incentive Benefits, he or she may return to work while Disabled and Disability Benefits will continue. The conditions under which an Employee may return to work and the amount of this benefit are shown in the Schedule of Benefits.

The Insurance Company will review the Employee's status and will require satisfactory proof of earnings and continued Disability.

**Other Income Benefits**

While an Employee is Disabled, he or she may be eligible for benefits from other income sources. If so, the Insurance Company may reduce the Disability Benefits payable by the amount of such Other Income Benefits. The extent to which Other Income Benefits will reduce any Disability Benefits payable under the Policy is shown in the Schedule of Benefits.

Other Income Benefits include:

1.  any amounts which the Employee or any dependents, if applicable, receive (or are assumed to receive*) under:
    a.  the Canada and Quebec Pension Plans;
    b.  the Railroad Retirement Act;
    c.  any local, state, provincial or federal government disability or retirement plan or law as it pertains to the Employer;
    d.  any sick leave plan of the Employer;
    e.  any work loss provision in mandatory "No-Fault" auto insurance;
    f.  any Workers' Compensation, occupational disease, unemployment compensation law or similar state or federal law, including all permanent as well as temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.
2.  any Social Security disability or retirement benefits the Employee or any third party receives (or is assumed to receive*) on the Employee's behalf or for his or her dependents; or, if applicable, which his or her dependents receive (or are assumed to receive*) because of the Employee's entitlement to such benefits.
3.  any retirement plan benefits funded by the Employer. "Retirement plan" means any defined benefit or defined contribution plan sponsored or funded by an employer. It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any Employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 401(k) plan.
4.  any proceeds payable under any franchise or group insurance or similar plan. If there is other insurance that applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay its pro rata share of the total claim. "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5.  any amounts paid on account of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.
6.  any wage or salary for work performed. If an Employee is covered for Work Incentive Benefits, the Insurance Company will only reduce Disability Benefits to the extent provided under the Work Incentive Benefit in the Schedule of Benefits.

Dependents include any person who receives (or is assumed to receive) benefits under any applicable law on account of an Employee's entitlement to benefits.

  * See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*

After the first deduction for any Other Income Benefit (except wage or salary) is made, benefits will not be further reduced during that period of Disability due to any cost of living increase in that Other Income Benefit.

*Lump Sum Payments*

Other Income Benefits or earnings that are paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated the lump sum will be prorated monthly over a five year period.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

The Insurance Company will assume the Employee (or his or her dependents, if applicable) are receiving Other Income Benefits if they may be eligible for them. These assumed benefits will be the amount the Insurance Company estimates the Employee (or his or her dependents, if applicable) may be eligible to receive. Disability Benefits will be reduced by the amount of any assumed benefits as if they were actually received.

Except for any wage or salary for work performed while Disability Benefits are payable, this assumption will not be made if the Employee gives the Insurance Company proof of the following events.
1.      Application was made for these benefits.
2.      A Reimbursement Agreement is signed.
3.      Any and all appeals were made for these benefits or the Insurance Company determines further appeals will not be successful.
4.      Payments were denied.

The Insurance Company will not assume receipt of, nor reduce benefits by, any elective, actuarially reduced, or early retirement benefits under such laws until the Employee actually receives them.

*Social Security Assistance*

The Insurance Company will, at its discretion, assist the Employee in applying for Social Security Disability Income (SSDI) benefits. Disability Benefits will not be reduced by the assumed receipt of SSDI benefits while the Employee participates in the Social Security Assistance Program.

The Insurance Company may require the Employee to file an appeal if it believes a reversal of a prior decision is possible. If the Employee refuses to participate in, or cooperate with, the Social Security Assistance Program, the Insurance Company will assume receipt of SSDI benefits until the Employee gives us proof that all administrative remedies are exhausted.

**Minimum Benefit**
The Insurance Company will pay the Minimum Benefit regardless of any reductions made for Other Income Benefits. However, if there is an overpayment due, this benefit may be reduced to recover the overpayment.

**Recovery of Overpayment**
If benefits are overpaid, the Insurance Company has the right to recover the amount overpaid by either of the following methods.
1.      A request for lump sum payment of the overpaid amount.
2.      A reduction of any amounts payable under the Policy.

If there is an overpayment due when an Employee dies, any benefits payable under the Policy will be reduced to recover the overpayment.

TL-004771

## ADDITIONAL BENEFITS

**Rehabilitation During A Period of Disability**
If, while an Employee is Disabled, the Insurance Company determines that he or she is a suitable candidate for rehabilitation he or she may participate in a Rehabilitation Plan. The terms and conditions of the Rehabilitation Plan must be mutually agreed upon by the Employee and the Insurance Company.

The Insurance Company may require an Employee to participate in a rehabilitation assessment or a Rehabilitation Plan at our expense. The Insurance Company will work with the Employee, the Employer and the Employee's Physician and others, as appropriate, to develop a Rehabilitation Plan. If the Employee refuses to participate in the rehabilitation efforts, Disability Benefits will not be payable.

The Rehabilitation Plan may, at the Insurance Company's discretion, allow for payment of the Employee's medical expense, education expense, moving expense, accommodation expense or family care expense while he or she participates in the program.

A "Rehabilitation Plan" is a written agreement between the Employee and the Insurance Company in which the Insurance Company agrees to provide, arrange or authorize vocational or physical rehabilitation services.

TL-005105

**Survivor Benefit - Applies to Class 1 Only**
The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable. These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse. If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children. If there are no Spouse and no Children, no benefits will be paid.

"Spouse" means an Employee's lawful spouse. "Children" means an Employee's unmarried children under age 21 who are chiefly dependent upon the Employee for support and maintenance. The term includes a stepchild living with the Employee at the time of his or her death.

**Survivor Benefit - Applies to Class 2 Only**
The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable. The Employee must have been continuously Disabled for the Survivor Benefit Waiting Period before the first benefit is payable. These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse. If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children. If there are no Spouse and no Children, no benefits will be paid.

"Spouse" means an Employee's lawful spouse. "Children" means an Employee's unmarried children under age 21 who are chiefly dependent upon the Employee for support and maintenance. The term includes a stepchild living with the Employee at the time of his or her death.

TL-005107 (980001)

## EXCLUSIONS

The Insurance Company will not pay Disability Benefits for a Disability that results, directly or indirectly, from:

1. suicide, attempted suicide, or whenever an Employee injures himself or herself on purpose.
2. war or any act of war, whether or not declared.
3. serving on full-time active duty in any armed forces. If the Employee sends proof of military service, the Insurance Company will refund the portion of the premium paid to cover the Employee during a period of such service.
4. active participation in a riot.
5. commission of a felony.
6. revocation, restriction or non-renewal of an Employee's license, permit or certification necessary to perform the duties of his or her occupation unless due solely to Injury or Sickness otherwise covered by the Policy.

The Insurance Company will not pay Disability Benefits for any period of Disability during which the Employee:

7. is incarcerated in a penal or corrections institution.
8. is not receiving Appropriate Care.
9. fails to cooperate with the Insurance Company in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.
10. refuses to participate in rehabilitation efforts as required by the Insurance Company.
11. refuses to participate in a Transitional Work Arrangement or other modified work arrangement.

"Transitional Work Arrangement" means any work offered to the Employee by the Employer or an affiliated company while the Employee is Disabled and which may be his or her own or any occupation. The term includes but is not limited to reassigned duties, work site modification, flexible work arrangements, job adaptation or special equipment.

TL-004772

## CLAIM PROVISIONS

### Notice of Claim
Written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 31 days after a covered loss occurs or begins or as soon as reasonably possible. If written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible. Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent. Notice should include the Employer's Name, the Policy Number and the claimant's name and address.

### Claim Forms
When the Insurance Company receives notice of claim, the Insurance Company will send claim forms for filing proof of loss. If claim forms are not sent within 15 days after notice is received by the Insurance Company, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, of the nature and extent of the loss.

### Claimant Cooperation Provision
Failure of a claimant to cooperate with the Insurance Company in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**
The Employer is required to cooperate with the Insurance Company in the review of claims and applications for coverage. Any information the Insurance Company provides in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**
Written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is provided outside of these time limits, the claim will be denied. These time limits will not apply while the person making the claim lacks legal capacity.

Written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, that the loss continues must be furnished to the Insurance Company at intervals required by us. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to the Insurance Company.

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which the Insurance Company is liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to the Employee. If any person to whom benefits are payable is a minor or, in the opinion of the Insurance Company, is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, the Insurance Company may, at its option, make payment to the person or institution appearing to have assumed custody and support.

If an Employee dies while any Disability Benefits remain unpaid, the Insurance Company may, at its option, make direct payment to any of the following living relatives of the Employee: spouse, mother, father, children, brothers or sisters; or to the executors or administrators of the Employee's estate. The Insurance Company may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release the Insurance Company from all liability for any payment made.

For plans subject to the Employee Retirement Income Security Act (ERISA), the Plan Administrator of the Employer's employee welfare benefit plan (the Plan) has appointed the Insurance Company as the Plan Fiduciary under federal law for the review of claims for benefits provided by this Policy and for deciding appeals of denied claims. In this role the Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan documents, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company in this capacity shall be final and binding on participants and beneficiaries of the Plan to the full extent permitted by law.

The Insurance Company has no fiduciary responsibility with respect to the administration of the Plan except as described above. It is understood that the Insurance Company's sole liability to the Plan and to participants and beneficiaries under the Plan shall be for the payment of benefits provided under this Policy.

**Physical Examination and Autopsy**
The Insurance Company, at its expense, will have the right to examine any person for whom a claim is pending as often as it may reasonably require. The Insurance Company may, at its expense, require an autopsy unless prohibited by law.

**Legal Actions**

No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, has been furnished as required by the Policy. No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**

If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which the Employee lives when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**

The Insured will have the right to choose any Physician who is practicing legally. The Insurance Company will in no way disturb the Physician/patient relationship.

TL-004724

## ADMINISTRATIVE PROVISIONS

**Premiums**

The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Changes in Premium Rates**

The premium rates may be changed by the Insurance Company from time to time with at least 31 days advance written notice. No change in rates will be made until 36 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12 month period. However, the Insurance Company reserves the right to change the rates even during a period for which the rate is guaranteed if any of the following events take place.

1. The terms of the Policy change.
2. A division, subsidiary, affiliated company or eligible class is added or deleted from the Policy.
3. There is a change in the factors bearing on the risk assumed.
4. Any federal or state law or regulation is amended to the extent it affects the Insurance Company's benefit obligation.
5. The Insurance Company determines that the Employer has failed to promptly furnish any necessary information requested by the Insurance Company, or has failed to perform any other obligations in relation to the Policy.

If an increase or decrease in rates takes place on a date that is not a Premium Due Date, a pro rata adjustment will apply from the date of the change to the next Premium Due Date.

**Reporting Requirements**

The Employer must, upon request, give the Insurance Company any information required to determine who is insured, the amount of insurance in force and any other information needed to administer the plan of insurance.

**Payment of Premium**

The first premium is due on the Policy Effective Date. After that, premiums will be due monthly unless the Employer and the Insurance Company agree on some other method of premium payment.

If any premium is not paid when due, the plan will be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

## Notice of Cancellation

The Policyholder may cancel the Policy as of any Premium Due Date by giving the Insurance Company 31 days advance written notice.

The Insurance Company may cancel the Policy as of any Premium Due Date by giving the Policyholder advance written notice if during any 9 month period before the Policy Anniversary Date the sum of all benefits paid and incurred is more than 70% of the earned premium for that period.

If a premium is not paid when due, the Policy will automatically be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

## Policy Grace Period

A Policy Grace Period of 31 days will be granted for the payment of the required premiums under this Policy. This Policy will be in force during the Policy Grace Period. The Policyholder is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

## Grace Period for the Insured

If the required premium is not paid on the Premium Due Date, there is a 31 day grace period after each premium due date after the first. If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.

## Reinstatement of Insurance

An Employee's insurance may be reinstated if it ends because the Employee is on an unpaid leave of absence.

An Employee's insurance may be reinstated only if reinstatement occurs within 6 months from the date insurance ends due to an Employer approved unpaid leave of absence. For insurance to be reinstated the following conditions must be met.

1.  An Employee must be in a Class of Eligible Employees.
2.  The required premium must be paid.
3.  A written request for reinstatement must be received by the Insurance Company within 31 days from the date an Employee returns to Active Service.

Reinstated insurance will be effective on the date the Employee returns to Active Service. If an Employee did not fully satisfy the Eligibility Waiting Period or the Pre-Existing Condition Limitation (if any) before insurance ended due to an unpaid leave of absence, credit will be given for any time that was satisfied.

TL-004720

## GENERAL PROVISIONS

## Entire Contract

The entire contract will be made up of the Policy, the application of the Employer, a copy of which is attached to the Policy, and the applications, if any, of the Employees.

## Incontestability

All statements made by the Employer or by an Employee are representations not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a copy of the instrument containing the signed statement has been furnished to the claimant. In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Employee's effective date of insurance, or from the effective date of any added or increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility for coverage.

**Misstatement of Age**

If an Employee's age has been misstated, the Insurance Company will adjust all benefits to the amounts that would have been purchased for the correct age.

**Policy Changes**

No change in the Policy will be valid until approved by an executive officer of the Insurance Company. This approval must be endorsed on, or attached to, the Policy. No agent may change the Policy or waive any of its provisions.

**Workers' Compensation Insurance**

The Policy is not in lieu of and does not affect any requirements for coverage under any Workers' Compensation Insurance Law.

**Certificates**

A certificate of insurance will be delivered to the Employer for delivery to Employees. Each certificate will list the benefits, conditions and limits of the Policy. It will state to whom benefits will be paid.

**Assignment of Benefits**

The Insurance Company will not be affected by the assignment of an Employee's certificate until the original assignment or a certified copy of the assignment is filed with the Insurance Company. The Insurance Company will not be responsible for the validity or sufficiency of an assignment. An assignment of benefits will operate so long as the assignment remains in force provided coverage under the Policy is in effect. This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts. This prohibition does not apply where contrary to law.

**Clerical Error**

A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy. If such an error is found, the premium will be adjusted fairly.

**Agency**

The Employer and Plan Administrator are agents of the Employee for transactions relating to insurance under the Policy. The Insurance Company is not liable for any of their acts or omissions.

TL-004726 (NH)

## DEFINITIONS

Please note, certain words used in this document have specific meanings. These terms will be capitalized throughout this document. The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Active Service**

An Employee will be considered in Active Service with the Employer on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.    He or she is actively at work. This means the Employee is performing his or her regular occupation for the Employer on a Full-time basis, either at one of the Employer's usual places of business or at some location to which the Employer's business requires the Employee to travel. .

2.    The day is a scheduled holiday, vacation day or period of Employer approved paid leave of absence.

An Employee is considered in Active Service on a day which is not one of the Employer's scheduled work days only if he or she was in Active Service on the preceding scheduled work day.

**Appropriate Care**
Appropriate Care means the determination of an accurate and medically supported diagnosis of the Employee's Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Consumer Price Index (CPI-W)**
The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor. If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

**Employee**
For eligibility purposes, an Employee is an employee of the Employer in one of the "Classes of Eligible Employees." Otherwise, Employee means an employee of the Employer who is insured under the Policy.

**Employer**
The Policyholder and any affiliates or subsidiaries covered under the Policy. The Employer is acting as an agent of the Insured for transactions relating to this insurance. The actions of the Employer shall not be considered the actions of the Insurance Company.

**Full-time**
Full-time means the number of hours set by the Employer as a regular work day for Employees in the Employee's eligibility class.

**Indexed Covered Earnings**
For the first 12 months Monthly Benefits are payable, Indexed Covered Earnings will be equal to Covered Earnings. After 12 Monthly Benefits are payable, Indexed Covered Earnings will be an Employee's Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable. The amount of each increase will be the lesser of:
1.    10% of the Employee's Indexed Covered Earnings during the preceding year of Disability; or
2.    the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**
Any accidental loss or bodily harm which results directly and independently of all other causes from an Accident.

**Insurability Requirement**
An eligible person will satisfy the Insurability Requirement for an amount of coverage on the day the Insurance Company agrees in writing to accept him or her as insured for that amount. To determine a person's acceptability for coverage, the Insurance Company will require evidence of good health and may require it be provided at the Employee's expense.

**Insurance Company**
The Insurance Company underwriting the Policy is named on the Policy cover page.

**Insured**
A person who is eligible for insurance under the Policy, for whom insurance is elected, the required premium is paid and coverage is in force under the Policy.

**Physician**
Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include an Employee, an Employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derives from blood or marriage), of an Employee or spouse, or a person living in an Employee's household.

24

**Prior Plan**

The Prior Plan refers to the plan of insurance providing similar benefits sponsored by the Employer in effect directly prior to the Policy Effective Date.

**Sickness**

The term Sickness means a physical or mental illness. It also includes pregnancy.

TL-004708

## SCHEDULE OF AFFILIATES

The following affiliates are covered under the Policy as of January 1, 2003.

Affiliate Name

A&E Products
ADT
AFC Cable
Allied
Ansul
Carlisle Films
Corporate
Earth Tech
Grinnell Fire Protection
Ludlow Coated Products
M/A Com
Sensormatic
Simplex/Grinnell
Sonitrol
TEPG/Simplex
Tyco Electronics
Tyco Fire Products
Tyco Flow Control
Tyco Healthcare
Tyco Plastics LP
Tyco Printed Circuit Group
Tyco Safety Products
Tyco Telecommunications
Tyco Thermal Controls
Tyco Valves & Controls
Unistrut

TL-004776

LIFE INSURANCE COMPANY OF NORTH AMERICA
PHILADELPHIA, PENNSYLVANIA

We, Tyco International (US), Inc., whose main office address is Exeter, NH, hereby apply to the Life Insurance Company of North America for Policy Number LK-980001.

We approve and accept the terms of this Policy.

This application is to be signed in duplicate. One part is to be attached to the Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Policy.

Tyco International (US), Inc.
(Full or Corporate Name of Applicant)

Signed at_____ By _____
(Signature and Title)

On_____ Witness_____
(To be signed by Licensed Resident Agent where required by law)

TL-004778

(This Copy Is To Remain Attached To The Policy)

---

LIFE INSURANCE COMPANY OF NORTH AMERICA
PHILADELPHIA, PENNSYLVANIA

We, Tyco International (US), Inc., whose main office address is Exeter, NH, hereby apply to the Life Insurance Company of North America for Policy Number LK-980001.

We approve and accept the terms of this Policy.

This application is to be signed in duplicate. One part is to be attached to the Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Policy.

Tyco International (US), Inc.
(Full or Corporate Name of Applicant)

Signed at_____ By _____
(Signature and Title)

On_____ Witness_____
(To be signed by Licensed Resident Agent where required by law)

TL-004778

(This Copy Is To Be Returned To Us)

R

**Christina McNally, Esquire**
Counsel
CIGNA Group Insurance Law Department
Litigation Unit



CIGNA

May 18, 2006

Routing  TL48K
Two Liberty Place - TL48K
1601 Chestnut Street
Philadelphia, Pa. 19192
Telephone  215-761-5964
Facsimile  215-761-5512
christina.mcnally@cigna.com

**Sent via Fascimile & Overnight Mail**

Andrew Ziegler, Esquire
CHOATE HALL
Two International Place
Boston, Mass. 02110

**Re:  United States ex rel Barrett v CIGNA Corporation et al**

Dear Mr. Ziegler:

Attached please find the affidavit of Frank Barlow in connection with the Motion to Dismiss the above matter.

If you have any questions, please feel free to contact me.

Very truly yours,

Christina McNally

/cmm
Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF FRANK BARLOW

I, Frank Barlow, hereby declare and affirm under the penalties of perjury, in support of CIGNA Corporation's Motion to Dismiss as follows:

1.    I am an Accountant for CIGNA Corporation.  In this post, I have personal knowledge of the facts set forth herein, and am competent to testify as to such facts.

2.    CIGNA Corporation is a corporation organized under the laws of the State of Delaware, with its principal place of business located in Philadelphia, Pennsylvania.  CIGNA Corporation is qualified to do business as a general business corporation, not as an insurance company, only in Delaware, Pennsylvania, New York, Connecticut and the District of Columbia. CIGNA Corporation is not authorized, certified, or licensed to do business in any other state.

3.    CIGNA Corporation is a holding company; its business is to own the stock of other companies.  CIGNA Corporation is not an insurance company and does not offer insurance products or insurance services to the public.  CIGNA Corporation does not enter into any agency

contracts pursuant to which third parties or agents offer insurance products or insurance services on behalf of CIGNA Corporation.

4.    CIGNA Corporation has no office or place of business in the Commonwealth of Massachusetts, nor does it own or lease real property in the Massachusetts. CIGNA Corporation is not licensed or registered to do business in Massachusetts. CIGNA Corporation has not conducted any business in Massachusetts and does not now conduct any business in Massachusetts.    CIGNA Corporation does not pay income tax or other taxes in the Commonwealth of Massachusetts. CIGNA Corporation has no bank accounts in Massachusetts. CIGNA Corporation has no agents or employees in Massachusetts and does not conduct or carry on business or business venture in Massachusetts.    CIGNA Corporation does not conduct business through any of its subsidiaries, including Life Insurance Company of North America ("LINA"), in Massachusetts or any other state.

5.    CIGNA Corporation has not appointed any agent or public official to accept service of process on its behalf in any action brought against it in Massachusetts.

6.    CIGNA Corporation has not entered into any contract or agreement with the Plaintiff in this litigation, nor is it a party to any contract or policy at issue in this action. CIGNA Corporation has not and does not administer or process insurance claims under any insurance policy. Specifically, CIGNA Corporation had no role in the processing or denial of the claims for benefits at issue in this action. Further, CIGNA Corporation is not a party to any contract performable, in whole or in part, within Massachusetts.

7.    CIGNA Corporation has not processed, manufactured or sold any products, materials, or things which have been used or consumed, within Massachusetts in the ordinary course of commerce, trade, or use.

8.    CIGNA Corporation has not appointed or employed an agent on its behalf to issue Short Term or Long Term Disability insurance policies or coverages in Massachusetts, nor policies at issue in this action.

9.    CIGNA Corporation is not a party to any of the policies at issue in this action.

10.    CIGNA Corporation does not control or involve itself in the day-to-day claim decisions made by LINA. The relationship of CIGNA Corporation to its indirect subsidiaries is that of separate and distinct corporate entities. CIGNA Corporation maintains separate accounts, books, employees, agents and operations from those of LINA.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this __18__ day of May, 2006, at Philadelphia, Pennsylvania.



Frank Barlow

3