UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA             )
EX REL. DAWN BARRETT                 )
          Plaintiff,                 )
                                    )
v.                                   )    Civil Action No. 03-12382-MLW
                                    )
CIGNA CORPORATION and LIFE           )
INSURANCE COMPANY OF NORTH           )
AMERICA                              )
          Defendants.                )
_____)

**ASSENTED-TO MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiff moves for an enlargement of time to respond to Defendants' Motion to Dismiss the Second Amended Complaint through July 14, 2006; and to permit defendants to have additional time through July 28, 2006 to file any reply brief. Given the schedules of counsel, and after conferring about availability, the parties jointly request that the Court reschedule oral argument on the motion to a date after September 5, 2006, preferably after September 11, 2006.

In support of this motion, plaintiff states that, give the current schedule of plaintiff's counsel, the additional time is necessary for plaintiff fairly to address the various arguments advanced by the defendants in their lengthy brief, including those based on medical records submitted in support of their motion. Defendants' motion to dismiss also includes new legal theories for dismissal, including issues of personal jurisdiction, which were not raised in its prior motion to dismiss.

      Defendants, by and through their counsel R.J. Cinquegrana, assent to this motion and join in the request that the oral argument on this matter be rescheduled to a date at the Court's convenience after September 5.

                                            Respectfully submitted,

                                            / S /  Peter B. Krupp

                                            Peter B. Krupp, B.B.O. 548112
                                            LURIE & KRUPP, LLP
                                            One McKinley Square
                                            Boston, MA  02109
                                            Tel:  617-367-1970

                                            Mary Louise Cohen
                                            Colette G. Matzzie
                                            PHILLIPS & COHEN LLP
                                            2000 Massachusetts Avenue, NW
                                            Washington, DC  20036
                                            Tel:  202-833-4567

                                            W. Mark Lanier
                                            Kevin P. Parker
                                            Judson A. Waltman
                                            Aaron J. DeLuca
                                            THE LANIER LAW FIRM, P.C.
                                            6810 FM 1960 West
                                            Houston, TX 77069
                                            Tel:  713-659-5200

                                            Attorneys for Plaintiff

CERTIFICATE OF CONFERENCE

     Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have made a good-faith effort to confer on this issue with defendants' counsel, R.J. Cinquegrana, prior to filing this motion.  Mr. Cinquegrana assents to this motion.

                                            / S / Peter B. Krupp

                                            Peter B. Krupp

CERTIFICATE OF SERVICE

      I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 2, 2006.

                                    / S /  Peter B. Krupp

                                    Peter B. Krupp