UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DAWN BARRETT<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br><br>         Defendants. | Civil Action No. 03-12382-MLW |

**RELATOR'S ASSENTED-TO MOTION FOR LEAVE
TO EXCEED PAGE LIMIT FOR HER MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS SECOND AMENDED COMPLAINT**

Plaintiff and *qui tam* Relator Dawn Barrett moves for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) for Relator's Opposition to Defendants' Motion to Dismiss Second Amended Complaint. Relator seeks leave to file a memorandum not exceeding 50 pages. In support of this motion, Relator states that defendants have set forth multiple grounds for dismissal, which require substantive responses. Relator submits that a brief of this length is necessary to fully present her arguments in opposition to the defendants' motion. The defendants sought and were granted permission to file a memorandum in support of their motion to dismiss not to exceed 50 pages.

Defendants, by and through counsel, assent to this motion.

Dated: July 14, 2005

                                    Respectfully submitted,

                                    / S / Peter B. Krupp

| | |
|---|---|
| W. Mark Lanier | Peter B. Krupp, B.B.O. # 548112 |
| Kevin P. Parker | LURIE & KRUPP, LLP |
| Judson A. Waltman | One McKinley Square |
| THE LANIER LAW FIRM, P.C. | Boston, MA  02109 |
| P.O. Box 691408 | Tel.: (617) 367-1970 |
| Houston, TX  77269-1408 | Fax: (617) 367-1971 |
| Tel.: (713) 659-5200 | |
| Fax:  (713) 659-2204 | Mary Louise Cohen |
| | Peter Chatfield |
| | Phillips & Cohen LLP |
| | 2000 Massachusetts Avenue, NW |
| | Washington, DC 20036 |
| | Tel: (202) 833-4567 |
| | Fax: (202) 833-1815 |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have made a good-faith effort to confer on this issue with defendants' counsel prior to filing this motion. Defendants' counsel assents to this motion.

                                    / S / Peter B. Krupp

                                    Peter B. Krupp

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 14, 2006.

                                    / S / Peter B. Krupp

                                    Peter B. Krupp