UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>EX REL. DAWN BARRETT )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br> )<br>Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

**RELATOR'S ASSENTED-TO MOTION FOR LEAVE
TO FILE UNDER SEAL AN UNREDACTED
OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 7.2, Plaintiff and *qui tam* Relator Dawn Barrett moves for leave to file under seal and serve on defendants' counsel an Unredacted Opposition to Defendants' Motion to Dismiss Second Amended Complaint (the "Unredacted Memorandum"). The Unredacted Memorandum discusses certain personal health information that was filed under seal with the Court by the defendants in support of their motion to dismiss the second amended complaint. Relator's publicly filed Redacted Opposition to Defendants' Motion to Dismiss Second Amended Complaint is identical to the Unredacted Memorandum, except that the discussion of this personal health information is redacted. Pursuant to Local Rule 7.2(a), Relator agrees that the Unredacted Memorandum shall remain sealed until the conclusion of this litigation, including any related appeals, or until further order of the court.

Defendants, by and through counsel, assent to this motion.

Dated: July 14, 2005

                                       Respectfully submitted,

                                       / S /  Peter B. Krupp

| | |
|---|---|
| W. Mark Lanier | Peter B. Krupp, B.B.O. # 548112 |
| Kevin P. Parker | LURIE & KRUPP, LLP |
| Judson A. Waltman | One McKinley Square |
| THE LANIER LAW FIRM, P.C. | Boston, MA  02109 |
| P.O. Box 691408 | Tel.: (617) 367-1970 |
| Houston, TX  77269-1408 | Fax: (617) 367-1971 |
| Tel.: (713) 659-5200 | |
| Fax:  (713) 659-2204 | Mary Louise Cohen |
| | Peter Chatfield |
| | Phillips & Cohen LLP |
| | 2000 Massachusetts Avenue, NW |
| | Washington, DC 20036 |
| | Tel: (202) 833-4567 |
| | Fax: (202) 833-1815 |

### CERTIFICATE OF CONFERENCE

     Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have made a good-faith effort to confer on this issue with defendants' counsel prior to filing this motion. Defendants' counsel assents to this motion.

                                       / S /  Peter B. Krupp

                                       Peter B. Krupp

### CERTIFICATE OF SERVICE

     I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 14, 2006.

                                       / S /  Peter B. Krupp

                                       Peter B. Krupp