# EXHIBIT C

CIGNA - Contact CIGNA Group Insurance Sales

http://www.cigna.com/group/service/salescontacts.html




Search

Return to CIGNA Home

Home > Life, Accident, & Disability > Customer Service > Sales Contact

## CIGNA Group Insurance Sales Contacts

**Popular Links**

Apply for life, accident and disability insurance
Submit a Disability Claim
Submit a Life and Accident Claim
Customer Service
Member Forms

| State | Telephone | E-Mail |
|---|---|---|
| Alabama | 678.338.4487 | rhonda.fields@cigna.com |
| Alaska | 206.625.8825 | maryann.domingcil@cigna.com |
| Arizona | 602.371.2624 | angelita.dehe@cigna.com |
| Arkansas | 678.338.4487 | rhonda.fields@cigna.com |
| California, Northern | 510.587.4321 | danyle.slone@cigna.com |
| California, Southern | 818.500.6733 | lisa.alfer@cigna.com |
| Colorado | 303.691.3195 | kristen.jacot@cigna.com |
| Connecticut | 617.630.7927 | jack.waldie@cigna.com |
| Delaware | 215.761.8246 | judy.holton@cigna.com |
| District of Columbia | 410.884.2653 | kimmy.kearse@cigna.com |
| Florida | 813.353.4459 | patricia.lapierre@cigna.com |
| Georgia | 678.338.4487 | rhonda.fields@cigna.com |
| Hawaii | 858.635.5769 | melissa.castro2@cigna.com |
| Houston | 713.552.7867 | patricia.riddle@cigna.com |
| Idaho | 303.691.3165 | lisa.lammey@cigna.com |
| Illinois, Northern | 312.648.3092 | janene.ingram@cigna.com |
| Illinois, Southern | 314.726.7706 | lynn.collins@cigna.com |
| Indiana | 614.786.7832 | leslie.weisenberg@cigna.com |
| Iowa | 952.996.2130 | janice.brown@cigna.com |
| Kansas | 913.323.2664 | paula.schweiger@cigna.com |
| Kentucky | 614.786.7832 | leslie.weisenberg@cigna.com |
| Louisiana | 713.576.4438 | patricia.riddle@cigna.com |
| Maine | 617.630.7927 | jack.waldie@cigna.com |
| Maryland | 410.884.2653 | kimmy.kearse@cigna.com |
| Massachusetts | 617.630.7927 | jack.waldie@cigna.com |
| Michigan | 248.386.6049 | cheryl.jones2@cigna.com |
| Minnesota | 952.996.2130 | janice.brown@cigna.com |
| Mississippi | 678.338.4487 | rhonda.fields@cigna.com |

CIGNA - Contact CIGNA Group Insurance Sales

http://www.cigna.com/group/service/salescontacts.html

| State | Phone | Email |
|---|---|---|
| Missouri | 314.726.7706 | lynn.collins@cigna.com |
| Montana | 206.625.8825 | maryann.domingcil@cigna.com |
| Nebraska | 913.323.2664 | paula.schweiger@cigna.com |
| Nevada, Northern | 818.500.6733 | lisa.aller@cigna.com |
| Nevada, Southern | 818.500.6733 | lisa.aller@cigna.com |
| New Hampshire | 617.630.7927 | jack.waldie@cigna.com |
| New Jersey, North | 646.658.7002 | rose.rizo@cigna.com |
| New Jersey, South | 215.761.8246 | judy.holton@cigna.com |
| New Mexico | 303.691.3195 | lisa.lammey@cigna.com |
| New York | 646.658.7002 | rose.rizo@cigna.com |
| North Carolina | 704.586.7162 | tanya.shelton2@cigna.com |
| North Dakota | 952.996.2130 | janice.brown@cigna.com |
| Ohio | 614.786.7832 | leslie.weisenberg@cigna.com |
| Oklahoma | 972.582.7145 | sara.cramer@cigna.com |
| Oregon | 206.625.8825 | lonna.wong@cigna.com |
| Pennsylvania, East | 215.761.8246 | judy.holton@cigna.com |
| Pennsylvania, West | 614-786-7832 | leslie.weisenberg@cigna.com |
| Puerto Rico | 813.353.4459 | ptricia.lapierre@cigna.com |
| Rhode Island | 617.630.7927 | jack.waldie@cigna.com |
| South Carolina | 704.586.7162 | tanya.shelton2@cigna.com |
| South Dakota | 952.996.2130 | janice.brown@cigna.com |
| Tennessee | 678.338.4487 | rhonda.fields@cigna.com |
| Texas, North | 972.582.7145 | sara.cramer@cigna.com |
| Texas, South | 713.576.4438 | patricia.riddle@cigna.com |
| Utah | 303.691.3195 | lisa.lammey@cigna.com |
| Vermont | 617.630.7927 | jack.waldie@cigna.com |
| Virginia | 410.884.2653 | kimmy.kearse@cigna.com |
| Washington | 206.625.8825 | lonna.wong@cigna.com |
| West Virginia | 410.884.2649 | leslie.weisenberg@cigna.com |
| Wisconsin, South | 312.648.3092 | janene.ingram@cigna.com |
| Wisconsin, North | 312.648.3092 | janene.ingram@cigna.com |
| Wyoming | 303.691.3195 | lisa.lammey@cigna.com |

© 2006 CIGNA
Legal Disclaimers | Link to Our Site | Privacy Information

CIGNA - Legal Disclaimer                                                                                                                                       http://www.cigna.com/general/legal.html

Home > Legal Disclaimer

# Legal Disclaimer

January 16, 2002

- Products and Services Provided by CIGNA Corporation Subsidiaries
- Product Descriptions — Not Available in all States
- Links to Other Sites
- General Disclaimer
- Viruses, Worms, Use of Files
- Health Information
- Forward-Looking Statements
- Trademarks
- Message Boards and Chat Rooms
- Limitation of Liability
- Calculations and Investment Decisions
- Minors and Child Online Privacy Protection Act
- The Digital Millennium Copyright Act
- Changes and Applicable Law

**Products and Services Provided by CIGNA Corporation Subsidiaries**

"CIGNA®" is a registered service mark of CIGNA Intellectual Property, Inc., licensed for use by CIGNA Corporation and its subsidiaries. CIGNA Corporation is a holding company and is not an insurance or an operating company. Therefore, products and services are provided exclusively by subsidiaries and not by CIGNA Corporation. "CIGNA" may refer to CIGNA Corporation itself or one or more of its subsidiaries, but when used in connection with the provision of a product or service, always refers to a subsidiary.

Back to top

**Product Descriptions — Not Available in all States**

The product descriptions, if any, provided on CIGNA.com are not intended to constitute offers to sell or solicitations in connection with any products or services. Some products may not be available in all jurisdictions. Anyone interested in a particular product should contact the indicated CIGNA business to determine whether the product is available in their jurisdiction and to request a copy of the applicable policy or prospectus for a complete description of the product.

Back to top

**Links to Other Sites**

While visiting CIGNA.com, you may leave the CIGNA Web site and access certain non-CIGNA Web sites. CIGNA neither reviews nor controls the content and accuracy of these Web sites, and therefore will not be responsible for their content and accuracy. Your access to non-CIGNA Web sites is at your sole risk.

Other Web sites on the Internet may contain unedited, sexually explicit, violent, racist or other types of material, which may be offensive to you. Please access other Web sites at your own discretion.

Back to top

**General Disclaimer**

All material including any link to other sites and content found at linked sites is provided "as is" and without any express or implied warranties including warranties of merchantability or fitness for a particular purpose. Due to the nature of the Internet, CIGNA does not warrant that access to CIGNA.com or any of its pages will be uninterrupted or error free. CIGNA does not warrant or make any representations regarding the usefulness of or the expected results of the material contained on CIGNA.com. Note that some jurisdictions may not allow the exclusion of implied warranties so some of the above exclusions may not apply to you. Please check your local laws for any such restrictions.

Back to top

Return to CIGNA Home

**Popular Links**

Log In/Register
Provider Directory
Drug Lists/Ordering
Customer Service

**CIGNA Information**

About CIGNA
Investor Relations
Careers at CIGNA

Search

### Viruses, Worms, Use of Files

CIGNA cannot and does not guarantee or warrant that files available for downloading from this site are free of viruses, worms, Trojan horses or other code that has contaminating or destructive properties. CIGNA does not make any express or implied warranties, representations or endorsements whatsoever (including without limitation warranties of title, noninfringement or fitness for a particular purpose) with respect to the files available for downloading from this site. In no event will CIGNA be liable to you or to anyone else for any decision made or action taken by you or anyone else in reliance on results obtained from use of files downloaded from this site. These files may be downloaded and/or reprinted for personal use only. Permission to reprint or electronically reproduce any document or graphic in whole or in part for any reason except for personal use is expressly prohibited, unless prior written consent is obtained from the appropriate CIGNA copyright holder.

Back to top

### Health Information

The health information on this Web site is provided by CIGNA solely for informational purposes as a public service to promote consumer health. It does not constitute medical advice and is not intended to be a substitute for proper medical care provided by a physician. CIGNA assumes no responsibility for any circumstances arising out of the use, misuse, interpretation or application of any information supplied on this site. Always consult with your doctor for appropriate examinations, treatment, testing, and care recommendations. Do not rely on information on this site as a tool for self-diagnosis.

Back to top

### Forward-Looking Statements

CIGNA.com may from time to time contain forward-looking statements that include information about financial prospects, plans and objectives of management for future operations, economic conditions, trends and known uncertainties. CIGNA cautions the reader that actual results could differ materially from those that CIGNA expects, depending on the outcome of certain factors. In some cases, CIGNA describes uncertainties when offering forward-looking statements. Some factors that could cause CIGNA's actual results to differ materially from forward-looking statements ("Risk Factors") are listed in the most recent Form 10-K or Form 10-Q CIGNA filed with the Securities and Exchange Commission.

CIGNA does not undertake any obligation to correct or update any forward-looking statements on the CIGNA Web site. CIGNA also cautions the reader that the list of Risk Factors that appears in the most recent Form 10-K or Form 10-Q CIGNA filed with the SEC may be modified by any subsequent SEC filings, such as Form 8-K, proxy statements, and other SEC filings. CIGNA will not update the Risk Factors listed in any of CIGNA's SEC filings prior to the next required SEC filing. The list of Risk Factors provided in any of CIGNA's SEC filing may not be complete, and speaks only as of the date filed with the SEC.

Back to top

### Trademarks

There are references throughout CIGNA.com to various trademarks or service marks and these, whether registered or not, are the property of their respective owners.

Back to top

### Message Boards and Chat Rooms

It is a condition of your use of Message Boards or Chat Rooms that you do not: (i) post or transmit any unlawful, threatening, abusive, defamatory, racial, obscene, vulgar, pornographic, profane or indecent information of any kind, including without limitation any transmissions constituting or encouraging conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law; (ii) post or transmit comments containing harassing or offensive language, using sexual references, sexual nicknames, racial slurs or rude or deliberately offensive comments or engage in disruptive activity online, including excessive use of scripts, sound waves, scrolling (repeating the same message over and over), or use viruses, worms or Trojan horses; (iii) post or transmit any information, software or other material which violates or infringes the rights of others, including material which is an invasion of privacy or publicity rights or which is protected by copyright, trademark or other proprietary right, or derivative works without first obtaining permission from the owner; (iv) post or transmit any information, software or other material which contains a virus, worm, Trojan horse or other code that has contaminating or destructive properties; (v) post any information, software, or other material for commercial purposes; (vi) solicit other users to join or contribute money to any online service or other organization, advocate or attempt to get users to join in legal or illegal schemes; (vii) impersonate any person or entity or falsely represent your professional or other affiliation with any person or entity; or (viii) use CIGNA.com to collect personally identifiable information in violation of our Privacy Policy. You agree CIGNA, at its sole and absolute discretion, shall determine whether any information transmitted or received violates this provision.

You agree to indemnify and hold CIGNA and its employees, officers, directors and agents harmless from any claim or demand, including reasonable attorneys' fees, made by a third party arising from any material you contribute to Message Boards or Chat Rooms you access via CIGNA.com.

You understand that CIGNA has no obligation to monitor Message Boards or Chat Rooms. CIGNA reserves the right at all times to disclose any information regarding the Message Boards or Chat Rooms, or to remove any information or materials, in whole or in part, that in CIGNA's sole and absolute discretion are objectionable. You acknowledge that CIGNA reserves the right to monitor any and all information transmitted or received through CIGNA.com which may be examined, recorded, copied, and used in accordance with our CIGNA Privacy Information. Use of CIGNA.com constitutes consent to such activity by CIGNA.

When using CIGNA.com, please be certain that anything you disclose does not compromise your personal safety. Do not provide your name, phone number, social security number or any other personally identifying information to people you do not know. Do not continue any conversation online that makes you feel uncomfortable.

Back to top

### Limitation of Liability

You agree by accessing CIGNA.com that under no circumstances or any theories of liability under international or civil, common or statutory law including but not limited to strict liability, negligence or other tort theories or contract, patent or copyright laws, will CIGNA be liable for damages of any kind occurring from the use of this web site or any information, goods or services obtained on this web site including direct, indirect, consequential, incidental, or punitive damages (even if CIGNA has been advised of the possibility of such damages), to the fullest extent permitted by law. Some jurisdictions do not allow the exclusion or limitation of certain damages so some of these limitations may not apply to you.

Back to top

### Calculations and Investment Decisions

Financial calculators/calculations are provided for illustrative purposes only. You are responsible for verifying the accuracy and suitability of all assumptions and calculations. Please seek the advice of licensed and/or competent individuals before making any investment or financial planning decisions. Do not rely solely on financial calculators/calculations or financial or retirement information found on CIGNA.com.

Back to top

### Minors and Child Online Privacy Protection Act

CIGNA.com does not direct content to Minors and does not intend to collect personal information from Minors and therefore is not subject to the Child Online Privacy Protection Act.
If you allow your minor child, or a child for whom you are legal guardian (a "Minor"), to access and use CIGNA.com, you agree that you will be solely responsible for: (i) the online conduct of such Minor; (ii) monitoring such Minor's access to and use of CIGNA.com; and (iii) the consequences of any use.

Back to top

### The Digital Millennium Copyright Act

CIGNA reserves the right, but not the obligation, to terminate your access to CIGNA.com if it determines in its sole and absolute discretion that you are involved in infringing activity, including alleged acts of first-time or repeat infringement, regardless or whether the material or activity is ultimately determined to be infringing. CIGNA and its service providers accommodate and do not interfere with standard technical measures used by copyright owners to protect materials. CIGNA has implemented procedures for receiving written notification of claimed infringements and for processing such claims in accordance with the Act. Our designated agent to receive notification of claimed infringement is:

Timothy Gifford
CIGNA Corporation
1601 Chestnut Street, TL48D
Philadelphia, PA 19192
215.761.6254
Please complete the notification form and submit.

Any written notice regarding any infringement of copyright or of other proprietary rights, should be sent to our designated agent, listed above, and must include the following information:

A. A physical or electronic signature of a person authorized to act on behalf of (i) the owner of an exclusive right that is allegedly infringed or (ii) the person defamed.
B. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
C. Identification of the material that is claimed to be infringing, or to be the subject of infringing activity, including information reasonably sufficient to permit us to locate the material.
D. Information reasonably sufficient to permit us to contact you, such as your address, telephone number, and/or electronic mail address.

E. A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright or other proprietary right owner, its agent, or the law.

If you choose to access CIGNA.com from outside the United States you do so on your own initiative and are responsible for compliance with U.S. and local laws, if and to the extent that local laws are applicable. Software is subject to United States export controls. No software may be downloaded or otherwise exported or re-exported (i) into (or to a national resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria, or any other country to which the U.S. has embargoed goods, or (ii) to anyone on the U.S. Treasury Department list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. You represent and warrant that you are not located in, under the control of, or a national resident of any such country or on any such list. You agree to comply with U.S. export control laws and that you will not transfer any software or other content from CIGNA.com to a foreign national or foreign country in violation of those laws.

Back to top

### Changes and Applicable Law

We reserve the right to make changes to CIGNA.com and our Legal Disclaimer/Conditions of Use. We encourage you to review the Web site and these terms periodically for any updates or changes. Your continued access or use of CIGNA.com shall be deemed your acceptance of these Legal Disclaimers/Conditions of Use and any changes and the reasonableness of these standards for notice of changes. Use of CIGNA.com and purchases of products from CIGNA.com will be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, without giving effect to its conflict of law provisions. You agree that any legal action or proceeding between you and CIGNA.com will be brought exclusively in a federal or state court of competent jurisdiction sitting in Philadelphia, Pennsylvania. If any provision of this agreement shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions.

Back to top

© 2006 CIGNA
Legal Disclaimers | Link to Our Site | Privacy Information