UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                         )
UNITED STATES OF AMERICA ex. rel.        )
DAWN BARRETT                             )
                                         )
                Plaintiff,               )
                                         )    Civil Action No. 03-12382-MLW
                v.                       )
                                         )
CIGNA CORPORATION and LIFE INSURANCE )
COMPANY OF NORTH AMERICA                 )
                                         )
                Defendants.              )
                                         )
_____

**ASSENTED TO MOTION FOR**
**ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

        Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and

Life Insurance Company of North America (collectively, "CIGNA") hereby move this Court for

an enlargement of time to answer or otherwise respond to Relator Dawn Barrett's ("Barrett")

Opposition to Defendant's Motion to Dismiss Second Amended Complaint.  CIGNA requests

that this Court extend the time to answer or otherwise respond from July 28, 2006 to August 25,

2006.

        Barrett has agreed and assented to this extension of time.

Respectfully submitted,

/s/  R.J. Cinquegrana
R. J. Cinquegrana (BBO# 084100)
CHOATE, HALL & STEWART, LLP
2 International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and
Life Insurance Company of North America.*

Dated:  July 21, 2006


Assented to by:

DAWN BARRETT

Through her attorney,


/s/ Peter B. Krupp
Peter B. Krupp, (BBO# 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 021209
(617) 367-1971

Dated July 21, 2006

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion. Plaintiff's counsel does not oppose this motion.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

4105301v1