UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12382

| Dawn Barrett | Cigna Corporation etal |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Krupp | Jack Cinquegrana |
| Collette Mattzie | Andrew Zigler |
| Kevin Parker | Bob Troake |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/5/06 | Court listens to oral arguments on the motion to dismiss. Court takes a brief recess and gives its decision from the bench. Court denies the motion to dismiss the second amended complaint. Court reserves judgment as to count 2 of the amended complaint. Court orders the parties to confer and respond to the scheduling order by 11/8/06. 16b conference set for 11/15/06 at 4:00 PM. |