UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA            )
ex rel. DAWN BARRETT                )
     Plaintiff                      )
                                    )
     v.                             )   C.A. No. 03-12382-MLW
                                    )
CIGNA CORPORATION, and              )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
     Defendants                     )
```

ORDER

WOLF, D.J.                                         October 10, 2006

For the reasons stated in court on October 5, 2006, the defendants's Motion to Dismiss Plaintiff's Second Amended Complaint is DENIED. The motion is denied as to Counts I and III because the relator pleads facts that state a claim under the False Claims Act, 31 U.S.C. §3729(a)(1) and (3), and that allege fraud with particularity as required by Federal Rule of Civil Procedure 9(b). See United States ex rel. Karvelas v. Melrose-Wakefield Hosp., 360 F.3d 220, 227 (1st Cir. 2004). While the court is not now dismissing Count II, it will reconsider, in connection with a motion for summary judgment or at trial, whether Count II involves an alleged false statement as required by 31 U.S.C. §3729(a)(2).

As also stated in court on October 5, 2006, it is hereby

ordered that:

    1. The parties shall, by November 8, 2006, confer and report whether this case has been settled.

    2. If no settlement is reached, a scheduling conference will be held on November 17, 2006, at 3:00 p.m.  The parties shall comply with the attached order in connection with that conference.

                                                _____
                                                UNITED STATES DISTRICT JUDGE