UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE RESPOND

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and Life Insurance Company of North America (collectively, "CIGNA") hereby move this Court for an enlargement of time to answer or otherwise respond to Relator Dawn Barrett's ("Barrett") Second Amended Complaint. CIGNA requests that this Court extend the time to answer or otherwise respond to a date twenty days after CIGNA receives a transcript of the Court's oral rulings given on October 5, 2006. As reasons for this motion, CIGNA states as follows:

- CIGNA has been informed by the court reporter that a transcript of the Court's decision will not be available until the middle of November, 2006;

- CIGNA desires to review the complete record of the Court's opinion in order to determine whether it will request that the Court certify a question or questions

-1-

for interlocutory appeal pursuant to 28 U.S.C. 1292(b) and Fed. R. App. Proc. 5; and

- granting the extension will not result in prejudice to Barrett.

Respectfully submitted,

*/s/  R.J. Cinquegrana*
R. J. Cinquegrana (BBO# 084100)
Karen Collari Troake (BBO# 566922)
CHOATE, HALL & STEWART, LLP
2 International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and Life Insurance Company of North America.*

Dated:  October 16, 2006

CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

4133949v1