UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | |
| | ) |
| UNITED STATES OF AMERICA ex. rel. | ) |
| DAWN BARRETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 03-12382-MLW |
| v. | ) |
| | ) |
| CIGNA CORPORATION and LIFE INSURANCE | ) |
| COMPANY OF NORTH AMERICA | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | |

**UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO ANSWER
AND WITHDRAWAL OF PREVIOUS MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), Defendants CIGNA Corporation and Life

Insurance Company of North America (collectively, "CIGNA") hereby move this Court for an

enlargement of time to answer Relator Dawn Barrett's ("Barrett") Second Amended Complaint.

CIGNA requests that this Court extend the deadline for responding to the Second Amended

Complaint to November 1, 2006, in order to give CIGNA more time to compose its answer.

Additionally, since relator does not oppose this motion, CIGNA hereby requests that its

Motion for Extension of Time (Docket Entry #64) (the "Previous Motion") be withdrawn.

Barrett, by and through counsel, does not oppose this extension of time, as well as the

withdrawal of CIGNA's Previous Motion.

-1-

-2-

Respectfully submitted,

/s/  R.J. Cinquegrana
R. J. Cinquegrana (BBO# 084100)
Karen Collari Troake (BBO# 566922)
CHOATE, HALL & STEWART, LLP
2 International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Defendants CIGNA Corporation and
Life Insurance Company of North America.*

Dated:  October 20, 2006

-3-

## CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 7.1(A)(2), I, R.J. Cinquegrana, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion. Plaintiff does not oppose this motion.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 20, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

4135952v1