UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DAWN BARRETT<br><br>            Plaintiff,<br><br>            v.<br><br>CIGNA CORPORATION and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA<br><br>            Defendants. | Civil Action No. 03-12382-MLW |

**JOINT MOTION FOR**
**ENLARGEMENT OF TIME TO FILE JOINT STATEMENT**

The above-referenced parties, hereby jointly move this Court for an enlargement of time to file their joint statement pursuant to LR 16.1(D). Under LR 16.1(D), unless otherwise ordered by this court, the parties are required to file a joint statement "no later than five (5) business days before the scheduling conference." The scheduling conference is to be held on November 17, 2006. Hence, under LR 16.1(D) the joint statement is currently due on November 10, 2006. As reason for this motion, the parties state as follows:

1. The parties have conferred and agree that they require additional time to discuss a proposed discovery plan;

2. The parties have conferred and agree that they will be in a better position to provide the Court with their joint statement on November 14, 2006 rather than on November 10, 2006;

3.  Granting this motion will not prejudice either party or this Court.

WHEREFORE, the parties respectfully request that this motion be granted.

Respectfully submitted,

| DAWN BARRETT, | CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Peter B. Krupp<br>Peter B. Krupp, (BBO# 548112)<br>LURIE & KRUPP, LLP<br>One McKinley Square<br>Boston, MA 021209<br>(617) 367-1971 | /s/ R.J. Cinquegrana<br>R. J. Cinquegrana, (BBO # 084100)<br>CHOATE, HALL & STEWART<br>2 International Place<br>Boston, Massachusetts 02110<br>(617) 248-5000 |

Dated: November 10, 2006

-3-

## CERTIFICATION OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiffs regarding this Motion. Plaintiffs' counsel assented to this motion.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana

## CERTIFICATION OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 10, 2006.

*/s/ R.J. Cinquegrana*
R.J. Cinquegrana