UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>        Plaintiff, )<br>         )<br>v. )<br>         )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>        Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

PLAINTIFF'S MOTION FOR
ADMISSION *PRO HAC VICE* OF LAWRENCE P. WILSON

      Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Lawrence P. Wilson, a member of the Bar of the State of Texas. An Affidavit of Lawrence P. Wilson in support of this motion is being filed herewith.

                                                      / S / Peter B. Krupp

Dated: November 12, 2006                     Peter B. Krupp, BBO #548112
                                                      Lurie & Krupp, LLP
                                                        One McKinley Square
                                                        Boston, MA 02109
                                                        Tel: (617) 367-1970

                                                        Attorney for Plaintiff

CERTIFICATE OF SERVICE

     I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 12, 2006.

                                                        / S / Peter B. Krupp

                                                        Peter B. Krupp