UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex. rel. DAWN BARRETT, )<br>            Plaintiff, )<br>                                )<br>                                ) Civil Action No. 03-12382-MLW<br>v.                              )<br>                                )<br>CIGNA CORPORATION               )<br>            Defendant.          )<br>                                ) | |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF LAWRENCE P. WILSON

I, Lawrence P. Wilson, hereby state as follows:

1.   I am an attorney licensed in the State of Texas and I am an associate of The Lanier Law Firm, P.O. Box 691448, Houston, Texas, 77269-1448, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2.   I am admitted to, and a member in good standing in, the Bar of the State of Texas. I am also a member in good standing and admitted to practice before the United States District Court for the Southern District of Texas and the United States District Court for the Western District of Texas. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.   I have been admitted *pro hac vice* to practice before the Superior Court of the State of California (2003), the United States Bankruptcy Court for the Northern District of California (2003), and *United States ex rel. Patrick J. Loughren v. UnumProvident Corporation,*

*et al.*, Civil Action No. 03-11699-PBS in the United States District Court District of Massachusetts (2006).

4.  I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with John R. Phillips and Mary Louise Cohen of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury this 8th day of November, 2006.

_____
Lawrence P. Wilson