CHS DRAFT - 11/27/06

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAWN BARRETT, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 03-12382-MLW |

**[PROPOSED] CASE MANAGEMENT ORDER**

This Case Management Order ("CMO") shall apply to and govern all pre-trial proceedings in the above-captioned action.

**[PROPOSED] SCHEDULE**

**PHASE I**

Scope: Discovery during the first phase shall be limited to the following issues: (1) whether this Court lacks subject matter jurisdiction due to a public disclosure within the meaning of the False Claims Act (the "FCA"); and (2) whether the Social Security Administration ("SSA") Application Form is "material" and/or constitutes a "claim" within the meaning of the FCA. Additionally, subject to a mutually agreed upon protective order, the Defendants shall provide Relator with copies of the claims files for the individuals referred to in the Second Amended

4142586v3

Complaint as Claimants A through D during this phase of discovery. *See* Second Amended Complaint and Demand for Jury Trial (the "Complaint"), ¶¶ 168-210.

<u>Limitations</u>: The following limitations shall apply to Phase I only and are subject to modification upon motion by either party and by leave of Court:

- Five (5) depositions per side pursuant to Fed. R. Civ. P. 30(d)(2);
- Ten (10) interrogatories per side;
- Ten (10) requests to admit per side;
- Two (2) sets of requests for production of documents per side; and
- The deposition of each proposed expert pursuant to Fed. R. Civ. P. 30(d)(2).

<u>Schedule</u>: The deadlines set forth below are subject to further motion by the parties, either jointly or individually.

| Event | Deadlines |
|---|---|
| Production of Claim Files for Claimants A through D | January 12, 2007 |
| Amendment of Pleadings | January 26, 2007 |
| Completion of Fact Discovery | March 30, 2007 |
| Initial Expert Reports | April 20, 2007 |
| Rebuttal Expert Reports | May 4, 2007 |
| Close of Expert Discovery | June 1, 2007 |
| Filing of Dispositive Motions and Opening Briefs | June 29, 2007 |
| Response Briefs on Dispositive Motions | July 27, 2007 |
| Reply Briefs on Dispositive Motions | August 10, 2007 |
| Oral Argument on Dispositive Motions | To be set by Court |

**PHASE II**

<u>Scope</u>: Discovery during the second phase shall cover the remaining issues in the case should this Court not decide to grant summary judgment in Phase I of the case in favor of the Defendants. The Defendants shall identify the claimants who were referred to the SSA vendors

4142586v3

CHS DRAFT - 11/27/06

Allsup Inc. or Advantage 2000 Consultants, Inc. for assistance in applying for SSDI benefits (the "Referrals"). From this group, a random subset shall be identified through a procedure agreed upon by the parties (the "Sample"). The sample shall then be provided to SSA, which shall identify the claimants in the Sample who have been awarded benefits through the appeal level, including any closed period benefits. The claim files of the remainder of the Sample (the "Denials) shall be produced for review by the Plaintiff, pursuant to an appropriate protective order.

Schedule: Following resolution of Phase I, the parties shall meet and confer regarding proposed discovery limitations and scheduling that would apply to Phase II.

So Ordered:  _____
Hon. Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts

December ___, 2006

4142586v3