We affirm that we (Dawn Barrett and Lawrence Paul Wilson) have conferred about the costs that are anticipated with respect to the litigation if it should proceed to verdict and the anticipated costs through phased discovery proposed by the Plaintiff. We have also discussed the value of ADR and specifically discussed the three types set forth in Local Rule 16.4.

*[signature]*
Lawrence Paul Wilson

*[signature]*
Dawn Barrett

TOTAL P.001