UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA )
EX REL. DAWN BARRETT, )
)
Plaintiff, )
)  Civil Action No. 03-12382-MLW
v. )
)
CIGNA CORPORATION and )
LIFE INSURANCE COMPANY )
OF NORTH AMERICA )
)
Defendants. )
)

---

## LOCAL RULE 16.1 CERTIFICATION OF CONFERENCE

R. J. Cinquegrana, Esq., counsel for Defendants CIGNA Corporation and Life Insurance Company of North America (collectively, the "Defendants"), and Robert C. Drake, an authorized representative of the Defendants, hereby certify that they have conferred:

(1) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
R. J. Cinquegrana (BBO# 084100)
CHOATE, HALL & STEWART
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

_____
Robert C. Drake
CIGNA Corporation
Legal Department
1601 Chestnut Street
Philadelphia, PA 19192-2211
(215) 761-6233

Dated: 11/27, 2006

4136309v1