UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DAWN BARRETT**                                                        CIVIL  CASE
                                                                        NO. 02-12382-MLW

v.

**CIGNA CORPORATION et al**


**WOLF, D.J.**                              **NOTICE OF RESCHEDULING**


The **SCHEDULING CONFERENCE** previously scheduled for **DECEMBER 21, 2006** at **3:00 p.m.**, has been CANCELLED.  It has been RESCHEDULED for **JANUARY 4, 2007** at **11:00 AM.**


                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**October 26, 2006**                        By:    **/s/ Dennis O'Leary**
**Date**                                            **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                         [ntchrgcnf.]