UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12382

| Dawn Barrett | Cigna Corp. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Krupp | Karen Troake |
| Collette Mattzie | Jack Cinquegrana |
| Kevin Parker (via telephone) | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference - also in attendance is AUSA Sara Bloom |
|---|---|
| 1/4/07 | Court goes over the status of the case and asks each party to state for the record its proposal for a discovery schedule.  Court orders the parties to confer, including the USAO, to establish a realistic discovery schedule for the discovery ordered by the court and for a protective order and file a proposed schedule and protective order by 1/31/2007. |