```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            )
ex rel. DAWN BARRETT                )
     Plaintiff                      )
                                    )
     v.                             )   C.A. No. 03-12382-MLW
                                    )
CIGNA CORPORATION, and              )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
     Defendants                     )
```

                              ORDER

WOLF, D.J.                                       January 4, 2007

    For the reasons stated in court on January 4, 2007, it is hereby ORDERED that:

    1. The parties shall, by January 31, 2007, confer with the Assistant United States Attorney responsible for representing the Social Security Administration in this matter and submit for entry by the court scheduling and protective orders implementing the rulings made in court on January 4, 2007.

    2. If the parties cannot agree on any provisions of the proposed orders, they shall submit their respective proposed language and succinctly state the reasons for their positions.


                                    _____
                                    UNITED STATES DISTRICT JUDGE

1