UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>EX REL. DAWN BARRETT )<br>                             )<br>        Plaintiff, )<br>                             )<br>v. )<br>                             )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br>                             )<br>       Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

**RELATOR'S UNOPPOSED MOTION FOR ADDITIONAL THIRTY (30) DAYS
TO FILE PROPOSED SCHEDULING AND CONFIDENTIALITY ORDERS**

Plaintiff and *qui tam* Relator Dawn Barrett moves for an additional thirty (30) days through and including March 2, 2007, within which to comply with the Court's Order described at, and issued following, the hearing on January 4, 2007. In support of this motion, the Relator states as follows:

Since the hearing on January 4, 2007, the parties have spoken a number of times in an effort to reach an agreement on the issues relevant to the scheduling and protective orders necessary in this case. Additional time is required for the parties to try to work out their differences and agree, to the extent possible, on the provisions of proposed scheduling and protective orders.

Defendants CIGNA Corporation and Life Insurance Company of North America, by and through their counsel, do not oppose this motion.

The parties have conferred with Assistant U.S. Attorney Jeffrey M. Cohen in an effort to address the concerns of the Social Security Administration ("SSA") in this matter. Additional

time is necessary for Mr. Cohen to consult with counsel at SSA and to familiarize himself fully with the complicated SSA regulations to be able to take a position on the proposed protective order.  This motion has been reviewed by, and is satisfactory to, Assistant U.S. Attorney Jeffrey M. Cohen.

For these reasons, Relator requests the Court to extend the time for the parties to comply with the Court's Order dated January 4, 2007 through and including March 2, 2007.

Dated:  January 29, 2007                                            Respectfully submitted,

/ S /  Peter B. Krupp

| | |
|---|---|
| W. Mark Lanier | Peter B. Krupp, B.B.O. # 548112 |
| Kevin P. Parker | LURIE & KRUPP, LLP |
| Judson A. Waltman | One McKinley Square |
| THE LANIER LAW FIRM, P.C. | Boston, MA  02109 |
| P.O. Box 691408 | Tel.: (617) 367-1970 |
| Houston, TX  77269-1408 | Fax: (617) 367-1971 |
| Tel.: (713) 659-5200 | |
| Fax:  (713) 659-2204 | Mary Louise Cohen |
| | Peter Chatfield |
| | PHILLIPS & COHEN LLP |
| | 2000 Massachusetts Avenue, NW |
| | Washington, DC 20036 |
| | Tel: (202) 833-4567 |
| | Fax: (202) 833-1815 |

*Attorneys for Dawn Barrett*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, hereby certify that I have made a good-faith effort to confer on this issue with defendants' counsel prior to filing this motion. Defendants' counsel does not oppose this motion.

/ S /  Peter B. Krupp

Peter B. Krupp

## CERTIFICATE OF SERVICE

  I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on January 29, 2007.

                / S /  Peter B. Krupp

                Peter B. Krupp