UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>    Plaintiff, )<br>             )<br>v.          )<br>             )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>    Defendants. )<br>             ) | Civil Action No. 03-12382-MLW |

PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*
OF STUART M. RENNERT AND KIT A. PIERSON

Pursuant to Local Rule 83.5.3(b), I, Sara A. Laroche, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Stuart M. Rennert, a member of the Bars of the District of Columbia and the State of Maryland, and Kit A. Pierson, a member of the Bars of the District of Columbia and the State of Maryland. Affidavits of Mr. Rennert and Mr. Pierson in support of this motion are filed herewith.

                   / S /  Sara A. Laroche

Dated:  February 23, 2007       Peter B. Krupp, BBO #548112
                   Sara A. Laroche, BBO #652479
                   Lurie & Krupp, LLP
                   One McKinley Square
                   Boston, MA  02109
                   Tel:  (617) 367-1970

                   Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

      I, Sara A. Laroche, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 23, 2007.

                                                  / S /  Sara A. Laroche