UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE* OF KIT A. PIERSON

I, Kit A. Pierson, hereby state as follows:

1. I am an attorney admitted to practice in the State of Maryland and the District of Columbia, a shareholder of the firm Heller Ehrman, LLP, 1717 Rhode Island Avenue NW, Washington, D.C. 20036, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bars of the State of Maryland and the District of Columbia. I am also a member in good standing and admitted to practice before the District Court for the District of Columbia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Court for the Eastern District of Pennsylvania, and the Southern District of New York, among others. In addition, I have been admitted *pro hac vice* to practice before state courts in Iowa and Minnesota, among others.

4.    I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent her in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, and with Mary Louise Cohen and Colette G. Matzzie of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury this 23rd day of February, 2007.

_____
Kit A. Pierson

SUBSCRIBED and SWORN before me this 23rd day of February 2007.

_____
Notary Public

My Commission Expires: _____

Pamela R. Clarke-Koonce
Public, District of Columbia
Commission Expires 05-31-2008

2