UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex. rel.* DAWN BARRETT,<br>　　　　　Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>　　　　　Defendants. | Civil Action No. 03-12382-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for plaintiff/relator Dawn Barrett. Other counsel has appeared in this case for Ms. Barrett.

Respectfully submitted,

Dated: February 24, 2007

W. Mark Lanier
THE LANIER LAW FIRM, P.C.
P.O. Box 691408
Houston, TX 77269-1408
Tel.: (713) 659-5200
Fax: (713) 659-2204

Attorney for Plaintiff