UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex. rel. DAWN BARRETT, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>    Defendants. )<br>) | Civil Action No. 03-12382-MLW |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for plaintiff/relator Dawn Barrett. Other counsel has appeared in this case for Ms. Barrett.

Respectfully submitted,

*/s/ Judson Waltman*

Judson A. Waltman
THE LANIER LAW FIRM, P.C.
P.O. Box 691408
Houston, TX 77269-1408
Tel.: (713) 659-5200
Fax: (713) 659-2204

Dated: February 23, 2007

Attorney for Plaintiff