UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>       Defendants. )<br>) | Civil Action No. 03-12382-MLW |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as counsel for plaintiff/relator Dawn Barrett. Other counsel has appeared in this case for Ms. Barrett.

Dated: February 23, 2007

Respectfully submitted,

Lawrence Wilson
THE LANIER LAW FIRM, P.C.
P.O. Box 691408
Houston, TX 77269-1408
Tel.: (713) 659-5200
Fax: (713) 659-2204

Attorney for Plaintiff