UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel*. DAWN BARRETT ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIGNA CORPORATION and LIFE ) <br> INSURANCE COMPANY OF NORTH ) <br> AMERICA ) <br> ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 03-12382-MLW |

### [PROPOSED] PRE-TRIAL SCHEDULING ORDER

The parties having jointly submitted a proposed pre-trial schedule, and this Court having considered the matter, IT IS HEREBY ORDERED that pre-trial proceedings in this litigation shall proceed as follows:

| | |
|---|---|
| 3/16/07 | The parties shall make the automatic disclosures required by Local Rule 26.2(A). |
| 3/16/07 | First set of RFP's and interrogatories relating to Defendants' policies and procedures, electronic data, claims sample, and other issues may be served. Pursuant to Fed. R. Civ. P. 33 and 34, written responses due thirty days after requests. |
| 3/16/07 | Defendants shall file a motion regarding the applicability of Federal and State law privileges governing certain information that may be in claimant files and requesting a Court Order authorizing production of those files (subject to the Confidentiality Stipulation and Order entered in this case). Parties will confer to determine if agreement on this issue can be reached and, if not, the matter will be scheduled for hearing before Magistrate Judge Dein on or before April 6, 2007. |

| | |
|---|---|
| 10/17/07 | Report to the Court regarding the status and prospects for settlement. If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or a mutually agreed outside mediator. |
| 11/16/07 | A settlement conference, which must be attended by trial counsel with full settlement authority or with their clients shall be held on November 16, 2007 in the United States District Court for the District of Massachusetts. |
| 3/2/08 | Fact discovery completed. |
| 4/2/08 | Plaintiff shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
| 5/2/08 | Defendant shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
| 6/1/08 | Plaintiff shall disclose rebuttal expert reports, if any, and designate any additional experts and disclose the information described in Fed. R. Civ. P. 26(a)(2). |
| 6/8/08 | Counsel for the parties shall confer and, by June 8, 2008, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment. |
| 6/15/08 | A scheduling conference will be held on June 15, 2008 at 10 a.m. and must be attended by trial counsel with full settlement authority for their client(s). |
| 6/22/08 | Dispositive motions due. |
| 7/20/08 | Response to dispositive motions. |
| 8/3/08 | Replies in support of dispositive motions. |
| 8/10/08 | Nondispositive motions due. |

| 9/5/08 or earliest convenient date for Court | A final pretrial conference will be held at 10 a.m. and must be attended by trial counsel with full settlement authority or with their client.  Counsel shall be prepared to commence trial as of the date of the final pretrial conference. |
|---|---|
| Earliest convenient date for Court | Commencement of trial. |

This case is hereby referred to Magistrate Judge Dein for all discovery matters.

SO ORDERED this _____ day of March, 2007.


_____
UNITED STATES DISTRICT COURT JUDGE

4181285v1