UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br> Defendants. | Civil Action No. 03-12382-MLW |

### ASSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to the [Proposed] Pre-Trial Scheduling Order (dated March 2, 2007) (Docket #85-2), the defendants CIGNA Corporation and Life Insurance Company of North America (collectively, "CIGNA") must file a motion today addressing various federal and state law privilege issues associated with production of their claims files. Counsel for the parties have been conferring regarding this Motion and believe that with some additional time, they may be able to reach agreement on an assented-to Motion addressing these issues. Accordingly, the parties request that they be given a one week extension, until March 23, 2007, to file the Motion.

4186566v1

Respectfully submitted,

| | |
|---|---|
| DAWN BARRETT, | CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| By her attorneys, | By their attorneys, |
| /s/ Peter B. Krupp | /s/ Karen Collari Troake |
| Peter B. Krupp (BBO #548112)<br>LURIE & KRUPP, LLP<br>One McKinley Square<br>Boston, MA 021209<br>(617) 367-1971 | R. J. Cinquegrana (BBO #084100)<br>Karen Collari Troake (BBO #566922)<br>Richard C. Abati (BBO #651037)<br>Andrew D. Ziegler (BBO #660419)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>(617) 248-5000 |
| Mary Louise Cohen<br>Colette G. Matzzie<br>PHILLIPS & COHEN, LLP<br>200 Massachusetts Avenue, N.W.<br>Suite 100<br>Washington, D.C. 20036<br>(202) 833-4567 | |
| Kit A. Pierson<br>Stuart Rennert<br>HELLER EHRMAN, LLP<br>1717 Rhode Island Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 912-2000 | |

Dated: March 16, 2007

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel prior to filing this motion. Plaintiff's counsel has assented to the filing of this motion.

/s/ Karen Collari Troake
Karen Collari Troake

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2007.

/s/ Karen Collari Troake
Karen Collari Troake

4186566v1