UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex. rel.* DAWN BARRETT, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIGNA CORPORATION and ) <br> LIFE INSURANCE COMPANY ) <br> OF NORTH AMERICA, ) <br> Defendants. ) <br> ) | Civil Action No. 03-12382-MLW |

PLAINTIFF'S MOTION FOR ADMISSION
*PRO HAC VICE* OF CARL NADLER

Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Carl Nadler, a member of the Bars of the State of Illinois and the District of Columbia. An affidavit of Mr. Nadler in support of this motion is filed herewith.

/ S /  Peter B. Krupp

Dated: May 22, 2007

Peter B. Krupp, BBO #548112
Sara A. Laroche, BBO #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Peter B. Krupp, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 22, 2007.

/ S /  Peter B. Krupp

Peter B. Krupp