UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE OF CARL NADLER

I, Carl Nadler, hereby state as follows:

1. I am an attorney admitted to practice in the State of Illinois and the District of Columbia, a shareholder of the firm Heller Ehrman, LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bars of the State of Illinois and the District of Columbia. I am also a member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeals for the District of Columbia, Third, Fourth, and Tenth Circuits, and the United States District Courts for the District of Columbia and the Northern District of Illinois. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Court for the Eastern District of Virginia, the Northern District of California, and various other federal and state courts.

4. I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent him in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square Boston, Massachusetts 02109, with Mary Louise Cohen and Colette G. Matzzie of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036, and with Kit A. Pierson and Stuart M. Rennert of Heller Ehrman, LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury the 15th day of May, 2007.

_____
Carl S. Nadler

SUBSCRIBED and SWORN before me this 15th day of May, 2007.

_____
Notary Public

My Commission Expires: 2008

Pamela R. Clarke-Koonce
Notary Public, District of Columbia
My Commission Expires 05-31-2008