UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DAWN BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br><br>Defendants | Civil Action No. 03-12382-MLW |

**JOINT REPORT ON STATUS OF SETTLEMENT**

The Joint Memorandum in Support of the Proposed Pre-Trial Schedule and the Scheduling Order attached thereto (Docket Entry No. 85) requires the parties to report to the Court, by October 17, 2007, on the status and prospects for settlement and, if not settled, whether the parties wish to participate in mediation. Pursuant to the Scheduling Order, the parties report that the case has not settled and that currently there are no ongoing settlement discussions. Each party's position on mediation is set forth below.

Relator's Position

Relator is interested in participating in a mediation to be conducted by a mutually agreeable outside mediator. Relator believes that Defendants will ultimately face a finding of substantial liability in this matter. In order to make the mediation process

meaningful, Relator's counsel proposed to Defendants that they produce a relatively small, statistically relevant, sample of the insurance claims files for the claimants at issue in this case, based on selections to be made by Relator following the production of electronic records. This sample of claims files for mediation purposes will be modest in size (likely less than 200 claims files) and will provide the parties with considerable information about the extent of Defendants' practices alleged in this suit. Once the parties have had an opportunity to review this sample of the claims files, Relator proposed that the parties move forward with mediation in an effort to settle this matter.

Relator was told by Defendants when Relator made the proposal that Defendants needed time to consider this proposal and that Defendants had questions about the details of the process Relator is proposing. Relator stands ready to work with defendants to clarify and, hopefully, to move forward with this process to facilitate the mediation.

 Defendants' Statement

Defendants are willing to discuss early resolution of this case. However, Defendants do not believe mediation would be productive at this time. Defendants remain skeptical that they will face any liability for the actions alleged by Relator. It is, therefore, not at all clear whether Relator's proposal, as described above, would allow for a meaningful mediation of this case.

Moreover, Relator provided the above-proposal in a letter dated October 15, 2007 and in a subsequent conference call on October 16, 2007 and has not yet provided information regarding the precise parameters of the so-called claim file sample. Absent a more detailed and concrete proposal, Defendants are unwilling to commit themselves to Relator's mediation plan. However, as discovery moves forward, and Relator clarifies

the scope and substance of the claim file sample, the Defendants are open to revisiting the

issue of mediation.


| DAWN BARRETT, | CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA, |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Peter B. Krupp | /s/ Karen Collari Troake |
| Peter B. Krupp, (BBO# 548112) | R. J. Cinquegrana, (BBO # 084100) |
| LURIE & KRUPP, LLP | Karen Collari Troake (BBO # 566922) |
| One McKinley Square | Richard C. Abati (BBO # 651037) |
| Boston, MA 021209 | CHOATE, HALL & STEWART |
| (617) 367-1971 | Two International Place |
|  | Boston, Massachusetts 02110 |
| Mary Louise Cohen | (617) 248-5000 |
| Colette G. Matzzie |  |
| PHILLIPS & COHEN, LLP |  |
| 200 Massachusetts Avenue, N.W. |  |
| Suite 100 |  |
| Washington, D.C.  20036 |  |
| (202) 833-4567 |  |
| Kit A. Pierson |  |
| Stuart Rennert |  |
| HELLER EHRMAN, LLP |  |
| 1717 Rhode Island Avenue, N.W. |  |
| Washington, D.C.  20036 |  |
| (202) 912-2000 |  |

 Dated:  October 17, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on October 17, 2007.

                                            */s/ Richard C. Abati*
                                              Richard C. Abati