UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>        Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR IMPOUNDMENT
## OF CONFIDENTIAL INFORMATION

Defendants CIGNA Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA") (collectively, the "Defendants") hereby move pursuant to Local Rule 7.2 for an order impounding Exhibit D and Exhibit E to the Affidavit of Karen Collari Troake in Support of Defendants' Motion for Protective Order Governing Claimant Contact until further Order of the Court.

As grounds for this motion, Defendants state that Exhibit D and Exhibit E attach portions of documents are a confidential settlement agreement and a confidential insurance policy, respectively, and are marked confidential pursuant to the Confidentiality Stipulation and Order executed by the parties and entered by this Court on April 22, 2007. Relator Dawn Barrett does not object to this motion.

WHEREFORE, Defendants request that the Court enter an order impounding Exhibit D and Exhibit E to the Affidavit of Karen Collari Troake in Support of Defendants' Motion for

Protective Order Governing Claimant Contact. Defendants further request that the Court grant it leave, pursuant to Local Rule 7.2(d), to file Exhibit D and Exhibit E under seal concurrently with this motion for impoundment. Upon termination of the impoundment period, Defendants will retrieve and take custody of Exhibit D and Exhibit E.

        Respectfully submitted,

        CIGNA CORPORATION and
        LIFE INSURANCE COMPANY OF NORTH AMERICA

        By their attorneys,

        */s/ Karen Collari Troake*
        R. J. Cinquegrana (BBO #084100)
        Karen Collari Troake (BBO #566922)
        Richard C. Abati (BBO #651037)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110

Dated: October 26, 2007        (617) 248-5000

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

The undersigned counsel hereby certifies that on October 26, 2007, he conferred with Carl S. Nadler, counsel for Relator Dawn Barrett, in good faith and in an effort to narrow or resolve the issues raised herein, and no agreement could be reached.

/s/ Richard C. Abati
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2007.

/s/ Karen Collari Troake

4265021v1