UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>        Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER OF IMPOUNDMENT

Upon consideration of Defendants' Motion for Impoundment of Confidential Information pursuant to Local Rule 7.2, IT IS HEREBY ORDERED that <u>Exhibit D</u> and <u>Exhibit E</u> to the Affidavit of Karen Collari Troake in Support of Defendants' Motion for Protective Order Governing Claimant Contact are hereby impounded, until further Order of the Court.

_____
Chief Judge Mark L. Wolf

Dated: _____

4265027v1