EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT,<br><br>          Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>          Defendants. | Civil Action No. 03-12382-MLW |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER GOVERNING CLAIMANT CONTACT**

**PROPOSED ORDER (ALTERNATIVE 1):**

Upon consideration of the Motion For Protective Order Governing Claimant Contact filed on October 26, 2007, by Defendants Cigna Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA"), this Court orders that the Relator and her counsel refrain from contacting any of LINA's insured whose claim files (or claim information) have been or will be disclosed in the course of discovery in the above-captioned matter.

\* \* \* \* \* \* \* \* \*

**PROPOSED ORDER (ALTERNATIVE 2):**

Upon consideration of the Motion For Protective Order Governing Claimant Contact filed on October 26, 2007, by Defendants Cigna Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA"), this Court orders that the Relator and her counsel refrain from contacting any of LINA's insured whose claim files (or claim information) have been or will be disclosed in the course of discovery, unless:

(1) The Relator limits the claimants to those who fit the criteria outlined in her response to Interrogatory No. 28 in which Relator identified the criteria for identifying potential false claims;

(2) the Relator notifies the Defendants and the Court of the names of the insured(s) that she intends to contact;

(3) the Relator complies with all applicable privacy restrictions, including, but not limited to, those set out in federal or state statutes (except as provided for in the Confidential Health Information Motion, Docket Entry No. 88);

(4) the Relator or her counsel, provide the insured with a letter and consent form;

(5) neither the Relator nor her counsel have any contact with an insured until the insured affirmatively consents to such contact by returning the consent form; and

(6) the Relator or her counsel provides the Defendants with copies of the executed consent forms within five (5) days of receiving such form from an insured.

By the Court,

_____
U.S.D.J. Mark Wolf

Dated: _____, 2007

4225083v1