EXHIBIT 2

Re: *United States of America ex rel. Dawn Barrett v. CIGNA Corp. et. al,*
Civil Action No. 03-12382-MLW

Dear _____:

  CIGNA Corporation and Life Insurance Company of North America (collectively, "Defendants") have been named as defendants in the lawsuit referenced above that was filed in the United States District Court in the District of Massachusetts by Relator Dawn Barrett. My firm represents Ms. Barrett in this matter. Karen Collari Troake of the firm Choate, Hall & Stewart represents Defendants in this matter. My phone number is _____ and Ms. Collari Troake may be contacted at (617) 248-5192.

  In her lawsuit, Ms. Barrett claims that the Defendants compelled individuals (such as you) whose claims for long-term disability benefits were administered or handled by LINA[1] ( the "Insureds") to file false and fraudulent claims with the Government for Social Security Disability Income benefits (SSDI). Through a federal statute called the "False Claims Act," 31 U.S.C. §§ 3729, *et seq.*, Ms. Barrett is suing as a "relator" on behalf of the Government to recover costs that were allegedly incurred by the Social Security Administration in processing the SSDI claims at issue.

  The Government is not bringing this case, but under the False Claims Act, Ms. Barrett is permitted to proceed with the case against the Defendants. If Ms. Barrett is successful, both she and the Government (and no one else) will recover damages and costs that she proves are related to the underlying claims. The Defendants deny that they compelled you or anyone else at any time to file or pursue a false or fraudulent claim with the Social Security Administration, or otherwise violated the False Claims Act, as alleged by Ms. Barrett.

  As part of the ongoing discovery process in this lawsuit, the Court has directed the Defendants, pursuant to the rules of discovery and the Confidentiality Stipulation and Order, a copy of which is attached to this letter, to disclose the identity of certain individuals whose claims LINA handled and to provide certain information from the claim files for these insureds' applications for long-term disability benefits. These materials have been designated as "Highly Confidential" under the Confidentiality Stipulation and Order.

  Through the disclosure of this information, my office has identified you as an Insured who may have information regarding the case. If an attorney represents you, please forward this letter to him or her. We would like to speak with you to discuss this matter. Absent your express consent, however, we will not communicate with you further. In deciding whether to consent to speak with us, you should be aware that any conversation you have with us is not confidential or privileged in any way. If you do consent to further communications, please sign the enclosed

---

[1] References herein to "LINA" shall include CIGNA Life Insurance Company of New York and Connecticut General Life Insurance Company.

4218168v1

consent form and return it in the self-addressed, stamped envelope which is included for your convenience.

Sincerely,

[Plaintiff's Counsel]

4218168v1

## CONSENT FORM

    I, _____ (INSERT FULL NAME), have received a letter from _____ [PLAINTIFF'S COUNSEL] and a copy of the Confidentiality Stipulation and Order, regarding the litigation titled *United States of America ex rel. Dawn Barrett v. CIGNA Corp., et al.*, Civil Action No. 03-12382-MLW. I have/have not consulted with my attorney and agree/do not agree to be contacted by _____ [PLAINTIFF'S COUNSEL].

_____
INSURED

Date: _____, 2007

4218168v1