UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>    Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KAREN COLLARI TROAKE IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER GOVERNING CLAIMANT CONTACT

I, Karen Collari Troake, affirm and declare as follows:

1. I am an attorney with Choate, Hall & Stewart LLP and counsel of record for Defendants CIGNA Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Defendants' Motion for Protective Order Governing Claimant Contact.

2. Attached hereto as Exhibit A is a true and correct copy of Excerpts of the Transcript of the October 5, 2006 Hearing in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of Excerpts of the Relator's First Sets [sic] of Document Requests to Defendant Life Insurance Company of North America, dated March 23, 2007.

4. Attached hereto as <u>Exhibit</u> <u>C</u> is a true and correct copy of Relator's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26, dated March 16, 2007.

5. Attached hereto as <u>Exhibit</u> <u>D</u> is a true and correct copy of an Example Settlement Agreement.

6. Attached hereto as <u>Exhibit</u> <u>E</u> is a true and correct copy of Excerpts of Policies containing the Assumed Receipt of Benefits provision.

7. Attached hereto as <u>Exhibit</u> <u>F</u> is a true and correct copy of Excerpts of Relator's Response to Defendants' First Set of Interrogatories, dated October 3, 2007.

8. Attached hereto as <u>Exhibit</u> <u>G</u> is a true and correct copy of Electronic Order of Judge Alexander dated May 21, 2007, in <u>U.S. ex rel. Loughren v. UnumProvident Corp., et al.</u>, Civil Action No. 03-CV-11699-PBS (D. Mass.).

Signed under the pain and penalties of perjury this 25th day of October, 2007.

*/s/ Karen Collari Troake*
Karen Collari Troake

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2007.

/s/ *Karen Collari Troake*
Karen Collari Troake

4264523v2