# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DAWN BARRETT,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br><br>　　　　　　　Defendants. | Civil Action No. 03-12382-MLW |

**RELATOR'S INITIAL DISCLOSURE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 26**

Plaintiff-Relator ("Relator") Dawn Barrett, through counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure hereby submits this initial disclosure.

A.　　The following individuals are likely to have discoverable information that Relator may use to support her claims:

　　　　1.　　Samuel Mariskanish
　　　　　　　Offset Specialist
　　　　　　　CIGNA
　　　　　　　P.O. Box 22325
　　　　　　　Pittsburgh, PA 15222-0325

　　　　　　　Mr. Mariskanish has discoverable information regarding the manner
　　　　　　　in which CIGNA Corporation ("CIGNA") monitors Long Term
　　　　　　　Disability ("LTD") claimants' applications for Social Security
　　　　　　　Disability Insurance ("SSDI") benefits.

　　　　2.　　Steven Ostrega
　　　　　　　Manager of Offset and Recovery Operations
　　　　　　　CIGNA
　　　　　　　12225 Greenville Avenue

        Dallas, TX 75243

        Mr. Ostrega has discoverable information regarding the manner in which CIGNA monitors LTD claimants' applications for SSDI benefits.

3.    Sherry Bowman
     Offset Specialist
     CIGNA
     P.O. Box 22325
     Pittsburgh, PA 15222-0325

     Ms. Bowman has discoverable information regarding the manner in which CIGNA monitors LTD claimants' applications for SSDI benefits.

4.    Tricia Roth
     LTD Case Manager
     CIGNA
     P.O. Box 22325
     Pittsburgh, PA 15222-0325

     Ms. Roth has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

5.    Michael Campbell
     LTD Case Manager
     CIGNA
     P.O. Box 22325
     Pittsburgh, PA 15222-0325

     Mr. Campbell has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

6.    Kelly Mauro
     Senior LTD Case Manager
     CIGNA
     P.O. Box 22325
     Pittsburgh, PA 15222-0325

     Ms. Mauro has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in

particular, the requirement that all LTD claimants apply for SSDI benefits.

7. Shawn Fetcko
Senior LTD Case Manager
CIGNA
P.O. Box 22325
Pittsburgh, PA 15222-0325

Mr. Fetcko has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

8. Ed Quinque
Senior LTD Case Manager
CIGNA
P.O. Box 22325
Pittsburgh, PA 15222-0325

Mr. Quinque has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

9. Gary Johnson
Senior LTD Case Manager
CIGNA
P.O. Box 22325
Pittsburgh, PA 15222-0325

Mr. Johnson has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

10. Ed O'Connor
Senior LTD Case Manager
CIGNA
P.O. Box 22325
Pittsburgh, PA 15222-0325

Mr. O'Connor has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

11. Diana Accetta
    Senior LTD Case Manager
    CIGNA
    P.O. Box 22325
    Pittsburgh, PA 15222-0325

    Ms. Accetta has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

12. John Koller
    LTD Team Leader
    CIGNA
    P.O. Box 22325
    Pittsburgh, PA 15222-0325

    Mr. Koller has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

13. Scott Bash
    LTD Team Leader
    CIGNA
    P.O. Box 22325
    Pittsburgh, PA 15222-0325

    Mr. Bash has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

14. Al Gibson
    LTD Team Leader
    CIGNA
    P.O. Box 22325
    Pittsburgh, PA 15222-0325

    Mr. Gibson has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

15. Sandy Rayburg
    LTD Team Leader
    CIGNA

        P.O. Box 22325
        Pittsburgh, PA 15222-0325

        Ms. Rayburg has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

16.    Eric Large
        LTD Team Leader
        CIGNA
        P.O. Box 22325
        Pittsburgh, PA 15222-0325

        Mr. Large has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

17.    Scott Parker
        LTD Team Leader
        CIGNA
        P.O. Box 22325
        Pittsburgh, PA 15222-0325

        Mr. Parker has discoverable information regarding the manner in which CIGNA processes applications for LTD benefits and, in particular, the requirement that all LTD claimants apply for SSDI benefits.

Relator's disclosures are based on her present knowledge, information, and belief. Relator reserves her right to supplement these disclosures, if necessary under the applicable Federal Rules of Civil Procedure and the Local Rules, if additional or different information is acquired through further investigation and discovery. Relator also believes that there may exist other individuals including, but not limited to, present and former employees of CIGNA and its agents, who are likely to have knowledge with respect to Relator's claims.

For example, Relator believes current and former employees of CIGNA that work, or worked, as LTD case managers, senior case managers, or team leaders may have

5

discoverable information concerning CIGNA policies and practices regarding LTD benefits and the requirement that LTD claimants apply for SSDI benefits.

Similarly, Relator believes that current and former employees of outside vendors that specialize in obtaining SSDI benefits—such as Advantage 2000 Consultants, Inc.—may likewise have discoverable information concerning CIGNA policies and practices regarding LTD benefits and the requirement that LTD claimants apply for SSDI benefits.

Relator also believes that many of CIGNA's insureds may have discoverable information concerning CIGNA's policies and practices regarding LTD benefits and the requirement that LTD claimants apply for SSDI benefits.

**B.** The following category of documents are in Relator's possession, custody or control and may be used to support Relator's claims. Relator is prepared to make these documents available for inspection or provide copies of these materials to Defendants.

1. Social Security Primer for Benefit Analysts, dated April 23, 1997
2. Sample letters in response to claim for LTD benefits
3. Claims Policies and Procedures, dated April 23, 1999
4. Print out from September 1999: "FFT Special Security Acceptance Analysis" and "FFT Social Security Disability Coding."
5. Reimbursement Agreement Form, dated March 2000
6. Memorandum regarding "Coding and Reserving Impact," dated September 22, 2000
7. Notes regarding LTD claimant, dated November 27, 2000 to March 29, 2001
8. Letters to claimant regarding Social Security application requirement, dated December 29, 2000 to April 9, 2002

9. Letter to LTD claimant, dated Spring 2001

10. Form letters regarding Advantage 2000, dated May 28, 2002 and July 8, 2002

11. E-mail from Terry Binder to Dawn Barrett, dated July 9, 2002

12. Disclosure Authorization, dated July 2000

13. E-mail exchange between Dawn Barrett and Missy Thomas, dated August 14, 2002

14. E-mail from Craig Smith to Dawn Barrett, dated August 16, 2002

15. Memorandum regarding SSAT Workflows, effective September 19, 2002

16. Memorandum regarding Advantage 2000 Consultants—Vendor Coordinator Training, dated September 19, 2002

17. Memorandum regarding Advantage 2000—Claims Operation—Roles and Responsibilities, dated September 2002

18. Advantage 2000 cover letter with examples of Social Security forms, dated September 2002

19. E-mail from Lauren Swanson to Dawn Barrett, dated September 3, 2002

20. Social Security Referral, Coding and Estimation Procedures, revised October 11, 2002

21. E-mails regarding SSDI COLA adjustment, dated December 2002

22. CIGNA Disability Claim Form, dated January 2003

23. CIGNA Disability Questionnaire and Activities of Daily Living, dated January 2003

24. Interoffice Memorandum regarding DMS Mission and Values, dated January 2, 2003

25. E-mail from Lauren Swanson, dated January 9, 2003

26. SAM/Pre-SAM Referral Checklist, dated January 2003

27. Social Security Referral, Coding and Estimation Overview, dated April 2003

28. Social Security Referral, Coding and Estimation Procedure, revised May 1, 2003

29. Staffing Session Guidelines, revised July 1, 2003

30. SRO Offset Coding, revised July 1, 2003

31. E-mails regarding Social Security contest, dated August 29, 2003

32. Advantage 2000 referral forms, dated September 18, 2003

33. STD Initial Telephone Checklist, dated September 29, 2003

34. LTD Initial Telephone Checklist, dated September 29, 2003

35. STD/LTD/WOP Continuing Claim Telephone Checklist, dated September 29, 2003

36. E-mails regarding Social Security contest results, dated September 2003

37. E-mails regarding Referral Target and Social Security Report

38. E-mails attaching "The Offset Observer," dated November 4, 2003

39. Miscellaneous documents including:
    - Flowchart
    - Advantage 2000 Management Biographies
    - Diary Checklist and SS Offset codes
    - Sheet with heading "Contracts"
    - Sheet titled "Social Security Facts"
    - Index S–Z
    - Index M–R
    - CIGNA Group Insurance document entitled "Advantages of Receiving Social Security Disability Benefits"
    - Social Security Law Group electronic referral form
    - Template letter
    - Social Security Assistant
    - Initial Claimant Call
    - Entries from Address Book
    - Social Security Statutes Questionnaire

C. **Damage Computation**

Relator is requesting an order compelling Defendants to cease and desist from violating the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, as amended. Relator is also

seeking an amount equal to three times the amount of damages the United States has sustained because of Defendants' actions. Because discovery has not begun, Relator cannot estimate the precise number of false claims that Defendants have caused to be submitted. Based on available information, Relator has made a preliminary estimate that every false claim filed at the direction of the Defendants that was denied by the Social Security Administration cost the United States, on average, approximately $1,364. *See* The Lewin Group, Inc., Evaluation of SSA's Disability Quality Assurance (QA) Processes and Development of QA Options That Will Support the Long-Term Management of the Disability Program, (Mar. 16, 2001). Because there has been no discovery to date, this figure is necessarily a preliminary estimate, and Relator reserves the right to adjust this figure based on further investigation, discovery and/or expert analysis in this litigation.

In addition, Relator is seeking a civil penalty against the Defendants of not less than $5,500, and not more than $11,000 for each violation of 31 U.S.C. § 3729; and, pursuant to 31 U.S.C. § 3730(d), all costs of this action, including attorneys' fees and costs.

Dated: March 16, 2007                    Respectfully submitted,

/ S / Peter B. Krupp

Peter B. Krupp, B.B.O. #548112
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970
Fax: (617) 367-1971

Mary Louise Cohen
Colette G. Matzzie
PHILLIPS AND COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815

Kit A. Pierson
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

*Counsel for Dawn Barrett*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2007, I served Relator's Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26, electronically and by U.S. Mail, postage prepaid, to the following counsel of record:

>R.J. Cinquegrana
>Karen Collari Troake
>Richard C. Abati
>Andrew D. Ziegler
>CHOATE, HALL & STEWART
>2 International Place
>Boston, Massachusetts 02110

_____
John Fedele
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

*Counsel for Dawn Barrett*