# EXHIBIT G

CASREF

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-11699-PBS

United States of America v. Unumprovident Corporation, et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Joyce London Alexander
Cause: 47:151 Federal Communications Act of 1934

Date Filed: 09/09/2003
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**
*Ex-Rel*

represented by **Aaron J. Deluca**
Lanier Law Firm
P.O. Box 691448
Houston, TX 77269-1448
*TERMINATED: 03/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colette G. Matzzie**
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington, DC 20036
202-833-4567
Fax: 202-833-1815
Email: cmatzzie@phillipsandcohen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Mark Cohen**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3626
Fax: 617-748-3969
Email: jeffrey.cohen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy M. Sternberg**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200

Boston, MA 02210
617-748-3142
Fax: 617-748-3675
Email: jeremy.sternberg@usdoj.gov
*TERMINATED: 05/23/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Phillips**
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington, DC 20036
*TERMINATED: 03/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judson A. Waltman**
Lanier Law Firm
P.O. Box 691448
Houston, Tx 77269-1448
Email: jaw@lanierlawfirm.com
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Parker**
Lanier Law Firm P.C.
Box 691448
Houston, Tx 77269-1448
Email: kpp@lanierlawfirm.com
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Ann Metzger**
12 Arlington Road
Wellesley, MA 02481
*TERMINATED: 10/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Louise Cohen**
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
202-833-4567
Fax: 202-833-1815
Email: mlc@phillipsandcohen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Krupp**
Lurie and Krupp, LLP
One McKinley Square
Boston, MA 02109
617-367-1970
Fax: 617-367-1971
Email: pkrupp@luriekrupp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara M. Bloom**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3265
Fax: 617-748-3971
Email: sara.bloom@usdoj.gov
*TERMINATED: 05/23/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara A. Laroche**
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
617-367-1970
Fax: 617-367-1971
Email: slaroche@luriekrupp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
Lanier Law Office
6810 FM 1960 Road W
Houston, TX 77069
713-659-5200
Fax: 713-659-2204
Email: wml@lanierlawfirm.com
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Loughren**     represented by     **Aaron J. Deluca**
(See above for address)
*TERMINATED: 03/14/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Candida Morales Harty**
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, DC 20036
202-912-2000
Email:
candida.harty@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Nadler**
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, DC 20036
202-912-2000
Email: carl.nadler@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Young**
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, DC 20036
202-912-2736
Fax: 202-912-2020
Email: david.young@hellerehrman.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy M. Sternberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Phillips**
(See above for address)
*TERMINATED: 03/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judson A. Waltman**
Lanier Law Firm
P.O. B ox 691448
Houston, TX 77269-1448
Email: jaw@lanierlawfirm.com
*TERMINATED: 02/26/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Parker**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
Heller Ehrman, LLP
1717 Rhode Island Avenue NW
Washington, DC 20036
202-912-2000
Email: kit.pierson@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P. Wilson**
The Lanier Law Office
6810 FM 1960 West
Houston, TX 77069
713-659-5200
Fax: 713-659-2204
Email: lpw@lanierlawfirm.com
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Ann Metzger**
12 Arlington Road
Wellesley, MA 02481
781-239-1153
Fax: 781-237-2068
*TERMINATED: 10/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Louise Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Krupp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara M. Bloom**
(See above for address)

*TERMINATED: 03/02/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara A. Laroche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shari A. Rose**
Heller Ehrman LLP
1717 Rhode Island Avenue, N.W.
Washington, DC 20036
202-912-2000
Email: shari.rose@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M. Rennert**
Heller Ehrman LLP
1717 Rhode Island Avenue NW
Washington, DC 20036
202-912-2000
Email: stuart.rennert@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Unumprovident Corporation**         represented by   **Byrne J. Decker**
Pierce Atwood
1 Monument Square
Portland, ME 04101
207-791-1100
Fax: 207-791-1350
Email: bdecker@pierceatwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Barry**
Pierce Atwood LLP
1 Monument Square

Portland, MA 04101
207-791-1100
Fax: 207-791-1350
Email: dbarry@pierceatwood.com
*TERMINATED: 03/31/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geraldine G. Sanchez**
Pierce Atwood
1 Monument Square
Portland, ME 04101
207-791-1100
Fax: 207-791-1350
Email: gsanchez@pierceatwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Meagher**
Shutts & Bowen LLP
1500 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131
305-358-6300
Fax: 305-381-9982
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Porada**
Pierce Atwood
1 Monument Square
Portland, ME 04101
207-791-1108
Fax: 207-791-1350
Email: mporada@pierceatwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Kayatta, Jr.**
Pierce Atwood
1 Monument Square
Portland, MA 04101
207-791-1100
Fax: 207-791-1350
Email: wkayatta@pierceatwood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Genex Services, Inc.                           represented by  **Byrne J. Decker**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geraldine G. Sanchez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Meagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Porada**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Kayatta, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Mediator

**Mag. Judge Robert B. Collings**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2003 | 1 | Sealed COMPLAINT against Sealed deft Filing fee: $ 150, receipt number 50155, filed by United States of America.(Simeone, Maria) (Entered: 09/11/2003) |
| 09/09/2003 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Simeone, Maria) (Entered: 09/11/2003) |
| 09/08/2004 | 8 | NOTICE of election to decline intervention by United States of America (Smith3, Dianne) (Entered: 09/13/2004) |
| 09/17/2004 | 9 | Judge Patti B. Saris : ORDER entered re [8] Notice (Other) filed by United States of America(Smith3, Dianne) (Entered: 09/24/2004) |
| 09/27/2004 | 10 | NOTICE of SUBSTITUTION OF Appearance by Sara M. Bloom on behalf of United States of America (Smith3, Dianne) (Entered: 09/27/2004) |
| 10/27/2004 | 15 | AFFIDAVIT of Judson A. Waltman in Support re 12 MOTION for Leave to Appear Pro Hac Vice by W.Mark Lanier, Kevin P. Parker, Judson A. Waltman, Aaron J. Deluca and Mary Louise Cohen Filing fee $ 250.00, receipt number 61017. . (Smith3, Dianne) (Entered: |

| | | |
|---|---|---|
| 05/18/2007 | 171 | STATEMENT OF COUNSEL *Relating to Interrogatory 1(b-e) and RFP 7 Pursuant to Court's Instruction at May 17, 2007 Hearing* by Patrick Loughren. (Laroche, Sara) (Entered: 05/18/2007) |
| 05/18/2007 | 172 | STATEMENT OF COUNSEL *Relating to Interrogatory 2(b-e) And RFP 7 Pursuant To Court's Instruction At May 17, 2007 Hearing (Corrected)* by Patrick Loughren. (Laroche, Sara) (Entered: 05/18/2007) |
| 05/21/2007 | 173 | Response by Genex Services, Inc., Unumprovident Corporation to 172 Statement of counsel *Relating to Interrogatories 2(b-e) and RFP 7 Pursuant to Court's Instruction at May 17, 2007 Hearing.* (Porada, Mark) (Entered: 05/21/2007) |
| 05/21/2007 | | Magistrate Judge Joyce London Alexander : ElectronicORDER entered granting 96 Motion for Protective Order, subject to the following condition: The letter that will be sent to identified insureds shall include an "opt-out" provision whereby an insured may opt not to be contacted by the parties. The insured may have ten (10) days to sign and return the enclosed opt-out form, but in any event no contact may be made with an insured until twenty (20) days after the mailing of the notification letter. Denying 118 Motion in Limine and denying 129 Motion for Protective Order in light of the amendment to the scheduling order. All expert discovery is to continue in accordance with the new scheduling order. Granting in part 130 Motion for Extension of Time to Complete Discovery, The scheduling order is amended as follows: Defendants' 30(b)(6) witness(es) on electronic discovery issues shall be deposed no later than June 8, 2007. Information Technology representatives from Plaintiff and Defendants are to meet and Plaintiffs are to provide Defendants with electronic search parameters on or before June 22, 2007. Defendants shall produce the report generated from the search using Plaintiff's parameters on or before July 27, 2007. Plaintiff's shall make any requests necessary for the review of hard-copy claims files on or before August 31, 2007. Defendants shall make all requested hard-copy claims files available to Plaintiff for inspection and copying on a rolling basis if possible, but no later than September 28, 2007. Fact discovery shall conclude December 14, 2007. Plaintiff's designation of experts and disclosure of Rule 26(a)(2) information by January 18, 2008. Defendants' designation of experts and disclosure of Rule 26(a)(2) information by February 15, 2007. Expert discovery shall conclude March 21, 2008. Further dispositive motions shall be filed on or before April 4, 2008 with responses due on or before April 25, 2008 and replies due on or before May 9, 2008. Granting in part and denying in part 153 Motion to Compel: Plaintiff shall answer Interrogatory No. 1 within 14 days of this order. Plaintiff need not answer Interrogatory Nos. 10 and 20 as they are over broad and beyond the scope of reasonable discovery. Granting in part and denying in part 154 Motion for Protective Order: The Defendants may depose Ms. Nee with respect to any facts learned during the scope of her work with UnumProvident and her compensation from Plaintiff in this case. Ms. Nee shall not be questioned about her work as a consulting expert for Plaintiff in this case. Granting 165 Motion to Compel: Interrogatory Nos. 1 and 2 and Document Request No. 7 are appropriate discovery requests. While it |

| | | |
|---|---|---|
| | | may be suggested that the parties have captiously read this Court's prior discovery orders, any doubt must end here. Absent exigent circumstances or the legitimate existence of a recognized privilege, this Court, and the Federal Rules of Civil Procedure, requires liberal and full discovery necessary to fairly adjudicate the case on its merits. The "spirit" of the Court's orders is to enable this liberal discovery of relevant information. Accordingly, and in line with the new scheduling order, Plaintiff shall submit to Defendants whatever parameters necessary for a new "report" to be generated with information needed to help answer the subject discovery requests. Once that report has been generated, Plaintiff may request any hard-copy claims files it desires for inspection and copying. Further, in accordance with the newly adopted Federal Rules regarding electronic discovery, though still in line with the general rule of liberal discovery, Defendants shall furnish all relevant and requested electronic discovery to Plaintiff in an agreed format that minimizes expense and facilitates timely review of the discovery. Defendants shall not be required to perform any "by-hand" searches through hard-copy claims files for documents or information responsive to the above discovery requests. (Lovett, Jarrett) (Entered: 05/21/2007) |
| 05/22/2007 | 174 | MOTION for Leave to Appear Pro Hac Vice for admission of Carl Nadler, Shari A. Rose and Candida Morales Harty Filing fee $ 150, receipt number 1530410. by Patrick Loughren. (Attachments: # 1 Affidavit Carl Nadler# 2 Affidavit Shari A. Rose# 3 Affidavit Candida Morales Harty)(Krupp, Peter) Motions referred to Joyce London Alexander. (Entered: 05/22/2007) |
| 05/23/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 174 Motion for Leave to Appear Pro Hac Vice Added Carl Nadler for Patrick Loughren, Shari A. Rose for Patrick Loughren, Candida Morales Harty for Patrick Loughren (Patch, Christine) (Entered: 05/23/2007) |
| 05/31/2007 | 176 | STATUS REPORT *of the Parties Regarding Mediation* by Genex Services, Inc., Unumprovident Corporation. (Porada, Mark) (Entered: 05/31/2007) |
| 06/01/2007 | 177 | MOTION to Seal Document *Relator's Opposition to Defendants' Motion for Summary Judgment, Relator's Statement of Disputed and Undisputed Material Facts and Response to Defendants' Statement of Undisputed Material Facts in Support of His Opposition to Defendants' Motion for Summary Judgment, and the Declaration of Kit A. Pierson in Support of Relator's Opposition to Defendants' Motion for Summary Judgment and the Exhibits Attached Thereto* by Patrick Loughren.(Krupp, Peter) Motions referred to Joyce London Alexander. (Entered: 06/01/2007) |
| 06/01/2007 | 178 | Opposition re 146 MOTION for Summary Judgment *Pursuant to Fed. R. Civ. P. 56(f)* filed by Patrick Loughren. (Krupp, Peter) (Entered: 06/01/2007) |
| 06/01/2007 | 179 | MEMORANDUM in Opposition re 146 MOTION for Summary Judgment *Pursuant to Fed. R. Civ. P. 56(f)* filed by Patrick Loughren. (Krupp, Peter) (Entered: 06/01/2007) |