**EXHIBIT 1**

Re: *United States of America ex rel. Dawn Barrett v. CIGNA Corp. et. al*,
Civil Action No. 03-12382-MLW

Dear _____:

    Dawn Barrett (the "Plaintiff-Relator") has brought a lawsuit on behalf of the United States against defendants CIGNA Corporation and Life Insurance Company of North America (collectively, "Defendants"). The suit is pending in the United States District Court in the District of Massachusetts. Plaintiff-Relator Barrett is represented by Carl Nadler of the law firm Heller Ehrman, LLP, and he can be reached at 202-912-2575. Defendants are represented by Karen Collari Troake of the law firm Choate, Hall & Stewart LLP, and she can be reached at 617-248-5192.

    Ms. Barrett is an employee of Cigna. In her lawsuit, Ms. Barrett alleges that the Defendants caused people whose claims for long-term disability benefits were administered or handled by LINA[1] (the "Insureds") to file claims with the Government for Social Security Disability Income benefits "SSDI"). Ms. Barrett alleges that the Defendants caused Insureds to make these SSDI claims without regard to their eligibility to receive SSDI and in many cases when the Defendants knew that the disability claimant was not entitled to receive the benefits.

    Through a federal statute called the "False Claims Act," Ms. Barrett initiated this suit to recover costs and penalties that she alleges are due to the United States because of the Defendants' practices. Ms. Barrett's lawsuit seeks to recover money from Defendants on behalf of the Government. The suit does not allege that you – or any other Insured – broke any law or have to pay any money to anyone. To the contrary, Ms. Barrett's lawsuit alleges that it was the Defendants who caused individuals to make application for SSDI, and it is the Defendants – and the Defendants alone – who are legally responsible to pay the government in this lawsuit.

    At present, government lawyers are monitoring but not actively prosecuting this case. Nonetheless, Ms. Barrett is entitled under the False Claims Act to prosecute this case on behalf of the government and to seek to recover for the taxpayers of the United States the costs and penalties that she alleges have been inflicted on the United States. If Ms. Barrett is successful in this case, the United States Treasury will be directly paid the amount of money recovered from the Defendants, and Ms. Barrett may be awarded a small percentage of this money. The Defendants deny that they compelled you or anyone

---

[1] References herein to "LINA" include CIGNA Life Insurance Company of New York and Connecticut General Life Insurance Company.

else at any time to file or pursue a false or fraudulent claim with the Social Security Administration, or otherwise violated the False Claims Act, as alleged by Ms. Barrett.

     As part of the ongoing discovery process in this lawsuit, the Court has directed the Defendants, pursuant to the rules of discovery and the Confidentiality Stipulation and Order, a copy of which is attached to this letter, to disclose the identity of certain individuals whose claims LINA handled and to provide certain information from the claim files for these insureds' applications for long-term disability benefits. These materials have been designated as "Highly Confidential" under the Confidentiality Stipulation and Order.

     Through the disclosure of this information, the Defendants have identified you as an Insured who may have information regarding the case. We would like to speak with you to discuss this matter. If we do not hear from you within 14 days of receipt of this letter, we will assume it is fine to make contact with you. In deciding whether to consent to speak with us, you should be aware that any conversation you have with us is not confidential or privileged in any way. If you do not consent to further communications, please sign the enclosed form and return it in the self-addressed, stamped envelope which is included for your convenience.

                              Sincerely,

                              [Plaintiff's Counsel] [Defendants' Counsel]

CONSENT FORM

I, _____ (INSERT FULL NAME), have received a letter from _____ [PLAINTIFF'S COUNSEL] [DEFENDANTS' COUNSEL] regarding the litigation titled *United States of America ex rel. Dawn Barrett v. CIGNA Corp., et al.*, Civil Action No. 03-12382-MLW. I do not want to be contacted by [PLAINTIFF'S COUNSEL] [DEFENDANTS' COUNSEL] concerning the matters described in this letter.

_____
INSURED

Date: _____, 2007

11/9/07 10:13 AM (38438.0006)