UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>EX REL. DAWN BARRETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

### AFFIDAVIT OF CARL NADLER IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER GOVERNING CLAIMANT CONTACT

I, Carl Nadler, affirm and declare as follows:

1. I am a shareholder at Heller Ehrman LLP and counsel of record for Relator Dawn Barrett. I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in opposition to Defendants' Motion for Protective Order Governing Claimant Contact.

2. Attached hereto as Exhibit A is a true and correct copy of and Order entered in *United States ex. rel Loughren v. Unum Provident, et al.*, Civil Action No. 03-CV-11699-PBS (D. Mass.) (hereinafter, "*Unum*"), a False Claims Act case alleging similar misconduct to that alleged in this matter.

3.      Attached hereto as Exhibit B is a true and correct copy of the form letter that Counsel has used to contact insureds in *Unum*, pursuant to the Order attached as Exhibit A.

4.      Attached hereto as Exhibit C is a true and correct copy of Relator's Response to Defendants' First Set of Interrogatories dated October 3, 2007.

Signed subject to the pain and penalties of perjury this 9th day of November, 2007.

*/signature/*

Carl S. Nadler

### CERTIFICATE OF SERVICE

I hereby certify that this document sent through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2007.

/s/    Carl S. Nadler

Carl S. Nadler