**EXHIBIT A**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, May 21, 2007 11:50 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:03-cv-11699-PBS United States of America v. Unumprovident Corporation, et al Order on Motion for Protective Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 5/21/2007 at 11:50 AM EDT and filed on 5/21/2007

**Case Name:** United States of America v. Unumprovident Corporation, et al
**Case Number:** 1:03-cv-11699
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Magistrate Judge Joyce London Alexander : ElectronicORDER entered granting [96] Motion for Protective Order, subject to the following condition: The letter that will be sent to identified insureds shall include an "opt-out" provision whereby an insured may opt not to be contacted by the parties. The insured may have ten (10) days to sign and return the enclosed opt-out form, but in any event no contact may be made with an insured until twenty (20) days after the mailing of the notification letter. Denying [118] Motion in Limine and denying [129] Motion for Protective Order in light of the amendment to the scheduling order. All expert discovery is to continue in accordance with the new scheduling order. Granting in part [130] Motion for Extension of Time to Complete Discovery, The scheduling order is amended as follows: Defendants' 30(b)(6) witness(es) on electronic discovery issues shall be deposed no later than June 8, 2007. Information Technology representatives from Plaintiff and Defendants are to meet and Plaintiffs are to provide Defendants with electronic search parameters on or before June 22, 2007. Defendants shall produce the report generated from the search using Plaintiff's parameters on or before July 27, 2007. Plaintiff's shall make any requests necessary for the review of hard-copy claims files on or before August 31, 2007. Defendants shall make all requested hard-copy claims files available to Plaintiff for inspection and copying on a rolling basis if possible, but no later than September 28, 2007. Fact discovery shall conclude December 14, 2007. Plaintiff's designation of experts and disclosure of Rule 26(a)(2) information by January 18, 2008. Defendants' designation of experts and disclosure of

Rule 26(a)(2) information by February 15, 2007. Expert discovery shall conclude March 21, 2008. Further dispositive motions shall be filed on or before April 4, 2008 with responses due on or before April 25, 2008 and replies due on or before May 9, 2008. Granting in part and denying in part [153] Motion to Compel: Plaintiff shall answer Interrogatory No. 1 within 14 days of this order. Plaintiff need not answer Interrogatory Nos. 10 and 20 as they are over broad and beyond the scope of reasonable discovery. Granting in part and denying in part [154] Motion for Protective Order: The Defendants may depose Ms. Nee with respect to any facts learned during the scope of her work with UnumProvident and her compensation from Plaintiff in this case. Ms. Nee shall not be questioned about her work as a consulting expert for Plaintiff in this case. Granting [165] Motion to Compel: Interrogatory Nos. 1 and 2 and Document Request No. 7 are appropriate discovery requests. While it may be suggested that the parties have captiously read this Court's prior discovery orders, any doubt must end here. Absent exigent circumstances or the legitimate existence of a recognized privilege, this Court, and the Federal Rules of Civil Procedure, requires liberal and full discovery necessary to fairly adjudicate the case on its merits. The "spirit" of the Court's orders is to enable this liberal discovery of relevant information. Accordingly, and in line with the new scheduling order, Plaintiff shall submit to Defendants whatever parameters necessary for a new "report" to be generated with information needed to help answer the subject discovery requests. Once that report has been generated, Plaintiff may request any hard-copy claims files it desires for inspection and copying. Further, in accordance with the newly adopted Federal Rules regarding electronic discovery, though still in line with the general rule of liberal discovery, Defendants shall furnish all relevant and requested electronic discovery to Plaintiff in an agreed format that minimizes expense and facilitates timely review of the discovery. Defendants shall not be required to perform any "by-hand" searches through hard-copy claims files for documents or information responsive to the above discovery requests. (Lovett, Jarrett)

**1:03-cv-11699 Notice will be electronically mailed to:**
Peter B. Krupp pkrupp@luriekrupp.com
Jeremy M. Sternberg jeremy.sternberg@usdoj.gov, dorothy.flaherty@usdoj.gov, usama.ecf@usdoj.gov
William J. Kayatta, Jr wkayatta@pierceatwood.com
Geraldine G. Sanchez gsanchez@pierceatwood.com
Mary Louise Cohen mlc@phillipsandcohen.com
Byrne J. Decker bdecker@pierceatwood.com, lbernard@pierceatwood.com
Jeffrey Mark Cohen jeffrey.cohen@usdoj.gov, ellen.souris@usdoj.gov, usama.ecf@usdoj.gov
Mark E. Porada mporada@pierceatwood.com, BStone@pierceatwood.com
Sara A. Laroche slaroche@luriekrupp.com
Colette G. Matzzie cmatzzie@phillipsandcohen.com
Stuart M. Rennert stuart.rennert@hellerehrman.com, jennifer.gordon@hellerehrman.com
Kit A. Pierson kit.pierson@hellerehrman.com, jennifer.gordon@hellerehrman.com

**1:03-cv-11699 Notice will not be electronically mailed to:**

John E. Meagher
Shutts & Bowen LLP

1500 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131