# EXHIBIT B

October 12, 2007

Kit A. Pierson
Kit.Pierson@hellerehrman.com
Direct +1 (202) 912-2100
Main +1 (202) 912-2000
Fax +1 (202) 912-2020

*Confidential*
*Via U.S. Mail*

38438.0007

«First_Name» «Last_Name»
«Street»
«M_2nd_Street»
«City», «State» «Zip»

**Re: *United States ex rel. Loughren v. UnumProvident Corp., at al.***
**1:03-cv-11699-PBS**

Dear «First_Name»:

UnumProvident Corporation has been named in the lawsuit referenced above that was filed in the United States District Court in the District of Massachusetts by Relator Patrick J. Loughren, on behalf of the United States of America. My firm represents Mr. Loughren, and Geraldine G. Sanchez of the firm Pierce Atwood represents Defendants in this matter. My phone number is (202) 912-2100 and Ms. Sanchez may be contacted at (207) 791-1332.

In his lawsuit, Mr. Loughren claims that the Defendants compelled individuals whose claims for long-term disability benefits were administered or handled by UnumProvident ("Insureds") to file false and fraudulent claims with the United States for Social Security Disability Income benefits (SSDI). Through a federal statute called the "False Claims Act," 31 U.S.C. §§ 3729, *et seq.*, Mr. Loughren is suing as a "relator" on behalf of the Government to recover costs that were allegedly incurred by the Social Security Administration in processing the SSDI claims at issue.

The Government has decided not to intervene in this case, but under the False Claims Act, Mr. Loughren is permitted to proceed with the case against the Defendants. If Mr. Loughren is successful, both he and the Government will recover damages and costs relating to the underlying claims.

As part of the ongoing discovery process in this lawsuit, the Court compelled UnumProvident to disclose the identity of individuals whose claims it (or its subsidiaries) handled and to provide certain information from the claim files for these Insureds' applications for long-term disability benefits. This information was disclosed with the protection of the Court under the enclosed Confidentiality Stipulation and Order. These materials have been designated as "Highly Confidential" under that Order.

Heller Ehrman LLP 1717 Rhode Island Avenue, NW, Washington, D.C. 20036-3001 www.hellerehrman.com

Beijing Hong Kong London Los Angeles Madison, WI New York San Diego San Francisco Seattle/Anchorage Silicon Valley Singapore Washington, D.C.

HellerEhrman LLP



Through the disclosure of this information, my office has identified you as an Insured who may have information regarding the case. If an attorney represents you, please forward this letter to them. We may wish to speak with you to discuss this matter. If you do not wish to speak with us about this matter, sign the enclosed "opt-out" form and return it within ten days in the self-addressed, stamped envelope.

Very truly yours,

Kit A. Pierson

Enclosures

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX. REL.* PATRICK J. LOUGHREN<br><br>Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORP.<br>AND GENEX SERVICES, INC.,<br><br>Defendants. | Civil Action No. 03-11699-PBS<br><br>Jury Demanded |

**OPT-OUT FORM**

«First_Name» «Last_Name»
«Street»
«M_2nd_Street»
«City», «State» «Zip»
Ref: «UniqueID»

I opt not to be contacted in connection with *United States ex rel. Loughren v. UnumProvident Corp., et al.*

Date:__________________ Signed:____________________________
«First_Name» «Last_Name»