UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br> *EX REL.* DAWN BARRETT, <br><br> Plaintiff, <br> v. <br><br> CIGNA CORPORATION and <br> LIFE INSURANCE COMPANY <br> OF NORTH AMERICA <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-12382-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF</u>

Defendant CIGNA Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA")[1] (collectively, the "Defendants"), by and through their counsel, hereby move for leave to file a reply brief to Relator's Opposition to Defendants' Motion for a Protective Order Governing Claimant Contact ("Opposition" or "Opp."). A copy of the reply brief is attached hereto as <u>Exhibit 1</u>. As grounds for this motion, Defendants state as follows:

1.  Defendants filed their Motion for a Protective Order Governing Claimant Contact ("Motion") on October 26, 2007.

2.  Relator's Opposition was filed on November 9, 2007.

3.  The Opposition mischaracterizes Defendants' Motion and the proposed procedures advocated by Defendants.

---

[1] References herein to "LINA," "LINA's insureds," or "LINA's claimants" includes CIGNA Life Insurance Company of New York ("CLICNY") and Connecticut General Life Insurance Company ("CGLIC"), and their respective insureds and claimants.

4.  Defendants request that either Relator's counsel be prohibited from contacting any of the claimants whose LTD claim file (or the information contained therein) has been or will be disclosed in the course of discovery, or that the Court adopt the alternative procedures proposed in Defendants' Motion. These procedures are necessary to protect the legitimate privacy concerns of claimants and the legitimate business concerns of Defendants. Relator's suggestion that these proposed procedures are intended in any way to interfere with Relator's trial preparation is baseless.

4.  The Reply seeks to correct Relator's mischaracterizations in the most efficient manner possible.

5.  Relator does not object to this Motion for Leave.

**WHEREFORE**, Defendants respectfully requests that this Court permit Defendants to file the reply brief attached as <u>Exhibit 1</u> and grant such further relief as the Court deems just and appropriate.

Respectfully submitted,

CIGNA CORPORATION and
LIFE INSURANCE COMPANY OF NORTH AMERICA

By their attorneys,

<u>/s/ Karen Collari Troake</u>
R. J. Cinquegrana (BBO #084100)
Karen Collari Troake (BBO #566922)
Richard C. Abati (BBO #651037)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: November 19, 2007

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 19, 2007.

                                            */s/ Karen Collari Troake*
                                            Karen Collari Troake

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 19, 2007.

                                              */s/ Karen Collari Troake*
                                              Karen Collari Troake

4272130v2