UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAWN BARRETT | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 03-12382-MLW |
| v. | ) ) ) | |
| CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) ) ) | |
| Defendants | ) ) | |

**JOINT MOTION TO AMEND
PROPOSED PRE-TRIAL SCHEDULE**

On March 2, 2007, the parties submitted a proposed pre-trial scheduling order (Docket No. 85-1). Since that time, the parties have exchanged extensive written discovery and have negotiated in good faith to resolve outstanding issues with their respective discovery responses and productions. However, the parties believe that additional time will be required to complete fact discovery in this matter for the following reasons:

1. The parties' are currently discussing the scope of Defendants' production of electronic long-term disability ("LTD") information. Once the outstanding issues are resolved and the electronic information produced, Relator intends to ask for the

production of certain individual LTD claim files subject to the Protective Order on file in this case (*see* Docket No. 84), and any further Order by the Court. Both the identification of the LTD claim files by Relator and the production of claims files will take additional time beyond the existing deadlines for fact discovery.

2. In addition, although both parties have already produced a number of documents, there are a considerable number of responsive documents that remain to be reviewed and produced. The timing and sequence of this written discovery is important and will be coupled with deposition discovery in this matter.

Based on the foregoing, the Parties propose the amended pre-trial schedule set forth below and in the attached proposed order:

| | |
|---|---|
| 12/20/07 | Report to the Court regarding the status and prospects for settlement. If the case is not settled, the parties shall report on whether they wish to participate in mediation to be conducted by a magistrate judge or a mutually agreed outside mediator. |
| 5/30/08 | Fact discovery completed. |
| 6/27/08 | Plaintiff shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
| 7/31/08 | Defendant shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
| 8/29/08 | Plaintiff shall disclose rebuttal expert reports, if any, and designate any additional experts and disclose the information described in Fed. R. Civ. P. 26(a)(2). |
| 9/05/08 | Counsel for the parties shall confer and file a report as to the prospects for settlement and whether either party feels there is a proper basis for |

|  | filing a motion for summary judgment. |
|---|---|
| 9/12/08 | A scheduling conference will be held at 10 a.m. and must be attended by trial counsel with full settlement authority for their client(s). |
| 9/19/08 | Dispositive motions due. |
| 10/17/08 | Response to dispositive motions. |
| 10/31/08 | Replies in support of dispositive motions. |
| 11/07/08 | Nondispositive motions due. |
| 11/19/08 or earliest convenient date for Court | A final pretrial conference will be held at 10 a.m. and must be attended by trial counsel or a client representative with full settlement authority or with their client. Counsel shall be prepared to commence trial as of the date of the final pretrial conference. |
| Earliest convenient date for Court | Commencement of trial. |

|  |  |
|---|---|
| Respectfully submitted,<br><br>DAWN BARRETT,<br><br><br>By her attorneys,<br><br>*/s/ Carl S. Nadler*<br>Carl S. Nadler<br>Stuart Rennert<br>HELLER EHRMAN, LLP<br>1717 Rhode Island Avenue, N.W.<br>Washington, D.C.  20036<br>(202) 912-2000<br><br>Peter B. Krupp, (BBO# 548112)<br>LURIE & KRUPP, LLP<br>One McKinley Square<br>Boston, MA 021209<br>(617) 367-1971<br><br>Mary Louise Cohen<br>Colette G. Matzzie<br>PHILLIPS & COHEN, LLP<br>200 Massachusetts Avenue, N.W.<br>Suite 100<br>Washington, D.C.  20036<br>(202) 833-4567 | CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br><br>By their attorneys,<br><br>*/s/ R.J. Cinquegrana*<br>R. J. Cinquegrana, (BBO # 084100)<br>Karen Collari Troake (BBO # 566922)<br>CHOATE, HALL & STEWART<br>Two International Place<br>Boston, Massachusetts 02110<br>(617) 248-5000 |

 Dated:  November 26, 2007