UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex. rel.* DAWN BARRETT, )<br>              Plaintiff, )<br>                              )<br>       v. )<br>                              )<br>CIGNA CORPORATION and )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>              Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

PLAINTIFF'S ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF THOMAS S. KIMBRELL AND SHARI A. ROSE

Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for plaintiff, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Thomas S. Kimbrell and Shari A. Rose, both of whom are members of the Bars of the State of California and the District of Columbia. An Affidavit of Thomas S. Kimbrell and an Affidavit of Shari A. Rose in support of this motion are being filed herewith.

Defendants, by and through their counsel, Karen Collari Troake, assent to this motion.

                                                    / S /  Peter B. Krupp

Dated: December 13, 2007                Peter B. Krupp
                                                    BBO #548112
                                                   Lurie & Krupp, LLP
                                                   One McKinley Square
                                                   Boston, MA  02109
                                                   Tel:  (617) 367-1970

                                                   Attorney for Plaintiff

2

## CERTIFICATE OF CONFERENCE

This is to certify that in accordance with Local Rule 7.1(A)(2), on December 12, 2007 I conferred by email with defendants' counsel, Karen Collari Troake, as to this motion and she indicated that defendants assent to this motion.

/ S /  Peter B. Krupp

Peter B. Krupp

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 13, 2007.

/ S /  Peter B. Krupp

Peter B. Krupp