UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DAWN BARRETT,<br><br>              Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE OF SHARI A. ROSE

I, Shari A. Rose, hereby state as follows:

1. I am an attorney admitted to practice in the State of California and the District of Columbia, an associate of the firm Heller Ehrman, LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036, and attorney for plaintiff and relator Dawn Barrett in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of plaintiff's motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bars of the State of California and the District of Columbia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before this Court in *United States ex. rel. Loughren v. UnumProvident Corp.*, No. 03-11699-PBS.

4. I have previously been admitted *pro hac vice* to practice before a Virginia state court.

5. I am fully familiar with the facts and circumstances of this matter and have been selected by plaintiff to represent him in this regard. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I will act as co-counsel in this matter with Peter B. Krupp and Sara A. Laroche of Lurie & Krupp, LLP, One McKinley Square Boston, Massachusetts 02109, with Mary Louise Cohen and Colette G. Matzzie of Phillips and Cohen LLP, 2000 Massachusetts Ave., N.W., Washington, D.C. 20036, and with Kit A. Pierson, Stuart M. Rennert and Carl S. Nadler of Heller Ehrman, LLP, 1717 Rhode Island Avenue, N.W., Washington, D.C. 20036.

Signed subject to the pains of perjury the 4th day of December, 2007.

_____
Shari A. Rose


SUBSCRIBED and SWORN before me this 4th day of December, 2007.

_____
Notary Public

My Commission Expires:

Pamela R. Clarke-Koonce
Notary Public, District of Columbia
My Commission Expires 05-31-2008