UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendants Cigna Corporation and Life Insurance Company of North America in this action.

        CIGNA CORPORATION AND LIFE
        INSURANCE COMPANY OF NORTH
        AMERICA

        By its attorney,

        */s/ Mitchell H. Kaplan*
        Mitchell H. Kaplan (BBO No. 258940)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Tel: 617-248-5000
        Fax: 617-248-4000

Date: December 14, 2007

4280457v1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2007.

                                        */s/ Mitchell H. Kaplan*
                                        Mitchell H. Kaplan