UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT,<br><br>Plaintiff,<br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | Civil Action No. 03-12382-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance for the Defendants CIGNA Corporation and Life Insurance Company of North America in the above-captioned action. Defendants will continue to be represented by R. J. Cinquegrana, Mitchell H. Kaplan, Christine J. Wichers, and Richard C. Abati of the law firm of Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110. Notices and correspondence should continue to be directed to their attention.

/s/ Karen Collari Troake
Karen Collari Troake (BBO No. 566922)
CHOATE, HALL & STEWART
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Date: December 20, 2007

4283190v1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2007.

                                                                                           */s/ Karen Collari Troake*