# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DAWN BARRETT | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-12382-MLW |
| v. | ) | |
| CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA | ) | |
| Defendants | ) | |

## AMENDED PRE-TRIAL SCHEDULING ORDER

The parties having jointly submitted an amended proposed pre-trial schedule, and this Court having considered the matter, IT IS HEREBY ORDERED that remaining pre-trial proceedings in this litigation shall proceed as follows:

| | |
|---|---|
| /04/11/08 | Report to the Court regarding the status and prospects for settlement.  If the case is not settled, the parties shall report on whether they wish to participate in mediation to be conducted by a magistrate judge or a mutually agreed outside mediator. |
| 5/30/08 | Fact discovery completed. |
| 6/27/08 | Plaintiff shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
| 7/31/08 | Defendant shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |

| 8/29/08 | Plaintiff shall disclose rebuttal expert reports, if any, and designate any additional experts and disclose the information described in Fed. R. Civ. P. 26(a)(2). |
| --- | --- |
| 9/05/08 | Counsel for the parties shall confer and file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment. |
| 9/12/08 | A scheduling conference will be held at 10 a.m. and must be attended by trial counsel with full settlement authority for their client(s). |
| 9/19/08 | Dispositive motions due. |
| 10/17/08 | Response to dispositive motions. |
| 10/31/08 | Replies in support of dispositive motions. |
| 11/07/08 | Nondispositive motions due. |
| 11/19/08 or earliest convenient date for Court | A final pretrial conference will be held at 10 a.m. and must be attended by trial counsel or a client representative with full settlement authority or with their client.  Counsel shall be prepared to commence trial as of the date of the final pretrial conference. |
| Earliest convenient date for Court | Commencement of trial. |

By the Court,

/s/ Mark L. Wolf

U.S.D.J. Mark Wolf

Dated: __March 11_____, 2008

2