UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA    )<br>    )<br>    Defendants.    )<br>_____ ) | Civil Action No. 03-12382-MLW |

## RELATOR'S MOTION FOR AN ORDER COMPELLING DISCLOSURE OF CLAIMANT FILES AND INFORMATION

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), Relator Dawn Barrett ("Relator") hereby moves the Court for an order compelling disclosure of claimant files and information. Relator's motion is based on this motion, the accompanying Memorandum in Support of Motion for an Order Compelling Disclosure of Claimant Files and Information, the Declaration of Thomas S. Kimbrell in Support filed herewith, and any oral argument or further briefing the Court may permit.

Dated: March 19, 2008                           Respectfully submitted,


                                                /s/ Carl. S. Nadler
                                                Carl S. Nadler


Mary Louise Cohen                               Peter B. Krupp, B.B.O. #548112
Colette G. Matzzie                              LURIE & KRUPP, LLP
PHILLIPS AND COHEN LLP                          One McKinley Square
2000 Massachusetts Ave., NW                     Boston, MA 02109
Washington, DC 20036                            Tel: (617) 367-1970
Tel: (202) 833-4567                             Fax: (617) 367-1971
Fax: (202) 833-1815

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

                                                *Counsel for Dawn Barrett*

## CERTIFICATE OF CONFERENCE

This is to certify that in accordance with Local Rules 7.1(A)(2), I conferred with counsel for the defendants by telephone on March 17, 2008, to discuss, *inter alia*, whether defendants would be prepared to assent to the filing of this motion. Defendants refused to assent to the relief requested.

/s/ Thomas S. Kimbrell
Thomas S. Kimbrell

## CERTIFICATE OF SERVICE

I, Barbara Carr, hereby certify that I caused a copy of this Relator's Motion for an Order Compelling Disclosure of Claimant Files and Information, which was electronically filed in this case, to be served on March 19, 2008, to the following, in the manner described below:

| | |
|---|---|
| Christine J. Wichers<br>Richard C. Abati<br>Choate, Hall & Stewart, LLP<br>Two International Place<br>Boston, MA 02110 | (X) By ECF |
| Richard Blumenthal<br>Attorney General for Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, Connecticut 06106 | (X) By certified mail |
| Mike Cox<br>Attorney General for Michigan<br>Michigan Department of Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 | (X) By certified mail |

| | |
|---|---|
| Anne Milgram<br>Attorney General for New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St., CN 080<br>Trenton, NJ 08625 | (X) By certified mail |
| Andrew Cuomo<br>Attorney General for New York State<br>Office of the New York State Attorney General<br>Dept. of Law - The Capitol, 2nd fl.<br>Albany, NY 12224 | (X) By certified mail |
| Patrick Lynch<br>Attorney General for Rhode Island<br>Office of the Attorney General<br>150 S. Main St.<br>Providence, RI 02903 | (X) By certified mail |
| Rob McKenna<br>Attorney General for Washington State<br>State Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | (X) By certified mail |

/s/ Barbara Carr
Barbara Carr