UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* DAWN BARRETT, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> CIGNA CORPORATION and LIFE ) <br> INSURANCE COMPANY OF NORTH ) <br> AMERICA ) <br>  ) <br> Defendants. ) <br> _____ ) | Civil Action No. 03-12382-MLW |

### DECLARATION OF THOMAS S. KIMBRELL
### IN SUPPORT OF RELATOR'S MOTION FOR AN ORDER
### COMPELLING DISCLOSURE OF CLAIMANT FILES AND INFORMATION

I, THOMAS S. KIMBRELL, declare as follows:

1. I am an attorney at the law firm of Heller Ehrman LLP. I have personal knowledge of the facts set forth in this declaration, and I would and could testify competently thereto if called upon to do so.

2. In a letter from defendants dated December 10, 2007, and a follow-up conversation on December 19, 2007, defendants stated for the first time that they would redact claimant identifying information from their production of electronic data.

3. This was contrary to defendants' longstanding position that they would produce claimant identifying information, which dated from at least March 2, 2007, when defendants signed the Protective Order on file in this case indicating that claimant

identifying information would be produced subject to the protections of a "Highly Confidential" designation.

4. Defendants' objection to producing claimant identifying information had not been previously raised in over four months of negotiations between the parties regarding the electronic production.

5. Defendants stated that their objection was based on issues raised in the Assented-To Motion for an Order Governing Disclosure of Claimant Files Containing Confidential Health Information.

6. In a letter from defendants dated December 6, 2007, and follow-up conversations, defendants stated that they were withholding one requested claims file in its entirety because it contains confidential health information.

7. Attached hereto as Exhibit A is a true and correct copy of Relator's [Proposed] Order Granting Relator's Motion for an Order Compelling Disclosure of Claimant Files and Information.

I declare under penalty of perjury according to laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of March, 2008, at Washington, D.C.

/s/ Thomas S. Kimbrell
Thomas S. Kimbrell

## CERTIFICATE OF SERVICE

    I, Barbara Carr, hereby certify that I caused a copy of this Declaration of Thomas S. Kimbrell in Support of Relator's Motion for an Order Compelling Disclosure of Claimant Files and Information, which was electronically filed in this case, to be served on March 19, 2008, to the following, in the manner described below:

| | |
|---|---|
| Christine J. Wichers<br>Richard C. Abati<br>Choate, Hall & Stewart, LLP<br>Two International Place<br>Boston, MA 02110 | (X) By ECF |
| Richard Blumenthal<br>Attorney General for Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, Connecticut 06106 | (X) By certified mail |
| Mike Cox<br>Attorney General for Michigan<br>Michigan Department of Attorney General<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 | (X) By certified mail |
| Anne Milgram<br>Attorney General for New Jersey<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St., CN 080<br>Trenton, NJ 08625 | (X) By certified mail |
| Andrew Cuomo<br>Attorney General for New York State<br>Office of the New York State Attorney General<br>Dept. of Law - The Capitol, 2nd fl.<br>Albany, NY 12224 | (X) By certified mail |

| | |
|---|---|
| Patrick Lynch<br>Attorney General for Rhode Island<br>Office of the Attorney General<br>150 S. Main St.<br>Providence, RI 02903 | (X) By certified mail |
| Rob McKenna<br>Attorney General for Washington State<br>State Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | (X) By certified mail |

                                            /s/ Barbara Carr
                                            Barbara Carr