UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
EX REL. DAWN BARRETT    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No. 03-12382-MLW
    )
CIGNA CORPORATION and LIFE    )
INSURANCE COMPANY OF NORTH  )
AMERICA    )
    )
    Defendants.    )
_____)

**[PROPOSED] ORDER GRANTING RELATOR'S MOTION FOR AN ORDER COMPELLING DISCLOSURE OF CLAIMANT FILES AND INFORMATION**

Upon consideration of Relator's Motion for an Order Compelling Disclosure of Claimant Files and Information, this Court orders that Relator's Motion is hereby GRANTED. Defendants are ordered to produce all claimant identifying information redacted from their production of electronic data. Defendants are also ordered to produce any other information withheld on the basis of the Public Health Service Act, 42 U.S.C. § 290dd-2, or state-created privileges, including Conn. Gen. Stat. § 19a-583, Mich. Comp. Laws § 333.5131, N.J. Stat. § 26:5C-9, N.Y. Pub. Health Law § 2785, R.I. Gen. Laws § 5-37.3, and Wash. Rev. Code § 70.24.105).

By the Court,

_____

U.S.D.J. Mark Wolf

Dated:_____, 2008