UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 03-12382-MLW |
| v. | ) ) ) | |
| CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) ) ) ) | |
| Defendants | ) ) | |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff Dawn Barrett ("Relator") and defendants CIGNA Corporation ("CIGNA") and Life Insurance Company of North America ("LINA") (collectively, the "Parties") hereby move, pursuant to Local Rule 16.1(G), to modify the Scheduling Order issued by the Court's Electronic Order of March 11, 2008 (the "Scheduling Order"). Grounds for this joint motion are as follows:

1. Since the Parties proposed the current Scheduling Order on November 26, 2007, they have been working to meet the deadlines set forth therein, including, but not limited to, the May 30, 2008 deadline for the completion of fact discovery. However, they have been unable to do so and, therefore, jointly move to revise the Scheduling Order to provide additional time to complete fact discovery in this matter. The Parties respectfully request that the Court expedite its consideration of this joint motion in light of the current May 30, 2008 fact discovery deadline.

4314990v1

2. One obstacle to meeting the current deadline for fact discovery is the production of claim files in response to Relator's document requests. Defendants have collected, reviewed for responsiveness and confidentiality, and produced approximately 600 of its long-term disability ("LTD") insurance claim files requested by Relator. Relator also requested -- and Defendants have agreed to produce -- electronically stored information concerning Defendants' LTD claims files. Once the electronically stored information is produced, Relator intends to select a statistical sample of Defendants' claim files for review.

3. After lengthy negotiations regarding the scope of this production, Defendants produced electronically stored information on approximately 268,000 LTD claim files on February 27, 2008. However, the parties are discussing how to address certain technical issues regarding this production, and this has delayed Relator's ability to identify the sample of claim files she intends to request based on her review of the electronic data. The amount of time required to complete discovery will be dependent on the number of additional individual claim files that Relator selects and the amount of time it takes Defendants to review them for production. The proposed schedule anticipates completion of claim file selection, production and review as well as all other fact discovery in approximately six and one half months.

4. In addition, although Defendants have already produced more than 40,000 pages of non-claim file documents in response to Relator's document requests (in addition to 160,000 pages of claim file documents), their document collection efforts are ongoing. There are a considerable number of responsive documents that remain to be collected, reviewed and produced by Defendants.

5. As a consequence of the foregoing, the Parties jointly propose an amendment of the Scheduling Order as follows:

4314990v1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Counsel for the parties shall confer and file a report as to the prospects for settlement. | April 11, 2008 | April 11, 2008 |
| All written discovery requests served (other than Requests for Admission). | none | September 15, 2008 |
| Fact discovery completed. | May 30, 2008 | November 3, 2008 |
| Plaintiff shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. | June 27, 2008 | December 3, 2008 |
| Defendant shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. | July 31, 2008 | February 3, 2009 |
| Plaintiff shall disclose rebuttal expert reports, if any, and designate any additional experts and disclose the information described in Fed. R. Civ. P. 26(a)(2). | August 29, 2008 | March 3, 2009 |
| All expert depositions completed. | None | April 30, 2009 |
| Counsel for the parties shall confer and file a report as to the prospects for settlement. | September 5, 2008 | May 15, 2009 |
| A scheduling conference will be held at 10 a.m. and must be attended by trial counsel with full settlement authority for their client(s). If no dispositive motions to be filed, then the Court will set dates for further settlement conference and/or final pretrial conference and trial. | September 12, 2008 | May 22, 2009 |
| Dispositive motions due. | September 19, 2008 | May 29, 2009 |

| | | |
|---|---|---|
| Opposition(s) to dispositive motions due. | October 17, 2008 | June 26, 2009 |
| Replies in support of dispositive motions due. | October 31, 2008 | July 10, 2009 |

6.      Defendants further note that they continue to research public disclosures of the information on which Relator's allegations are based prior to the filing of her complaint. Defendants may file dispositive motion(s) based upon the results of this research, as well as a motion to stay discovery in this matter. Relator reserves the right to oppose any such dispositive motion, as well as to oppose any proposed discovery stay.

WHEREFORE, the Parties jointly and respectfully request that the Court grant this Joint Motion to Modify the Scheduling Order for the reasons stated herein.

Respectfully submitted,

| | |
|---|---|
| DAWN BARRETT, | CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA, |
| By her attorneys, | By their attorneys, |
| /s/ Carl S. Nadler | /s/ Mitchell H. Kaplan |
| Carl S. Nadler | Mitchell H. Kaplan (BBO# 258940) |
| HELLER EHRMAN, LLP | R. J. Cinquegrana (BBO # 084100) |
| 1717 Rhode Island Avenue, N.W. | Christine J. Wichers (BBO #631857) |
| Washington, D.C. 20036 | Richard C. Abati (BBO # 651037) |
| (202) 912-2000 | CHOATE, HALL & STEWART LLP |
| | Two International Place |
| Peter B. Krupp, (BBO# 548112) | Boston, Massachusetts 02110 |
| LURIE & KRUPP, LLP | (617) 248-5000 |
| One McKinley Square | |
| Boston, MA 021209 | |
| (617) 367-1971 | |

Mary Louise Cohen
Colette G. Matzzie
PHILLIPS & COHEN, LLP
200 Massachusetts Avenue, N.W.
Suite 100
Washington, D.C. 20036
(202) 833-4567

Dated: March 26, 2008

4314990v1

CERTIFICATION OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 26, 2008.

                                                */s/* Richard C. Abati
                                                Richard C. Abati

4314990v1