UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT, <br><br>Plaintiff, <br><br>v. <br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA <br><br>Defendants | Civil Action No. 03-12382-MLW |

## [PROPOSED] AMENDED PRE-TRIAL SCHEDULING ORDER

The parties having jointly submitted an amended proposed pre-trial schedule, and this Court having considered the matter, IT IS HEREBY ORDERED that remaining pre-trial proceedings in this litigation shall proceed as follows:

| | |
|---|---|
| April 11, 2008 | Counsel for the parties shall confer and file a report as to the prospects for settlement. |
| September 15, 2008 | All written discovery requests served (other than Requests for Admission). |
| November 3, 2008 | Fact discovery completed. |
| December 3, 2008 | Plaintiff shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |

4315011v1

| February 3, 2009 | Defendant shall designate experts and disclose the information described in Fed. R. Civ. P. 26(a)(2) concerning each expert. |
|---|---|
| March 3, 2009 | Plaintiff shall disclose rebuttal expert reports, if any, and designate any additional experts and disclose the information described in Fed. R. Civ. P. 26(a)(2). |
| April 30, 2009 | All expert depositions completed. |
| May 15, 2009 | Counsel for the parties shall confer and file a report as to the prospects for settlement. |
| May 22, 2009 | A scheduling conference will be held at 10 a.m. and must be attended by trial counsel with full settlement authority for their client(s). If no dispositive motions to be filed, then the Court will set dates for further settlement conference and/or final pretrial conference and trial. |
| May 29, 2009 | Dispositive motions due. |
| June 26, 2009 | Opposition(s) to dispositive motions due. |
| July 10, 2009 | Replies in support of dispositive motions due. |

By the Court,

_____
U.S.D.J. Mark Wolf

Dated: _____

4315011v1