UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12382-MLW |
| CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) ) | |
| Defendants. | ) ) ) | |

**AFFIDAVIT OF RICHARD C. ABATI IN SUPPORT OF DEFENDANTS' (1) OPPOSITION TO RELATOR'S MOTION TO COMPEL DISCLOSURE OF CLAIMANT-IDENTIFYING INFORMATION AND (2) REQUEST FOR A RULING ON DEFENDANTS' PENDING MOTION FOR PROTECTIVE ORDER GOVERNING CLAIMANT CONTACT (DOCKET NO. 94)**

I, Richard C. Abati, affirm and declare as follows:

1. I am an attorney with Choate, Hall & Stewart LLP and counsel of record for Defendants CIGNA Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Defendants' (1) Opposition To Relator's Motion To Compel Disclosure Of Claimant-Identifying Information And (2) Request For A Ruling On Defendants' Pending Motion For Protective Order Governing Claimant Contact (Docket No. 94).

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from Relator's Supplemental Response to Defendants' First Set of Interrogatories, dated January 18, 2008.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a document Bates labeled SSA 000234-35, which was produced by the Social Security Administration ("SSA") in this litigation and purports to be an internal SSA memorandum dated September 22, 1989, by Associate Commissioner Eileen Bradley.

Signed under the pain and penalties of perjury this 2nd day of April, 2008.

<i>/s/ Richard C. Abati</i><br>
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2008.

<i>/s/ Richard C. Abati</i><br>
Richard C. Abati

4317218v1