# Exhibit 2



DEPARTMENT OF HEALTH & HUMAN SERVICES      AC06;CR01
E5-9-08-02-019(A)
Refer to:                                   Office of Hearings and Appeals
                                            PO Box 3200
                                            Arlington VA 22203

SEP 22 1989

MEMORANDUM TO:   Headquarters Executive Staff
                 Appeals Council Members
                 Regional Chief Administrative
                    Law Judges
                 Hearing Office Chief
                    Administrative Law Judges
                 Administrative Law Judges

FROM         :   Associate Commissioner

SUBJECT      :   Payment of Fees for Representational
                 Services by a Third Party -- INFORMATION

It has come to my attention that certain issues involving representation of claimants by individuals whose fees may be paid by a third party require clarification.

This type of situation typically involves a recipient of long-term disability (LTD) benefits paid by a private insurer which encourages or requires the recipient to file for Social Security disability insurance benefits (DIB). Under the terms of most LTD policies, the amount of the LTD monthly benefit is offset by the amount of DIB payable. Accordingly, the insurance company has a strong incentive to ensure that its beneficiaries qualify for DIB and some companies have contracted with representatives and will pay the representative's fee directly or indirectly.

This practice has raised questions about whether the third party (i.e., the insurance company) is the true party in interest, and whether there has been an assignment or subrogation of Social Security benefits in contravention of the law.

After careful consideration of this matter, I have concluded that there is no reason to assume that the claimant is not the true party in interest. Even though the insurance company benefits when the claimant establishes eligibility to DIB, the claimant also accrues valuable rights and entitlements. In addition to cash benefits, a DIB recipient has his or her earnings record "frozen," thereby protecting

SSA000234

page 2

future potential benefit amounts. He or she also establishes potential entitlement to Medicare and potential eligibility for auxiliary beneficiaries. Depending upon the terms of the specific LTD policy, a claimant may also be able to retain cost of living increases without a corresponding offset against LTD benefits, and derive tax advantages from receiving DIB rather than LTD benefits. Thus, a claimant has a strong interest in establishing entitlement to DIB regardless of whether he or she receives additional cash benefits.

The mere fact that the insurance company also benefits when a claimant establishes entitlement to DIB does not constitute an assignment or subrogation of Social Security benefits. The claimant retains full use of the DIB, but the LTD benefits are reduced in accordance with the terms of a private contract. There is no statutory basis or authority to question the private business dealings of individual claimants in this regard. We must presume that the claimant entered into the contract with the insurance company with full knowledge of its terms and conditions.

The law and implementing regulations do not prohibit payment of fees for representational services by third parties. In fact, the regulations anticipate this situation by requiring representatives to file fee petitions even if the fee is charged to or received from a third party. 20 C.F.R. 404.1720(b)(3). I share the concern that there is a potential for a conflict of interest on the part of the representative. Nonetheless, in the absence of persuasive evidence to the contrary, we must assume that the representative is in fact acting on behalf of the claimant.

As you know, I have strong feelings regarding the ethical obligations of attorneys, and the duties of other persons who appear as claimants' representatives. I am interested in learning of instances when a claimant's representative does not act in the best interests of the claimant, or engages in other questionable acts. Therefore, please feel free to communicate your observations to me.

Eileen Bradley

SSA000235