# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *EX REL.* DAWN BARRETT, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION and <br> LIFE INSURANCE COMPANY <br> OF NORTH AMERICA, <br><br> Defendants. | Civil Action No. 03-12382-MLW |

## SOCIAL SECURITY ADMINISTRATION'S MOTION TO QUASH
## DEFENDANTS' RULE 30(b)(6) DEPOSITION NOTICE AND RULE 45 SUBPOENA

The Social Security Administration ("SSA" or the "Agency") moves, pursuant to Fed. R. Civ. P. 45(c)(2)(B), to quash the defendants' Rule 30(b)(6) deposition notice and Rule 45 subpoena.

In support if this motion, SSA submits the accompanying memorandum of law.

WHEREFORE, SSA respectfully requests that this Court grant its Motion to Quash the defendants' subpoena because the defendants failed to follow the procedures set forth in SSA's *Touhy* regulations and, even if they had, SSA's denial of the defendants' request for testimony is proper and is not arbitrary, capricious, an abuse of discretion, or otherwise contrary to law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: April 3, 2008                    (617) 748-3100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have attempted in good faith to confer with the defendants' counsel, Richard Abati, Esq., in an attempt to narrow or resolve the issues raise by this motion and that we were unable to narrow or resolve those issues.

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 3, 2008.

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney