

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 4, 2008

**VIA EMAIL & FIRST CLASS MAIL**
Christine J. Wichers, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

    Re:    <u>United States of America, ex rel. Dawn Barrett v. CIGNA Corporation, et al.</u>
             Civil Action No. 03-12382-MLW (D. Mass.)

Dear Christine:

       This letter is in response to the subpoena you served on February 26, 2008 seeking to take the deposition of the Social Security Administration ("SSA") pursuant to Fed. R. Civ. P. 30(b)(6). Please be advised that an SSA representative will be unable to appear for a deposition on March 10, 2008. First, the SSA intends to file a motion to quash the subpoena. Moreover, even if the SSA does not choose to file a motion to quash, the subpoena contains ten exceptionally broad "subject matters of inquiry" with multiple sub-parts and allows the SSA less than eight business days to find appropriate witnesses. Given this breadth, the SSA needs additional time to analyze the "subject matters of inquiry" and determine the appropriate officer(s), director(s), or managing agent(s) to designate in accordance with Rule 30(b)(6). Accordingly, feel free to contact me at your convenience to discuss the matter further.

                                          Very truly yours,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                    By: _____
                                         Jeffrey M. Cohen
                                         Assistant U.S. Attorney