UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br> )<br>   Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

## RELATOR'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), Relator Dawn Barrett ("Relator") hereby moves the Court for the relief requested in the accompanying memorandum of law. Relator's motion is based on this motion, Relator's Memorandum in Support of Her Motion to Compel, the Declaration of Carl S. Nadler in Support filed herewith, and any oral argument or further briefing the Court may permit.

Dated: April 11, 2008                               Respectfully submitted,


                                                    /s/ Carl. S. Nadler
                                                    Carl S. Nadler


Mary Louise Cohen                                   Peter B. Krupp, B.B.O. #548112
Colette G. Matzzie                                  LURIE & KRUPP, LLP
PHILLIPS AND COHEN LLP                              One McKinley Square
2000 Massachusetts Ave., NW                         Boston, MA 02109
Washington, DC 20036                                Tel: (617) 367-1970
Tel: (202) 833-4567                                 Fax: (617) 367-1971
Fax: (202) 833-1815

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

                                                    *Counsel for Dawn Barrett*

## CERTIFICATE OF CONFERENCE

      This is to certify that in accordance with Local Rules 7.1(A)(2), I conferred with counsel for the defendants by telephone on numerous occasions, including July 10, 2007, and November 7, 2007, to discuss resolution of the discovery disputes discussed in this motion. The parties also conferred by electronic mail on April 2, 2008, and April 8, 2008. The parties were unable to resolve or narrow the issues addressed in this motion.

                                        /s/ Carl S. Nadler
                                        Carl S. Nadler

## CERTIFICATE OF SERVICE

      I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2008.

                                        /s/ Carl S. Nadler
                                        Carl S. Nadler