UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br>)<br>        Defendants. )<br>_____) | Civil Action No. 03-12382-MLW |

### DECLARATION OF CARL S. NADLER
### IN SUPPORT OF RELATOR'S MOTION TO COMPEL

I, CARL S. NADLER, declare as follows:

1.  I am an attorney at the law firm of Heller Ehrman LLP. I have personal knowledge of the facts set forth in this declaration, and I would and could testify competently thereto if called upon to do so.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Relator's Appendix to her Motion to Compel.

3.  In an e-mail from Defendants dated June 22, 2007, as well as in telephone conversations and other correspondence, Defendants stated that they would not produce documents created after April 14, 2006, the date of the Second Amended Complaint.

4.  In a letter from Defendants dated July 9, 2007, Defendants stated that LINA does not underwrite any of the ASOs. In a letter from Defendants dated July 16, 2007, as

well as in telephone conversations and other correspondence, Defendants stated that they would not produce documents concerning ASOs.

5. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Richard C. Abati to Shari A. Rose, dated March 4, 2008.

6. Attached hereto as Exhibit 3 is a true and correct copy of LINA0193801-0193815 (filed under seal).

7. Attached hereto as Exhibit 4 is a true and correct copy of LINA0105128-0105130 (filed under seal).

8. Attached hereto as Exhibit 5 is a true and correct copy of LINA0105155-0105156 (filed under seal).

9. Attached hereto as Exhibit 6 is a true and correct copy of LINA0196142 (filed under seal).

10. Attached hereto as Exhibit 7 is a true and correct copy of LINA0099177 (filed under seal).

11. Attached hereto as Exhibit 8 is a true and correct copy of LINA0192395-0192418 (filed under seal).

I declare under penalty of perjury according to laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2008, at Washington, D.C.

/s/ Carl S. Nadler
Carl S. Nadler

2

## CERTIFICATE OF SERVICE

I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2008.

/s/ Carl S. Nadler
Carl S. Nadler