# EXHIBIT 1

Appendix to Relator's Motion to Compel

Document Requests to defendant Life Insurance Company of North America:

| | |
|---|---|
| 33. | All documents relating to communications or complaints (including any legal complaints that have been threatened or filed) by insureds relating to any policy, practice, requirement or communication from you or an SSDI vendor related to SSDI applications, estimates or offsets, or any requirement that insureds apply for SSDI. |
| 34. | All claims, risk management or settlement manuals or documents that discuss or otherwise relate to SSDI applications, LTD coverage, or SSDI estimates or offsets. |
| 55. | All reports, analyses or communications to companies or entities with more than 5,000 insureds covered by a LTD plan that you provide or administer, relating to SSDI applications, estimates or offsets or LTD claims experience or results. |

Document Request to defendant CIGNA Corporation:

| | |
|---|---|
| 55 | All reports, analyses or communications to companies or entities with more than 5,000 insureds covered by a LTD plan that you provide or administer, relating to SSDI applications, estimates or offsets or LTD claims experience or results. |