# EXHIBITS 3-8
# FILED UNDER SEAL