UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* DAWN BARRETT, ) <br> ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIGNA CORPORATION and LIFE ) <br> INSURANCE COMPANY OF NORTH ) <br> AMERICA ) <br> ) <br>           Defendants. ) <br> _____) | Civil Action No. 03-12382-MLW |

**ASSENTED-TO MOTION TO SEAL EXHIBITS
ATTACHED TO THE DECLARATION OF CARL S. NADLER
IN SUPPORT OF RELATOR'S MOTION TO COMPEL**

Pursuant to Local Rule 7.2 and Paragraph 18 of the Confidentiality Stipulation and Order (Docket #91) ("Confidentiality Order"), Relator Dawn Barrett hereby moves to seal or impound Exhibits 3 through 8 to the Declaration of Carl S. Nadler in Support of Relator's Motion to Compel. In support of this motion, Relator states as follows:

      1.      With this motion to seal, Relator is filing Exhibits 3 through 8 to the Declaration of Carl S. Nadler in Support of Relator's Motion to Compel. These exhibits are documents produced by defendant Life Insurance Company of North America ("LINA") and designated Highly Confidential pursuant to the Confidentiality Order. The Confidentiality Order in this case provides that all materials designed Highly Confidential be filed under seal.

2. On April 4, 2008, Relator asked Defendants if they would consent to the attached documents being filed publicly. On April 7, 2008, Defendants stated that they would not consent to these documents being filed publicly.

3. Because Defendant LINA intends for these documents and this information to remain confidential even after this litigation, Relator requests under paragraph 18 of the Confidentiality Order that the exhibits thereto remain impounded until further order of this Court. Should this Court lift the impoundment order, Relator requests that the impounded documents be returned to him so that she may be assured that they are disposed of in accordance with the Confidentiality Order.

4. The Confidentiality Order relieved the parties of the obligation to file their motion to seal or impound prior to the filing of the materials sought to be impounded.

5. Under the Confidentiality Order, the parties agreed in advanced that they assent to any motion by the other party to impound materials.

For these reasons, Relator requests that the attached Exhibits 3 through 8 to the Declaration of Carl S. Nadler in Support of Relator's Motion to Compel remain impounded until further order of the Court.

Dated: April 11, 2008                              Respectfully submitted,


                                                          /s/ Carl. S. Nadler
                                                         Carl S. Nadler

| | |
|---|---|
| Mary Louise Cohen | Peter B. Krupp, B.B.O. #548112 |
| Colette G. Matzzie | LURIE & KRUPP, LLP |
| PHILLIPS AND COHEN LLP | One McKinley Square |
| 2000 Massachusetts Ave., NW | Boston, MA 02109 |
| Washington, DC 20036 | Tel: (617) 367-1970 |
| Tel: (202) 833-4567 | Fax: (617) 367-1971 |
| Fax: (202) 833-1815 | |

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

                                                         *Counsel for Dawn Barrett*

## **CERTIFICATE OF SERVICE**

I, Carl S. Nadler, hereby certify that this document, without attachments, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2008. The exhibits to this document will be sent on April 11, 2008, by e-mail and first class mail to the following:

>Christine Wichers (cwichers@choate.com)
>Richard C. Abati (rabati@choate.com)
>Choate Hall & Stewart LLP
>Two International Place
>Boston, MA 02110

/s/ Carl S. Nadler
Carl S. Nadler