UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br> )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA )<br> )<br>        Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Relator Dawn Barrett ("Relator") hereby moves the Court for leave to file a reply brief to Defendants' (1) Opposition to Relator's Motion to Compel Disclosure of Claimant-Identifying Information and (2) Request for a Ruling on Defendants' Pending Motion for Protective Order Governing Claimant Contact ("Opposition"). A copy of the reply brief is attached hereto as Exhibit 1. As grounds for this motion, Relator states as follows:

1. Relator filed her Motion for an Order Compelling Disclosure of Claimant Files and Information ("Motion") on March 19, 2008. (Docket No. 110.)

2. Defendants' Opposition was filed on April 2, 2008. (Docket No. 114.)

3. The Opposition includes mischaracterizes Relator's position and includes misstatements about the case.

4. The Reply seeks to correct these mischaracterizations and misstatements.

5.      Defendants assented to the filing of this Motion for Leave, but without agreeing to all of the reasons stated above.

**WHEREFORE**, Relator respectfully requests that this Court permit Relator to file the reply brief attached as Exhibit 1 and grant such further relief as the Court deems just and appropriate.

Dated:  April 11, 2008                              Respectfully submitted,

/s/ Carl. S. Nadler
Carl S. Nadler

| | |
|---|---|
| Mary Louise Cohen | Peter B.  Krupp, B.B.O.  #548112 |
| Colette G.  Matzzie | LURIE & KRUPP, LLP |
| PHILLIPS AND COHEN LLP | One McKinley Square |
| 2000 Massachusetts Ave., NW | Boston, MA 02109 |
| Washington, DC 20036 | Tel: (617) 367-1970 |
| Tel: (202) 833-4567 | Fax: (617) 367-1971 |
| Fax: (202) 833-1815 | |

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

*Counsel for Dawn Barrett*

## CERTIFICATE OF CONFERENCE

     This is to certify that in accordance with Local Rules 7.1(A)(2), I conferred with counsel for the defendants regarding this Motion for Leave on April 10, 2008. Defendants assented to the filing of this Motion for Leave.

                                    /s/ Shari A. Rose
                                    Shari A. Rose

## CERTIFICATE OF SERVICE

     I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 11, 2008.

                                    /s/ Carl S. Nadler
                                    Carl S. Nadler