UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>                    Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 03-12382-MLW |

**AFFIDAVIT OF CHRISTINE WICHERS IN SUPPORT OF
DEFENDANTS' OPPOSITION TO SSA'S MOTION TO QUASH
DEFENDANTS' RULE 30(b)(6) DEPOSITION NOTICE AND RULE 45 SUBPOENA**

I, Christine Wichers, hereby state and affirm the following under oath:

1. I am an attorney with the law firm of Choate, Hall & Stewart LLP. I represent the Defendants, CIGNA Corporation and Life Insurance Company of North America, in the present litigation.

2. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and have been admitted to practice in the United States District Court for the District of Massachusetts.

3. This Affidavit is submitted in support of Defendants' Opposition to the Social Security Administration ("SSA")'s Motion to Quash Defendants' Rule 30(b)(6) Deposition Notice and Rule 45 Subpoena.

4. Attached to this Affidavit as <u>Exhibit A</u> is a true and accurate copy of Relator's First Set of Supplemental Responses to Defendants' First Set of Interrogatories, Response No. 6 (Jan. 18, 2008).

5. Attached to this Affidavit as <u>Exhibit B</u> is a true and accurate copy of a letter dated March 20, 2007 to Assistant U.S. Attorney Jeffrey M. Cohen (for the SSA) from Karen Collari Troake, counsel for Defendants, enclosing Defendants' subpoena *duces tecum* to the SSA pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45 (without exhibits).

6. Attached to this Affidavit as <u>Exhibit C</u> is a letter dated March 20, 2007 to the SSA's *Touhy* Officer from Attorney Troake requesting SSA testimony pursuant to 20 C.F.R. § 403.120.

7. Attached to this Affidavit as <u>Exhibit D</u> is a true and accurate copy of a *Touhy* denial letter dated May 21, 2007 to Attorney Troake from Michael G. Gallagher, SSA's Associate General Counsel for General Law.

8. Attached to this Affidavit as <u>Exhibit E</u> is a true and accurate copy of a letter dated March 18, 2008 to AUSA Cohen from Richard Abati, counsel for the Defendants, regarding DISSATAG documents.

Signed under the pains and penalties of perjury this 16th day of April, 2008.

*/s/ Christine J. Wichers*
Christine J. Wichers

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and copies will be sent via e-mail and by hand to Assistant U.S. Attorney Jeffrey M. Cohen, counsel for the Social Security Administration.

                                        /s/ *Christine J. Wichers*
                                        Christine J. Wichers

4321316v1