# EXHIBIT C

# CHOATE

CHOATE HALL & STEWART LLP

Karen Collari Troake<br>
(617) 248-5192<br>
ktroake@choate.com

**BY HAND c/o AUSA COHEN**

March 20, 2007

Social Security Administration
Office of the General Counsel
Office of General Law
PO Box 17779
Baltimore, MD  21235-7779

ATTN:  Touhy Officer

Re:  *United States of America, ex rel., Dawn Barrett v. CIGNA Corporation, et al.,*
     Civil Action No. 03-12382-MLW (D. Mass.)

Dear Touhy Officer:

Please accept this letter pursuant to 20 C.F.R. § 403.120 as a request for testimony of an SSA employee or SSA employees in the above-captioned action by deposition pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45, on the subject matters set forth in the attached subpoena and attachments (Exhibit 1) (hereinafter "the Subpoena"). The Assistant United States Attorney responsible for this matter, Jeffrey Cohen, agreed to accept service of the Subpoena on behalf of the SSA.

The requested testimony is relevant to the claims and defenses at issue in the above-captioned action and as set out in the Second Amended Complaint and the Defendants' Answer and Affirmative Defenses. True and accurate copies of the Second Amended Complaint (the "Complaint") and the Defendants' Answer and Affirmative Defenses (the "Answer") are annexed hereto as Exhibits 2 and 3, respectively. For example, the Defendants have asserted a "public disclosure" defense. *See* Answer, p. 55. The subject matters of inquiry numbered 3 through 9, among others, are directly relevant to this defense. Additionally, the Relator alleges in Paragraph 43 of her Complaint that, "[w]hen the applicant answers the question, 'when did you become disabled?' he or she is answering when did they become unable to work under the statutory definition of disabled." *See* Complaint, ¶ 43. The subject matters of inquiry numbered 10 and 11, among others, are directly relevant to these allegations.

The testimony cannot be obtained in admissible form from other alternative sources as it pertains to information known to the SSA, which SSA employees are in a position to provide. In particular, this is a *qui tam* action purportedly on behalf of the United States of America and

---

4156266v1           Two International Place I Boston MA 02110 I t 617-248-5000 I f 617-248-4000 I choate.com

Social Security Administration
ATTN: Touhy Officer
March 20, 2007
Page 2

pertaining to claims allegedly filed with and processed by the SSA. The Defendants reasonably should be entitled to the position of the SSA, the supposed victim of the alleged false claims. Moreover, the SSA should have a substantial interest in ensuring that court proceedings brought on its behalf not result in findings, whether factual or legal, that are based on inaccurate assertions concerning policies, practices or positions of the SSA.

As discussed with AUSA Cohen, we are willing to put any deposition testimony on hold pending receipt of the documents requested in the Subpoena. Additionally, we are willing to entertain a reduction of the scope of the deposition by receiving much of the pertinent information in other form(s) so long as it is responsive and admissible. In either case, however, the Defendants reserve all rights to take the deposition as outlined in the attached Subpoena if necessary.

Sincerely,

Karen Collari Troake

Enclosures

cc:   Jeffrey M. Cohen, Esq.
      Assistant U.S. Attorney
      Office of the U.S. Attorney
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02110

      R. J. Cinquegrana, Esq.
      Kit A. Pierson, Esq.
      Peter B. Krupp, Esq.
      Colette G. Matzzie, Esq.

      *(All w/encs.)*

4156266v1