UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *EX REL.* DAWN BARRETT, <br><br> Plaintiff, <br> v. <br><br> CIGNA CORPORATION and <br> LIFE INSURANCE COMPANY <br> OF NORTH AMERICA, <br><br> Defendants. | Civil Action No. 03-12382-MLW |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO RELATOR'S MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 6(b), defendants CIGNA Corporation and Life Insurance Company of North America ("Defendants") respectfully move this Court for an extension of time to respond to Relator's Motion to Compel dated April 11, 2008 (Docket No. 118). In support of this motion, Defendants state as follows:

1. Defendants respectfully request seven (7) days, up to and including May 2, 2008, to file their response to Relator's April 11, 2008 motion.

2. This extension is necessary to allow Defendants sufficient time to respond to certain discovery issues raised therein.

3. Counsel for Relator has assented to this request for an extension of time.

Respectfully submitted,

CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA

By their attorneys,

*/s/ Richard C. Abati*
Mitchell H. Kaplan (BBO# 258940)
mkaplan@choate.com
R. J. Cinquegrana, (BBO # 084100)
rjcinquegrana@choate.com
Christine J. Wichers (BBO #631857)
cwichers@choate.com
Richard C. Abati (BBO # 651037)
rabati@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
(617) 248-5000

Dated:  April 23, 2008

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendants hereby certifies that counsel for the parties conferred in good faith in an effort to resolve or narrow the issues that are the subject of this Motion.

*/s/ Richard C. Abati*
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on April 23, 2008.

*/s/ Richard C. Abati*
Richard C. Abati

4323862v1