UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendants. | Civil Action No. 03-12382-MLW |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO SSA'S MOTION TO QUASH
DEFENDANTS' RULE 30(b)(6) DEPOSITION NOTICE AND RULE 45 SUBPOENA**

Pursuant to Local Rule 7.1(B)(3), the Social Security Administration ("SSA") moves for leave to file a brief reply to the defendants' Opposition to SSA's Motion to Quash Defendants' Rule 30(b)(6) Deposition Notice and Rule 45 Subpoena ("Opposition"). As grounds for this motion, SSA states that a succinct, six-page reply is necessary to correct certain mischaracterizations of the law in the defendants' Opposition. A brief reply will aid the Court in its review and determination of the issues presented in SSA's Motion to Quash and in the defendants' Opposition. SSA's proposed reply is attached as Exhibit A.

The defendants' counsel has assented to this Motion for Leave to File a Reply.

WHEREFORE, SSA respectfully requests that the Court grant its assented-to motion and that SSA be permitted to file a brief reply to the defendants' Opposition to SSA's Motion to Quash Defendants' Rule 30(b)(6) Deposition Notice and Rule 45 Subpoena.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Jennifer A. Serafyn
    Jeffrey M. Cohen
    Jennifer A. Serafyn
    Assistant U.S. Attorneys
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

Dated: April 24, 2008     (617) 748-3100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), on April 24, 2008, SSA's counsel conferred with Defendants' counsel, who assented to the filing of this motion.

    /s/ Jennifer A. Serafyn
    Jennifer A. Serafyn
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 24, 2008.

    /s/ Jennifer A. Serafyn
    Jennifer A. Serafyn
    Assistant U.S. Attorney