```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
     ex rel.                    )
DAWN BARRETT,                   )
        Plaintiffs,             )
                                )
     v.                         )   C.A. NO. 03-12382-MLW
                                )
CIGNA CORPORATION and           )
LIFE INSURANCE COMPANY OF       )
     NORTH AMERICA,             )
        Defendants              )
```

<u>ORDER</u>                                              April 24, 2008

Currently pending in this matter are defendants' Motion for Protective Order Governing Claimant Contact, Relator's Motion for an Order Compelling Disclosure of Claimant Files and Information, the Social Security Administration's Motion to Quash Defendants' Rule 30(b)(6) Deposition Notice and Rule 45 Subpoena, Relator's Motion to Compel, and Relator's Assented to Motion to Seal Exhibits Attached to the Declaration of Carl S. Nadler.

It is hereby ORDERED that:

1. A hearing on the foregoing pending motions will be held on June 2, 2008, at 11:00 a.m.

2. If the Social Security Administration wishes to oppose defendants' subpoena on the basis that it is unduly burdensome, it shall, by May 9, 2008, file an affidavit in support of its Motion to Quash. <u>See</u> Rule 7.1(B)(1) of the Local Rules of the United States District Court for the District of Massachusetts. In addition, the affiant shall be available to testify at the June 2,

2008 hearing.

    3. Relator's Assented to Motion to Seal Exhibits Attached to the Declaration of Carl S. Nadler (Docket No. 121) is ALLOWED, at least temporarily.

    4. Relator's Assented to Motion for Leave to File Reply Brief (Docket No. 123) is ALLOWED.

    5. Defendants' Assented to Motion for Extension of Time to Respond to Relator's Motion to Compel (Docket No. 127) is ALLOWED. Defendants shall respond by May 2, 2008.

                                      /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE