UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>    Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF RICHARD C. ABATI IN SUPPORT OF
DEFENDANTS' OPPOSITION TO RELATOR'S MOTION TO COMPEL**

I, Richard C. Abati, affirm and declare as follows:

1.  I am an attorney with Choate, Hall & Stewart LLP and counsel of record for Defendants CIGNA Corporation ("CIGNA Corp.") and Life Insurance Company of North America ("LINA"). I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Defendants' Opposition to Relator's Motion to Compel.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from Relator's Supplemental Response to Defendants' First Set of Interrogatories, dated January 18, 2008.

3.  Attached hereto as Exhibit B is a true and correct copy of a letter from Carl S. Nadler to Karen Collari Troake dated July 2, 2007.

4.  Attached hereto as Exhibit C is a true and correct copy of a letter from Carl S. Nadler to Karen Collari Troake dated July 11, 2007.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of excerpts from Relator's First Set of Document Requests dated March 23, 2007.

4. Attached hereto as <u>Exhibit E</u> is a true and correct copy of excerpts from LINA's Response to Relator's First Set of Document Requests dated April 23, 2007.

Signed under the pain and penalties of perjury this 2nd day of May, 2008.

<u>/s/ Richard C. Abati</u><br>
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2008.

<u>/s/ Richard C. Abati</u><br>
Richard C. Abati

4326820v1