UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 03-12382-MLW |
| CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) ) |
| Defendants. | ) ) |

**SOCIAL SECURITY ADMINISTRATION'S ASSENTED TO MOTION TO MODIFY ORDER OF APRIL 24, 2008**

The Social Security Administration ("SSA") hereby moves this Court to modify its Order of April 24, 2008 (Docket No. 129) to allow the SSA until May 16, 2008 to file any affidavit in support of its Motion to Quash (Docket No. 116). On April 24, 2008, the Court ordered that: "If the Social Security Administration wishes to oppose [the defendants'] subpoena on the basis that is unduly burdensome, it shall by May 9, 2008, file an affidavit in support of its Motion to Quash." Since the Court's Order, the SSA and the defendants have engaged in fruitful discussions in an attempt to resolve the pending Motion to Quash. It is unlikely, however, that the parties will reach a full and final agreement by May 9, 2008. Therefore, the SSA would like an additional week to file its affidavit to allow the settlement discussions to proceed. Extending the deadline for the affidavit allows the parties to focus their efforts in the next few days on resolving the Motion to Quash without further litigation. If negotiations fail, the SSA will still be required to file the affidavit over two weeks prior to the hearing date of June 2, 2008. The defendants, through counsel, assent to allowing the SSA to file any affidavit on May 16, 2008.

Therefore, the SSA respectfully requests that the Court modify its Order of April 24, 2008 to read: "If the Social Security Administration wishes to oppose [the defendants'] subpoena on the basis that is unduly burdensome, it shall by May 16, 2008, file an affidavit in support of its Motion to Quash."

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | /s/ Jeffrey M. Cohen<br>Jeffrey M. Cohen<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |
| Dated: May 7, 2008 | (617) 748-3100 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen