UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* DAWN BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Civil Action No. 03-12382-MLW |

**NOTICE OF WITHDRAWAL OF THE SOCIAL SECURITY ADMINISTRATION'S MOTION TO QUASH (DOCKET NO. 116)**

The Social Security Administration ("SSA") hereby withdraws, without prejudice, its Motion to Quash (Docket No. 116). The SSA withdraws its motion because the SSA and the defendants have resolved by negotiation the matters raised by the motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: May16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen