UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA, )<br>)<br>           Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO RELATOR'S MOTION TO COMPEL

Relator Dawn Barrett ("Relator") hereby moves the Court for leave to file a reply brief in connection with Relator's Motion to Compel (Docket No. 118). A redacted copy of the reply brief is attached hereto as <u>Exhibit 1</u>. As grounds for this motion, Relator states as follows:

    1.    Relator filed her Motion to Compel on April 11, 2008 (Docket No. 118).

    2.    Defendants' Opposition was filed on May 2, 2008 (Docket No. 131).

    3.    Relator believes that a reply brief is necessary to respond to new issues raised in Defendants' Opposition and will assist the Court in ruling on Relator's motion.

    4.    Defendants' counsel has assented to this Motion.

**WHEREFORE,** Relator respectfully requests that this Court permit Relator to file the reply brief attached as <u>Exhibit 1</u> and grant such further relief as the Court deems just and appropriate.

DATED:  May 20, 2008

                                              Respectfully submitted,

                                                  /s/  Carl S. Nadler
                                            Carl S. Nadler

| | |
|---|---|
| Mary Louise Cohen | Peter B. Krupp, B.B.O. #548112 |
| Colette G. Matzzie | LURIE & KRUPP, LLP |
| PHILLIPS AND COHEN | One McKinley Square |
| 2000 Massachusetts Ave., N.W. | Boston, MA  02109 |
| Washington, DC  20036 | Tel:  (617) 367-1970 |
| Tel:  (202) 833-4567 | Fax:  (617) 367-1971 |
| Fax:  (202) 833-1815 | |
| Carl S. Nadler | |
| Stuart M. Rennert | |
| HELLER EHRMAN LLP | |
| 1717 Rhode Island Avenue, N.W. | |
| Washington, DC  20036 | |
| Tel:  (202) 912-2000 | |
| Fax:  (202) 912-2020 | |

                                                 *Counsel for Dawn Barrett*

## CERTIFICATE OF SERVICE

      I, Carl S. Nadler, an attorney for Relator Dawn Barrett, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 20, 2008.

      /s/ Carl S. Nadler
Carl S. Nadler
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

*Counsel for Dawn Barrett*