*Life, Accident and Disability Insurance Products and Services*

CIGNA also offers group life insurance, accidental death and dismemberment, and long-term and short-term disability insurance products and services. These products are offered under traditional insurance plans and alternative funding arrangements. Group insurance products are marketed to employers, multiple employer groups, unions, professional and other associations and other groups.

Group life insurance products offered include both group term life and group universal life insurance. Approximately 8,000 group life insurance policies covering approximately 12.7 million lives were outstanding as of December 31, 1996. The following table shows group life insurance in force and termination data.

|  | Year Ended December 31 | | |
|---|---|---|---|
|  | 1996 | 1995 | 1994 |
|  | (dollars in billions) | | |
| In force, end of year | $519 | $522 | $523 |
| Cancellations (lapses and expirations) | $ 55 | $ 51 | $ 44 |

CIGNA markets long-term and short-term disability products in all states and statutorily required disability plans in certain states. These products generally provide a fixed level of income to replace a portion of wages lost because of disability. Disability management services provided by CIGNA help insurers and employers reduce the cost of their benefit programs. CIGNA provides personal accident coverages, which consist primarily of accidental death and dismemberment and travel accident insurance, to employers, associations and other groups.

## Distribution

CIGNA's group sales representatives distribute the indemnity and managed health care products of this segment through national and other insurance brokers and insurance consultants. CIGNA also has a dedicated sales force to sell its Medicare product directly to consumers. Salaried representatives sell disability management, medical and disability cost containment, and managed mental health and substance abuse services directly to insurance companies, HMOs and employer groups. As of December 31, 1996, the field sales force for the products of this segment consisted of approximately 632 sales representatives in 117 field locations.

## Pricing and Reserves

Premiums and fees charged for group indemnity and managed care products reflect assumptions about future claims, expenses, credit risk, investment returns, competitive considerations and target profit margins. Premiums and fees charged for products utilizing networks of contracted providers also reflect assumptions about the impact of provider contracts and utilization management. HCFA determines Medicare premiums, and its rate decisions may affect the product's profit margin. Most of the premium volume for the indemnity business is established on an experience-rated basis. All other premiums are based on a guaranteed-cost method. Most contracts permit annual rate adjustments.

In addition to paying current benefits and expenses, CIGNA establishes reserves in amounts estimated to be sufficient to settle reported claims not yet paid, as well as claims incurred but not yet reported. Also, reserves are established for estimated experience refunds based on the results of retrospectively experience-rated policies.

As of December 31, 1996, approximately $2.4 billion, or 40%, of the reserves comprise liabilities that will be paid within one year, primarily for medical and dental indemnity and managed care health claims, as well as group life claims. The remainder primarily includes liabilities for long-term disability benefits, group life insurance benefits for disabled and retired individuals, and benefits paid in the form of annuities to survivors.

6

LINA 0188709

Interest on reserve and fund balances is credited to experience-rated policyholders through rates that are either set at the Company's discretion or based on actual investment performance. Generally, for interest-crediting rates set at the Company's discretion, higher rates are credited to long-term funds than to short-term funds, reflecting the fact that higher yields are generally available on investments with longer maturities. For 1996, the rates of interest credited ranged from 4.5% to 8.0%, with a weighted average rate of 6.1%.

The profitability of medical and dental indemnity and managed care products is largely dependent upon the accuracy of projections for health care cost inflation and utilization, the adequacy of fees charged for administration and risk assumption and, in the case of managed care products, effective medical cost management. The profitability of other indemnity products depends on the adequacy of premiums charged relative to claims and expenses, and also, for disability products, effective medical and rehabilitation management.

CIGNA reduces its exposure to large individual and catastrophe losses under group life, disability and accidental death contracts by purchasing reinsurance from unaffiliated insurers.

## Competition

Group indemnity insurance and managed care businesses are highly competitive. No one competitor or small number of competitors is dominant across the country, although in certain locations some HMOs dominate the sales of commercial HMO products. A large number of insurance companies and other entities compete in offering similar products. Competition exists both for employer-policyholders and for the employees in those instances where the employer offers employees the choice of products of more than one company. Most group policies are subject to Company review and renewal on an annual basis, and policyholders may seek competitive quotations prior to renewal.

The principal competitive factors that affect this segment are price; quality of service; scope, cost-effectiveness and quality of provider networks; product responsiveness to customers' needs; cost-containment services; and effectiveness of marketing and sales. Being responsive to the needs of employee-consumers as well as of employers is also important. For certain products with longer-term liabilities, financial strength of the insurer as indicated by ratings issued by nationally recognized rating agencies is also a competitive factor. For more information concerning insurance ratings, see "Ratings" on pages 34 to 36.

The principal competitors of CIGNA's group indemnity and managed care businesses are the large life and health insurance companies that provide group insurance, Blue Cross and Blue Shield organizations, stand-alone HMOs, and HMOs affiliated with major insurance companies and hospitals. Competition also arises from smaller regional or specialty companies with strength in a particular geographic area or product line, administrative service firms and, indirectly, self-insurers.

CIGNA is one of the largest investor-owned providers of group life and health indemnity insurance, based on premiums and premium equivalents, and one of the largest investor-owned HMOs, based on the number of members. It is the leading provider of group accident insurance, and one of the largest providers of group long-term disability coverages, based on premiums.

## Health Care Reform

Federal and state proposals have been made (and, in some states, adopted) to place limitations on the ability of managed care companies to form and operate efficient networks of doctors, hospitals and pharmacies. Because the measures that may ultimately be adopted are not known, CIGNA cannot predict the effect that these and other health care reforms will have on its business operations.

LINA 0188710

### D. Employee Retirement and Savings Benefits

#### General

CIGNA's Employee Retirement and Savings Benefits businesses provide investment products and professional services primarily to sponsors of qualified pension, profit-sharing and retirement savings plans.

Deposits for this segment for the year ended December 31 were as follows:

| | 1996 | 1995 | 1994 |
|---|---|---|---|
| | | (in millions) | |
| Deposits: | | | |
| Defined Contribution | $3,895 | $3,255 | $2,870 |
| Defined Benefit | 1,262 | 1,422 | 1,351 |
| Other, including GICs | 646 | 359 | 166 |
| Investment Advisory Accounts | 41 | 85 | 61 |
| Total Deposits | $5,844 | $5,121 | $4,448 |

Assets under management for this segment as of December 31 were as follows:

| | 1996 | 1995 | 1994 |
|---|---|---|---|
| | | (in millions) | |
| By Account: | | | |
| General Account[1]: | | | |
| Guaranteed | $ 4,289 | $ 4,489 | $ 3,934 |
| Experience-rated | 16,048 | 17,087 | 16,380 |
| | 20,337 | 21,576 | 20,314 |
| Separate Accounts | 19,401 | 15,784 | 12,917 |
| Investment Advisory Accounts | 849 | 823 | 651 |
| Total[1] | $40,587 | $38,183 | $33,882 |
| By Plan Type: | | | |
| Defined Contribution[1] | $20,017 | $17,741 | $14,456 |
| Defined Benefit[1] | 18,182 | 18,077 | 16,777 |
| Other, including GICs[1],[2] | 1,539 | 1,542 | 1,998 |
| Investment Advisory Accounts[2] | 849 | 823 | 651 |
| Total[1] | $40,587 | $38,183 | $33,882 |

---

Assets under management include assets managed by third-party managers.

(1) Assets under management (Defined Contribution, Defined Benefit and Other, including GICs in the General Account) reflect unrealized appreciation (depreciation) of $423 million, $1.0 billion and ($233) million as of December 31, 1996, 1995 and 1994, respectively.

(2) Other, including GICs and Investment Advisory Accounts also support defined benefit and defined contribution plans.

#### Principal Products and Markets

CIGNA offers a broad range of products to both defined benefit and defined contribution pension plans, profit-sharing plans and retirement savings plans. CIGNA's primary marketing emphasis is on defined contribution plans, which provide for participant accounts with benefits based upon the value of contributions to, and investment returns on, the individual's account. This has been the fastest growing portion of the pension marketplace in recent years. Defined contribution plan assets amounted to 49% of assets under

LINA 0188711

management for this segment as of December 31, 1996, compared with 46% as of December 31, 1995. The second largest category of this segment's assets under management relate to defined benefit plans, under which annual retirement benefits are fixed or defined by a benefit formula.

CIGNA sells investment products and investment management services, either separately or as full-service packages with administrative and other professional services, to pension plan sponsors. CIGNA markets full-service products that include investment management and pension services to small, middle and large market customers. In addition, CIGNA sells products to sponsors of larger plans that look to more than one entity to provide actuarial, administrative or investment services and products, or combinations thereof.

For defined contribution plans, principally 401(k) plans, CIGNA markets products that offer investment management services and plan level and participant recordkeeping, as well as employee communications, enrollment, plan design, technological support and other consulting services. For defined benefit plans, CIGNA offers investment, administrative and professional services, including recordkeeping, plan documentation, and actuarial valuation and consulting. Investment management services for CIGNA's defined contribution and defined benefit products are provided by CIGNA and by third-party managers, including Fidelity Investments, Warburg Pincus, INVESCO and American Century. A new broker-dealer operation also offers benefit plan participants a range of IRA rollover investments and retail brokerage services. In addition, CIGNA offers single premium annuities, both on guaranteed and experience-rated bases, and guaranteed investment contracts ("GICs"), which provide guarantees of principal and interest with a fixed maturity date.

Both defined benefit and defined contribution pension products are supported by the general asset account ("General Account") and segregated accounts ("Separate Accounts") of CG Life. The General Account supports both guaranteed and experience-rated contracts. As of December 31, 1996, General Account supported contracts accounted for 47% and 52% of the underlying investments in the defined benefit plans and defined contribution plans, respectively, compared with 52% and 60% as of December 31, 1995.

Guaranteed contracts comprise single premium annuities and GICs. As of December 31, 1996, guaranteed single premium annuities accounted for $2.8 billion and GICs accounted for $1.5 billion of this segment's General Account assets under management, compared with $3.0 billion and $1.5 billion as of December 31, 1995.

For 1996, the interest rate on reserves for guaranteed single premium annuities ranged from 3.25% to 12.75%, with a weighted average of 8.65%. The rate of interest credited in 1996 on CIGNA's GICs ranged from 5.45% to 10.00%, with a weighted average rate of 7.25%. CIGNA's single premium annuities and GICs generally do not permit withdrawal by the plan sponsor prior to maturity, except that GICs permit withdrawal at market value in the event of plan termination. None of the GICs include renewal clauses. Payouts associated with GICs have not been material to the Company's liquidity or capital resources.

Experience-rated contracts that are supported by the General Account have no fixed maturity dates and provide for transfer of net investment experience (including impairments and non-accruals) to policyholders through credited interest and termination provisions.

Effective January 1, 1996, credited interest rates for pooled experience-rated defined contribution contracts are declared in advance for six months and may be changed at the expiration of the six month period. Pooled contracts are contracts that are combined for purposes of crediting interest rates and tracking investment performance. Credited interest rates on other experience-rated contracts supported by the General Account are generally declared annually in advance and may be changed prospectively by the Company from time to time. Credited interest rates reflect investment income and realized gains and losses. Credited interest rates for 1996 ranged from 6.00% to 9.00%, with a weighted average rate of 6.75%.

The termination provisions of $3.9 billion, or 100%, of the Company's liability for experience-rated defined benefit contracts supported by the General Account that are subject to withdrawal, and the termination provisions of $3.5 billion, or 36%, of the Company's liability for experience-rated defined contribution contracts supported by the General Account, provide the policyholder with essentially two options for withdrawal of assets upon election to terminate: (a) a lump sum at market value; or (b) annual

LINA 0188712

installments. Under the market value option, the Company determines the market value of the underlying investments by discounting expected future investment cash flows from investment income (including the effect of non-accruals) and repayment of principal, including the effect of impaired assets. The discount rate assumed is based on current market interest rates. Under the installment option, 100% of the contractholder book value is paid, usually over not more than 10 years. Interest is credited over the installment period under a formula designed to pass investment gains and losses (reflecting non-accruals and impairments) through to policyholders.

The termination provisions of $6.4 billion, or 64%, of the Company's liability for experience-rated defined contribution contracts (all of which are pooled) supported by the General Account contain a book value mechanism for withdrawal at policyholder termination. Under certain circumstances, payout of book value is subject to deferral and the rate of interest credited during the deferral period may be reduced for the recovery of investment losses (including non-accruals and impairments).

The Separate Accounts allow customers the flexibility to invest in specific portfolios and participate directly in the investment results. Investment options include publicly traded bonds, private placement bonds, equities, real estate, mutual funds (managed by third-party managers) and short-term securities. As of December 31, 1996, Separate Account investments accounted for 53% and 48% of the underlying investments in defined benefit and defined contribution plans, compared with 48% and 40% as of December 31, 1995. As of December 31, 1996, approximately $14.9 billion, or 77%, of the assets in the Separate Accounts support experience-rated contracts under which the risks and benefits of investment performance generally accrue to the customers, compared to approximately $11.5 billion, or 73% of assets as of December 31, 1995.

The remaining assets in the Separate Accounts are held under experience-rated contracts that guarantee a minimum level of benefits. As of December 31, 1996 and 1995, the amount of minimum benefit guarantees under these contracts was $4.5 billion and $4.3 billion, respectively. Reserves in addition to the Separate Account liabilities are established when CIGNA believes a payment will be required under one of these guarantees. For additional information, see Note 19 to CIGNA's 1996 Financial Statements included in its Annual Report.

CIGNA monitors contract termination experience on an ongoing basis. Of those assets subject to withdrawal, persistency for 1996 was 92% compared with 93% for 1995 and 1994.

## Distribution

CIGNA's retirement products and services are distributed primarily through salaried retirement plan specialists, independent insurance agents and brokers, pension plan consultants, investment advisors and other service providers. As of December 31, 1996, the sales organization consisted of 65 retirement plan specialists and sales associates and 87 client service representatives and administrative personnel located in offices across the United States. In addition, a new broker-dealer operation also offers benefit plan participants a range of IRA rollover investments and retail brokerage services.

## Pricing and Reserves

CIGNA establishes reserves for experience-rated contracts in an amount equivalent to the contractholder funds on deposit with it, including, for non-pooled contracts, liability for estimated experience refunds based upon the results of each contract. Profitability on these contracts is based primarily on margins included in charges for investment and administrative services and risk assumption. Premiums and fees for annuity products are based on assumptions as to mortality experience, investment returns, expenses and target profit margins. For guaranteed-cost contracts, the reserve established is the present value of expected future obligations based on the same assumptions, with a margin for adverse deviation. Profitability on guaranteed-cost contracts is affected by the degree to which future experience deviates from these assumptions.

10

LINA 0188713

*Competition*

The retirement plan marketplace is highly competitive. CIGNA's competitors include mutual funds, other insurance companies, banks, investment advisors, and certain service and professional organizations. No one competitor or small number of competitors is dominant. Competition focuses on service, technology, cost, variety of investment options, investment performance and insurer financial strength as indicated by ratings issued by nationally recognized agencies. For more information concerning insurance ratings, see "Ratings" on pages 34 to 36. Business growth, as measured by assets under management, has been and is expected to continue to be constrained, as a result of decisions by retirement plan sponsors to diversify assets and fund management, and lack of growth in the defined benefit market resulting from customers' preference for defined contribution products.

The largest single retirement plan manager holds less than a 5% market share, as measured by assets under management. According to a survey published in "Pensions & Investments," CIGNA ranked 3rd among insurers, and 17th among retirement plan managers overall, in terms of pension and employee retirement savings plan assets under management.

## E.  Individual Financial Services

*Principal Products and Markets*

CIGNA's Individual Financial Services businesses market a broad range of insurance and investment products and services to individuals and corporations. They also assume reinsurance of certain risks under policies written by other insurance companies.

The following table sets forth the net earned premiums and fees and deposits for this segment.

|  | Year ended December 31, | | |
|---|---|---|---|
|  | 1996 | 1995 | 1994 |
|  | (in millions) | | |
| Premiums and Fees: |  |  |  |
| Life | $ 590 | $ 585 | $ 568 |
| Health | 59 | 56 | 55 |
| Reinsurance | 293 | 240 | 201 |
| Total premiums and fees | $ 942 | $ 881 | $ 824 |
| Deposits: |  |  |  |
| Life | $1,407 | $2,351 | $2,349 |
| Annuity | 644 | 849 | 659 |
| Total deposits | $2,051 | $3,200 | $3,008 |

11

LINA 0188714

The following table provides data on sales of new policies and additions to existing policies, terminations and life insurance in force for this segment, including assumed reinsurance, and reinsurance ceded to other companies.

| | Year ended December 31, | | |
|---|---|---|---|
| | **1996** | **1995** | **1994** |
| | (dollar amounts in millions except average size policy in force) | | |
| In force, beginning of the year | $108,536 | $ 93,327 | $ 81,273 |
| Sales and Additions[1]: | | | |
| Permanent | 5,445 | 18,186 | 15,248 |
| Term | 3,655 | 3,896 | 4,291 |
| Total | 9,100 | 22,082 | 19,539 |
| Less Terminations: | | | |
| Surrenders and conversions | 4,044 | 1,625 | 2,068 |
| Lapses | 2,744 | 2,962 | 3,226 |
| Decrease in coverage | 1,190 | 1,700 | 1,549 |
| Other | 548 | 586 | 642 |
| Total | 8,526 | 6,873 | 7,485 |
| In force, end of the year: | | | |
| Permanent | 89,725 | 88,656 | 73,028 |
| Term | 19,385 | 19,880 | 20,299 |
| Total[2] | $109,110 | $108,536 | $ 93,327 |
| Reinsurance ceded included above | $ 41,251 | $ 24,754 | $ 15,664 |
| Number of policies in force: | | | |
| Participating | 139,739 | 149,639 | 113,382 |
| Non-participating | 391,896 | 392,507 | 393,818 |
| Total | 531,635 | 542,146 | 507,200 |
| Average size policy in force: | | | |
| By type: | | | |
| Participating | $270,806 | $269,450 | $256,491 |
| Non-participating | $181,853 | $173,799 | $163,136 |
| By division: | | | |
| CIGNA Individual Insurance | $227,324 | $215,717 | $195,636 |
| CIGNA Reinsurance: Life, Accident, Health | $127,236 | $140,254 | $142,978 |
| By segment: | | | |
| Individual Financial Services | $205,234 | $200,200 | $184,005 |

(1) For 1996, all sales and additions were non-participating. For 1995 and 1994, $11 billion and $10 billion of sales and additions, respectively, were participating, with the remainder non-participating. For 1996, 1995 and 1994, sales and additions included assumed reinsurance of $1.9 billion, $2.5 billion and $3.3 billion, respectively.

(2) For 1996, 1995 and 1994, total life insurance in force for this segment included assumed reinsurance of approximately $15.0 billion, $16.4 billion and $16.6 billion, respectively.

## Individual Products

CIGNA's individual insurance products include permanent and term life insurance, annuities and disability insurance. Term life insurance provides coverage for a stated period and pays a death benefit only if the insured dies within the period. Permanent life insurance, offered on a participating or non-participating

12

LINA 0188715

basis, provides coverage that does not expire after a term of years and builds a cash value that may equal the full policy amount if the insured is alive on the policy maturity date. In participating insurance, policyholders directly participate in policy earnings through dividends. Non-participating insurance does not pay dividends, but deviations from assumed experience may be reflected in the policyholder's future premium payments.

Products that provide permanent coverages include whole life, universal life and variable universal life. Whole life provides fixed benefits and level premium payments. For universal life and variable universal life, premiums and benefits fluctuate with the design of the benefits being funded. Universal life provides benefits that fluctuate with the amount of variable premiums paid, mortality and expense charges made, and interest credited to the policy. Variable universal life provides benefits that also fluctuate with the amount of variable premiums paid and mortality and expense charges made and, in addition, with the performance of underlying investments.

CIGNA offers both fixed and variable annuity products. Fixed annuities accumulate value at a fixed rate of interest on the invested payments. Variable annuities accumulate value at levels determined by the contractholder's allocation of payments among a portfolio of mutual funds and fixed rate accounts and the underlying investment performance of the selected funds (less applicable expense and contract charges). Annuity sales totaled approximately $645 million in 1996 and $850 million in 1995. CIGNA also markets a number of individual investment products (including mutual funds) and fee-based financial planning services.

Principal markets for life insurance products and services sold to individuals are affluent executives, professionals and small business owners (typically with income above $100,000 and net worth of $1.5 million or more). Annuities are generally marketed to upper-middle to affluent customers of banks and stock brokerage firms and clients of financial advisors.

Individual insurance products are also sold to corporations to provide coverage on the lives of certain of their employees. Principal markets for corporate-owned life insurance ("COLI") are Fortune 1000 companies. The market and sales volume for COLI products tend to be volatile.

In August 1996, Congress passed tax legislation that has affected premium and earnings growth of COLI business on which policy loans are outstanding, including participating COLI universal life business. The legislation phases out the interest deduction for corporate-owned life insurance policy loans through 1998 and eliminates it thereafter. The effect of this legislation on the income of the Individual Financial Services segment is not expected to be material through 1998. Beginning in 1999, the effect of this legislation is uncertain; however, it could have a material adverse effect on the segment's income. The effect of this legislation is not expected to be material to CIGNA's consolidated results of operations, liquidity or financial condition. For additional information on the impact of the legislation, see page 11 of the MD&A section of CIGNA's Annual Report.

During 1995 and 1994, the face amount of new sales (as shown in the preceding table) included participating COLI universal life business on which policy loans were outstanding of approximately $11 billion and $10 billion, respectively. There were no new sales of this product in 1996. Changes in permanent sales and in force, surrenders and conversions, reinsurance ceded, and the number and average size of participating policies are primarily attributable to COLI.

As of December 31, 1996 and 1995, approximately 60% and 57%, respectively, of CIGNA's individual life insurance in force was non-participating permanent, which includes interest-sensitive products such as universal life.

Interest credited on whole life products is equal to or above a minimum guaranteed rate. For interest-sensitive products, credited interest rates vary with the characteristics of each product and the anticipated investment results of the assets backing these products. Where the credited interest rate exceeds the guaranteed rate, the excess is used to purchase additional insurance or increase cash values. Credited interest rates on interest-sensitive products for 1996 ranged from 5.0% to 9.2%, with a weighted average rate of 6.9%.

LINA 0188716

Interest rates for policy loans on individual life insurance products are defined in the contract and are either variable or fixed. Variable interest rates are tied to an external index and may be subject to a specified minimum rate. The interest rates charged to the policyholder on borrowed funds ("loan rates") are generally greater than the interest rates credited to the policyholder on those funds, and such loan rates and the related credited interest rates tend to move in tandem as interest rates fluctuate. A large portion of the contracts that provide for fixed rates also provide for a relatively constant spread between the policy loan rate and the related credited interest rate.

Most life insurance products sold to individuals have surrender charges to recover policy acquisition costs and to encourage persistency. Persistency for these products was approximately 95% in 1996, 1995 and 1994.

*Reinsurance Products*

Reinsurance products sold through this segment include coverages for part or all of the risks under policies written by other insurance companies for group life and health; individual life, health and annuity; and special risks, such as personal accident, catastrophe and workers' compensation coverages. The principal markets for these products are individual and group life, accident and health insurers; special risk and workers' compensation units of property-casualty insurers; companies that offer immediate and deferred annuities; health care providers; managing general underwriters of health care; and self-insured employers.

Reinsurance coverages generally extend for the same duration as the underlying direct policies: from one year or less for group, special risk and individual life term policies, to time of lapse or expiration at death for permanent individual life and individual health policies. Most permanent reinsurance coverages have recapture charges to recover policy acquisition costs and to encourage persistency.

### Distribution

As of December 31, 1996, CIGNA sold individual insurance products primarily through approximately 600 full-time career agents and through independent agents and brokers. Corporate-owned life insurance products are sold primarily through a limited number of brokers. Investment products are sold through the career agents, who are also registered representatives of a CIGNA broker-dealer. Annuities are distributed through stockbrokers and banks as well as through the career agents.

Reinsurance products are sold principally in the United States, Canada, Europe, Asia and Latin America through a small sales force and through domestic and foreign intermediaries.

### Pricing, Reserves and Reinsurance

Premiums for life and disability insurance, annuities and assumed reinsurance are based on assumptions about mortality, morbidity, persistency, expenses and target profit margins as well as interest rates and competitive considerations. The long-term profitability of individual products is affected by the degree to which future experience deviates from these assumptions. Fees for universal life insurance products consist of mortality, administrative and surrender charges assessed against the policyholder's fund balance. Interest credited and mortality charges for universal life, and mortality charges on variable premium products, may be adjusted prospectively to reflect expected interest and mortality experience. Dividends on participating insurance products may be adjusted to reflect prior experience.

For individual traditional and variable premium life insurance, disability insurance and annuities, and for individual life and health reinsurance in force, CIGNA establishes policy reserves that reflect the present value of expected future obligations less the present value of expected future premiums. For universal life insurance and deferred annuities, CIGNA establishes reserves for deposits received and interest credited to the policyholder, less mortality and administrative charges assessed against the policyholder's fund balance. In addition, for all individual and reinsurance products, CIGNA establishes loss reserves for claims received but not yet paid, based on the amount of the claim received, and for losses incurred but not reported, based on prior claim experience.

14

LINA 0188717

CIGNA maintains a variety of ceded reinsurance agreements with non-affiliated insurers to limit its exposure to large life, accident and health losses and to multiple losses arising out of a single occurrence. Although such reinsurance does not discharge CIGNA from its obligations on insured risks, CIGNA's exposure to losses is reduced by the amount of reinsurance ceded, provided that reinsurers are able to meet their obligations.

### Competition

The individual insurance, annuity and investment businesses are highly competitive. No one competitor or small number of competitors dominates. More than 1,000 domestic life insurance companies may offer one or more individual insurance and annuity products, and approximately 40 companies may offer one or more reinsurance products, similar to those offered by CIGNA. In addition, some of CIGNA's individual financial businesses compete with non-insurance organizations, including commercial and savings banks, investment advisory services, investment companies and securities brokers. Competition focuses on product, service, price, distribution method and the financial strength of the insurer as indicated by ratings issued by nationally recognized agencies. For more information concerning insurance ratings, see "Ratings" on pages 34 to 36. CIGNA has benefited competitively from CG Life's financial strength and stability and from the quality of its distribution systems.

The corporate-owned life insurance marketplace is also highly competitive. The Company principally competes with approximately half of the 25 largest domestic life insurance companies that may offer one or more corporate-owned life insurance products. Competition in this market focuses primarily on product design, underwriting, price, administrative servicing capabilities and insurer financial strength, as indicated by ratings issued by nationally recognized agencies.

Based on information published by A.M. Best, CG Life was the 5th largest U.S. individual life insurer in terms of direct premiums.

### F. Property and Casualty

CIGNA's Property and Casualty segment consists of domestic, international and run-off operations. Each of these operations is discussed below.

### Domestic Operations

#### Principal Products and Markets

The domestic operations had approximately 38% of total earned premiums and fees for this segment during 1996. The domestic operations have become over the past several years a specialist property and casualty organization. In doing so, they have reunderwritten much of the business and focused on lines of business that have contributed to improved operating results. The table on page 20 lists the principal product lines of the domestic operations and their associated earned premiums and fees, and the table on page 21 shows their underwriting results and combined ratios.

These operations are organized into three units: Special Risk Facilities, Specialty Insurance Services and Commercial Insurance Services. Special Risk Facilities provides multi-line and mono-line coverages to large-risk property and casualty customers. It focuses on loss sensitive casualty coverages, including workers' compensation, commercial auto and general liability programs for customers willing to retain significant risk and implement alternative risk financing programs. It also focuses on large, complex property coverages for petroleum, utility, independent power and industrial companies, as well as general property coverages. Special Risk Facilities also markets loss control, risk information and claims services to large corporate customers on a fee-for-service basis.

Specialty Insurance Services provides insurance products and related services designed to meet the needs of businesses, groups and individuals with specialized insurance needs that require sophisticated underwriting and risk management expertise. Targeted markets include aviation, recreational and ocean

LINA 0188718

marine, financial institutions, agribusiness, excess casualty and other programs in which specialist agents and brokers share underwriting and processing expertise with the division.

Commercial Insurance Services provides insurance and related services to customers in the standard insurance market, with an emphasis on customers interested in total loss cost containment. It targets individual commercial risks and seeks to increase production of group business through affinity groups, associations and national broker blocks of business. Commercial Insurance Services seeks to increase writings of inland marine and workers' compensation business that involves standard risk transfer in states with favorable regulatory climates.

Regulatory authorities require the participation of CIGNA's domestic property and casualty subsidiaries in various joint underwriting authorities, pools and other arrangements, including workers' compensation pools, created to provide insurance coverage to the residual market. These subsidiaries also participate in voluntary underwriting associations and syndicates.

*Competition*

The principal competitive factors that affect the domestic operations are pricing, underwriting, producer relations, quality of claims and policyholder services, operating efficiencies and product differentiation and availability. Perception of financial strength, as reflected in the ratings assigned to an insurance company, especially by A.M. Best, is also a competitive factor. In early 1996, A.M. Best affirmed the A- ("excellent") rating for the domestic operations. For more information concerning insurance ratings, see "Ratings" on pages 34 to 36.

Competition, particularly over price, has intensified because of increased capacity in the market resulting from growth in capital supporting the industry. In the highly competitive environment of the past several years, the domestic operations reduced their premium volume in some lines rather than maintain business at inadequate prices, resulting in a decline in market share.

The National Association of Insurance Commissioners ("NAIC") has adopted risk-based capital rules for domestic property and casualty companies. The property and casualty subsidiaries of CIGNA's ongoing domestic operations were adequately capitalized under the rules as of December 31, 1996. Additional information is contained on pages 32 and 33.

The domestic operations pursue a specialist strategy and focus on those market segments where they can compete effectively based on service levels and product design and achieve an adequate level of profitability. They benefit from experienced claims handling, loss control and risk management staffs with proven expertise in specialty fields, including large risk, ocean and recreational marine, and workers' compensation. A competitive strength of all of the domestic units, especially Special Risk Facilities, is the ability to deliver global products and coverages to large risk customers in concert with the international operations. In 1996, Special Risk Facilities increased its competitive advantages by beginning to provide with X.L. Insurance Company, Ltd. multi-year, multi-line insurance packages for complex international and domestic risks.

Property and casualty insurance can be obtained in the United States through national and regional companies that use an agency distribution system, direct writers (that may have an employed agency force) and brokers. Some potential customers elect to self-insure, which in the case of many corporations involves the use of subsidiary captive insurers. Over 3,000 companies compete for property and casualty business in the United States and no single company or group of affiliated companies is dominant. In 1996 and 1995, CIGNA's domestic property and casualty statutory net written premiums amounted to approximately 0.6% and 0.7%, respectively, of the total market.

Based on information published by A.M. Best, CIGNA's domestic property and casualty insurance subsidiaries rank 20th in annual net premiums written for commercial coverages. They are the 12th largest U.S. writer of commercial multiperil coverages, 14th of workers' compensation, 31st of commercial auto coverages, fourth of ocean marine, 15th of inland marine and first of aviation.

LINA 0188719

*Distribution*

Special Risk Facilities writes business mainly through regional, national and global brokers. Specialty Insurance Services and Commercial Insurance Services write business through independent agents and brokers. Specialty Insurance Services also markets its business through alternate distribution channels, including financing companies and managing general agents.

The following table shows the geographic distribution of GAAP net earned premiums and fees for the domestic operations' products.

| | Year ended December 31, | | | |
| | 1996 | | 1995 | |
| | (dollar amounts in millions) | | | |
|---|---|---|---|---|
| California | $ 219 | 13% | $ 238 | 14% |
| New York | 137 | 8 | 162 | 9 |
| Texas | 112 | 7 | 127 | 7 |
| Florida | 99 | 6 | 103 | 6 |
| Pennsylvania | 89 | 5 | 105 | 6 |
| New Jersey | 85 | 5 | 152 | 9 |
| Illinois | 51 | 3 | 63 | 4 |
| Massachusetts | 49 | 3 | 60 | 3 |
| North Carolina | 49 | 3 | 46 | 2 |
| Connecticut | 47 | 3 | 40 | 2 |
| Wisconsin | 38 | 2 | 30 | 2 |
| All other | 695 | 42 | 623 | 36 |
| Total Domestic | $1,670 | 100% | $1,749 | 100% |

For 1996 and 1995, earned premiums and fees were substantially the same as written premiums.

*International Operations*

*Principal Products and Markets*

CIGNA's international operations provide insurance coverages and services outside the United States through three business units: property and casualty; individual life and accident and health; and group and employee benefits. The international operations produced approximately 58% of total earned premiums and fees for the Property and Casualty segment during 1996.

The international property and casualty operations are a specialist insurance organization offering capacity and technical expertise in the underwriting of large and unique risks for targeted commercial customer segments. Its property insurance products include traditional commercial fire coverage as well as energy industry-related and other technical coverages. Principal casualty products are commercial general liability and liability coverage for multinational organizations. Marine cargo and hull coverages are written in the London market as well as in marine markets throughout the world. The division also designs and implements risk financing alternatives for customers whose approach to risk management includes some form of self insurance.

The international individual life and accident and health insurance operations provide products that are designed to meet the insurance, savings and investment needs of consumers outside of U.S. insurance markets. Life and accident and health insurance is provided to individuals and groups. Traditional life insurance products include term, whole life, endowment and products with variable investment return. Supplemental products include accidental death, medical, hospital indemnity and income protection coverages.

The international group and employee benefit operations provide government-mandated medical benefits in some markets and offer an alternative or supplement to governmental programs in others. To

17

LINA 0188720

meet the needs of the group market, life and medical insurance products are provided through group and employee benefit programs providing employers with benefit options for their employees.

In 1996, the international operations formed several joint ventures in developing markets where it already had a presence. These ventures, which are principally with major, local financial institutions, are intended to accelerate penetration into these markets. The international operations have also established representative offices in selected emerging markets to facilitate the development of profitable business opportunities.

CIGNA's international operations are diversified by line of business and geographic spread of risk. A global approach to risk management allows each local operation to underwrite and accept large insurance accounts. Centrally controlled internal reinsurance mechanisms facilitate appropriate risk transfer and efficient, cost effective use of external reinsurance markets.

CIGNA reduces exposure to economic loss arising from foreign exchange in its international operations by maintaining invested assets abroad in the same currency as the related liabilities. For information on the effect of foreign exchange exposure, see page 13 of the MD&A section and Notes 2(Q) and 18 to CIGNA's 1996 Financial Statements included in its Annual Report.

### Competition

The principal competitive factors that affect the international operations are underwriting and pricing, relative operating efficiency, product differentiation, producer relations and the quality of claims and policyholder services. Perception of financial strength, as reflected in the ratings assigned to an insurance company, is also a competitive factor. For example, in 1996, Standard & Poor's assigned a rating of "A" to CIGNA Insurance Company of Europe, S.A., N.V., which produced approximately 24% of the international operations' 1996 written premiums.

Maintaining strict underwriting discipline is reflected in loss and combined ratios for the international operations. The combined ratio is shown in the table on page 21. The operations' global network and breadth of insurance and benefit programs assisting individuals and business organizations in meeting their risk management objectives provide competitive advantages.

Based on revenues, the international operations are the second largest U.S.-based provider of foreign insurance products and services. Across all lines of business, the operations' primary competitors include U.S.-based companies with global operations, as well as other, non-U.S. global carriers and indigenous companies in regional and local markets. For the individual life and accident and health lines of business, locally-based competitors include financial institutions and bank-owned insurance subsidiaries.

### Distribution

The international operations maintain a sales or operational presence in over 45 jurisdictions. The following table shows the geographic distribution of GAAP net earned premiums and fees for the operations' insurance products, which are sold through branches and subsidiaries of CIGNA entities in all of the world's major insurance markets:

|  | Year ended December 31, | | | |
|  | 1996 | | 1995 | |
|  | (dollar amounts in millions) | | | |
| Japan | $1,042 | 41% | $1,134 | 42% |
| United Kingdom | 387 | 15 | 439 | 16 |
| Continental Europe | 363 | 14 | 374 | 14 |
| Americas | 299 | 12 | 324 | 12 |
| Other Pacific | 310 | 12 | 288 | 10 |
| All other | 167 | 6 | 157 | 6 |
| Total International | $2,568 | 100% | $2,716 | 100% |

For 1996 and 1995, earned premiums and fees were substantially the same as written premiums.

18

LINA 0188721

International property and casualty business is generally written, on both a direct and assumed basis, through major international and local brokers. Individual life and accident and health products are distributed through agents, financial institutions and various direct marketing channels. Group and employee benefit programs are sold on a direct basis, as well as through brokers and agents.

*Run-off Operations*

Effective December 31, 1995, the Insurance Commissioner of Pennsylvania (the "Commissioner") approved a restructuring of CIGNA's domestic property and casualty businesses into two separate operations, ongoing and run-off. The run-off operations, which do not actively sell insurance products, manage run-off policies and related claims, including those for asbestos-related and environmental pollution exposures. For additional information on the restructuring, see Note 16 to CIGNA's 1996 Financial Statements included in its Annual Report.

Certain competitors and policyholders of CIGNA are challenging the Commissioner's action. In March 1997, the Commonwealth Court of Pennsylvania ruled on certain procedural issues, including that the competitors lack standing in the matter and that certain issues be remanded to the Insurance Department for further proceedings. The ruling will be appealed. Pending appeal, the Insurance Department has confirmed that CIGNA's restructuring remains in place. Although CIGNA expects the matter to be involved in litigation for some time, it expects to ultimately prevail.

The risk-based capital ratios of the subsidiaries in the run-off operations are at the mandatory control level, as described on page 33. However, because the Commissioner determined that these subsidiaries have sufficient assets to meet their obligations, they are running off their liabilities consistent with the terms of an Order by the Commissioner, which include periodic reporting obligations to the Pennsylvania Insurance Department.

### Pricing and Underwriting Results

CIGNA's property and casualty insurance subsidiaries provide loss protection to insureds in exchange for premiums. If earned premiums exceed the sum of losses, commissions to agents or brokers, other operating expenses and policyholders' dividends, underwriting profits are realized. The "combined ratio" is a frequently used measure of property and casualty underwriting performance. On a GAAP basis, this ratio is the sum of (i) the ratio of incurred losses and associated loss expenses to earned premiums (the "loss and loss expense ratio"), (ii) the ratio of expenses incurred for sales commissions, premium taxes, administrative and other operating expenses to earned premiums (the "expense ratio") and (iii) the ratio of policyholders' dividends to earned premiums (the "policyholder dividend ratio"), each of these three ratios being expressed as a percentage. When the combined ratio is over 100%, underwriting results are not profitable. The GAAP combined ratios for CIGNA's property and casualty product lines and total property and casualty operations are shown in the table on page 21.

Because time normally elapses between the receipt of premiums and the payment of claims and certain related expenses, funds become available for investment by CIGNA. The combined ratio does not reflect investment income from these funds, investment gains and losses, results of non-insurance business, or federal income taxes. Such items, when added to underwriting profits or losses, produce net income or loss. For information concerning investment income, see "Investments and Investment Income — Property and Casualty Investments" on pages 31 and 32.

LINA 0188722

The following table sets forth GAAP net earned premiums and fees for the operations of this segment for the year ended December 31.

| | 1996[1] | | Pro forma 1995[1] | | 1994[1] | |
|---|---|---|---|---|---|---|
| | | | (dollar amounts in millions) | | | |
| **Premiums and Fees/Percent of Total Premiums and Fees:** | | | | | | |
| Domestic: | | | | | | |
| Workers' compensation | $ 380 | 8% | $ 470 | 10% | | |
| Commercial packages | 228 | 5 | 274 | 6 | | |
| Casualty | 298 | 7 | 263 | 6 | | |
| Property | 382 | 9 | 311 | 7 | | |
| Marine and aviation | 258 | 6 | 237 | 5 | | |
| Homeowners | 72 | 2 | 78 | 2 | | |
| Other | 52 | 1 | 116 | 2 | | |
| Total Domestic Ongoing | 1,670 | 38 | 1,749 | 38 | | |
| Total Domestic — pre-restructuring | | | | | $2,650 | 53% |
| International: | | | | | | |
| Accident and health | 647 | 15 | 626 | 14 | 528 | 10 |
| Property | 484 | 11 | 515 | 11 | 441 | 9 |
| Casualty | 264 | 6 | 252 | 5 | 231 | 4 |
| Auto | 207 | 5 | 244 | 5 | 233 | 5 |
| Marine | 143 | 3 | 151 | 3 | 152 | 3 |
| Other | 12 | — | 17 | 1 | 12 | — |
| Subtotal | 1,757 | 40 | 1,805 | 39 | 1,597 | 31 |
| International life and health | 812 | 18 | 911 | 19 | 796 | 16 |
| Total International Ongoing | 2,569 | 58 | 2,716 | 58 | 2,393 | 47 |
| Total Ongoing Operations | 4,239 | 96 | 4,465 | 96 | | |
| Run-off operations | 159 | 4 | 175 | 4 | | |
| Total Premiums and Fees | $4,398 | 100% | $4,640 | 100% | $5,043 | 100% |

(1) CIGNA's domestic property and casualty operations were restructured into ongoing and run-off operations effective December 31, 1995. Amounts shown for the Property and Casualty segment's ongoing and run-off operations for 1995 are reported on a pro forma basis as though the restructuring was in place at the beginning of 1995. These pro forma results are not necessarily indicative of the results that would have been reported had the restructuring actually occurred as of January 1, 1995. Information for the Property and Casualty segment on a pro forma basis is not available prior to 1995. Consolidated Property and Casualty segment amounts, including International, did not change as a result of the restructuring.

LINA 0188723

The following table sets forth GAAP underwriting results, combined ratios and net investment income for the operations of this segment for the year ended December 31.

| | 1996[1] | | Pro forma 1995[1] | | 1994[1] | |
|---|---|---|---|---|---|---|
| | (dollar amounts in millions) | | | | | |
| **Underwriting Gain (Loss)/Combined Ratios:** | | | | | | |
| **Domestic:** | | | | | | |
| Workers' compensation | $ (22) | 105.7% | $ (130) | 127.7% | | |
| Commercial packages | (37) | 116.3 | (54) | 119.6 | | |
| Casualty | (48) | 116.2 | (59) | 122.5 | | |
| Property | (43) | 111.3 | (20) | 106.4 | | |
| Marine and aviation | 5 | 97.9 | 35 | 85.1 | | |
| Homeowners | (23) | 132.4 | (12) | 115.4 | | |
| Other | (5) | 109.1 | (15) | 113.5 | | |
| Total Domestic Ongoing | (173) | 110.4 | (255) | 114.6 | | |
| Total Domestic — pre-restructuring | | | | | $(1,047) | 139.5% |
| **International:** | | | | | | |
| Accident and health | 57 | 91.2 | 41 | 93.4 | 40 | 92.4 |
| Property | 68 | 86.0 | 73 | 85.8 | 1 | 99.9 |
| Casualty | 24 | 91.0 | 15 | 93.8 | — | 99.9 |
| Auto | (5) | 102.5 | (6) | 102.4 | (12) | 105.2 |
| Marine | (10) | 106.6 | 1 | 99.7 | 3 | 98.3 |
| Other | (14) | 214.2 | (16) | 192.7 | — | 94.8 |
| Total International Ongoing | 120 | 93.2 | 108 | 94.0 | 32 | 98.0 |
| Total Ongoing operations | (53) | 101.6 | (147) | 104.1 | | |
| Run off operations | (317) | | (1,512) | | | |
| Total underwriting loss after policyholders' dividends | $ (370) | | $(1,659) | | $(1,015) | |
| Before Policyholders' Dividends | $ (339) | | $(1,604) | | $ (925) | |
| **Net investment income, pre-tax:** | | | | | | |
| Domestic | $ 259 | | $ 240 | | | |
| Domestic — pre-restructuring | | | | | $ 549 | |
| International | 243 | | 268 | | 207 | |
| Run-off | 302 | | 286 | | | |
| Total | $ 804 | | $ 794 | | $ 756 | |

(1) CIGNA's domestic property and casualty operations were restructured into ongoing and run-off operations effective December 31, 1995. Amounts shown for the Property and Casualty segment's ongoing and run-off operations for 1995 are reported on a pro forma basis as though the restructuring was in place at the beginning of 1995. These pro forma results are not necessarily indicative of the results that would have been reported had the restructuring actually occurred as of January 1, 1995. Information for the Property and Casualty segment on a pro forma basis is not available prior to 1995. Consolidated Property and Casualty segment amounts, including International, did not change as a result of the restructuring.

21

LINA 0188724

*Ceded Reinsurance*

To protect against losses greater than the amount that it is willing to retain on any one risk or event, CIGNA purchases reinsurance from unaffiliated insurance companies. Beginning in 1997, the Company is revising the reinsurance program for the domestic operations and, as a result, expects to have higher premium retention with little or no increase in earnings volatility. Although reinsurance does not discharge CIGNA from its obligations on insured risks, CIGNA's exposure to losses is reduced by the amount ceded, and thus will be limited to the amount of risk retained, provided that reinsurers meet their obligations.

The Company is not substantially dependent upon any single reinsurer. The Company's largest aggregation of domestic and international reinsurance recoverables as of December 31, 1996 and 1995, at approximately 7% and 8%, respectively, was with more than 100 syndicates affiliated with Lloyd's of London. Approximately 26% of CIGNA's reinsurance recoverables as of December 31, 1996 relate to pools and captives, under which CIGNA's assets are generally protected through future industry assessments or by some form of collateral. In addition, 16% relate to international direct and reinsurance operations (excluding recoverables with Lloyd's noted above) for which an independent rating agency evaluation is typically not available. Of the remaining recoverables, which relate primarily to domestic ongoing and run-off operations, 86% relate to individual reinsurers that carry a very good or higher financial rating from an independent rating agency. A significant portion of the international and remaining domestic recoverables is due from reinsurers that continue to meet CIGNA's internal security standards and selection criteria, as described in the following paragraph.

The collectibility of reinsurance is largely a function of the solvency of reinsurers. CIGNA cedes risk to reinsurers that meet certain financial security standards. It relies on independent ratings of reinsurers, when available, and otherwise examines its reinsurers' financial performance and reserve adequacy. When deemed appropriate, CIGNA seeks collateral from reinsurers; reassumes, in return for a settlement, risks for which it had previously purchased reinsurance; and establishes allowances for potentially unrecoverable reinsurance. CIGNA's allowance for unrecoverable reinsurance was $711 million and $700 million at December 31, 1996 and 1995, respectively.

Reinsurance disputes can delay recovery of reinsurance and, in some cases, affect its collectibility. Reinsurance disputes have increased in recent years, particularly on larger and more complex claims such as those related to asbestos and London reinsurance market exposures. Reinsurance disputes may increase in the future, and are likely to include disputes related to environmental pollution claims.

As of December 31, 1996, approximately 86% of CIGNA's reinsurance recoverable balance related to unpaid reported claims and incurred but not reported claims, and the remaining 14% related to paid losses. The timing and collectibility of reinsurance recoverables have not had, and are not expected to have, a material adverse effect on CIGNA's liquidity.

For additional information on reinsurance, including on CIGNA's property catastrophe reinsurance program, see page 13 of the MD&A section and Notes 13 and 14 to CIGNA's 1996 Financial Statements included in its Annual Report.

*Reserves*

## General

Significant periods of time may elapse between the occurrence of an insured loss, the reporting of the loss to the insurer and the insurer's payment of that loss. To recognize liabilities for unpaid losses, insurers establish "reserves," which are liabilities representing estimates of future amounts needed to pay claims and related expenses with respect to insured events that have occurred, including events that have not been reported to the insurer.

After a claim is reported, except for a class of very small claims that typically are settled quickly, a "case reserve" is established by claims personnel for the estimated amount of the ultimate payment. The estimate

22

reflects the informed judgment of such personnel, based on their experience and knowledge regarding the nature and value of the specific claim. Claims personnel review and update their estimates as additional information becomes available and claims proceed toward resolution.

"Bulk reserves" are established on an aggregate basis (i) to provide for losses incurred but not yet reported to and recorded by the insurer; (ii) to provide for the estimated expenses of settling claims, including legal and other fees and general expenses of administering the claims adjustment process; and (iii) to adjust for the fact that, in the aggregate, case reserves may not accurately estimate the ultimate liability for reported claims. As part of the bulk reserving process, CIGNA's historical claims data and other information are reviewed and consideration is given to the anticipated impact of various factors such as legal developments, economic conditions and changes in social attitudes. Insurance industry experience is also considered.

The reserving process relies on the basic assumption that past experience is an appropriate basis for predicting future events. The probable effects of current developments, trends and other relevant matters are also considered. Because the eventual deficiency or redundancy of reserves is affected by many factors, some of which are interdependent, there is no precise method for evaluating the adequacy of the consideration given to inflation or to any other specific factor affecting claims payments. However, the reserving process provides implicit recognition of the impact of inflation and other factors by taking into account changes in historic claims reporting and payment patterns. A number of analytical reserving techniques are used, which often yield differing results.

CIGNA continually attempts to improve its loss estimation process by refining its process of analyzing loss development patterns, claims payments and other information, but there remain many reasons for favorable or adverse development of estimated ultimate liabilities. For example, unanticipated changes in worker's compensation and product liability laws have at times significantly affected the ability of insurers to estimate liabilities for unpaid losses and related expenses.

CIGNA implemented a new methodology for estimating asbestos-related and environmental pollution reserves in the third quarter of 1995, as discussed on page 15 of the MD&A section of CIGNA's Annual Report. CIGNA's reserves for asbestos-related and environmental pollution claims are a reasonable estimate of its liability for these claims, based on currently known facts, reasonable assumptions where the facts are not known, current law and methodologies currently available.

Reserving for property and casualty claims continues to be a complex and uncertain process. Because available claims data and other information are rarely definitive, the evaluation of such data's implications with respect to future losses requires the use of informed estimates and judgments. CIGNA's estimates and judgments may be revised as additional experience and other data become available and are reviewed, as new or improved methodologies are developed or as current law changes. Any such revisions could result in future changes in estimates of losses and would be reflected in CIGNA's results of operations for the period in which the estimates are changed. While the effect of any such changes in estimates of losses could be material to future results of operations, CIGNA does not expect such changes to have a material effect on its liquidity or financial condition. In management's judgment, information currently available has been appropriately considered in estimating CIGNA's loss reserves.

*Prior Year Development*

The adverse pre-tax effects, net of reinsurance, during 1996, 1995 and 1994 on CIGNA's results of operations from insured events of prior years (prior year development) were $177 million, $1.5 billion and $538 million, respectively. Of the prior year loss development during 1995, 81% was attributable to asbestos-related and environmental pollution claims. Prior year development is discussed on pages 15 and 16 of the MD&A section of CIGNA's Annual Report.

LINA 0188726

Reserve changes for asbestos-related claims before ("Gross") and after ("Net") the effects of reinsurance were as follows:

| | Year ended December 31, | | | | | |
| | 1996 | | 1995 | | 1994 | |
| | Gross | Net | Gross | Net | Gross | Net |
| | | | (in millions) | | | |
| Asbestos Claims: | | | | | | |
| Beginning reserves | $ 749 | $ 457 | $ 594 | $ 281 | $ 732 | $ 313 |
| Plus incurred claims and claim adjustment expenses | 115 | 62 | 298 | 255 | 64 | 60 |
| Less payments for claims and claim adjustment expenses | (93) | (36) | (143) | (79) | (202) | (92) |
| Ending reserves | $ 771 | $ 483 | $ 749 | $ 457 | $ 594 | $ 281 |

Total asbestos incurred claims and claim adjustment expenses for 1995 include reserve strengthening of $255 million ($194 million, net of reinsurance) related to CIGNA's comprehensive reserve review completed in the third quarter of 1995.

Reserve changes for environmental pollution claims before ("Gross") and after ("Net") the effects of reinsurance were as follows:

| | Year ended December 31, | | | | | |
| | 1996 | | 1995 | | 1994 | |
| | Gross | Net | Gross | Net | Gross | Net |
| | | | (in millions) | | | |
| Environmental Pollution Claims: | | | | | | |
| Beginning reserves | $1,665 | $1,268 | $ 707 | $ 542 | $ 593 | $ 430 |
| Plus incurred claims and claim adjustment expenses | 58 | 32 | 1,265 | 955 | 280 | 215 |
| Less payments for claims and claim adjustment expenses | (231) | (139) | (307) | (229) | (166) | (103) |
| Ending reserves | $1,492 | $1,161 | $1,665 | $1,268 | $ 707 | $ 542 |

Total environmental pollution incurred claims and claim adjustment expenses for 1995 include reserve strengthening of $1.2 billion ($861 million, net of reinsurance) related to CIGNA's comprehensive reserve review completed in the third quarter of 1995.

Reserves for environmental pollution claims and related incurred expense and payment activity include internal costs to manage claims and disputes with policyholders over insurance coverage issues as well as external litigation-related costs for such disputes. Payments associated with disputed coverage issues will decline in the future, and eventually end, as the disputes or related issues are resolved. The following table excludes the internal costs to manage claims and disputes with policyholders and the external litigation-related costs for such disputes, in order to provide CIGNA's environmental pollution reserves and related activity that more directly relates to indemnity costs and costs to defend policyholders against environmental pollution claims.

| | Year ended December 31, | | | | | |
| | 1996 | | 1995 | | 1994 | |
| | Gross | Net | Gross | Net | Gross | Net |
| | | | (in millions) | | | |
| Beginning reserves | $1,468 | $1,075 | $ 558 | $ 397 | $444 | $285 |
| Plus incurred claims and claim adjustment expenses | 5 | (15) | 1,144 | 836 | 207 | 142 |
| Less payments for claims and claim adjustment expenses | (154) | (68) | (234) | (158) | (93) | (30) |
| Ending reserves | $1,319 | $ 992 | $1,468 | $1,075 | $558 | $397 |

24

LINA 0188727

Since the mid-1980s, when CIGNA established a separate unit to handle its asbestos-related and environmental pollution claims, it has followed an aggressive resolution strategy for these claims. When appropriate, it has settled claims with its policyholders, often obtaining full policy releases. While CIGNA believes that its ultimate asbestos-related and environmental pollution exposure has been reduced by this strategy, it also resulted in accelerating the recognition of incurred and paid claims and claim adjustment expenses. A significant portion of the payments shown in the above table for 1995 are due to substantial settlements made pursuant to CIGNA's aggressive resolution strategy. Paid asbestos-related and environmental pollution claims are expected to continue to be significant for the foreseeable future, but will vary depending on the level of settlement activity.

The principal federal statute that requires cleanup of environmental damage is the Comprehensive Environmental Response, Compensation and Liability Act ("Superfund"), passed in 1980. It imposes liability on responsible parties, subjecting them to liability for cleanup costs regardless of fault, time period and relative contribution of pollutants. Proposals to change the law's method of assigning responsibility for, or funding, cleanup are pending before Congress. Any such changes could affect the liabilities of policyholders and insurers. Due to uncertainties associated with the timing and content of any future Superfund legislation, CIGNA is not able to determine what effect, if any, such legislation would have on its results of operations, liquidity or financial condition.

A reconciliation of total beginning and ending reserve balances of the property and casualty operations for unpaid claims and claim adjustment expenses for the years ended December 31, 1996, 1995 and 1994 is provided in Note 14 to CIGNA's 1996 Financial Statements included in its Annual Report.

The table on page 26 presents the subsequent development of the estimated year-end property and casualty reserve, net of reinsurance ("net reserve"), for the 10 years prior to 1996. The first section of the table shows the estimated net reserve that was recorded at the end of each of the indicated years for all current and prior year unpaid claims and claim adjustment expenses. The second section shows the cumulative percentages of such previously recorded net reserve paid in succeeding years. The third section shows, as a percentage of such net reserve, the re-estimates of the net reserve made in each succeeding year.

The cumulative deficiency as shown in the table represents the aggregate change in the reserve estimates from the original balance sheet dates through 1996; an increase in a loss estimate that related to a prior year occurrence generates a deficiency in each intervening year. For example, a deficiency recognized in 1994 relating to losses incurred in 1987 would be included in the cumulative deficiency amount for the years 1987 through 1993. Yet, the deficiency would be reflected in operating results in 1994 only.

Conditions and trends that have affected the reserve development reflected in the table are likely to continue to change, and care should be exercised in extrapolating future reserve redundancies or deficiencies

LINA 0188728

from such development. Historically, asbestos-related and environmental pollution losses had a significant effect on the net cumulative deficiency.

| | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (dollar amounts in millions) | | | | | |
| Net reserve for unpaid claims and claim adjustment expenses | $8,074 | $8,832 | $9,414 | $9,789 | $10,196 | $10,272 | $10,562 | $10,660 | $10,635 | $11,159 | $10,647 |
| **Cumulative percentage of net reserve paid through:** | | | | | | | | | | | |
| One year later | | 30.9% | 30.2% | 31.1% | 34.3% | 33.8% | 34.0% | 28.9% | 24.7% | 22.5% | 19.8% |
| Two years later | | 50.0 | 49.5 | 52.7 | 54.3 | 53.9 | 53.6 | 45.9 | 40.4 | 37.4 | |
| Three years later | | 65.2 | 65.7 | 67.7 | 69.4 | 68.6 | 66.8 | 58.7 | 51.8 | | |
| Four years later | | 78.8 | 77.0 | 78.9 | 80.8 | 78.9 | 77.3 | 67.8 | | | |
| Five years later | | 88.4 | 84.7 | 88.0 | 88.6 | 86.8 | 84.6 | | | | |
| Six years later | | 95.1 | 92.8 | 94.4 | 95.4 | 93.0 | | | | | |
| Seven years later | | 102.9 | 98.5 | 100.4 | 100.7 | | | | | | |
| Eight years later | | 108.3 | 104.4 | 105.1 | | | | | | | |
| Nine years later | | 114.5 | 108.7 | | | | | | | | |
| Ten years later | | 118.8 | | | | | | | | | |
| **Net reserve (percentage) re-estimated as of:** | | | | | | | | | | | |
| One year later | | 103.3% | 102.6% | 103.0% | 103.1% | 103.4% | 106.4% | 107.5% | 105.0% | 114.1% | 101.6% |
| Two years later | | 106.2 | 105.0 | 105.8 | 106.9 | 107.4 | 115.4 | 113.5 | 119.7 | 115.6 | |
| Three years later | | 110.0 | 107.9 | 109.7 | 109.6 | 116.9 | 122.5 | 128.2 | 121.4 | | |
| Four years later | | 114.8 | 111.3 | 112.3 | 119.5 | 123.5 | 138.9 | 130.1 | | | |
| Five years later | | 118.8 | 114.0 | 121.9 | 125.7 | 140.1 | 141.0 | | | | |
| Six years later | | 122.1 | 123.9 | 127.9 | 142.9 | 142.5 | | | | | |
| Seven years later | | 132.5 | 129.6 | 144.5 | 145.0 | | | | | | |
| Eight years later | | 138.1 | 146.6 | 146.4 | | | | | | | |
| Nine years later | | 156.7 | 148.5 | | | | | | | | |
| Ten years later | | 158.7 | | | | | | | | | |
| Net cumulative deficiency: | $4,741 | $4,281 | $4,369 | $4,407 | $4,330 | $4,216 | $3,174 | $2,277 | $1,661 | $177 | |

| | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|
| Gross reserve—December 31 | $17,926 | $17,764 | $16,825 | $17,023 | $16,482 |
| Less: Reinsurance recoverable | 7,364 | 7,104 | 6,190 | 5,864 | 5,835 |
| Net reserve—December 31 | $10,562 | $10,660 | $10,635 | $11,159 | $10,647 |
| Gross re-estimated reserve | $21,911 | $20,361 | $18,835 | $17,284 | |
| Less: Re-estimated reinsurance recoverable | 8,175 | 7,424 | 6,539 | 5,948 | |
| Net re-estimated reserve | $13,736 | $12,937 | $12,296 | $11,336 | |
| Gross cumulative deficiency | $3,985 | $2,596 | $2,009 | $261 | |

For additional information about gross loss development, amounts ceded to reinsurers and net loss development, see pages 14 through 16 of the MD&A section of CIGNA's Annual Report. On a GAAP basis, which is before the effects of reinsurance, CIGNA's 1996 year-end reserves totaled $16.5 billion. For GAAP purposes, CIGNA's reserves are generally carried at the full value of the estimated liabilities. For state regulatory purposes, reserves are reported in accordance with statutory accounting procedures ("SAP"), which is net of the effects of reinsurance and discounting for certain lines of business, and, on that basis, totaled $9.3 billion.

LINA 0188729

The following table reconciles, as of year end, liabilities for unpaid claims and claim adjustment expenses determined in accordance with SAP to those determined in accordance with GAAP:

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 1996 | 1995 | 1994 |
| | (in millions) | | |
| Statutory reserve for unpaid claims and claim adjustment expenses, net of reinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 9,265 | $ 9,704 | $ 9,643 |
| Adjustments: | | | |
| Statutory Reinsurance Recoverable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,465 | 5,384 | 5,764 |
| Discounting of Gross Reserves[1] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,752 | 1,935 | 1,418 |
| GAAP reserve for unpaid claims and claim adjustment expenses . . . . . . . . . . . | 16,482 | 17,023 | 16,825 |
| Less GAAP Reinsurance Recoverable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,835 | 5,864 | 6,190 |
| GAAP reserve for unpaid claims and claim adjustment expenses, net of reinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $10,647 | $11,159 | $10,635 |

---

(1) Primarily for workers' compensation reserves and, beginning in 1995, certain asbestos-related and environmental pollution reserves. For SAP purposes, these reserves are discounted at 6%.

LINA 0188730

*G.  Investments and Investment Income*

CIGNA's investment operations primarily provide investment management and related services in the United States and certain other countries for CIGNA's corporate and insurance-related invested assets. In addition, the investment operations provide fee-based investment management and advisory services to large group pension plan sponsors, institutions, international investors and other clients. CIGNA acquires or originates, directly or through intermediaries, various investments including private placements, public securities, mortgage loans, real estate and leveraged capital funds.

CIGNA's assets under management at year-end 1996 totaled $82.9 billion, comprising CIGNA corporate and insurance-related invested assets ("invested assets") of $56.5 billion and advisory portfolio assets of $26.4 billion. Advisory portfolio assets included $22.6 billion in Separate Accounts of CIGNA's life insurance subsidiaries. CIGNA's investment operations manage 100% of the invested assets and 55% of the advisory portfolios. Use of outside investment managers has increased, most significantly in retirement accounts where asset allocations have shifted in part from fixed income investments in CIGNA's General Account to equity securities in non-CIGNA managed advisory portfolios. For additional information about the General Account and the Separate Accounts, see "Employee Retirement and Savings Benefits—Principal Products and Markets" beginning on page 8.

CIGNA invests in a broad range of asset classes, including domestic and international fixed maturities and common stocks, mortgage loans, real estate and short-term investments. Fixed maturity investments include publicly traded and private placement corporate bonds, government bonds, publicly traded and private placement asset-backed securities and redeemable preferred stocks. Asset-backed securities are primarily mortgage-backed securities and secondarily other asset-backed securities. Mortgage-backed securities include collateralized mortgage obligations ("CMOs"). CMO holdings are concentrated in securities with limited prepayment, extension and default risk, such as planned amortization class bonds. For additional information about CMOs, see Note 4(A) to CIGNA's 1996 Financial Statements included in its Annual Report.

The major portfolios under management in CIGNA's General Account consist of the combined assets of the Employee Life and Health Benefits, Employee Retirement and Savings Benefits, and Individual Financial Services segments (collectively, "Employee Benefits and Individual Financial portfolios") and the assets of the Property and Casualty segment. CIGNA generally manages the characteristics of its invested assets to reflect the underlying characteristics of related insurance and contractholder liabilities, as well as regulatory and tax considerations pertaining to those liabilities. CIGNA's insurance and contractholder liabilities as of December 31, 1996 comprised the following: property and casualty 33%, fully guaranteed 12%, experience-rated 24%, interest-sensitive 17%, and other life and health 14%.

Property and casualty claim demands are somewhat unpredictable in nature and require liquidity from the underlying invested assets, which are structured to emphasize current investment income to the extent consistent with maintaining appropriate portfolio quality and diversity. The liquidity requirements for shorter-term liabilities are met primarily through operating cash flows and shorter-term investments (less than two years) and, to a lesser extent, through publicly traded fixed maturities. For longer-term liabilities, liquidity requirements are met primarily through private and public fixed maturity investments.

Fully guaranteed products primarily include GICs, single premium annuity products and settlement annuities. Because these products generally do not permit withdrawal by policyholders prior to maturity, the amount and timing of future benefit cash flows can be reasonably estimated. Funds supporting these products are invested in fixed income investments that generally match the aggregate duration of the investment portfolio with that of the related benefit cash flows. As of December 31, 1996, the duration of assets and liabilities for GICs, single premium annuities and settlement annuities was approximately 2 years, 8 years and 10 years, respectively.

CIGNA's experience-rated products primarily consist of defined benefit and defined contribution pension products. Investments for these products are selected to support the yield and liquidity needs of the products and are principally fixed income investments. Interest-sensitive products primarily include universal life

28

insurance and COLI. Invested assets supporting these products are primarily fixed income investments and policy loans. Fixed income investments emphasize investment yield while meeting the liquidity requirements of the related liabilities.

Other life and health products consist of various group and individual life and health products. The supporting invested assets are structured to emphasize investment income, and the necessary liquidity is provided through cash flow, short-term investments and common stocks.

Investment strategy and results are affected by the amount and timing of cash available for investment, competition for investments (especially in private asset classes), economic conditions, interest rates and asset allocation decisions.

CIGNA routinely monitors and evaluates the status of its investments in light of current economic conditions, trends in capital markets and other factors. Such factors include industry segment considerations for fixed maturity investments, and geographic and property-type considerations for mortgage loan investments.

CIGNA's fixed maturity investments, including policyholder share, as of December 31, 1996 constituted approximately 52% of the Employee Benefits and Individual Financial portfolios and approximately 92% of the Property and Casualty portfolios, respectively. As of that date, approximately 28% of fixed maturity investments was attributable to experience-rated contracts. CIGNA reduces credit risk for the portfolios as a whole by investing primarily in investment grade fixed maturities rated by rating agencies (for public investments), by CIGNA (for private investments) or by the Securities Valuation Office of the NAIC (for both public and private investments). For information about below investment grade holdings, see page 18 of the MD&A section of CIGNA's Annual Report.

CIGNA's mortgage loan investments, including policyholder share, constituted approximately 26% of the Employee Benefits and Individual Financial portfolios and less than 1% of the Property and Casualty portfolios as of December 31, 1996. As of that date, approximately 56% of mortgage loan investments was attributable to experience-rated contracts. Mortgage loan investments are subject to underwriting criteria addressing loan-to-value ratio, debt service coverage, cash flow, tenant quality, leasing, market, location and financial strength of the borrower. Such investments consist primarily of first mortgage loans on commercial properties and are diversified relative to property type, location and borrower. The Company invests in fully completed and substantially leased commercial properties. Virtually all of the Company's mortgage loans are bullet or balloon loans, under which all or a substantial portion of the loan principal is due at the end of the loan term.

CIGNA manages properties obtained through foreclosure of mortgage loans until such properties are sold. The Company's general policy is to rehabilitate the foreclosed properties, re-lease them and sell them, which generally takes two to four years, or less if circumstances indicate that an immediate sale is in the best financial interests of the Company or policyholders.

In connection with its investment strategy, CIGNA's use of derivative instruments is limited to hedging applications to minimize market risk. Derivative instruments are not used for speculative purposes.

See pages 18 through 21 of the MD&A section and Notes 2, 4 and 5 to CIGNA's 1996 Financial Statements included in its Annual Report for additional information about CIGNA's investments.

29

LINA 0188732

*Employee Benefits and Individual Financial Investments*

The following tables summarize the distribution of investments attributable to CIGNA's Employee Benefits and Individual Financial portfolios and the related net investment income from such investments. Approximately 51% of the investments in the Employee Benefits and Individual Financial portfolios is attributable to experience-rated contracts with policyholders.

| Investments | As of December 31, | | |
|---|---|---|---|
| | 1996 | 1995 | 1994 |
| | | (in millions) | |
| **Fixed maturities** | | | |
| Bonds: | | | |
| Finance | $ 3,522 | $ 3,726 | $ 3,171 |
| Consumer products | 2,776 | 3,102 | 2,996 |
| Manufacturing | 2,559 | 2,747 | 2,302 |
| Energy | 2,598 | 2,470 | 2,041 |
| Public utilities | 1,476 | 1,941 | 1,654 |
| Transportation | 933 | 1,046 | 1,011 |
| States, municipalities and political subdivisions | 440 | 404 | 327 |
| U.S. government and government agencies and authorities | 364 | 407 | 284 |
| Foreign governments[1] | 158 | 164 | 208 |
| Other | 326 | 401 | 334 |
| Total bonds | 15,152 | 16,408 | 14,328 |
| Asset-backed securities | 6,195 | 5,925 | 4,827 |
| Redeemable preferred stocks | 13 | 15 | 33 |
| Total fixed maturities | 21,360 | 22,348 | 19,188 |
| **Equity securities** | | | |
| Common stocks: | | | |
| Industrial and miscellaneous | 255 | 238 | 1,118 |
| Public utilities | 22 | 23 | 122 |
| Banks, trust and insurance companies | 32 | 21 | 115 |
| Total common stocks | 309 | 282 | 1,355 |
| Non-redeemable preferred stocks | 6 | 11 | 55 |
| Total equity securities | 315 | 293 | 1,410 |
| **Mortgage loans** | | | |
| Commercial: | | | |
| Retail facilities | 4,544 | 4,423 | 3,744 |
| Office buildings | 3,546 | 3,685 | 3,387 |
| Apartments | 1,315 | 1,281 | 1,022 |
| Hotels | 681 | 692 | 662 |
| Industrial | 390 | 399 | 403 |
| Other | 94 | 98 | 109 |
| Total commercial | 10,570 | 10,578 | 9,327 |
| Agricultural | 35 | 69 | 88 |
| Total mortgages | 10,605 | 10,647 | 9,415 |
| Policy loans | 7,132 | 6,925 | 5,237 |
| Real estate | 1,010 | 1,138 | 1,481 |
| Other long-term investments | 196 | 202 | 137 |
| Short-term investments | 501 | 380 | 306 |
| Total investments | $41,119 | $41,933 | $37,174 |

See Note 2(D) to the Financial Statements of CIGNA's Annual Report for a discussion of the method of valuation of investments. The above amounts do not include Separate Account assets.

(1) Comprises fixed maturities of sovereign foreign governments.

LINA 0188733