Exhibit 31.2

CERTIFICATION

I, MICHAEL W. BELL, certify that:

1. I have reviewed this Annual Report on Form 10-K of CIGNA Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 23, 2006

/s/ Michael W. Bell
Chief Financial Officer

LINA 0189505

**Exhibit 32.1**

Certification of Chief Executive Officer of
CIGNA Corporation pursuant to 18 U.S.C. Section 1350

I certify that, to the best of my knowledge and belief, the Annual Report on Form 10-K of CIGNA Corporation for the fiscal period ending December 31, 2005 (the "Report"):

(1)  complies with the requirements of Section 13(a) or 15 (d) of the Securities Exchange Act of 1934 and

(2)  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of CIGNA Corporation.

/s/ H. Edward Hanway
Chief Executive Officer
February 23, 2006

LINA 0189506

**Exhibit 32.2**

Certification of Chief Financial Officer of
CIGNA Corporation pursuant to 18 U.S.C. Section 1350

I certify that, to the best of my knowledge and belief, the Annual Report on Form 10-K of CIGNA Corporation for the fiscal period ending December 31, 2005 (the "Report"):

(1)  complies with the requirements of Section 13 (a) or 15 (d) of the Securities Exchange Act of 1934; and

(2)  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of CIGNA Corporation.

/s/ Michael W. Bell
Chief Financial Officer
February 23, 2006

LINA 0189507

CIGNA Annual Report 2005

CIGNA
A Business of Caring.

helping to
shape the future
of health and well-being for all



LINA 0189508



a proud history and a promising future

LINA 0189509

**CIGNA** has a proud history as an innovator in integrating health, pharmacy, behavioral, dental, disability, life and accident benefits domestically and in select international markets. And we see a promising future by combining these capabilities with our critical role as a health advocate for consumers and the companies that employ them. We believe that consumerism – engaging members in their health and enabling them to improve it – is a powerful and sustainable way to remove costs while maintaining the highest quality of care for our members, a healthier bottom line for our customers, and strong results for our shareholders. Quality of care and lower costs for customers have always been our goal as an integrated health and related benefits company. And that will remain true for us as a consumer-focused company. As *A Business of Caring*®, we will not settle for less.

CONTENTS   2  A CONVERSATION WITH OUR SHAREHOLDERS   12  CORPORATE SOCIAL RESPONSIBILITY   16  AWARDS AND RECOGNITION
18  CIGNA IN PERSPECTIVE   20  CIGNA FINANCIALS 2005   90  CORPORATE AND BOARD OF DIRECTORS INFORMATION

LINA 0189510



*CIGNA Corporation Chairman and Chief Executive Officer H. Edward Hanway shares his observations on the company's progress and performance in 2005 and the prospects for success in 2006*

**Q – How would you characterize CIGNA's performance in 2005?**

**A –** We had a very good year. All of our businesses met or exceeded expectations and, for the most part, we strengthened our competitive position in our targeted markets. We capitalized on the positive momentum we generated over the last few years and set the stage for profitability and growth over the long term. We still face challenges, but we're making great progress toward meeting the goals we've set for ourselves – and *winning* in the benefits marketplace.



NET INCOME
in billions

$1.6
$1.4
$.6

2003  2004  2005

2

LINA 0189511

**Q – What's the bottom-line summary of CIGNA's 2005 financial results?**

**A –** For full-year 2005 we posted net income of $1.63 billion, or $12.52 per share, compared to $1.44 billion, or $10.43 per share, in 2004. That's a significant improvement over last year, which in turn was a solid improvement over 2003.

The numbers are especially impressive given the highly competitive nature of our industry and the markets in which we compete.

**Q – What were the factors underlying last year's strong performance?**

**A –** To put it simply, we stayed *focused*. We moved closer to fulfilling our strategic imperatives – specifically, achieving superior medical outcomes for our customers and members, bringing innovative products and services to market, becoming a partner of choice for our customers

> IN 2005, ALL OF
> OUR BUSINESSES MET OR
> EXCEEDED EXPECTATIONS.

and consultants, and establishing a meaningful cost advantage.

Our 2005 results also reflect a strict adherence to the fundamentals of our business. We maintained a smart, disciplined approach to pricing, underwriting and expense management. We also sharpened our message and were more assertive in telling the CIGNA story in the marketplace.

Certainly, the best evidence of what we accomplished in 2005 lies in the strong performance over the course of the year of our health care, group disability and life and international operations. Given that we view financial performance as the ultimate indicator of our effectiveness as an organization, I think it's fair to say that in many respects we exceeded expectations.

**Q – What were CIGNA's most notable accomplishments in 2005?**

**A –** Our top priority for the year was to stabilize our health care membership after January 2005. And we accomplished that essentially by maintaining our sharp focus on the fundamentals and by implementing our strategies aggressively and effectively. In the process, we set the stage for membership growth in 2006. This was a major achievement, and we're proud of it.

We're also proud of what we accomplished to engage consumers and enable them to improve their own health. We launched new health

## ACCOMPLISHMENTS

A CIGNA HealthCare study of first-time users of consumer-driven health plans, one of the largest and most comprehensive studies to date, indicates these consumers generated an **8 percent reduction in medical costs** while making positive changes in their health behavior. The data suggests that health advocacy programs like health coaching, along with access to information tools, are essential components of an effective consumer-driven health plan.

CIGNA HealthCare expanded the availability of its consumer-driven **CIGNA Choice Fund**[SM] **Health Savings Account** plans to businesses with 51-200 employees in Connecticut, Maine, New Hampshire, Vermont, Arizona, Dallas, Houston, North Carolina, South Carolina, New York, New Jersey, Missouri, Florida, Georgia, Indiana, Illinois, Ohio, Maryland, Virginia, Tennessee and Washington, D.C. The CIGNA Choice Fund HSA had previously been available only to employers with more than 200 employees.



CIGNA HealthCare launched a free online **"Centers of Excellence" hospital rating system** to help consumers choose a hospital. The star-based health care patient outcome and cost efficiency ratings are based on data for hospital-based treatments of 19 medical conditions. The rating system supplements an online hospital comparison tool, introduced by CIGNA HealthCare in 2003, through which members can obtain detailed quality information to evaluate and compare hospitals on 200 hospital-based procedures and conditions.

3

LINA 0189512

## ACCOMPLISHMENTS

CIGNA HealthCare developed the **CIGNA Health Improvement Score® (H$^i$ Score®) system,** which delivers helpful information to employers by measuring and benchmarking the effects of employee engagement in their own health care and decisions through online decision support tools, personal health coaching programs and health management programs.

In six months, a CIGNA HealthCare weight-loss program helped 30 employees of Garland, Texas lose nearly 800 pounds and make improvements in their health, generating **an average savings for the city of nearly $700 per employee** in medical claims, prescription claims and absenteeism.



CIGNA received **a score of 86.96 out of a possible 90** in a National Committee for Quality Assurance *Member Connections* program national accreditation survey, which measured the effectiveness of member online and phone communications.

Standard & Poor's®, Moody's®, and A.M. Best® **increased their ratings outlook for CIGNA from "stable" to "positive."** Their actions reflect CIGNA's improved health care results and strong financial position.

CIGNA Dental launched its new **Dental Treatment Cost Estimator,** an online tool that provides cost comparison information based on a member's benefit plan and geographic location.

A CIGNA Pharmacy pilot study of members with diabetes in the New York metropolitan area showed that those who took their medications as prescribed lowered their blood sugar levels and had **13 percent fewer emergency room visits** and **18 percent fewer hospitalizations** than they experienced in the six months prior to participation in the pilot. The study also showed **a 24 percent reduction in medical costs** for members who achieved their recommended blood sugar goals.

Two years of CIGNA Behavioral Health data found that a crisis stabilization program successfully intervened in a crisis more than 85 percent of the time, precluding the need for inpatient hospitalization within 30 days of the crisis and **saving employers and health plan customers approximately $8 million annually.**

Intracorp customer Waste Management won the **2005 Quality Leadership Award** from the Certification of Disability Management Specialists Commission for its Transition to Recovery workers' compensation/disability return-to-work program that Intracorp implemented in 2004. Waste Management **reduced lost-time claims by 45 percent and lost workdays by 40 percent.**

CIGNA HealthCare launched the **Pharmacy Price Quote Tool,** allowing members to obtain "real-time," **actual out-of-pocket costs** for brand name and generic prescription drugs, and enabling them to compare the actual costs charged by more than 50,000 retail pharmacies nationwide.

CIGNA International became the **only U.S. insurer to offer Web-based expert second opinion services for expatriates** through the renowned e-Cleveland Clinic. This ensures that expatriates and their families have an expert second opinion service available to them — wherever they are located — if faced with a life-altering or life-threatening medical condition.

benefits programs that address consumer needs and expectations in innovative ways, and added ground-breaking features and enhancements to an already strong portfolio of consumer-directed products and services.

To make our offerings more accessible to customers and consumers across the country, we extended the reach and capabilities of our health care networks. At the same time, we unveiled new return-to-work programs and services for our group disability, life and accident insurance customers. In the international arena, we gained ground by growing our expatriate benefits business and expanding our life, accident and health insurance

> IT ALL COMES DOWN TO
> DOING THE RIGHT THINGS
> THE RIGHT WAY.

operations in targeted markets around the globe. And late in the year, we put plans in motion to capitalize on some exciting emerging growth opportunities in the areas of voluntary benefits and coverage for seniors.

And, key to our current and future success, we made strides in building a winning environment within

LINA 0189513

a conversation with our shareholders

our company – one in which our people are making a positive difference for our customers.

**Q – Do you feel CIGNA is in a position to maintain this positive momentum?**

A – Yes. The fact is, we're stronger, healthier and more competitive today – by far – than we were just a few years ago, when we realigned our priorities and reshaped the organization to compete successfully in a dynamic, rapidly changing benefits marketplace. In effect, we recreated ourselves to make certain we could play to our inherent strengths in health care. We wanted to be sure we could capitalize on our experience and know-how in health and related benefits, our strong service ethic and commitment to meeting the needs of employers and consumers. And we've done that.

It all comes down to doing the right things the right way, working every day with a sense of urgency to help employers keep their employees healthy and productive, efficiently and cost-effectively.

**Q – What exactly are the dynamics of the health care marketplace? How is it changing?**

A – The changes are all about consumerism, a powerful force I believe will completely reshape the benefits industry and the competitive landscape. It's a force that combines private sector economics and the changing needs and expectations of all the key players in the health care marketplace – the consumer, the employer, the health care provider and the employee benefits provider.



WE'RE STRONGER, HEALTHIER AND MORE COMPETITIVE TODAY.

5

LINA 0189514



THE CHANGES ARE ALL ABOUT CONSUMERISM, A POWERFUL FORCE THAT WILL RESHAPE THE BENEFITS INDUSTRY.

**CONSUMERISM** When consumers are given the motivation and ability to improve their health, cost is removed from the system — not just shifted elsewhere. For consumerism to succeed, consumers and employers need access to technology, information, and services that enable education and choice.

**HEALTH ADVOCACY** We offer counseling and coaching to help make consumers aware of their health risks and understand their conditions. This support ranges from nurse advisors to disease and disability management, employee assistance programs, and coordination of care across our global networks.

**INFORMATION TOOLS** CIGNA takes data and analyzes, interprets and packages it into accessible, easily understood, actionable information tools to help consumers reach the right decisions. Information tools also enable employers to measure cost-effectiveness and make improvements in their health, disability and expatriate benefits programs.

Our country really is at a crossroads with regard to health care. We're facing a number of significant challenges, including continuing inflation in medical costs and premiums. Given the

OUR COUNTRY IS AT
A CROSSROADS WITH
REGARD TO HEALTH CARE.

competitive realities of a global economy, employers can't afford to simply absorb these costs, and can't just pass them on to their employees or their customers. At the same time, as several national studies have pointed out, the quality of health care in America is not what it should be. Something has to give.

Over the past few years, employers have shifted some of the health care cost increases to employees. But this is a stop-gap measure that doesn't take any real cost out of the system and provides only temporary relief. Increasingly, companies are demanding a long-term solution in the form of more *cost-effective* benefits programs. That means programs that go beyond managing costs to fostering a healthy work force and improving overall productivity.

LINA 0189515

a conversation with our shareholders

For their part, employees are saying that if they have to pay more for their health benefits, they want better value and choice. They want greater access to quality health care. And they want more health management tools, information and resources.

**Q – But can consumerism deliver cost control as well as quality? Isn't the point of managed care to help control health care costs?**

**A** – Yes, on both counts. But, as we all know, the classic managed-care model became unsustainable in large part because consumers found some of its inherent characteristics – the restrictions on choice, in particular – to be onerous. They came to view managed care as more of a means to manage costs than to manage care. As health benefits companies began to loosen some of the restrictions, costs began to rise again.

The promise of consumerism is that costs can be removed from the system as consumers – who are demanding more control over their health benefits, more quality and, especially, more *value* – are actually given the ability and the incentives to assume more control. In a consumer-driven health plan, consumers know they have more at stake, both financially and in terms of their own health.

While escalating medical costs have been the catalyst for this

> IF WE HAVE TO PAY MORE FOR OUR HEALTH BENEFITS, WE WANT BETTER VALUE AND CHOICE.

movement, consumerism also presents a real opportunity to improve health while removing costs from the system. When consumers have both the incentive and the ability to take responsibility for improving their own health, costs will be truly removed from the system – not just shifted elsewhere.

**Q – Assuming that consumerism isn't just the industry's "flavor of the month," what do you think it means to benefits providers like CIGNA?**

**A** – Let's be clear about this: Consumerism is not a fad. It's a fact. And it's a top strategic focus for CIGNA.

In our view, consumerism represents a sea change – a quantum shift in the delivery of health care services and, eventually, other benefits. As such, it means an entirely new role for benefits

### ACCOMPLISHMENTS

Under the new **Save with Generics** program introduced by CIGNA Pharmacy Management, first-time members who use a generic drug for several conditions will have their co-pay reduced by $5 to $20 at the pharmacy.

CIGNA HealthCare introduced extensive new clinical management programs to assist members with **obesity-related illnesses**, including **Specialized Case Management Services** and a **CIGNA Certified Hospitals for Bariatric Surgery program** for members who have morbid obesity and may be candidates for bariatric surgery.

CIGNA HealthCare and **Health Alliance Plan** formed a marketing affiliation to offer national, open-access products to mid-sized and large employers with sites in Michigan and other states. The affiliation is designed to provide a comprehensive national provider network for both self-insured and fully insured employers.



CIGNA International launched **CIGNALinks®... United Kingdom**, a program that offers health care services at negotiated rates to expatriate employees and key local nationals in the U.K. CIGNA also established an agreement with **Wockhardt Hospitals Group of India** and **World Assist**, the premier health care network in Brazil, Argentina and Paraguay, to accept direct payments from CIGNA so expatriate patients won't have to worry about payment at time of service.

7

LINA 0189516

*a conversation with our shareholder*

## ACCOMPLISHMENTS

CIGNA posted an average **improvement of nearly 16 percent** between 2002 and 2005 in the **"Effectiveness of Care"** category within the Health Plan Employer Data and Information Set (HEDIS®). HEDIS is a set of standardized performance measures designed to ensure that employers and consumers have the information needed to compare the performance of managed health care plans. HEDIS is sponsored and supported by the National Committee for Quality Assurance, an independent, non-profit organization whose mission is to improve health care quality.

CIGNA Group Insurance sponsored and participated in the development of the **Employer Measures of Productivity, Absence and Quality initiative**, the disability industry's first standardized metrics and reporting system.

CIGNA HealthCare developed the **CIGNA Care Network®**, a designation given to specialty providers who meet or exceed national quality and efficiency standards. Consumers receive reduced co-payments for choosing a specialist designated as a CIGNA Care Network provider.

**CIGNA Well Aware** disease management programs were expanded to include obesity, depression, and several targeted conditions, including stomach disorders, Hepatitis C and osteoporosis.



CIGNA HealthCare added the **State of Tennessee** to its growing government sector business portfolio. Tennessee chose CIGNA to provide health care benefits to more than 120,000 state and local government employees.

CIGNA HealthCare acquired **Choicelinx®**, a benefits technology and services company based in Manchester, New Hampshire, that specializes in developing proprietary Internet-based technology services to provide personalized health care products and decision support to consumers.

CIGNA Dental announced a first-of-its-kind **CIGNA Dental Oral Health Maternity Program℠** in response to mounting research indicating an increased probability of preterm birth for those with gum disease.

CIGNA International opened a **new branch office in Shanghai** in January 2006 and expects to launch operations in two more Chinese provinces in 2006.

CIGNA HealthCare and NationsHealth, Inc. formed a strategic alliance and began jointly delivering **CIGNATURE Rx℠**, a national Medicare Part D prescription drug plan combining NationsHealth's experience in distribution and service to the Medicare population with CIGNA HealthCare's industry-leading pharmacy product portfolio and clinical management programs.

CIGNA HealthCare members in select locations who develop routine ailments now have access to care at **MinuteClinic health care centers** conveniently located in retail outlets including Target®, CVS/Pharmacy®, Bartell Drugs™ and Cub Foods® stores.

CIGNA HealthCare launched **CareAllies℠** to meet the growing demand for consumer-focused care management and health coaching services. CareAllies is available to employers with or without CIGNA HealthCare medical plans or networks and offers companies easy administration, a comprehensive strategy to help improve the health and productivity of their workforce, leading clinical management programs and personalized decision support services.

companies like CIGNA. We believe the shift to consumerism will require benefits providers to take a more active and holistic approach to health care. By that, I mean delivering

> AT CIGNA, WE
> SEE LIFE THROUGH
> THE CONSUMER'S EYES.

better health care communication and education, more health coaching and new resources and tools for consumers, employers and health care professionals.

**Q – How is CIGNA gearing up to compete successfully in this new world of consumer-driven health care?**

**A –** First of all, we're in an enviable position in that we're very well-equipped to help lead the market transition to the new consumer-based model – that is, to help educate and engage consumers in managing their own health. In a real sense, we're leading the industry. We've developed a strategic approach to the consumer-driven marketplace that differentiates us from our competitors. And we're making the investments in the capabilities we need to sustain and enhance our position.

LINA 0189517