# Exhibit 13

# HellerEhrman LLP

February 28, 2008

Shari A. Rose
Shari.Rose@hellerehrman.com
Direct +1 (202) 912-2084
Main +1 (202) 912-2000
Fax +1 (202) 912-2020

*By Electronic Mail*

Richard C. Abati
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Dear Rich:

I am writing regarding the issues originally raised in Relator's November 20, 2007 letter from Carl S. Nadler to Karen Collari Troake. Defendants have not yet responded to this letter, despite numerous inquiries from Relator as to when she could expect a response. These inquiries include my December 20, 2007 e-mail to Karen Collari Troake and you, Carl Nadler's February 6, 2008 letter to you, Tom Kimbrell's February 11, 2008 letter to you, as well as numerous inquiries made during telephone conversations. Also, defendants have provided no response to the additional issue raised in Carl Nadler's February 6, 2008 letter to you.

If defendants do not respond in full to the issues raised in Relator's November 20, 2007 and February 6, 2008 letters by Monday, March 3, 2008, Relator will have no choice but to seek relief from the court on all unresolved issues.

Regards,

*Shari A. Rose*

Shari A. Rose

Heller Ehrman LLP   1717 Rhode Island Avenue, NW,  Washington, D.C. 20036-3001  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Shanghai   Silicon Valley   Singapore   Washington, D.C.

# Exhibit 14

**From:** Abati, Richard [rabati@choate.com]
**Sent:** Monday, March 03, 2008 7:50 PM
**To:** Rose, Shari
**Cc:** DC - Barrett
**Subject:** RE: United States ex. rel. Barrett v. Cigna Corp.

Shari:

Thanks for your letter. I am working with the client on a few of the issues raised therein and plan to send you a response tomorrow. Any questions, please let me know.

Rich

---

**From:** Rose, Shari [mailto:Shari.Rose@hellerehrman.com]
**Sent:** Thursday, February 28, 2008 10:45 AM
**To:** Abati, Richard
**Cc:** DC - Barrett
**Subject:** United States ex. rel. Barrett v. Cigna Corp.

Please see the attached correspondence.

<<02-28-08 Ltr. to Abati.pdf>>
Shari Rose | Attorney | HellerEhrmanLLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
tel: +1.202.912.2084 | fax: +1.202.912.2020 | email: shari.rose@hellerehrman.com | web: www.hellerehrman.com

==================================================

This email is sent by a law firm and contains information that may
be privileged and confidential. If you are not the intended recipient,
please delete the email and notify us immediately.

==================================================

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

# Exhibit 15

**CHOATE**

CHOATE HALL & STEWART LLP

Richard C. Abati
(617) 248-5076
rabati@choate.com

March 4, 2008

**BY ELECTRONIC MAIL**

Shari A. Rose, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036

      Re:   *United States of America ex rel. Dawn Barrett v. CIGNA Corporation, et al.,*
            Civil Action No. 03-12382-MLW (D. Mass.)

Dear Shari:

I am writing with respect to your letter dated February 28, 2008, regarding the document request issues raised in Relator's November 20, 2007 and February 6, 2008 letters from Carl S. Nadler.

Unfortunately, and as discussed with Carl Nadler and Thomas Kimbrell during our conference call on February 21, 2008, we are still in the process of affirmatively tracking down responses to some of these remaining issues. Due to several recent transitions, both at Choate and within the legal department at LINA and CIGNA Corp., this effort has proven to be more time consuming than originally expected.

Nonetheless, provided below are our final responses regarding the LINA Custodian Requests; LINA Request Nos. 33, 36(f) and 63(c); and CIGNA Corp. Request No. 54. Although we are unable to respond in full to the rest of the outstanding issues at this time, our provisional responses to those requests are also stated below. Please be assured that we are working diligently to resolve these issues, and will inform you of our final position with respect thereto over the course of the coming weeks.

## *Document Requests to LINA*

### *The Custodian Requests*

     Regarding Request Nos. 3, 6, 36(b), 36(g), 41 and 43, LINA has identified the groups of custodians it intends to search for each of these requests as employees at the Team Leader level and above.

Shari A. Rose, Esq.
March 4, 2008
Page 2

### *Issues re Individual Document Requests to LINA*

*Request No. 33:* LINA objects to Relator's request for documents which exist and reside outside of the individual claim files because it is overly broad and unduly burdensome, and seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In order to determine whether LINA even has any non-claim file documents responsive to Request No. 33, LINA would need to manually search for, retrieve, and review *thousands* of hard copy files which are currently being housed in offsite storage. LINA further states that such an arduous undertaking is likely to uncover few, if any, non-privileged documents responsive to Request No. 33. Thus, LINA stands on its original response to this request.

*Request No. 36(c):* LINA is still in the process of confirming whether there are documents responsive to this request that it refuses to produce in this litigation.

*Request No. 36(f):* LINA agrees to limit this request to documents from the Team Leader level and above.

*Request No. 63(c):* LINA agrees to limit this request to documents from the Team Leader level and above.

### **Document Requests to CIGNA Corp.**

*Request No. 41:* CIGNA Corp. is still in the process of confirming whether there are documents responsive to this request that will not be produced by LINA.

*Request No. 48:* CIGNA Corp. is still in the process of evaluating Relator's proposal.

*Request No. 54:* CIGNA Corp. has confirmed that there are no non-privileged documents in addition to those that LINA already agreed to produce in response to an identical request.

*Request No. 63(c):* CIGNA Corp. is still in the process of confirming whether there are any non-privileged documents in addition to those that LINA already agreed to produce in response to an identical request.

Shari A. Rose, Esq.
March 4, 2008
Page 3

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Richard C. Abati

cc: DC-Barrett@hellerehrman.com
    Mitchell H. Kaplan, Esq.
    R.J. Cinquegrana, Esq.
    Christine J. Wichers, Esq.
    (all via email):

4306012v1

Exhibit 16

United States ex. rel. Barrett v. Cigna — Page 1 of 2

Case 1:03-cv-12382-MLW   Document 135-15   Filed 05/20/2008   Page 10 of 11

**Payne, Reggie**

| | |
|---|---|
| **From:** | Abati, Richard [rabati@choate.com] |
| **Sent:** | Thursday, April 03, 2008 3:58 PM |
| **To:** | Rose, Shari |
| **Cc:** | DC - Barrett; Wichers, Christine; Kaplan, Mitch |
| **Subject:** | RE: United States ex. rel. Barrett v. Cigna |

Shari,

Thanks for your voicemail. I called to inform you that my client has an internal meeting scheduled for this Monday to finalize its position with respect to certain of your identified requests. Since there is a possibility of resolving some of these requests informally, I would ask that you hold off on filing your motion until Tuesday. Also, with respect to Request No. 29 to LINA, please note that Carl previously confirmed that "[t]his request is resolved." Letter dated November 8, 2007. As for the documents identified by Bates number below, each has been designated as "highly confidential" under the protective order and Defendants, therefore, object to their public filing.

Rich

**From:** Rose, Shari [mailto:Shari.Rose@hellerehrman.com]
**Sent:** Wednesday, April 02, 2008 1:53 PM
**To:** Wichers, Christine; Abati, Richard
**Cc:** Rose, Shari; DC - Barrett
**Subject:** United States ex. rel. Barrett v. Cigna

Christine and Rich,

Relator will be moving to compel on Friday, April 4, 2008, regarding 1) Relator's Request Nos. 29, 33, 34, 36(c) and 55 to LINA; 2) Relator's Request Nos. 41, 48, 55, and 63(c) to CIGNA; 3) defendants' discovery cut-off date of April 14, 2006; and 4) defendants' redactions made for relevancy or responsiveness. Please let me know by the close of business tomorrow, April 3, 2008, if defendants agree to narrow or resolve any of these issues.

Relator will be including the following LINA documents in her filing: LINA0099177; LINA 0105128-0105130; LINA0105155-0105156; LINA0192395-0192418; LINA019380-0193815; and LINA 0196142. Please let me know by the close of business tomorrow if defendants consent to Relator publicly filing these documents.

Regards,
Shari

**Shari Rose** | Attorney | **HellerEhrman**LLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
tel: +1.202.912.2084 | fax: +1.202.912.2020 | email: shari.rose@hellerehrman.com | web: www.hellerehrman.com

========================================================

This email is sent by a law firm and contains information that may

United States ex. rel. Barrett v. Cigna                                    Page 2 of 2

Case 1:03-cv-12382-MLW   Document 135-15   Filed 05/20/2008   Page 11 of 11

be privileged and confidential. If you are not the intended recipient,
please delete the email and notify us immediately.

==================================================

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

4/4/2008