UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA, )<br> )<br>Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

**ASSENTED-TO MOTION TO SEAL REPLY
IN SUPPORT OF RELATOR'S MOTION TO COMPEL AND EXHIBITS
TO THE DECLARATION OF CARL S. NADLER IN SUPPORT THEREOF**

Pursuant to Local Rule 7.2 and Paragraph 18 of the Confidentiality Stipulation and Order (Docket #91) ("Confidentiality Order"), Relator Dawn Barrett hereby moves to seal or impound the unredacted version of her Reply memorandum and Exhibits 1, 3, 6 and 7 to the Declaration of Carl S. Nadler in Support thereof. In support of this motion, Relator states as follows:

1. With this motion to seal, Relator is filing an unredacted copy of her Reply and Exhibits 1, 3, 6 and 7 to the Declaration of Carl S. Nadler. The exhibits are documents produced by defendant Life Insurance Company of North America ("LINA") and designated Confidential or Highly Confidential pursuant to the Confidentiality Order. The Confidentiality Order in this case provides that all materials designed Confidential or Highly Confidential be filed under seal.

2. On May 19, 2008, Relator asked Defendants if they would consent to the attached documents being filed publicly. On May 20, 2008, Defendants stated that they would not consent to these documents being filed publicly.

3. Relator requests under paragraph 18 of the Confidentiality Order that the unredacted Reply and Exhibits 1, 3, 6 and 7 thereto remain impounded until further order of this Court. Should this Court lift the impoundment order, Relator requests that the impounded documents be returned to her so that she may be assured that they are disposed of in accordance with the Confidentiality Order.

4. The Confidentiality Order relieved the parties of the obligation to file their motion to seal or impound prior to the filing of the materials sought to be impounded.

5. Under the Confidentiality Order, the parties agreed in advanced that they would assent to any motion by the other party to impound materials.

For these reasons, Relator requests that the attached unredacted Reply and Exhibits 1, 3, 6 and 7 to the Declaration of Carl S. Nadler in Support of Relator's Reply be impounded until further order of the Court.

Dated: May 20, 2008                                     Respectfully submitted,


                                                        /s/ Carl. S. Nadler
                                                        Carl S. Nadler


Mary Louise Cohen                                       Peter B. Krupp, B.B.O. #548112
Colette G. Matzzie                                      LURIE & KRUPP, LLP
PHILLIPS AND COHEN LLP                                  One McKinley Square
2000 Massachusetts Ave., NW                             Boston, MA 02109
Washington, DC 20036                                    Tel: (617) 367-1970
Tel: (202) 833-4567                                     Fax: (617) 367-1971
Fax: (202) 833-1815

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

                                                        *Counsel for Dawn Barrett*

**CERTIFICATE OF SERVICE**

       I, Carl S. Nadler, hereby certify that this document, without attachments, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 20, 2008. The exhibits to this document will be sent on May 20, 2008, by e-mail and first class mail to the following:

       Christine Wichers (cwichers@choate.com)
       Richard C. Abati (rabati@choate.com)
       Choate Hall & Stewart LLP
       Two International Place
       Boston, MA 02110

       /s/ Carl S. Nadler
       Carl S. Nadler