UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAWN BARRETT<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Christine J. Wichers as counsel for the Defendants.

/s/ Christine J. Wichers
Christine J. Wichers (BBO No. 631857)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tel: 617-248-5000
Fax: 617-248-4000

Date: June 27, 2008

4280464v1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 27, 2008.

                                                /s/ *Christine J. Wichers*
                                                Christine J. Wichers