

> WE OFFER HEALTH AND INFORMATION RESOURCES CONSUMERS CAN USE TO MAKE THE BEST POSSIBLE COST AND QUALITY CHOICES.

**Q – Why is that meaningful to employers and employees – your customers, clients and health plan members?**

**A –** It's meaningful because we fully embrace consumerism as an entirely new way to engage directly with consumers and their families. It's a way for us to enhance health care quality and value by providing easily accessible, easily understood information on quality and cost. And it's how we help control costs while enhancing health and productivity.

Essentially, we see ourselves as committed health advocates working every day to improve the health of our members as well as the strategic and financial well-being of our employer customers. That's certainly a meaningful undertaking.

**Q – Is health advocacy really an appropriate role for a benefits provider?**

**A –** It's not only appropriate, it's critical. Our job is to be a trusted advisor – a true health advocate ready and able to provide knowledge, align incentives and create opportunities that engage consumers at a personal level and motivate them to attain their personal health goals.

In a nutshell, we offer health and information resources consumers can use to make the best possible cost and quality choices – about the care they need and the health care providers delivering it – and thus effectively manage their own health and well-being. At the same time,

> WE'VE SET THE STAGE
> FOR MEMBERSHIP GROWTH
> IN 2006.

we provide information employers can use to assess the health of their employee population and the effectiveness of the benefits they offer.

9

LINA 0189518

**Q – How does this approach differentiate you from your competitors?**

**A –** While our competitors are focusing on specific products and services, we're identifying real-life health care issues and concerns and providing benefit solutions consumers need and want. Our advantage lies in our ability to focus on the whole person – helping members take control of their own care, tend to their own well-being, and manage costs.

Essentially, this means using and leveraging what I consider the industry's most extensive portfolio of clinical capabilities to treat the whole person safely and effectively. It's worth noting that CIGNA can offer a fully integrated portfolio of health and related benefits that

> OUR ADVANTAGE LIES
> IN OUR ABILITY TO FOCUS
> ON THE WHOLE PERSON.

includes medical, pharmacy, behavioral health, vision, dental, disability, accident and life insurance benefits. In this respect, we're an exceedingly rare company. From where I sit, this gives us a real competitive edge.

**Q – So when you're asked to characterize in simple terms CIGNA's capabilities as a provider of consumer-driven benefits, what do you say?**

**A –** I say that we excel at what really matters to the consumer, that we see life through the consumer's eyes and that we understand the challenges implicit in keeping people healthy and productive.

I explain that we focus on the fundamentals of good health and



OUR PEOPLE ARE MAKING
A POSITIVE DIFFERENCE
FOR OUR CUSTOMERS.

10

a conversation with our shareholders

work diligently to help our members access care that's effective and that meets the highest standards of clinical excellence. I speak about how we offer choices that matter, based on our recognition that all health care is personal. I describe our ability to provide information that helps consumers make intelligent decisions about health care – and the quality and cost of that care – given their own individual circumstances. I talk – with more than a little pride – about how we earn the trust of our members, who reap the benefits of the personalized health advocacy programs we offer. And I emphasize that, as a socially responsible, quality-driven business of caring, everything we do is aimed at improving the health and well-being of the people who depend on us.

That's always been true for us as a managed care company. And it will continue to be true for us as a consumer-driven benefits company. The fact is, that's why 28,000 dedicated CIGNA people – expert clinicians, relationship managers and other talented, dedicated professionals – come to work every day.

**Q – How do you view your prospects?**

**A** – With a high degree of optimism and enthusiasm about what the future holds for us. We've accomplished a great deal over the last few years, and we're determined to be a leader in our industry.

In health care, we're going to focus on growing our membership profitably. We'll get the job done primarily by capitalizing on our unique strengths and capabilities in health care consumerism. We'll differentiate ourselves in the marketplace as a trusted health advocate – an organization with a documented record of clinical quality and excellence in medical management, and one of the only benefits companies capable of delivering a fully integrated portfolio of general

> EVERYTHING WE DO IS AIMED AT IMPROVING THE HEALTH AND WELL-BEING OF THE PEOPLE WHO DEPEND ON US.

medical and specialty health care products, services and programs.

We'll also capitalize on our strong position in the group disability and life and international insurance markets to cultivate and grow those businesses profitably and aggressively.

So, while 2005 was a good year for us, I expect even better things in the future from all of our businesses. I'm excited about our prospects for the year ahead and believe we can and will deliver the long-term value our customers, members, clients and shareholders expect from us.

### ACCOMPLISHMENTS

CIGNA HealthCare launched the small group broker Web site on cigna.com, targeted to brokers whose clients have 50 or fewer employees. This new resource **gives brokers access to real-time information online**.



CIGNA Group Insurance introduced **Disability Solutions for Chronic Conditions**, a program linking disability with disease management for several conditions. This will help employers reduce the number and length of disability claims as well as the associated costs.

CIGNA held more than **260 continuing education courses** attended by 2,800 brokers and consultants nationwide.

CIGNA and the Centers for Medicare & Medicaid Services launched **Medicare Health Support**, a disease management pilot program covering 20,000 chronically ill Medicare beneficiaries who have diabetes or congestive heart failure.

CIGNA HealthCare **added six mutual fund investment options** to its CIGNA Choice Fund℠ Health Savings Account to help HSA members achieve their saving goals. CIGNA Choice Fund HSA participants have the option of investing in up to six mutual funds from leading firms including JPMorgan Funds, T. Rowe Price® and The Royce Funds®.

CIGNA HealthCare acquired **Managed Care Consultants of Nevada**, giving CIGNA a local presence in Nevada and an office in the Las Vegas area responsible for business operations in the state.

11

LINA 0189520

## corporate social responsibility

### DEMONSTRATING CHARACTER AND CAPABILITIES

At CIGNA, our reputation as a leader in health care and related benefits rests in part on our commitment to *corporate social responsibility*. We identify and support initiatives that help improve the health and well-being of others through our charitable contributions, corporate sponsorships and community involvement. CIGNA Civic Affairs coordinates CIGNA's giving and community support on behalf of the entire company. CIGNA's businesses, its people and the CIGNA Foundation target and fund organizations that work in four main areas:

- improving the *quality* of health care
- meeting the needs of *infants, children and families*
- promoting *health literacy*
- eliminating gender and racial *disparities in health care*

In 2005, our collective efforts resulted in more than $5.3 million in grants and other assistance, backed up by more than 21,600 hours of CIGNA-supported volunteer efforts.



12

LINA 0189521

## QUALITY

CIGNA is collaborating with well-respected groups to establish quality measurement standards. This includes our partnership with **The National Quality Forum** to create and implement a national strategy for health care quality measurement and reporting. In Tennessee, CIGNA HealthCare awarded **Methodist Healthcare of Memphis** a grant for a study of neonatal mortality and neonatal intensive care conducted by the Leapfrog Group for Patient Safety.

## INFANTS, CHILDREN AND FAMILIES

With a workforce that is 75 percent female, the issues facing infants, children and families are of deep concern to CIGNA and our people. In 2005, we entered our third year of sponsorship of the **March of Dimes®** prematurity awareness campaign. And we marked our 11th year as a national sponsor of March of Dimes® WalkAmerica® Through the years, CIGNA and our people have contributed more than $17.5 million to the March of Dimes.

Another way we try to prevent premature births is through our 10-year support for the **Abbottsford Public Housing Development** and **Falls Family Practice of Philadelphia**, where our company is headquartered. This nurse practitioner clinic delivers medical care to 1,000 uninsured families and is responsible for helping to lower the premature birth rate in this area.

Childhood obesity, too, has become a serious threat to our nation's health. We are addressing this problem through our sponsorships of **Healthy Kids Challenge**, which provides education to elementary school students about proper nutrition and exercise and through **Shaping America's Youth®** a series of nationwide town halls engaging Americans at the grassroots level.

## HEALTH LITERACY

Nearly half of American adults – 90 million people – have difficulty understanding and using health information, a problem that results in higher rates of hospitalization and emergency-room use.*

To advance health literacy, the CIGNA Foundation sponsored the 2005 **"Practical Solutions to the Problems of Low Health Literacy" Conference** hosted by the American College of Physicians. The CIGNA Foundation also awarded **Methodist Healthcare of Memphis** a grant to help educate Tennesseans with poor health literacy who are at high risk of developing diabetes.

To help overcome literacy obstacles at a young age, CIGNA volunteers read to children for whom English is a second language in **elementary schools in Hartford** and nearby **Bloomfield, Connecticut** where our health care business is based. And because computer literacy is important to consumers' ability to access health information tools, CIGNA supported a **technology literacy program** in Hartford for families with limited resources.

## DISPARITIES IN HEALTH CARE

Addressing the issue of disparities in health care related to race and gender is one way CIGNA demonstrated caring to our customers and stakeholders.

CIGNA reached out to **WomenHeart℠** to assist in the Red Bag of Courage program, providing lifesaving heart health information to women across the nation. We also ran highly acclaimed two-page ads in the *Wall Street Journal®* and *Smart Money®* magazine to help readers learn about heart disease in women.

We supported **Bridging the Gaps**, an effort aimed at achieving better communication between doctors and patients from different backgrounds. The CIGNA Foundation also provided a grant to the **Monmouth Family Health Center** to support research into the effects of health care disparities faced by Latinos.

\* *Institute of Medicine research*



13



*CIGNA supported the Alex's Lemonade Stand Fund,® named for Alexandra Scott, pictured above.*

**Making art more accessible**
To make CIGNA's art collection more accessible to the public, we gave The Smithsonian's National Museum of American History a number of pieces of art and artifacts from our private collection of firefighting and maritime history.

## CHARITABLE CONTRIBUTIONS

In 2005, CIGNA helped organizations provide awareness and education about health care issues affecting children, women and communities, including a donation to **Alex's Lemonade Stand Fund**.® A CIGNA Power of Caring ad in 2003 first brought this childhood cancer cause to the national stage.

We also made a donation to the **MacPhail Center for the Arts** in Minneapolis, which runs a music therapy program for children with disabilities. And our disability business funded **Start on Success**, an internship program that teaches job skills to Pittsburgh high school students with disabilities.

Our grant to the **Susan G. Komen Breast Cancer Foundation**,® coupled with money contributed by our employees during the 10th annual pink ribbon campaign for **Lee National Denim Day**,® recognized the importance of this campaign.

**United Way**® remained the organization that received our largest donation. Combined with contributions from our employees, CIGNA donated $1.5 million to help keep our neighbors around the country safe and healthy.

## CORPORATE SPONSORSHIPS

Being *A Business of Caring*® means actively looking for tangible ways to extend and enrich the lives of our customers, coworkers, friends and members of our community.

We supported biking, swimming, running and golfing around the nation to draw attention to better health and safety. Sponsored events included the **Health Awareness Tour**, a five-week cross-country bike tour that encouraged people to take control of their health, the **Corporate 5K Road Race** held annually in Manchester, New Hampshire, with proceeds going to fight childhood obesity, an annual **CIGNA Summer** program in Phoenix to educate inner city children and their parents about water safety issues, and the **"Chip in for a Cure" Futures Golf Classic**, with a portion of the event's proceeds going toward fighting breast cancer in Connecticut.



CIGNA sponsored the groundbreaking **Open Mind "On Depression" forum at the Picower Institute for Learning and Memory at the Massachusetts Institute of Technology**, bringing together some of our own customers and foremost experts on the brain. We also ran an ad to address treatment for depression.



*David M. Cordani, president of CIGNA HealthCare, rode his bike in the final leg of the CIGNA HealthCare-sponsored Health Awareness Tour, a cross-country bike tour that raised consumer health awareness and education in towns across America.*

14

LINA 0189523

COMMUNITY INVOLVEMENT

Corporate social responsibility begins at home. Through programs like the holiday party for the homeless in **Philadelphia** and toy and coat drive in **Bloomfield**, CIGNA was a good neighbor to the cities in which we have a major presence.

Our employees in 134 offices nationwide and multiple countries around the world know their communities best, and we rewarded their community volunteer work. Now in its 23rd year, our **Community Caring Awards** program provided financial support to charitable organizations where our people volunteered. The awards recognized outstanding community service through **Volunteer of the Month**, **Volunteer of the Year** and **The Team Volunteer Awards**.



*CIGNA Chairman and C.E.O. H. Edward Hanway, left, presented the Volunteer of the Year Award to Kevin Richart, a CIGNA Information Technology employee and volunteer fire fighter.*

For those who preferred to contribute financially, the **CIGNA Matching Gifts Program** matched employees' financial contributions up to $5,000 to colleges and universities, special-education schools, and arts and cultural organizations.

**Life-shattering events call for life-affirming responses**

When the tsunami devastated Southeast Asia and eastern Africa, CIGNA immediately donated $100,000 to the **American Red Cross®** and pledged an additional $50,000 to match employee gifts. CIGNA's people contributed more than $82,700 to many **relief agencies**.

In the aftermath of Hurricane Katrina, CIGNA immediately donated $500,000 to the **American Red Cross®** To make sure we answered the diversity of need, CIGNA and our people collectively gave an additional $905,000 to many **relief organizations** in a special matching gift effort.

CIGNA medical professionals also assisted in the recovery efforts, and many others provided support to customers through crisis counseling and claims processing.



BEING A GOOD CORPORATE CITIZEN MEANS SUPPORTING PROGRAMS THAT HELP IMPROVE THE HEALTH AND WELL-BEING OF OTHERS.

15

LINA 0189524



> *"Where the needs of the world and your talents cross, there lies your vocation."* —Aristotle



## HALLMARKS OF EXCELLENCE

Every field and industry has its hallmarks of excellence. Olympic® athletes are adorned with medals. Sports teams win the World Series® and the Super Bowl®. Actors are honored with Oscars® and Emmys®.

In the health and related benefits arena, CIGNA is pleased to have been recognized for outstanding achievement in those areas of importance to our members, customers and the community. We captured top awards in *product innovation and technology*, made our mark in *quality of care* and *service to the community*, and were acknowledged as a *foremost employer and business leader* domestically and abroad.

awards and recognitio

LINA 0189525