## PRODUCT INNOVATION AND TECHNOLOGY

The Disease Management Association of America awarded CIGNA HealthCare the 2005 **Health Plan/Managed Care Organization Disease Management Leadership Award**, recognizing CIGNA's leadership in providing disease management programs that help members with chronic medical conditions better manage their health.

The CIGNA Behavioral Health (CBH) Employee Assistance Program (EAP) was chosen by *Business Insurance* readers as the **Best Overall EAP** in the country in the publication's first annual "readers' choice" award in 2005. CBH was recognized by readers for its long-term commitment to integrated care, quality, service and innovation.

The Web Marketing Association awarded a 2005 **Standard of Excellence WebAward** to myCIGNAplans.com, the online pre-enrollment decision support Web site for CIGNA Choice Fund℠ consumer-directed health plans.

At the 2005 Consumer-Directed Health Care Conference and Expo, the CIGNA Choice Fund consumer-directed communications program and CIGNA's online enrollment Web site, myCIGNAplans.com, received top awards for **"Best Health Plan Initiative for Consumer-Directed Health Care"** and **"Best Technology Introduced by a Health Plan Organization for Employee/Consumer Choice."**

*Business Insurance* magazine, for the sixth consecutive year in 2005, named Intracorp the nation's **leading case management services provider** based on gross revenues generated by case management services.

## QUALITY OF CARE

CIGNA HealthCare plans in Colorado, Massachusetts and New Hampshire were recognized by *U.S. News & World Report®* and the National Committee for Quality Assurance as among **"America's Best Health Plans 2005,"** ranking among the **"Top 50"** health plans in the nation. The rankings are based on effectiveness of care measures, member service and accreditation.

CIGNA HealthCare's telephonic nurse case management in the United Kingdom won a 2005 International **"Stevie" Business Award for Best Customer Service** team.

The CIGNA Medical Group's Deer Valley and Chandler health care centers in Arizona received a 2005 **"Daniel T. Cloud Outstanding Practice" Award** from the Arizona Partnership for Immunization for achieving a 90 percent immunization coverage level for 2-year-old patients.



Zhang Jianguo, Deputy General Director, State Administration of Foreign Experts Affairs presents the Marco Polo Award to CIGNA Corporation Chairman and Chief Executive Officer H. Edward Hanway.

## COMMUNITY SERVICE

WomenHeart: The Coalition for Women with Heart Disease presented CIGNA with the **Wenger Award for Excellence** in 2005 to recognize CIGNA for its leadership role in women's heart health issues.

The Philadelphia affiliate of the Susan G. Komen Breast Cancer Foundation® presented CIGNA with the first **Celebrate Life Award** in 2005 for CIGNA's commitment to breast cancer awareness and education.

## RECOGNITION AS AN EMPLOYER

CIGNA Corporation received the 2005 **Corporate Star Award** from The Forum of Executive Women. The award recognizes Philadelphia area companies who have taken the lead in placing women on their boards of directors.

*Essence®* magazine named CIGNA one of the **"35 great places to work"** for black female employees in 2005, based on work-life balance, career advancement, diversity, workforce representation and community involvement.

The Anti-Defamation League's 2005 **Greater Hartford Workplace Diversity Award** recognized CIGNA for best practices in creating and sustaining a diverse workforce and a strong commitment to the community.

## INTERNATIONAL RECOGNITION

CIGNA Chairman and Chief Executive Officer H. Edward Hanway received the distinguished **Marco Polo Award** in January 2006, the highest honor bestowed by China on a foreign business leader.

*Fortune®* magazine and Watson Wyatt named CIGNA's joint venture operation in China as one of the **top 10 companies** to work for in China.

LINA 0189526



18

CIGNA in perspective

CIGNA HEALTHCARE

CIGNA GROUP INSURANCE

CIGNA INTERNATIONAL

LINA 0189527

## CIGNA HEALTHCARE

CIGNA HealthCare offers a broad portfolio of group medical and specialty health care products and services, as well as a wide range of funding and plan design options. With offerings in all 50 states, the District of Columbia and Puerto Rico, the organization is a leading provider of health care benefits, based on premiums, fees and membership.

**Premiums and Fees (in millions) $10,177**
**Business Mix Premiums and fees**



Medical 87%
Dental 9%
Life & Other 4%

### Products and Services

- Medical: wide spectrum of insured and self-insured medical plan options including Consumer-Directed Health Plans (Health Reimbursement Accounts and Health Savings Accounts); HMO, Point of Service, Open Access, PPO and Indemnity plans; and Stop Loss coverage
- Pharmacy: tiered benefit designs with a range of formulary plans; mail-order and online pharmacy; Medicare Part D prescription drug plan
- Dental: HMO, PPO, indemnity and blended plans
- Behavioral: mental health, behavior modification, substance abuse, work/life and employee assistance programs
- Care Management: member advocacy, disease, disability and transplant management programs

*Financial information is provided as of December 31, 2005.*

## CIGNA GROUP INSURANCE

CIGNA Group Insurance provides group disability, life and accident coverage in the U.S. The organization is the fastest growing of the top five providers in disability management and insurance with solutions that focus on helping employees return to a productive work life as quickly and safely as possible. It also is one of the top providers of group term life and group universal life. Since 2001, CIGNA Group Insurance has been the number one in-force provider of group accident insurance, including voluntary accident and business travel accident insurance.

**Premiums and Fees (in millions) $2,065**
**Business Mix Premiums and fees**



Life 53%
Disability 33%
Accident 9%
Other Health 5%

### Products and Services

- Short- and long-term disability insurance
- Family and Medical Leave Act management
- Integration of disability services with CIGNA HealthCare and workers' compensation
- Onsite clinical and vocational expertise available with disability products
- Comprehensive work/life program available with disability and life products
- Chronic conditions management program available with disability and life products
- Group basic term life insurance, group voluntary term life insurance, group universal life insurance
- Group basic accident insurance, group voluntary accident insurance, business travel accident insurance

## CIGNA INTERNATIONAL

CIGNA International, with active operations in countries located in Europe, Asia Pacific and Latin America, provides health care and medical care management services to the workplace and consumer markets, and life, accident and health insurance to individuals. The organization also is a leading supplier of specialized health care and related employee insurance benefits to expatriate employees of multinational companies on international assignments.

**Premiums and Fees (in millions) $1,243**
**Business Mix Premiums and fees**



Life, Accident, Health & Other 54%
Health Care 46%

### Products and Services

- Life, accident and health insurance: group and individual term life plans; variable universal life; supplemental health insurance such as cancer, dread disease, hospital cash and personal accident
- Health care: private medical insurance (PMI) and ancillary products such as absence and disease management and dental
- Expatriate medical, dental and vision coverages; life insurance; long-term disability

19

LINA 0189528

# CIGNA financials 2005



## TABLE OF CONTENTS

21  HIGHLIGHTS

22  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

50  CONSOLIDATED STATEMENTS OF INCOME

51  CONSOLIDATED BALANCE SHEETS

52  CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME AND CHANGES IN SHAREHOLDERS' EQUITY

53  CONSOLIDATED STATEMENTS OF CASH FLOWS

54  NOTES TO THE FINANCIAL STATEMENTS

85  MANAGEMENT'S ANNUAL REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

86  REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

87  QUARTERLY FINANCIAL DATA

88  SUPPLEMENTARY FINANCIAL INFORMATION

90  CORPORATE AND BOARD OF DIRECTORS INFORMATION

LINA 0189529

# HIGHLIGHTS

| (Dollars in millions, except per share amounts) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Premiums and fees and other revenues | $ 15,332 | $ 16,010 | $ 16,063 | $ 16,870 | $ 15,940 |
| Net investment income | 1,359 | 1,643 | 2,594 | 2,716 | 2,842 |
| Realized investment gains (losses) | (7) | 523 | 151 | (238) | (175) |
| **TOTAL REVENUES** | $ 16,684 | $ 18,176 | $ 18,808 | $ 19,348 | $ 18,607 |
| **RESULTS OF OPERATIONS:** | | | | | |
| Health Care | $ 688 | $ 763 | $ 429 | $ 446 | $ 658 |
| Disability and Life | 227 | 182 | 155 | 133 | 72 |
| International | 109 | 76 | 55 | 31 | 95 |
| Run-off Retirement | 209 | 282 | 222 | 200 | 194 |
| Run-off Reinsurance | (64) | (115) | (359) | (1,070) | 57 |
| Other Operations | 130 | 142 | 111 | 105 | 103 |
| Corporate | (12) | (114) | (127) | (136) | (146) |
| Realized investment gains (losses), net of taxes | (11) | 361 | 98 | (155) | (112) |
| Income (loss) from continuing operations | 1,276 | 1,577 | 584 | (446) | 921 |
| Income (loss) from discontinued operations, net of taxes | 349 | — | 48 | (1) | 18 |
| Cumulative effect of accounting change, net of taxes | — | (139) | — | — | — |
| **NET INCOME (LOSS)** | $ 1,625 | $ 1,438 | $ 632 | $ (447) | $ 939 |
| Income (loss) per share from continuing operations: | | | | | |
| Basic | $ 10.02 | $ 11.55 | $ 4.18 | $ (3.17) | $ 6.23 |
| Diluted | $ 9.83 | $ 11.44 | $ 4.16 | $ (3.17) | $ 6.15 |
| Net income (loss) per share: | | | | | |
| Basic | $ 12.76 | $ 10.54 | $ 4.52 | $ (3.18) | $ 6.35 |
| Diluted | $ 12.52 | $ 10.43 | $ 4.50 | $ (3.18) | $ 6.27 |
| Common dividends declared per share | $ 0.10 | $ 0.41 | $ 1.32 | $ 1.32 | $ 1.28 |
| Total assets | $ 44,863 | $ 81,059 | $ 90,199 | $ 89,019 | $ 91,639 |
| Long-term debt | $ 1,338 | $ 1,438 | $ 1,500 | $ 1,500 | $ 1,626 |
| Shareholders' equity | $ 5,360 | $ 5,203 | $ 4,607 | $ 3,936 | $ 5,105 |
| Per share | $ 44.23 | $ 39.41 | $ 32.77 | $ 28.24 | $ 36.06 |
| Common shares outstanding (in thousands) | 121,191 | 132,007 | 140,591 | 139,370 | 141,553 |
| Shareholders of record | 9,440 | 10,249 | 9,608 | 9,945 | 10,437 |
| Employees | 28,000 | 28,600 | 32,700 | 41,200 | 44,600 |

*In 2004, CIGNA adopted the fair value method of accounting for stock options. Prior periods were restated. See Note 2 for additional information.*

*In January 2003, CIGNA sold the operations of Lovelace Health Systems, Inc., an integrated health care system and subsidiary of CIGNA. This business has been reported as discontinued operations. Prior year financial information was reclassified.*

21

LINA 0189530

## Management's Discussion and Analysis of Financial Condition and Results of Operations

### INDEX

| Page | Section |
|---|---|
| 22 | Introduction |
| 22 | Overview |
| 23 | Consolidated Results of Operations |
| 29 | Acquisitions and Dispositions |
| 30 | Other Matters |
| 33 | Health Care |
| 35 | Disability and Life |
| 35 | International |
| 36 | Run-off Retirement |
| 37 | Run-off Reinsurance |
| 39 | Other Operations |
| 39 | Corporate |
| 40 | Discontinued Operations |
| 40 | Liquidity and Capital Resources |
| 45 | Investment Assets |
| 46 | Market Risk |
| 48 | Cautionary Statement |

### INTRODUCTION

In this filing and in other marketplace communications, CIGNA makes certain forward-looking statements relating to its financial condition and results of operations, as well as to trends and assumptions that may affect CIGNA. Generally, forward-looking statements can be identified through the use of predictive words (e.g., "Outlook for 2006"). Actual results may differ from CIGNA's predictions. Some factors that could cause results to differ are discussed throughout Management's Discussion and Analysis, including in the Cautionary Statement on page 48.

Certain reclassifications have been made to prior years' amounts to conform to the 2005 presentation.

### OVERVIEW

CIGNA Corporation's subsidiaries provide health care and related benefits offered through the workplace. Key product lines include medical coverages and related specialty health care products and services such as pharmacy, behavioral health, dental benefits, and disease management as well as group disability, life and accident insurance, and disability and workers' compensation case management and related services. In addition, CIGNA has an international operation that offers products (that are generally similar to those offered domestically) to businesses and individuals in selected markets, and has certain inactive businesses, including a run-off retirement operation and a run-off reinsurance operation.

CIGNA's results are influenced by a range of economic and other factors, including:

- cost trends and inflation levels for medical and related services;
- patterns of utilization of medical and other services;
- employment levels;
- the tort liability system;
- interest rates and equity market returns;
- regulations and tax rules related to the provision and administration of employee benefit plans; and
- initiatives to increase health care regulation.

CIGNA generates revenues, net income and cash flow from operations by maintaining and growing its relationships with employers and consumers, charging prices that reflect emerging experience and investing available cash at attractive rates of return for appropriate durations. CIGNA's ability to increase operating results in terms of growth in revenues, net income and operating cash flow is directly related to its ability to execute plans that address broad economic factors as well as company-specific drivers.

Key company-specific drivers affecting CIGNA's results include:

- competitiveness of CIGNA's product design and service quality;
- the absolute level of and trends in benefit costs;
- the volume of customers served and the mix of products and services purchased by those customers;
- the ability to price products and services competitively at levels that appropriately account for underlying cost inflation and utilization patterns; and
- the relationship between administrative costs and revenu

LINA 0189531

CIGNA regularly monitors trends in the above mentioned economic and other factors and the company-specific drivers of operating results. CIGNA develops strategic and tactical plans designed to improve performance and maximize its competitive position in the markets served. CIGNA's ability to achieve its financial objectives is dependent upon its ability to effectively execute these plans and to appropriately respond to emerging economic and company-specific trends.

CIGNA is focused, in particular, on continuing to improve the performance of the health care operations, profitably growing the disability and life insurance and international businesses and managing the risks associated with the run-off reinsurance operations. In the health care operations, CIGNA has initiatives in place to (1) offer products that meet emerging consumer and market trends; (2) improve medical membership results; (3) lower medical cost trends; (4) deliver quality member service; and (5) lower administrative expenses (see page 34 for further discussion).

CIGNA believes that the health care business model is changing to one that focuses more directly on the consumer. CIGNA has developed product designs, educational resources and customer support tools with a goal of enabling consumers to make informed choices about their health care, to ultimately improve health outcomes and reduce costs. These changes in the business model are in the early stages, and CIGNA believes that its capabilities in consumerism, health advocacy and the delivery of useful information position it to meet the emerging trend.

CIGNA's disability and life insurance operations continue to focus on profitable growth with a particular emphasis on middle market disability business. The international business is focused on profitable growth particularly in the life, accident and health insurance and expatriate benefits businesses. In the run-off reinsurance operations, CIGNA maintains a program to reduce the equity market risk associated with its guaranteed minimum death benefit reinsurance exposures. CIGNA is also pursuing the resolution of disputes associated with workers' compensation and other reinsurance contracts through audits of claims from assumed business and managing collections from retrocessionaires (see page 38 for further discussion).

## CONSOLIDATED RESULTS OF OPERATIONS

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $13,695 | $14,236 | $15,460 |
| Net investment income | 1,359 | 1,643 | 2,594 |
| Other revenues | 1,637 | 1,774 | 603 |
| Realized investment gains (losses) | (7) | 523 | 151 |
| Total revenues | 16,684 | 18,176 | 18,808 |
| Benefits and expenses | 14,891 | 15,801 | 17,960 |
| Income from continuing operations before taxes | 1,793 | 2,375 | 848 |
| Income taxes | 517 | 798 | 264 |
| Income from continuing operations | 1,276 | 1,577 | 584 |
| Income from discontinued operations, net of taxes | 349 | — | 48 |
| Income before cumulative effect of accounting change | 1,625 | 1,577 | 632 |
| Cumulative effect of accounting change, net of taxes (See Note 2 to the Financial Statements) | — | (139) | — |
| Net income | $ 1,625 | $ 1,438 | $ 632 |
| Realized investment gains (losses), net of taxes | $ (11) | $ 361 | $ 98 |

In 2004, CIGNA adopted Statement of Financial Accounting Standards No. 123, as revised in 2004 (SFAS 123R) which requires the fair value method of accounting for stock-based compensation. As permitted, CIGNA retroactively applied this standard to all prior periods.

CIGNA's income from continuing operations includes special items, which are discussed below. Excluding special items, income from continuing operations in 2005 reflected:

- lower losses in the Run-off Reinsurance segment (see page 37) and Corporate (see page 39);

- lower net earnings in the ongoing operating businesses due to the impact of membership losses in the Health Care segment (see page 33), partially offset by higher earnings in the Disability and Life (see page 35) and International (see page 35) segments; and

- lower results in the Run-off Retirement segment (see page 36).

Excluding special items, income from continuing operations improved significantly in 2004 due to the gain on the sale of the retirement benefits business, higher earnings in the Health Care segment and reduced losses in the Run-off Reinsurance segment.

23

LINA 0189532

**Income Taxes**

During 2005, the Congressional Joint Committee on Taxation approved CIGNA's refund claim relating to a tax loss incurred from the sale of a business in 1999 and the completion of the IRS audit for 2000-2002. Pursuant to this approval, CIGNA recorded total tax related benefits of $437 million consisting of:

- $287 million resulting from capital losses realized in connection with the divestiture of the property and casualty insurance operations in 1999, which is included in income from discontinued operations; and

- $150 million resulting primarily from the release of tax reserves and valuation allowances. This amount consists of:

  - $88 million (of which $81 million is reported as a special item) reported in the International segment, Other Operations and Corporate as income from continuing operations. This amount includes $4 million of interest income; and

  - $62 million related to the divestiture of CIGNA's Brazilian health care business, which is included in income from discontinued operations.

As of December 31, 2005, CIGNA had recovered approximately $220 million in net cash relating to its refund claim and the settlement of audit issues.

In order to facilitate an understanding and comparison of results of operations and permit analysis of trends in underlying revenue, expenses and net income, the following table presents special items, which management believes are not representative of the underlying results of continuing operations. See "Quarterly Financial Data" on page 87 for special items reported quarterly in 2005 and 2004.

| SPECIAL ITEMS<br>(In millions) | Pre-Tax Benefit (Charge) | After-Tax Benefit (Charge) |
|---|---|---|
| **2005** | | |
| Accelerated amortization of deferred gain on sale of retirement benefits business (see page 29) | $ 322 | $ 204 |
| Cost reduction charge (see page 30) | (51) | (33) |
| IRS tax settlement (see above) | 6 | 81 |
| Charge associated with a modified coinsurance arrangement (see page 29) | (12) | (8) |
| Total | $ 265 | $ 244 |
| **2004** | | |
| Accelerated amortization of deferred gain on sale of retirement benefits business | $ 338 | $ 220 |
| Cost reduction charge | (75) | (49) |
| Federal tax refund | 5 | 28 |
| Net charge associated with modified coinsurance arrangements | (39) | (25) |
| Effect of new accounting pronouncement | (17) | (11) |
| Gain on sale of investment advisory businesses | 18 | 12 |
| Total | $ 230 | $ 175 |
| **2003** | | |
| Reserve charge on guaranteed minimum death benefit contracts | $(441) | $(286) |
| Health care provider litigation | (57) | (37) |
| Reduction in allowance against amounts recoverable from pension policyholders | 51 | 33 |
| Cost reduction charge, net[1] | 26 | 17 |
| Intangible asset write-off for provider contracts | (16) | (10) |
| Gain on sale of Japanese pension operations | 8 | 5 |
| Total | $(429) | $(278) |

[1] Restructuring items in 2003 include a pre-tax benefit of $39 million ($26 million after-tax) reflecting a reduction in costs associated with the 2002 and 2001 health care restructuring programs (including gains on other postretirement benefits, see N 8 to the Financial Statements), and a pre-tax charge of $13 milli ($9 million after-tax) related to restructuring certain corporate st functions.

24

LINA 0189533

## Revenues

Revenues decreased in 2005 primarily because of:

- lower premiums and fees in the Health Care segment due to lower membership; and
- lower realized gains and reduced net investment income associated with the sale of the retirement benefits business.

Revenues decreased in 2004 primarily because of:

- lower premiums and fees in the Health Care segment due to lower membership; and
- reduced net investment income as a result of the sale of the retirement benefits business.

These 2004 declines were partially offset by:

- higher other revenues in the Run-off Retirement segment including deferred gain recognition associated with the sale of the retirement benefits business;
- higher realized investment gains, primarily on assets transferred in connection with the sale of the retirement benefits business; and
- lower losses in the Run-off Reinsurance segment from futures and forward contracts entered in connection with the program to reduce equity market risks.

## Outlook for 2006

CIGNA expects full year 2006 income from continuing operations excluding realized investment results and special items to be lower than the comparable 2005 amount subject to the factors cited in the Cautionary Statement, primarily because of the significant amount of favorable prior year claim development recognized in 2005. Excluding the favorable prior year claim development in 2005, CIGNA expects 2006 income from continuing operations excluding realized investment results and special items to be higher than 2005 due to fundamental improvement in the health care operations.

Information is not available for management to reasonably estimate future realized investment gains (losses) or special items. Special items for 2006 may include:

- any gain resulting from a decision by the buyer of the retirement benefits business to terminate their contract with CIGNA relating to the previously sold single premium annuity business;
- additional accelerated recognition of the deferred gain on the sale of the retirement benefits business; and
- additional charges associated with a modified coinsurance arrangement.

Other than these items, information is not available for management to identify or reasonably estimate 2006 special items.

## Critical Accounting Estimates

The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America (GAAP) requires management to make estimates and assumptions that affect reported amounts and related disclosures in the financial statements. Management considers an accounting estimate to be critical if:

- it requires assumptions to be made that were uncertain at the time the estimate was made; and
- changes in the estimate or different estimates that could have been selected could have a material effect on CIGNA's consolidated results of operations or financial condition.

Management has discussed the development and selection of its critical accounting estimates with the Audit Committee of CIGNA's Board of Directors and the Audit Committee has reviewed these disclosures, which are presented below.

In addition to the estimates presented in the following table, there are other accounting estimates used in the preparation of CIGNA's consolidated financial statements, including estimates of liabilities for future policy benefits other than those identified in the following table, as well as estimates with respect to unpaid claims and claim expenses, postemployment and postretirement benefits other than pensions, certain compensation accruals, and income taxes.

Management believes the current assumptions and other considerations used to estimate amounts reflected in CIGNA's consolidated financial statements are appropriate. However, if actual experience differs from the assumptions and other considerations used in estimating amounts reflected in CIGNA's consolidated financial statements, the resulting changes could have a material adverse effect on CIGNA's consolidated results of operations, and in certain situations, could have a material adverse effect on liquidity and CIGNA's financial condition.

See Note 2 to the Financial Statements for further information on significant accounting policies that impact CIGNA.

LINA 0189534

The table that follows presents information about CIGNA's most critical accounting estimates, as well as the effects of hypothetical changes in the material assumptions used to develop each estimate.

| Balance Sheet Caption / Nature of Critical Estimate Item | Assumptions / Approach Used | Effect if Different Assumptions Used |
|---|---|---|
| *Future policy benefits – Guaranteed minimum death benefits*<br><br>These liabilities are estimates of the present value of net amounts expected to be paid, less the present value of net future premiums expected to be received. The amounts to be paid represent the excess of the guaranteed death benefit over the values of contractholders' accounts. The death benefit coverage in force at December 31, 2005 (representing the amount payable if all contractholders had died as of that date) was approximately $7.0 billion.<br><br>CIGNA had liabilities for future policy benefits for these contracts of approximately $1.0 billion as of December 31, 2005 and December 31, 2004. | Management estimates these liabilities based on assumptions regarding lapse, partial surrender, mortality, interest rates (mean investment performance and discount rate), volatility and other considerations. These assumptions are based on CIGNA's experience and future expectations. CIGNA monitors actual experience to update these liability estimates as necessary.<br><br>Lapse refers to the full surrender of an annuity prior to a contractholder's death.<br><br>Partial surrender refers to the fact that most contractholders have the ability to withdraw substantially all of their mutual fund investments while retaining any available death benefit coverage in effect at the time of the withdrawal. Equity market declines could expose CIGNA to higher rates of partial surrender, the effect of which is not covered by the program to substantially reduce market risks.<br><br>Interest rates include both (a) the mean investment performance assumption considering CIGNA's program to reduce equity market exposures using futures and forward contracts, and (b) the liability discount rate assumption.<br><br>Volatility refers to market fluctuations that affect the costs of the program adopted by CIGNA to reduce equity market risks associated with these liabilities.<br><br>See Note 6 to the Financial Statements for additional information. | If a 10% unfavorable change were to occur for the following assumptions, the approximate after-tax decrease in net income would be as follows:<br>• Mortality – $65 million<br>• Volatility – $40 million<br>• Lapse – $25 million<br>• Interest rates:<br>  • Mean investment performance – $40 million<br>  • Discount rate – $30 million<br>• Future partial surrenders – $5 million<br><br>Management believes the current assumptions and other considerations used to estimate these liabilities are appropriate. However, if actual experience differs from the assumptions and other considerations (including lapse, partial surrender, mortality, interest rates and volatility) used in estimating these liabilities, the resulting changes could have a material adverse effect on CIGNA's consolidated results of operations, and in certain situations, could have a material adverse effect on CIGNA's financial condition.<br><br>The amounts would be reflected in the Run-off Reinsurance segment. |
| *Health Care medical claims payable*<br><br>Medical claims payable for the Health Care segment include both reported claims and estimates for losses incurred but not yet reported.<br><br>Liabilities for medical claims payable as of December 31 were as follows:<br>• **2005 – gross $1.2 billion; net $823 million**<br>• 2004 – gross $1.6 billion; net $1.1 billion<br>• 2003 – gross $2.2 billion; net $1.5 billion<br><br>These liabilities generally exclude amounts for administrative services only business.<br><br>During 2004, CIGNA reclassified certain future policy benefits and unpaid claims and claim expenses to present all medical claims payable for the Health Care segment under one balance sheet caption. These medical claims payable are now presented above both gross and net of reinsurance and other recoverables. | Medical claims payable for the Health Care segment are estimated using actuarial models based on historical data for payment patterns, cost trends, product mix, seasonality, utilization of health care services and other relevant factors.<br><br>The estimation process for determining liabilities for medical claims in the Health Care segment inherently results in adjustments each year for claims incurred (but not paid) in preceding years.<br><br>See Note 5 to the Financial Statements for additional information. | A 1% increase in the assumed medical cost trend would reduce net income by approximately $30 million after-tax annually. |

26

LINA 0189535

| Balance Sheet Caption / Nature of Critical Estimate Item | Assumptions / Approach Used | Effect if Different Assumptions Used |
|---|---|---|
| *Accounts payable, accrued expenses and other liabilities, and Other assets – Guaranteed minimum income benefits*<br><br>These liabilities are estimates of the present value of net amounts expected to be paid, less the present value of net future premiums expected to be received. The amounts to be paid represent the excess of the expected value of the income benefit over the value of the annuitants' accounts at the time of annuitization.<br><br>The assets associated with these contracts represent receivables in connection with reinsurance that CIGNA has purchased from third parties, which covers 55% of the exposures on these contracts.<br><br>As of December 31, 2005, CIGNA had liabilities of $88 million related to these contracts and net amounts recoverable from reinsurers of $48 million. CIGNA had an additional liability of $49 million associated with the cost of reinsurance as of December 31, 2005. As of December 31, 2004, CIGNA had liabilities of $71 million related to these contracts and amounts recoverable from reinsurers of $39 million. CIGNA also had an additional liability of $41 million associated with the cost of reinsurance as of December 31, 2004. | Management estimates the fair value of the assets and liabilities associated with these contracts using assumptions as to market returns and volatility of the underlying equity and bond mutual fund investments, interest rates, mortality, lapse, credit risk and annuity election rates. Changes in fair value are reported in other operating expenses.<br><br>Interest rates include both (a) the liability discount rate assumption and (b) the projected interest rates used to calculate the reinsured income benefit at the time of annuitization (claim interest rate).<br><br>Lapse refers to the full surrender of an annuity prior to annuitization of the policy.<br><br>Credit risk refers to the ability of these reinsurers to pay.<br><br>Annuity election rates refer to the proportion of annuitants who elect to receive their income benefit as an annuity.<br><br>See Note 20 to the Financial Statements for additional information. | If a 10% unfavorable change were to occur for the following assumptions, the approximate after-tax decrease in net income would be as follows:<br><br>- Mortality – $1 million<br>- Market Returns – $8 million<br>- Volatility – $3 million<br>- Lapse – $2 million<br>- Interest rates:<br>  - Discount Rate – $3 million<br>  - Claim Interest Rate – $8 million<br><br>If annuity election rates were assumed to be 10% annually, (compared with the current assumption of no more than 5% annually) net income would decrease by approximately $40 million after-tax.<br><br>Management believes the current assumptions used to estimate these liabilities are appropriate.<br><br>The amounts would be reflected in the Run-off Reinsurance segment. |
| *Reinsurance recoverables – Reinsurance recoverables in Run-off Reinsurance*<br><br>Collectibility of reinsurance recoverables requires an assessment of risks that such amounts will not be collected, including risks associated with reinsurer default and disputes with reinsurers regarding applicable coverage.<br><br>Gross and net reinsurance recoverables in the Run-off Reinsurance segment for the year ended December 31, were as follows:<br><br>- **2005 – gross $565 million; net $417 million**<br>- 2004 – gross $756 million; net $571 million<br>- 2003 – gross $791 million; net $621 million | The amount of reinsurance recoverables in the Run-off Reinsurance segment, net of reserves, represents management's best estimate of recoverability, including an assessment of the financial strength of reinsurers. The ultimate amounts received are dependent, in certain cases, on the resolution of disputes with reinsurers, including the outcome of arbitration and litigation proceedings. | A 10% reduction of net reinsurance recoverables due to uncollectibility at December 31, 2005, would reduce net income by approximately $35 million after-tax.<br><br>This charge would impact the Run-off Reinsurance segment. |

LINA 0189536

| Balance Sheet Caption / Nature of Critical Estimate Item | Assumptions / Approach Used | Effect if Different Assumptions Used |
|---|---|---|
| *Accounts payable, accrued expenses and other liabilities-pension liabilities*<br><br>These recorded liabilities are estimates of the present value of the qualified and nonqualified pension benefits to be paid (attributed to employee service to date) net of the fair value of plan assets. The accrued pension benefit liability was $1.0 billion as of December 31, 2005 and $1.3 billion as of December 31, 2004.<br><br>See Note 8 to the Financial Statements for additional information. | Management estimates these liabilities with actuarial models using various assumptions including discount rates and an expected return on plan assets.<br><br>Discount rates are set considering actual annualized yields for high quality, long-term corporate bonds, adjusted to reflect the duration of the pension liabilities.<br><br>The expected return on plan assets for the domestic qualified pension plan is developed considering actual historical returns, current and expected market conditions, plan asset mix and management's investment strategy. In addition, CIGNA uses a market-related asset value method to measure domestic qualified pension plan assets invested in equity securities, which is approximately 70% of total plan assets. This method recognizes market appreciation or depreciation in the equity portfolio over 5 years, a method that reduces the short-term impact of market fluctuations.<br><br>The declining interest rate environment and varying actual asset returns compared to assumptions in 2000, 2001 and 2002 resulted in an accumulated unrecognized actuarial loss of $1.2 billion at December 31, 2005. The actuarial loss adjusted for unrecognized changes in market-related asset values is amortized over the remaining service life of pension plan participants if the loss exceeds 10% of the market-related value of plan assets or 10% of the projected benefit obligation, whichever is greater. As of December 31, 2005, approximately $1.0 billion of the adjusted actuarial loss exceeded 10% of the projected benefit obligation and approximately $105 million after-tax will be expensed in 2006 net income. For the year ended December 31, 2005, $92 million after-tax was expensed in net income. | Changes to CIGNA's assumptions for discount rates and the expected return on domestic qualified plan assets will not change required cash contributions to the pension plan, as CIGNA funds at least the minimum amount required by ERISA. However, if discount rates for the qualified and nonqualified pension plans were decreased by 10%:<br><br>- annual pension costs for 2006 would increase by approximately $20 million after-tax;<br>- the accrued pension benefit liability would increase by approximately $25 million as of December 31, 2005; and<br>- the minimum pension liabilities recorded as an after-tax charge to shareholders' equity would increase by approximately $160 million as of December 31, 2005.<br><br>If the expected return on domestic qualified pension plan assets was decreased by 10%, annual pension costs for 2006 would increase by approximately $15 million, after-tax.<br><br>If the December 31, 2005 fair values of domestic qualified plan assets decreased by 10%, minimum pension liabilities recorded as an after-tax charge to shareholders' equity would increase by approximately $205 million.<br><br>These charges would primarily impact the Health Care Segment. |
| *Investments – Fixed maturities*<br><br>*Recognition of losses from "other than temporary" impairments of public and private placement fixed maturities*<br><br>Losses for "other than temporary" impairments of fixed maturities must be recognized in net income based on an estimate of fair value by management.<br><br>Changes in fair value are reflected as an increase or decrease in shareholders' equity. A decrease in fair value is recognized in net income when the decrease is determined to be "other than temporary."<br><br>Determining whether a decline in value is "other than temporary" includes an evaluation of the reasons for and the significance of the decrease in value of the security as well as the duration of the decrease. | Management estimates the amount of an "other than temporary" impairment when a decline in value is expected to persist, using quoted market prices for public securities with active markets and the present value of future cash flows for private placement bonds. Expected future cash flows are based on historical experience of the issuer and management's expectation of future performance.<br><br>CIGNA recognized "other than temporary" impairments of investments in fixed maturities as follows (after-tax, excluding policyholder share*):<br><br>- **2005 – $12 million**<br>- 2004 – $10 million<br>- 2003 – $73 million<br><br>See Note 10(A) to the Financial Statements for a discussion of review of declines in fair value. | For all fixed maturities with cost in excess of their fair value, if this excess was determined to be other-than-temporary, CIGNA's net income as of December 31, 2005 would have decreased by approximately $60 million after-tax.<br><br>For private placement bonds considered impaired, a decrease of 10% of all expected future cash flows for the impaired bonds would reduce net income by approximately $2 million after-tax. |

\* *Investment securities are attributable to CIGNA's various business segments; amounts noted are presented from a consolidated perspective and are net of experience-rated pension policyholder share (i.e., these amounts exclude the impact of losses in 2003 on investment assets related to experience-rated pension policyholder contracts because these amounts generally accrued to the policyholders). As of October 1, 2003, investment assets related to experience-rated pension policyholder contracts were reclassified from fixed maturities to "Securities supporting experience-rated pension policyholder contracts" on CIGNA's balance sheet and CIGNA no longer recognized other than temporary impairments because changes in the fair values of these securities were reported in net income in each period. The sale of the retirement benefits business in generally resulted in the transfer to the buyer of securities supporting experience-rated pension policyholder contracts.*

28

LINA 0189537

## ACQUISITIONS AND DISPOSITIONS

CIGNA may from time to time acquire or dispose of assets, subsidiaries or lines of business. Significant transactions are described below.

### Sale of Retirement Benefits Business

On April 1, 2004, CIGNA sold its retirement benefits business, excluding the corporate life insurance business, for cash proceeds of $2.1 billion. The sale resulted in an after-tax gain of $804 million, of which $267 million after-tax was recognized immediately. Of this amount, $259 million after-tax was recorded in realized investment gains and $8 million after-tax was recorded in other revenues. The sales agreement provides for post closing adjustments; however, any future adjustments are not expected to be material to CIGNA's consolidated results of operations, liquidity or financial condition.

As this transaction was primarily in the form of a reinsurance arrangement under which CIGNA retains the contractual obligation to pay these liabilities, $537 million of the after-tax gain was deferred. Subsequent to the original reinsurance transaction, the buyer of the retirement benefits business has entered into agreements with most of the insured parties relieving CIGNA of any remaining contractual obligation to those parties (novation). Additional such agreements are expected.

The deferred gain is amortized at the rate that earnings from the sold business would have been expected to emerge (primarily 15 years on a declining basis) or until CIGNA is relieved of any remaining contractual obligation. At the time of novation, CIGNA accelerates amortization of a portion of the deferred gain and also reduces the associated contractholder deposit funds, future policy benefits, reinsurance recoverables and separate account balances. In 2005, liabilities decreased by $33.3 billion as a result of novation activity attributable to the sold retirement benefits business. This decrease consisted of $7.0 billion of contractholder deposit funds and future policy benefits as well as $26.3 billion of separate account liabilities. Corresponding decreases in assets of $33.3 billion consisted of $7.0 billion of reinsurance recoverables and $26.3 billion of separate account assets. See Note 7 to the Financial Statements for additional information on reinsurance recoverables associated with the sale of the retirement benefits business.

CIGNA recognized deferred gain amortization in other revenues in the Run-off Retirement segment as follows:

| (In millions) | Pre-Tax | After-Tax |
|---|---|---|
| **2005** | | |
| Accelerated deferred gain amortization | $322 | $204 |
| Normal deferred gain amortization | $ 24 | $ 16 |
| **2004** | | |
| Accelerated deferred gain amortization | $ 342 | $ 223 |
| Normal deferred gain amortization | $ 80 | $ 52 |

The remaining pre-tax deferred gain as of December 31, 2005 was $66 million.

On December 1, 2004, CIGNA transferred $1.2 billion of invested assets and $2.6 billion of separate account assets supporting modified coinsurance arrangements to the buyer and converted these arrangements to indemnity coinsurance. This transfer resulted in the recognition of realized investment gains of $25 million after-tax and a corresponding loss on reinsurance of $25 million after-tax in other revenues.

On January 1, 2005, CIGNA transferred the assets of substantially all of the separate accounts related to the retirement benefits business to the buyer. Since the arrangement is primarily modified coinsurance, CIGNA received units of the buyer's separate accounts and carries those units as separate account assets on its balance sheet for the business not yet directly assumed by the buyer. At December 31, 2005, there were approximately $4.8 billion of separate account assets and liabilities associated with the business not directly assumed by the buyer.

At December 31, 2005, CIGNA had approximately $1.9 billion of invested assets, primarily fixed maturities and mortgage loans, supporting a modified coinsurance arrangement relating to the single premium annuity business sold to the buyer. These invested assets are held in a business trust established by CIGNA. CIGNA pays or receives cash quarterly to settle the results of the reinsured business, including the investment results of the assets underlying the modified coinsurance arrangement. During 2005, CIGNA recorded in other operating expenses pre-tax charges of $5 million ($3 million after-tax), of which $12 million pre-tax ($8 million after-tax) is noted as a special item, to offset realized investment results. These items had no net effect on net income.

As a result of this modified coinsurance arrangement, CIGNA has an embedded derivative that transfers to the buyer certain unrealized changes in fair value due to interest rate and credit risks of these assets. CIGNA records these effects in other liabilities and other revenues. To date CIGNA has not recorded any charge or credit for the embedded derivative. A decrease in interest rates could result in a charge to CIGNA's consolidated net income until the modified coinsurance arrangement ends, which is expected in 2006.

The buyer has given notice that it intends to terminate its reinsurance of the single premium annuity business effective April 1, 2006. Discussions between the two parties continue. If the buyer terminates its reinsurance, CIGNA would retain the single premium annuity business, including the trust assets and the insurance liabilities. CIGNA does not expect the ultimate outcome of these discussions to have a material adverse effect on its consolidated results of operation, liquidity or financial condition.

LINA 0189538

### Sale of Investment Advisory Businesses

In the fourth quarter of 2004, CIGNA sold a significant portion of its investment advisory businesses and recorded an after-tax gain of $12 million in Other Operations.

### Sale of Japanese Pension Operations

In the third quarter of 2003, CIGNA sold its interest in a Japanese pension operation for cash proceeds of $18 million and recognized an after-tax gain of $5 million in the International segment. The gain was reported in continuing operations since this operation was accounted for under the equity method of accounting.

### Sale of Lovelace Health Systems Inc.

In the first quarter of 2003, CIGNA sold the operations of Lovelace, an integrated health care system, for cash proceeds of $209 million and recognized an after-tax gain of $32 million, which was reported in discontinued operations.

### Sale of Brazilian Health Care Operations

In the first quarter of 2003, CIGNA sold its Brazilian health care operations. The sale generated an after-tax gain of $18 million, primarily as a result of the disposition of the net liabilities associated with these operations. The gain is reported in discontinued operations.

## OTHER MATTERS

### Minimum Pension Liability

During 2005, CIGNA's minimum pension liabilities decreased due to amortization of losses from past experience and the effects of stock market appreciation on plan assets, partially offset by the reduction of long-term interest rates used to determine the accumulated benefit obligation and updates to plan census data. The net effect was an after-tax increase to shareholders' equity of $13 million.

CIGNA contributed $544 million in 2005 as follows:

- $104 million for minimum funding requirements for the domestic pension plan and for voluntary contributions to the international pension plans; and
- $440 million for voluntary contributions to the domestic pension plan, which represent an acceleration of expected contributions to meet minimum funding requirements in 2006 and 2007.

The decision to make voluntary contributions to the domestic pension plan was based upon the favorable economic impact the contributions will have on the funding status of CIGNA's pension plan, including the potential for reducing future additional funding requirements as well as reducing premiums to the Pension Benefit Guaranty Corporation.

Actual cash contributions made to the pension plans could vary significantly from the estimates of plan obligations based on actual future returns on pension assets and future interes rates, both of which are highly unpredictable. Further, pension legislation or regulatory changes could increase CIGNA's funding requirements and pension cost.

See "Critical Accounting Estimates" on page 28 for the assumptions used to determine pension liabilities and the effects of hypothetical changes in those assumptions.

During 2004, CIGNA's minimum pension liabilities increas primarily due to a reduction in long-term interest rates use determine the accumulated benefit obligation, as well as th effect of the annual update of plan participant data, partial offset by the effect of stock market appreciation on plan as: The net effect was an after-tax decrease to shareholders' eq of $62 million.

See Note 8 to the Financial Statements for a detailed discussion of CIGNA's pension and other post-retirement benefit plans including the nature of accounting for and funding of these plans.

### Cost Reduction Programs

*First quarter 2005 program.* In the first quarter of 2005, CIGNA implemented a plan to further streamline operatio in the health care business and in supporting areas. As a re CIGNA recognized in other operating expenses a total pre- charge of $51 million ($33 million after-tax) for severance costs during 2005. The table below shows CIGNA's cost reduction activity (pre-tax) related to severance for this program.

| (In millions) | Health Care | Corporate | 1 |
|---|---|---|---|
| 2005 Charges | $ 22 | $ 29 | |
| 2005 Payments | (16) | (16) | |
| Balance as of December 31, 2005 | $ 6 | $ 13 | |

CIGNA expects to complete this program by mid-2006 an estimates annualized after-tax savings to be approximatel $65 million.

*Operational effectiveness review.* In 2004, CIGNA adopte restructuring program associated with planned organizati changes to streamline functional support resources and t adjust its operations to current business volumes. As a res CIGNA recognized in other operating expenses pre-tax cl of $86 million ($56 million after-tax), of which $75 milli pre-tax ($49 million after-tax) is noted as a special item i 2004. This program, which was substantially completed i 2005, resulted in annualized after-tax savings of approximately $80 million.

LINA 0189539

MANAGEMENT'S DISCUSSION AND ANALYSIS

The table below shows CIGNA's restructuring activity (pre-tax) related to severance and real estate for this program:

| (In millions) | Health Care/ Disability and Life* | Corporate | Total |
|---|---|---|---|
| 2004 Activity: | | | |
| Charges: | | | |
|   Severance | $ 39 | $ 35 | $ 74 |
|   Real estate and other | 11 | 1 | 12 |
|   Total | 50 | 36 | 86 |
| Payments: | | | |
|   Severance | (28) | (26) | (54) |
|   Real estate and other | (3) | — | (3) |
| Balance as of December 31, 2004 | $ 19 | $ 10 | $ 29 |
| 2005 payments: | | | |
|   Severance | (11) | (10) | (21) |
|   Real Estate and other | (3) | — | (3) |
| Balance as of December 31, 2005 | $ 5 | — | $ 5 |

\* *Includes restructuring charges of $2 million pre-tax in the Disability and Life segment.*

***Corporate effectiveness initiative.*** In 2003, CIGNA adopted a restructuring program to attain certain operational efficiencies in its corporate staff functions and to achieve additional cost savings. As a result, CIGNA recognized in other operating expenses a pre-tax charge in Corporate of $13 million ($9 million after-tax) for severance costs. This program, which was substantially completed in 2004, resulted in annualized after-tax savings of approximately $15 million reflecting the elimination of salary and benefits costs for terminated employees.

***Fourth quarter 2002 program.*** In 2002, CIGNA adopted a restructuring program primarily to realign the organizational structure and operations of its health care business. During 2003, CIGNA reduced the remaining liability for this program by $23 million pre-tax ($15 million after-tax). These reductions were primarily due to higher than expected attrition (which did not result in severance benefits or costs) and lower costs relating to outplacement and other services.

This restructuring program was substantially completed in the fourth quarter of 2003. Net annual after-tax savings from this program were approximately $150 million in 2004, reflecting the elimination of salary and benefit costs for terminated employees and lower facility costs.

### Regulatory and Industry Developments

***Employee benefits regulation.*** The business of administering and insuring employee benefit programs, particularly health care programs, is heavily regulated by federal and state laws and administrative agencies, such as state departments of insurance and the federal Departments of Labor and Justice, as well as the courts. Regulation and judicial decisions have resulted in changes to industry and CIGNA's business practices and will continue to do so in the future. In addition, CIGNA's subsidiaries are routinely involved with various claims, lawsuits and regulatory audits and investigations that could result in financial liability, changes in business practices, or both. Health care regulation in its various forms could have an adverse effect on CIGNA's health care operations if it inhibits CIGNA's ability to respond to market demands or results in increased medical or administrative costs without improving the quality of care or services.

Other possible regulatory changes that could have an adverse effect on CIGNA's employee benefits businesses include:

- additional mandated benefits or services that increase costs without improving the quality of care;
- legislation that would grant plan participants broader rights to sue their health plans;
- changes in ERISA regulations resulting in increased administrative burdens and costs;
- additional restrictions on the use of prescription drug formularies;
- additional privacy legislation and regulations that interfere with the proper use of medical information for research, coordination of medical care and disease and disability management;
- additional rules establishing the time periods for payment of health care provider claims that vary from state to state;
- legislation that would exempt independent physicians from antitrust laws; and
- changes in federal tax laws, such as amendments that could affect the taxation of employer provided benefits.

The employee benefits industry remains under scrutiny by various state and federal government agencies and could be subject to government efforts to bring criminal actions in circumstances that could previously have given rise only to civil or administrative proceedings.

***Distributions from policyholders' surplus account.*** The American Jobs Creation Act of 2004 suspends, for a two-year period commencing January 1, 2005, the tax liability of stock life insurance companies on distributions from the policyholders' surplus account. CIGNA's principal subsidiary distributed, with regulatory approval, the entire account balance of $450 million to the parent company during 2005 without incurring federal income tax.

***Litigation and other legal matters.*** In 2004, a Florida federal court handling multi-district health care litigation against CIGNA and several health care industry competitors approved a settlement agreement between the physician class and CIGNA and dismissed all claims by the physician class members against CIGNA. A dispute with a representative of certain physicians over administration of the settlement with the physician class is likely to be resolved in mid 2006. In April 2005, the court approved a settlement between CIGNA and the remaining plaintiffs, a class of non-physician health care professionals.

31

In 2003, CIGNA recorded an after-tax charge of $37 million ($57 million pre-tax) to increase the reserve for this health care litigation. CIGNA had previously recognized an after-tax charge of $50 million ($77 million pre-tax) in 2002 for expected costs associated with the multi-district litigation. The reserve reflects insurance recoveries.

Various regulators, including the New York and Connecticut Attorneys General and the Florida Insurance Department, have been investigating insurance broker compensation. Some regulators have brought suit against certain insurance brokers, including Universal Life Resources (ULR), alleging, among other things, that these brokers sought rigged bids from, and steered business to, insurers with whom they had contingent compensation arrangements. CIGNA and some of its subsidiaries are included in one such lawsuit seeking injunctive relief against these types of contingent compensation arrangements. CIGNA is also providing information about ULR in connection with an investigation by the U.S. Attorney's Office for the Southern District of California. In addition, CIGNA is providing information about another broker in connection with an investigation by the U.S. Department of Labor. CIGNA is cooperating with the inquiries and investigations by regulators and the U.S. Attorney's Office. Separately, several purported class action lawsuits have been filed against brokers and insurance companies, including CIGNA and certain of its subsidiaries, asserting that contingent commissions are unlawful. These suits are now in a multi-district litigation proceeding in federal court in New Jersey. CIGNA disagrees with the assertions against it in the lawsuits.

In 2004, the New York Attorney General commenced a lawsuit against Express Scripts, Inc. and two CIGNA insurance companies. Under an agreement with the CIGNA companies, Express Scripts is responsible for administering the prescription drug benefit program under New York State's principal employee health plan, the Empire Plan. The CIGNA companies insured the prescription drug benefit program and held the contract with the New York State Department of Civil Service. The complaint primarily focuses on administration of the prescription drug benefit program.

A purported class action lawsuit and a shareholder derivative lawsuit against CIGNA and certain of its senior officers and directors allege securities law violations and breach of fiduciary duty. These suits originated in 2002.

Plaintiffs representing CIGNA Pension Plan participants who earned certain Plan benefits prior to 1998 filed a class action lawsuit against CIGNA and the CIGNA Pension Plan. The plaintiffs allege, among other things, that the Plan violated ERISA by impermissibly conditioning certain post-1997 benefit accruals on the amount of pre-1998 benefit accruals, that these conditions are not adequately disclosed to Plan participants, and that the Plan's cash balance formula discriminates against older employees.

See "Unicover and other run-off reinsurance" on page 38 for description of legal matters arising out of the run-off reinsurance operations.

CIGNA is routinely involved in numerous claims, lawsuits, regulatory audits, investigations and other legal matters arising, for the most part, in the ordinary course of the business of administering and insuring employee benefit programs. An increasing number of claims are being made fo substantial non-economic, extra-contractual or punitive damages. The outcome of litigation and other legal matters always uncertain, and outcomes that are not justified by the evidence can occur. CIGNA believes that it has valid defense to the legal matters pending against it and is defending itsel vigorously. Nevertheless, it is possible that resolution of one or more of the legal matters currently pending or threatene could result in losses material to CIGNA's consolidated resu of operations, liquidity or financial condition.

*Summary.* The eventual effect on CIGNA of the changing environment in which it operates remains uncertain. For additional information on contingencies that could affect CIGNA's results, see Note 20 to the Financial Statements.

### Accounting Pronouncements

For information on recent accounting pronouncements, se Note 2(B) to the Financial Statements.

### Segment Reporting

Operating segments generally reflect groups of related products, but the International segment is generally based geography. CIGNA measures the financial results of its segments using "segment earnings (loss)," which is define income (loss) from continuing operations excluding realiz investment gains (losses). See Note 19 to the Financial Statements for additional segment information and a reconciliation of segment earnings (loss) to CIGNA's consolidated income from continuing operations.

In 2004, CIGNA completed the sale of its retirement bene business and also realigned management responsibility fo operations that provide case management and related ser to workers' compensation insurers and employers who sel fund workers' compensation and disability benefits. To appropriately reflect the impact of these actions, CIGNA changed its segment reporting, and prior periods were reclassified to conform to this presentation:

- the sold retirement benefits business is reported in the Run-off Retirement segment;
- the corporate life insurance business (previously repor in the Retirement segment) was retained and is report Other Operations; and
- results from the disability and workers' compensation management activities (previously reported in the He Care segment) are included in the Disability and Life segment.

32

LINA 0189541