Also in 2004, corporate overhead previously allocated to the sold retirement benefits business was reported in Corporate.

## HEALTH CARE

*(in millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $10,177 | $10,868 | $12,284 |
| Net investment income | 275 | 283 | 283 |
| Other revenues | 1,091 | 1,027 | 929 |
| Segment revenues | 11,543 | 12,178 | 13,496 |
| Benefits and expenses | 10,494 | 10,990 | 12,845 |
| Income before taxes | 1,049 | 1,188 | 651 |
| Income taxes | 361 | 425 | 222 |
| Segment earnings | $ 688 | $ 763 | $ 429 |
| Realized investment gains, net of taxes | $ 1 | $ 15 | $ 44 |
| Special items (after-tax) included in segment earnings: | | | |
| Cost reduction initiatives | $ (14) | $ (28) | $ 25 |
| Health care provider litigation | $ — | $ — | $ (37) |
| Intangible asset write-off for provider contracts | $ — | $ — | $ (10) |

The Health Care segment provides health care and related products and services. Key product lines include medical coverages and related specialty health care products and services such as pharmacy, behavioral health, dental benefits and disease management. This segment also includes group disability and life insurance products that were historically sold in connection with certain experience-rated medical accounts that continue to be managed by the health care business.

### Results

Segment earnings include favorable prior year claim development of $137 million in 2005, $106 million in 2004 and $33 million in 2003. Excluding prior year claim development, segment earnings decreased in 2005 primarily reflecting the impact of net membership declines on revenues, partially offset by lower operating expenses and higher earnings in specialty health care operations.

Excluding prior year claim development, segment earnings increased in 2004 primarily reflecting:

- improvement in the experience-rated, Commercial HMO and guaranteed cost businesses because of strong pricing and underwriting execution, as well as improved medical cost management; and

- higher earnings in specialty health care operations.

These increases were partially offset by the impact of membership declines in all businesses.

### Premiums and Fees

Premiums and fees decreased in 2005 and 2004 primarily due to declining membership, partially offset by rate increases.

| *(In millions)* | 2005 | 2004 | 2003 |
|---|---|---|---|
| Commercial HMO | $ 2,646 | $ 3,191 | $ 4,060 |
| Experience-rated medical | 2,836 | 2,937 | 3,216 |
| Dental | 899 | 888 | 944 |
| Medicare and Medicaid | 286 | 286 | 450 |
| Other medical[1] | 1,389 | 1,177 | 895 |
| Life and other non-medical | 399 | 496 | 638 |
| Total premiums | 8,455 | 8,975 | 10,203 |
| Fees | 1,722 | 1,893 | 2,081 |
| Total premiums and fees | $10,177 | $10,868 | $12,284 |

[1] *Other medical premiums include risk revenue for other guaranteed cost medical and specialty products.*

### Benefits and Expenses

Health Care segment benefits and expenses consist of the following:

| *(In millions)* | 2005 | 2004 | 2003 |
|---|---|---|---|
| Medical claims expense | $ 6,305 | $ 6,616 | $ 8,068 |
| Other benefit expenses | 347 | 484 | 616 |
| Other operating expenses | 3,842 | 3,890 | 4,161 |
| Total benefits and expenses | $10,494 | $10,990 | $12,845 |

See Note 5 to the Financial Statements for additional information about medical claims payable and medical claims expenses.

### Medical Membership

CIGNA's medical membership includes any person for whom CIGNA retains medical underwriting risk, who uses a CIGNA network for services covered under their medical coverage or for whom CIGNA administers medical claims. As of December 31, estimated medical membership was as follows:

| *(In thousands)* | 2005 | 2004 | 2003 |
|---|---|---|---|
| Guaranteed cost: | | | |
| Commercial HMO | 813 | 900 | 1,332 |
| Medicare and Medicaid | 32 | 33 | 42 |
| Other | 214 | 56 | 74 |
| Experience-rated[2] | 1,129 | 1,257 | 1,420 |
| Services | 6,902 | 7,455 | 8,667 |
| Total medical membership | 9,090 | 9,701 | 11,535 |

[2] *Includes minimum premium members, which have a risk profile similar to experience-rated funding arrangements. The risk portion of minimum premium revenue is reported in experience-rated medical premium whereas the self funding portion of minimum premium revenue is recorded in fees.*

LINA 0189542

Medical membership decreased in 2005 and 2004, due to a decline in new business sales and lower retention of existing accounts. These declines are primarily attributable to CIGNA maintaining underwriting discipline in a competitive pricing environment, while continuing to work to reduce medical and operating expenses, which affect the competitiveness of CIGNA's health care products. Medical membership has been stable since January 1, 2005.

**Operational Improvement**

CIGNA continues to focus on improving operational effectiveness and the financial results of its health care operations. Key areas of focus are:

- offering products that meet emerging market and consumer trends;

- improving medical membership results;

- lowering medical cost trends;

- continuing to deliver quality member service; and

- lowering administrative expenses.

*Offering products that meet emerging trends.* CIGNA offers the CIGNA Choice Fund[SM], which is a set of consumer-directed capabilities that includes options for health reimbursement arrangements and/or health savings accounts and enables consumers to make effective health decisions using information tools provided by CIGNA. During 2005, CIGNA acquired Choicelinx, a benefits technology and services company. This acquisition adds new technology capabilities for offering personalized health care products and decision support tools to consumers. The CIGNATURE[SM] suite of products, allows employers to choose the funding arrangement that is appropriate for the employer and level of medical management that is appropriate for their employee population.

Also in 2005, CIGNA announced its strategic alliance with NationsHealth, Inc. (a distribution and services company) to jointly deliver Medicare Part D prescription drug plans. CIGNA received regulatory approval for its Medicare Part D prescription plan benefit program, which took effect in January 2006.

*Improving medical membership results.* CIGNA is working to improve medical membership with:

- a diverse product portfolio that meets emerging consumer-directed trends;

- consistent and responsive member service delivery;

- competitive provider networks;

- strong clinical quality in medical, specialty health care and disability management;

and by continuing to implement the other operational improvements described below. Since 2004, CIGNA has formed several strategic alliances with regional health care companies and acquired Managed Care Consultants of Nevada in 2005. These strategic actions are designed to:

- strengthen CIGNA's national provider network;

- enhance CIGNA's ability to provide superior medical a: disease management programs;

- provide administrative ease for multi-state employers; :

- grow membership in key geographic areas, as well as providing a basis for lowering medical costs.

CIGNA believes that its medical management model, focu clinical quality and ability to integrate health and related benefit solutions position the company to improve membership results.

*Lowering medical cost trend.* CIGNA operates under a centralized medical management model, which helps faci consistent levels of care for its members and reduces infrastructure expenses.

CIGNA is focused on reducing its medical cost trend by managing unit medical costs more effectively. To help ac this end, CIGNA continues to focus on renegotiating con with certain facilities to limit increases in medical reimbursement costs. In addition, CIGNA seeks to streng its network position through acquisitions and strategic alliances in selected markets.

*Continuing to deliver quality member service.* Substanti all health care members are served on a service and syste platform that was introduced in 2002. Since 2003, custo satisfaction rates related to the migration process have b strong.

*Lowering administrative expenses.* Early in 2005 and 20 CIGNA took additional steps to realign its organization a consolidate support functions in an effort to increase efficiency and responsiveness to customers. Reducing co and operating more efficiently are components of CIGN plan to improve profitability. CIGNA continues to perfo operational reviews in order to identify additional cost savings.

34

MANAGEMENT'S DISCUSSION AND ANALYSIS

## DISABILITY AND LIFE

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $2,065 | $1,923 | $1,807 |
| Net investment income | 264 | 253 | 250 |
| Other revenues | 198 | 202 | 197 |
| Segment revenues | 2,527 | 2,378 | 2,254 |
| Benefits and expenses | 2,208 | 2,125 | 2,043 |
| Income before taxes | 319 | 253 | 211 |
| Income taxes | 92 | 71 | 56 |
| Segment earnings | $ 227 | $ 182 | $ 155 |
| Realized investment gains (losses), net of taxes | $ (4) | $ 20 | $ 39 |
| Special item (after-tax) included in segment earnings: | | | |
| Restructuring items, net | $ — | $ (1) | $ 1 |

The Disability and Life segment includes group:

- disability insurance;

- disability and workers' compensation case management;

- life insurance; and

- accident and specialty association insurance.

### Results

Disability and Life segment earnings increased in 2005, primarily reflecting:

- favorable mortality experience in the life and accident insurance businesses;

- improved operating expense margins; and

- continued strong disability earnings.

Disability and Life segment earnings increased in 2004, primarily reflecting:

- favorable mortality experience in the life insurance business;

- improved expense management in part due to restructuring related actions; and

- higher premiums and fees in the disability and life insurance businesses.

These factors were partially offset by lower results in the accident and specialty association businesses.

### Premiums and Fees

Premiums and fees increased in 2005 and 2004 primarily reflecting higher new business and strong customer retention in both the life and disability insurance businesses.

## INTERNATIONAL

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $1,243 | $1,026 | $855 |
| Net investment income | 71 | 58 | 49 |
| Other revenues | (4) | 5 | 11 |
| Segment revenues | 1,310 | 1,089 | 915 |
| Benefits and expenses | 1,155 | 971 | 830 |
| Income before taxes | 155 | 118 | 85 |
| Income taxes | 46 | 42 | 30 |
| Segment earnings | $ 109 | $ 76 | $ 55 |
| Realized investment gains, net of taxes | $ — | $ 1 | $ 5 |
| Special items (after-tax) included in segment earnings: | | | |
| IRS tax settlement | $ 7 | $ — | $ — |
| Gain on sale of Japanese pension operations | $ — | $ — | $ 5 |

### Results

Excluding the special item noted above, International segment earnings increased in 2005 primarily due to:

- strong revenue growth in the life, accident and health insurance business, particularly in South Korea; and

- earnings growth in the expatriate employee benefits business.

Excluding the special item noted in 2003, International segment earnings increased in 2004 primarily due to:

- strong revenue growth in the life, accident and health insurance business, particularly in South Korea;

- favorable prior year claims development as well as membership growth in the expatriate employee benefits business; and

- the positive impact of the divestiture of non-strategic businesses.

### Premiums and Fees

Premiums and fees increased in 2005 and 2004 reflecting:

- new sales growth and improved customer retention in the life, accident and health insurance operations, particularly in South Korea; and

- higher premiums and fees for the expatriate employee benefits business resulting from membership growth.

35

LINA 0189544

**Other Matters**

International's products include coverages for employees and individuals who may be exposed to acts of terrorism, the events of a war zone or natural disasters. These risks could result in a concentration of loss if a single adverse event affected many covered individuals, and in certain situations could lead to losses that could be material to segment earnings and CIGNA's consolidated results.

South Korea represents the single largest geographic market for CIGNA's international businesses. In 2005, South Korea generated 27% of International's revenues and 41% of its segment earnings. International's business in South Korea would be vulnerable to adverse consumer credit conditions in that country. In addition, geopolitical and economic events in South Korea could have a significant impact on the International segment.

## RUN-OFF RETIREMENT

(In millions)

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $ 2 | $ 215 | $ 271 |
| Net investment income | 144 | 467 | 1,413 |
| Other revenues | 348 | 562 | (126) |
| Segment revenues | 494 | 1,244 | 1,558 |
| Benefits and expenses | 180 | 828 | 1,238 |
| Income before taxes | 314 | 416 | 320 |
| Income taxes | 105 | 134 | 98 |
| Segment earnings | $209 | $ 282 | $ 222 |
| Realized investment gains, net of taxes | $ 5 | $ 296 | $ 32 |
| Special items (after-tax) included in segment earnings: | | | |
| Accelerated recognition of deferred gain on sale of retirement benefits business | $204 | $ 220 | $ — |
| Net charge associated with modified coinsurance arrangements | $ (8) | $ (25) | $ — |
| Effect of new accounting pronouncement (see Note 2 to the Financial Statements) | $ — | $ (11) | $ — |
| Reduction in allowance against amounts recoverable from pension policyholders | $ — | $ — | $ 33 |

Segment earnings for Run-off Retirement include:

- gain recognition related to the sale of the retirement benefits business;
- results of modified coinsurance arrangements;
- expenses associated with the run-off of this business; and
- results of the retirement benefits business prior to the April 2004 sale.

Since completing the sale of the retirement benefits business on April 1, 2004, net investment income represents amounts associated with the portion of the retirement benefits busines: reinsured under modified coinsurance arrangements and is offset by amounts included in benefits and expenses.

**Results**

Run-off Retirement segment earnings include the special iten noted in the table above. Excluding these items, segment earnings decreased for 2005 due to the absence of earnings after the sale of this business in 2004 and due to lower norm deferred gain amortization reflecting significant acceleration of gains in 2004 and early 2005 resulting from transfers of underlying contracts to the buyer of the retirement benefits business.

Excluding special items, segment earnings decreased in 2004 primarily due to the sale of the retirement benefits business and higher compensation and related benefit expenses to retain key employees associated with this business. These decreases were partially offset by the recognition of normal deferred gain amortization.

**Other Revenues**

Other revenues include:

| (In millions, pre-tax) | 2005 | 2004 | 2 |
|---|---|---|---|
| Normal deferred gain amortization | $ 24 | $ 80 | $ |
| Accelerated deferred gain amortization | $322 | $342* | $ |
| Changes in fair value of securities supporting experience-rated pension policyholder contracts | $ — | $165 | $ |

* Of this amount, $338 million is noted as a special item.

LINA 0189545

## RUN-OFF REINSURANCE

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $ 92 | $ 80 | $ 84 |
| Net investment income | 99 | 92 | 82 |
| Other revenues | (48) | (162) | (551) |
| Segment revenues | 143 | 10 | (385) |
| Benefits and expenses | 219 | 118 | 155 |
| Loss before taxes (benefits) | (76) | (108) | (540) |
| Income taxes (benefits) | (12) | 7 | (181) |
| Segment loss | $(64) | $(115) | $(359) |
| Realized investment gains (losses), net of taxes | $ (2) | $ 5 | $ 13 |
| Special item (after-tax) included in segment earnings: | | | |
| Reserve charge on guaranteed minimum death benefit contracts | $ — | $ — | $(286) |

CIGNA's reinsurance businesses are in run-off. No new reinsurance business has been underwritten since the sale of the U.S. individual life, group life and accidental death reinsurance business in 2000.

### Results

Segment loss for Run-off Reinsurance was lower in 2005 reflecting:

- lower reserve increases for personal accident and workers' compensation lines of business; and

- lower reserves for credit risk.

Excluding the special item noted above, segment loss in 2004 was higher than 2003 due to:

- increases in reserves for disputed contracts and reserves for credit risk; and

- increases to a valuation allowance against deferred tax assets from continued losses.

These factors were partially offset by lower reserve increases in the workers' compensation and personal accident businesses.

### Other Revenues

CIGNA maintains a program to substantially reduce the equity market exposures relating to guaranteed minimum death benefit contracts by entering into exchange-traded futures contracts and foreign currency forward contracts (see below). Other revenues include pre-tax losses of $48 million in 2005, $165 million in 2004 and $550 million in 2003 from these contracts. Expense offsets reflecting corresponding changes in liabilities for these guaranteed minimum death benefit contracts were included in benefits and expenses. The notional amount of the futures contract positions held by CIGNA at December 31, 2005 was $1.0 billion. There were no foreign currency forward contracts held at December 31, 2005.

### Other Matters

*Guaranteed minimum death benefit contracts.* CIGNA's reinsurance operations, which were discontinued in 2000 and are now an inactive business in run-off mode, reinsured a guaranteed minimum death benefit under certain variable annuities issued by other insurance companies. These variable annuities are essentially investments in mutual funds combined with a death benefit. CIGNA has equity and other market exposures as a result of this product.

The majority of CIGNA's exposure arises under annuities that guarantee that the benefit received at death will be no less than the highest historical account value of the related mutual fund investments on a contractholder's anniversary date. Under this type of death benefit, CIGNA is liable to the extent the highest historical anniversary account value exceeds the fair value of the related mutual fund investments at the time of a contractholder's death. Other annuity designs that CIGNA reinsured guarantee that the benefit received at death will be:

- the contractholder's account value as of the last anniversary date (anniversary reset); or

- no less than net deposits paid into the contract accumulated at a specified rate or net deposits paid into the contract.

In periods of declining equity markets and in periods of flat equity markets following a decline, CIGNA's liabilities for these guaranteed minimum death benefits increase. Similarly, in periods of rising equity markets, CIGNA's liabilities for these guaranteed minimum death benefits decrease. Beginning in 2002 with the implementation of the program to reduce equity market exposure discussed below, the favorable and unfavorable effects of the equity market on the reserve are largely offset in other revenues as a result of the related futures gains or losses.

The determination of liabilities for guaranteed minimum death benefits requires CIGNA to make critical accounting estimates. CIGNA describes the assumptions used to develop the reserves for these death benefits, and provides the effects of hypothetical changes in those assumptions on page 26. See Note 6 to the Financial Statements for additional information about these assumptions and the reserve balances.

During the first quarter of 2005, CIGNA completed its normal review of assumptions and recorded an after-tax charge of $11 million ($17 million pre-tax). This charge primarily resulted from an update to lapse assumptions based on emerging experience. The charge also reflects updates to partial surrender assumptions, reflecting the impact of stock market declines, as well as other assumptions. Also in 2005, CIGNA updated its mortality and expense assumptions for these contracts.

3

In the second quarter of 2003, CIGNA recognized an after-tax charge of $286 million ($441 million pre-tax) to increase reserves following an analysis of experience and reserve assumptions (see Note 6 to the Financial Statements for additional information on this charge). Prior to the second quarter of 2003, CIGNA's experience of partial surrenders under its guaranteed minimum death benefit contracts was not sufficient to support an explicit reserve assumption. Separately, from mid-2002 through the first quarter of 2003, CIGNA experienced continued adverse mortality development under these contracts. During the second quarter of 2003, CIGNA conducted a special review of the emerging partial surrender activity to determine if sufficient credible data existed for an explicit reserve assumption. The review also included a detailed study of other reserve assumptions, including mortality, to validate the cause of the adverse experience and to determine whether or not long-term mortality expectations should be changed.

As a result of the review, CIGNA recorded the after-tax charge of $286 million referenced above consisting of the following:

- $169 million for the addition of an explicit assumption for both actual and projected future partial surrenders. This estimate is based on annual election rates that vary depending on the net amount at risk for each policy (see Note 6 for more information);

- $56 million primarily reflecting refinements to assumptions relating to the timing of lapses, death benefits and premiums to better reflect CIGNA's experience;

- $39 million due to higher assumed mortality reflecting adverse experience based on contractholder deaths during the period from late 2000 into 2003; and

- $22 million resulting from a decrease in assumed mean investment performance reflecting experience and future expectations based on history for similar investments and considering CIGNA's program to reduce equity market exposures (described below).

As a result of equity market declines and volatility early in the third quarter of 2002, CIGNA evaluated alternatives for addressing the exposures associated with these reinsurance contracts, considering the possibility of continued depressed equity market conditions, the potential effects of further equity market declines and the impact on future earnings and capital. As a result of this evaluation, CIGNA implemented a program to substantially reduce the equity market exposures of this business by selling exchange-traded futures contracts, which are expected to rise in value as the equity market declines and decline in value as the equity market rises.

During 2003, CIGNA began using foreign currency forward contracts as part of its program to reduce international equity market risks associated with this business. During 2005, CIGNA replaced these forward contracts with foreign currency futures contracts. CIGNA expects to adjust the futures contract positions and may enter into other contract positions over time, to reflect changing equity market levels and changes in

the investment mix of the underlying variable annuity investments. For further information and details on these contracts and the program adopted to reduce related equity market risk, refer to Note 6 of the Financial Statements.

As of December 31, 2005, the aggregate fair value of the underlying mutual fund investments was approximately $4( billion. The death benefit coverage in force as of that date (representing the amount that CIGNA would have to pay if 1.0 million contractholders had died on that date) was approximately $7.0 billion. The death benefit coverage in force represents the excess of the guaranteed benefit amoun over the fair value of the underlying mutual fund investments.

**Guaranteed minimum income benefit contracts.** CIGNA h also written reinsurance contracts with issuers of variable annuity contracts that provide annuitants with certain guarantees related to minimum income benefits. See page ( for further information about these contracts.

**Unicover and other run-off reinsurance.** The Run-off Reinsurance operations participate in a workers' compensat reinsurance pool, which ceased accepting new risks in early 1999. This pool was formerly managed by Unicover Manag Inc. The pool purchased significant reinsurance (retrocessional) protection for its assumed risks. Disputes concerning these retrocessional contracts have resulted in ( number of arbitrations, most of which have been resolved settled. The remaining disputes are expected to be resolved 2006.

Run-off Reinsurance also includes other (non-Unicover) workers' compensation reinsurance contracts, as well as personal accident reinsurance contracts, including contrac assumed in the London market. CIGNA is in dispute and arbitration with some ceding companies over the amount liabilities assumed under their contracts, and expects that these disputes and arbitrations will be substantially resolve by the end of 2007.

In addition, CIGNA obtained retrocessional reinsurance coverage for a significant portion of its liabilities under th contracts and some of these retrocessionaires have dispute the validity of their contracts with CIGNA. Many of these disputes with retrocessionaires have been resolved or settl Most of the remaining significant disputes relating to the retrocessional reinsurance coverage are expected to be reso in 2006. CIGNA bears the risk of loss if the retrocessionair are unable to meet their reinsurance obligations to CIGN/

Unfavorable claims experience related to workers' compensation and personal accident exposures is possible could result in future losses, including losses attributable the inability to recover amounts from retrocessionaires (e due to disputes with the retrocessionaires or their financi condition).

LINA 0189547

MANAGEMENT'S DISCUSSION AND ANALYSIS

*Summary.* CIGNA's reserves for amounts recoverable from retrocessionaires, as well as for underlying reinsurance exposures assumed by CIGNA, are considered appropriate as of December 31, 2005, based on current information. However, it is possible that future developments could have a material adverse effect on CIGNA's consolidated results of operations, and, in certain situations, could have a material adverse effect on CIGNA's financial condition.

## OTHER OPERATIONS

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Premiums and fees | $116 | $124 | $159 |
| Net investment income | 465 | 475 | 517 |
| Other revenues | 100 | 173 | 216 |
| Segment revenues | 681 | 772 | 892 |
| Benefits and expenses | 512 | 559 | 720 |
| Income before taxes | 169 | 213 | 172 |
| Income taxes | 39 | 71 | 61 |
| Segment earnings | $130 | $142 | $111 |
| Realized investment gains (losses), net of taxes | $(11) | $ 24 | $ (35) |
| Special items included in segment earnings: | | | |
| IRS tax settlement | $ 11 | $ — | $ — |
| Gain on sale of investment advisory businesses | $ — | $ 12 | $ — |

Other Operations consist of:

- deferred gains recognized from the 1998 sale of the individual life insurance and annuity business;

- corporate life insurance (including policies on which loans are outstanding);

- settlement annuity business; and

- certain investment management services (a significant portion of which were sold in 2004).

**Results**

Excluding the special item noted above, segment earnings for Other Operations in 2005 reflect:

- the absence of a favorable reserve adjustment recorded in 2004 related to participating corporate life insurance policies;

- the absence of severance and employee retention costs recorded in 2004 associated with the investment operations supporting the sold retirement benefits business; and

- favorable tax adjustments.

Segment earnings for Other Operations increased in 2004 primarily because of higher earnings in the leveraged corporate insurance business due to year over year changes in the dividend liability for participating policies and favorable

reserve adjustments as a result of policy surrenders (see Other Matters below).

This increase was partially offset by:

- lower 2004 earnings in the individual life insurance and annuity business due to a favorable gain adjustment recognized in 2003, an increase to litigation reserves and lower amortized gains; and

- higher severance and employee retention costs associated with the investment operations supporting the sold retirement benefits business and the sale of the investment advisory businesses.

**Other Matters**

*Tax benefits for corporate life insurance.* Federal legislation in 1996 eliminated on a prospective basis the tax deductibility of policy loan interest for most leveraged corporate life insurance products, and an Internal Revenue Service (IRS) initiative in 2001 encouraged policyholders to settle tax disputes regarding these products. As a result, some customers have surrendered their policies and management expects earnings associated with these products to continue to decline.

## CORPORATE

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Segment loss | $(12) | $(114) | $(127) |
| Special items (after-tax) included in segment loss: | | | |
| IRS tax settlement | $ 63 | $ — | $ — |
| Cost reduction charge | $(19) | $ (20) | $ (9) |
| Federal tax refund | $ — | $ 28 | $ — |

Corporate reflects amounts not allocated to segments, such as interest expense on corporate debt, net investment income on unallocated investments, intersegment eliminations, compensation cost for stock options and certain corporate overhead expenses.

Excluding special items, the decline in 2005 segment loss reflects:

- lower stock compensation expense primarily due to a decrease in the number of stock options granted and higher forfeitures;

- favorable tax adjustments;

- overhead costs included in 2004 associated with the sold retirement benefits business; and

- costs recorded in 2004 associated with retiring $76 million of long-term debt.

Excluding special items, the loss increased in 2004 primarily due to:

- the inclusion of overhead costs previously allocated to the sold retirement benefits business;

LINA 0189548

- costs associated with retiring $76 million of long-term debt; and

- higher stock option expenses in 2004.

These factors were partially offset by higher investment income, lower expenses and favorable tax adjustments.

### DISCONTINUED OPERATIONS

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Loss before income tax benefits | $ — | $— | $ (3) |
| Income tax benefits | (349) | — | (1) |
| Income (loss) from operations | 349 | — | (2) |
| Gains on sales, net of tax of $25 | — | — | 50 |
| Income from discontinued operations, net of taxes | $ 349 | $— | $48 |

Income from discontinued operations in 2005 represents income tax benefits recognized in 2005 from past divestitures. See page 24 for additional information.

Income from discontinued operations in 2003 was primarily after-tax gains on sales of businesses, including:

- $32 million related to Lovelace (see page 30); and

- $18 million related to the Brazilian health care operations (see page 30).

### LIQUIDITY AND CAPITAL RESOURCES

*(In millions)*

| Financial Summary | 2005 | 2004 | 2003 |
|---|---|---|---|
| Short-term investments | $ 439 | $ 71 | $ 147 |
| Cash and cash equivalents | $1,709 | $2,519 | $1,392 |
| Short-term debt | $ 100 | $ — | $ — |
| Long-term debt | $1,338 | $1,438 | $1,500 |
| Shareholders' equity | $5,360 | $5,203 | $4,607 |

### Liquidity

CIGNA normally meets its operating requirements by:

- maintaining appropriate levels of cash, cash equivalents and short-term investments;

- using cash flows from operating activities; and

- matching investment maturities to the estimated duration of the related insurance and contractholder liabilities (see page 46 for additional information).

CIGNA's insurance and HMO subsidiaries are subject to regulatory restrictions that limit the amount of dividends or other distributions (such as loans or cash advances) these subsidiaries may provide to the parent company without prior approval of regulatory authorities. CIGNA does not expect these restrictions to limit the use of operating cash flows of the insurance and HMO subsidiaries for CIGNA's general corporate purposes.

See Note 15 for additional information.

Cash flows from continuing operations for the years ended December 31 were as follows:

| *(In millions)* | 2005 | 2004 | 200. |
|---|---|---|---|
| Operating activities | $ 718 | $ 1,450 | $ 2,41 |
| Investing activities | $ 258 | $ 1,218 | $ (79 |
| Financing activities | $(1,785) | $(1,541) | $(1,80 |

Cash and cash equivalents decreased $810 million in 2005 and increased $1.1 billion in 2004.

Cash flows from operating activities consist of cash receipts and disbursements for premiums and fees, gains (losses) recognized in connection with CIGNA's program to manage equity market risk related to reinsured guaranteed minimum death benefit contracts, investment income, taxes, and benefits and expenses.

**2005:**

The full year decrease in cash flows from operating activities was affected by the following items in 2005 and 2004:

- absence of the 2004 net proceeds from sales and maturiti of securities supporting experience-rated pension policyholder contracts of $1.0 billion. These proceeds we used to fund most of the 2004 withdrawals from contractholder deposit funds discussed below under financing;

- 2005 voluntary pension contributions of $440 million;

- lower tax payments in 2005 compared with 2004 of $55 million, primarily due to the taxes paid in 2004 related the sale of the retirement benefits business and a refund received in 2005 associated with the sale of the property and casualty insurance business (reported as discontinu operations); and

- lower losses in 2005 compared with 2004 of $117 millic associated with futures and forward contracts entered ir as part of a program to manage equity market risks in th run-off reinsurance segment.

Excluding these items, cash flow from operating activities increased. The decline in cash revenues, which resulted fro membership losses in the health care operations, was mor than offset by lower paid benefits and operating expenses.

Cash provided by investing activities primarily consists of

- net sales of investments ($338 million), partially offset

- net purchases of property and equipment ($61 million

Cash used in financing activities consists of:

- repurchase of and payments of dividends on common stock ($1.6 billion);

- net withdrawals from contractholder deposit funds ($ million); and

- change in cash overdraft position ($216 million).

40

LINA 0189549

These factors were partially offset by proceeds of $346 million from issuances of common stock due to stock option exercises.

2004:

The decline in cash flows from operating activities compared with 2003 primarily reflects the following factors:

- net tax payments in 2004 of $687 million compared with tax refunds in 2003 of $245 million (primarily reflecting loss carrybacks attributable to net losses reported in 2002);

- lower cash flow as a result of the sale of the retirement benefits business in 2004;

- higher contributions to CIGNA's pension trust; and

- payment of $70 million related to the provider class action litigation (charges reported in the prior year).

These decreases were partially offset by the following:

- an increase in net proceeds from sales and maturities of securities supporting experience-rated pension policyholder contracts of $182 million. Such proceeds were used to fund most of the withdrawals from contractholder deposit funds discussed below under financing; and

- lower losses in 2004 compared with 2003 of $385 million associated with futures and forward contracts entered into as part of a program to manage equity market risks in the Run-off Reinsurance segment.

Cash provided by investing activities primarily consists of:

- proceeds from the sale of the retirement benefits business of $2.1 billion, partially offset by;

- net purchases of investments ($841 million); and

- net purchases of property and equipment ($38 million).

Cash used in financing activities consists of:

- repurchase of and payments of dividends on common stock ($776 million);

- net withdrawals from contractholder deposit funds ($739 million); and

- repayment of debt ($76 million).

### Interest Expense

Interest expense was $105 million in 2005, $107 million in 2004 and $111 million in 2003.

### Capital Resources

CIGNA's capital resources (primarily retained earnings and the proceeds from the issuance of long-term debt and equity securities) provide protection for policyholders, furnish the financial strength to underwrite insurance risks and facilitate continued business growth.

Senior management, guided by regulatory requirements and rating agency capital guidelines, determines the amount of capital resources that CIGNA maintains. Management allocates resources to new long-term business commitments when returns, considering the risks, look promising and when the resources available to support existing business are adequate.

CIGNA has sufficient capital resources to:

- provide capital necessary to support growth and maintain or improve the financial strength ratings of subsidiaries;

- consider acquisitions that are strategically and economically advantageous; and

- return capital to investors through share repurchase.

CIGNA has $500 million remaining under an effective shelf registration statement filed with the Securities and Exchange Commission, which may be issued as debt securities, equity securities or both. Management and the Board of Directors will consider market conditions and internal capital requirements when deciding whether CIGNA should issue new securities.

In May 2004, CIGNA entered into a three-year syndicated revolving credit and letter of credit agreement for $1.0 billion. Of this amount, up to $600 million may be used to support an internal reinsurance arrangement.

### Liquidity and Capital Resources Outlook

The availability of resources at the parent/holding company level is partially dependent on dividends from CIGNA's subsidiaries, most of which are subject to regulatory restrictions and rating agency capital guidelines. CIGNA expects, based on current projections for cash activity (including projections for dividends from subsidiaries), to have sufficient liquidity to meet its obligations, including:

- debt service requirements and dividend payments to CIGNA shareholders; and

- pension plan funding requirements.

However, if CIGNA's projections are not realized, the demand for funds could exceed available cash if:

- management uses cash for investment opportunities;

- a substantial insurance or contractholder liability becomes due before related investment assets mature;

- a substantial increase in funding is required for CIGNA's program to reduce the equity market risks associated with the guaranteed minimum death benefit contracts; or

- regulatory restrictions prevent the insurance and HMO subsidiaries from distributing cash to the parent company.

In those cases, CIGNA has the flexibility to satisfy liquidity needs through short-term borrowings, such as lines of credit.

LINA 0189550

See page 30 for information on the accelerated contributions in 2005 to CIGNA's pension plans.

## Ratings

CIGNA and certain of its insurance subsidiaries are rated by nationally recognized rating agencies. Ratings are always subject to change and there can be no assurance that CIGNA's current ratings will continue for any given period of time. As of February 21, 2006, the current ratings of CIGNA and CG Life were as follows:

| | CG Life Insurance Ratings | CIGNA Corporation Debt Ratings | |
| | | Senior Debt | Commercial Paper |
| --- | --- | --- | --- |
| A.M. Best | A- | — | — |
| Moody's | A3 | Baa3 | P3 |
| S&P | A- | BBB | A2 |
| Fitch | A | BBB | F2 |

CIGNA is committed to maintaining appropriate levels of capital in its subsidiaries to support ratings that meet customers' expectations, and to improving the earnings of the health care business. Ratings downgrades of CG Life could adversely affect new sales and retention of current business. Lower ratings at the parent company level would increase the cost to borrow funds.

For additional information, refer to the Ratings section in CIGNA's 2005 Form 10-K.

## Guarantees and Contractual Obligations

CIGNA, through its subsidiaries, is contingently liable for various financial guarantees provided and contractual obligations entered into in the ordinary course of business.

*Financial guarantees primarily associated with the retirement benefits business.* Separate account assets, primarily associated with the sold retirement benefits business, are contractholder funds maintained in accounts with specific investment objectives. CIGNA records separate account liabilities equal to separate account assets. In certain cases, CIGNA guarantees a minimum level of benefits for retirement and insurance contracts written in separate accounts. CIGNA establishes an additional liability if management believes that CIGNA will be required to make a payment under these guarantees.

Except as noted below, these guarantees are fully reinsured by an affiliate of the buyer of the retirement benefits business:

- CIGNA guarantees that separate account assets will be sufficient to pay certain retiree or life benefits. The sponsoring employers are primarily responsible for ensuring that assets are sufficient to pay these benefits and are required to maintain assets that exceed a certain percentage of benefit obligations. This percentage varies depending on the asset class within a sponsoring employer's portfolio (for example, a bond fund would require a lower percentage than a riskier equity fund) and

thus will vary as the composition of the portfolio changes. If employers do not maintain the required levels of separate account assets, CIGNA or an affiliate of the buyer has the right to redirect the management of the related assets to provide for benefit payments. As of December 31, 2005, employers maintained assets that exceeded the benefit obligations. Benefit obligations under these arrangements were $2.1 billion as of December 31, 2005. As of December 31, 2005, approximately 80% of these guarantees are reinsured by an affiliate of the buyer of the retirement benefits business. There were no additional liabilities required for these guarantees as of December 31, 2005.

- CIGNA guarantees that separate account assets, primarily fixed income investments, will be sufficient to pay retiree benefits for participants under a certain group annuity contract. These guarantees are fully reinsured by an affiliate of the buyer of the retirement benefits business. These guaranteed benefit obligations were $30 million as of December 31, 2005. CIGNA had no additional liabilities for these guarantees as of December 31, 2005.

*Other financial guarantees.* CIGNA had indemnification obligations to lenders of up to $336 million as of December 31, 2005 related to borrowings by certain real estate joint ventures which CIGNA either records as an investment or consolidates. These borrowings, which are nonrecourse to CIGNA, are secured by the joint ventures' real estate property with fair values in excess of the loan amounts and mature at various dates from 2006 to 2017. CIGNA's indemnification obligations would require payment to lenders for any actual damages resulting from certain acts such as unauthorized ownership transfers, misappropriation of rental payments by others or environmental damages. Based on initial and ongoing reviews of property management and operations, CIGNA does not expect that payments will be required under these indemnification obligations. Any payments that might be required could be recovered through a refinancing or sale of the assets. In some cases, CIGNA also has recourse to partners for their proportionate share of amounts paid. There were no liabilities required for these indemnification obligations as of December 31, 2005.

To enhance investment returns, CIGNA guaranteed principal payments for groups of primarily investment grade corporate debt issuers by entering into Dow Jones indexed credit default swaps with notional amounts of $290 million as of December 31, 2005. Under these contracts, CIGNA receives periodic fees to provide future payment if an issuer of an underlying corporate bond defaults on scheduled payment, files for bankruptcy through 2010. If a default or bankruptcy occurs, CIGNA will make payment for par value of the underlying corporate bond and may subsequently sell or hold that bond as an invested asset. CIGNA has recorded liability of less than $1 million for the fair value of these indexed credit default swaps as of December 31, 2005.

LINA 0189551

As of December 31, 2005, CIGNA guaranteed that it would compensate the lessor for a shortfall of up to $49 million in the market value of leased equipment at the end of the lease. Guarantees of $21 million expire in 2006 and $28 million expire in 2012.

CIGNA had additional liabilities for these guarantees of $2 million as of December 31, 2005.

CIGNA guaranteed construction loans of $23 million as of December 31, 2005 related to real estate joint venture investments. The loans are secured by joint venture real estate property with fair values in excess of the loan amounts and mature by 2008, including extension options. CIGNA would be required to repay the construction loans if permanent financing could not be obtained. There were no liabilities required for these guarantees as of December 31, 2005.

CIGNA had indemnification obligations as of December 31, 2005 in connection with acquisition and disposition transactions. These indemnification obligations are triggered by the breach of representations or covenants provided by CIGNA, such as representations for the presentation of financial statements, the filing of tax returns, compliance with law or the identification of outstanding litigation. These obligations are typically subject to various time limitations, defined by the contract or by operation of law, such as statutes of limitation. In some cases, the maximum potential amount due is subject to contractual limitations based on a percentage of the transaction purchase price, while in other cases limitations are not specified or applicable. CIGNA does not believe that it is possible to determine the maximum potential amount due under these obligations, since not all amounts due under these indemnification obligations are subject to limitation. As of December 31, 2005, aggregate liabilities for these obligations were less than $5 million.

CIGNA does not expect that these guarantees will have a material adverse effect on CIGNA's consolidated results of operations, liquidity or financial condition.

***Guaranteed minimum income benefit contracts.*** CIGNA's reinsurance operations, which were discontinued in 2000 and are now an inactive business in run-off mode, reinsured variable annuity contracts that provide annuitants with certain guarantees related to minimum income benefits. When annuitants elect to receive these minimum income benefits, CIGNA may be required to make payments based on changes in underlying mutual fund values and interest rates.

During 2005, CIGNA completed its normal review of assumptions and recorded an after-tax charge of $9 million ($14 million pre-tax). This charge primarily reflects updates to the lapse assumption. See page 27 for additional information on critical accounting estimates for these contracts.

CIGNA is required to disclose the maximum potential undiscounted future payments for guarantees related to minimum income benefits using hypothetical adverse assumptions defined as follows:

- No annuitants surrendered their accounts; and
- All annuitants lived to elect their benefit; and
- All annuitants elected to receive their benefit on the first available date (beginning in 2006 through 2014); and
- All underlying mutual fund investment values remained at the December 31, 2005, value of $3.3 billion, with no future returns.

The maximum potential undiscounted payment that CIGNA would make under those assumptions would aggregate to $1.3 billion before reinsurance recoveries. CIGNA believes the likelihood of such payment is remote and expects the amount of actual payments to be significantly less than this hypothetical undiscounted aggregate amount. CIGNA has purchased reinsurance from third parties which covers 55% of the exposures on these contracts.

As of December 31, 2005, CIGNA had liabilities of $88 million related to these contracts and net amounts recoverable from reinsurers of $48 million. CIGNA had an additional liability of $49 million associated with the cost of reinsurance as of December 31, 2005. As of December 31, 2004, CIGNA had liabilities of $71 million related to these contracts and amounts recoverable from reinsurers of $39 million. CIGNA also had an additional liability of $41 million associated with the cost of reinsurance as of December 31, 2004.

See Note 20(C) to the Financial Statements for further information.

LINA 0189552

*Contractual obligations.* The maturities of CIGNA's principal contractual cash obligations, as of December 31, 2005, are estimated to be as follows:

| (In millions, on an undiscounted basis) | Total | Less than 1 year | 1-3 years | 4-5 years | After 5 years |
|---|---|---|---|---|---|
| **On-Balance Sheet:** | | | | | |
| Insurance liabilities: | | | | | |
| Contractholder deposit funds | $ 5,129 | $ 946 | $ 773 | $ 629 | $ 2,781 |
| Future policy benefits | 11,957 | 649 | 1,059 | 955 | 9,294 |
| Health Care medical claims payable | 1,165 | 1,147 | 16 | — | 2 |
| Unpaid claims and claim expenses | 5,011 | 1,406 | 991 | 680 | 1,934 |
| Short-term debt | 100 | 100 | — | — | — |
| Long-term debt | 2,427 | 102 | 557 | 139 | 1,629 |
| Non-recourse obligations | 79 | 20 | 29 | 4 | 26 |
| Other long-term liabilities | 492 | 158 | 160 | 52 | 122 |
| **Off-Balance Sheet:** | | | | | |
| Purchase obligations | 1,034 | 733 | 242 | 44 | 15 |
| Operating leases | 447 | 85 | 144 | 83 | 135 |
| Total | $27,841 | $5,346 | $3,971 | $2,586 | $15,938 |

- *Insurance liabilities.* Contractual obligations on insurance liabilities represent estimated benefit payments for health, life and disability insurance policies and annuity contracts less amounts CIGNA expects to recover under certain reinsurance arrangements. Actual obligations in any single year will vary based on actual morbidity, mortality, lapse and withdrawal experience. The amounts associated with the sold retirement benefits and individual life insurance and annuity businesses are excluded from the table above as net cash flow associated with them does not impact CIGNA. The total amount of these reinsured reserves excluded is approximately $7.8 billion. The sum of the obligations presented above exceeds the corresponding insurance liabilities of $16.5 billion recorded on the balance sheet because these liabilities reflect discounting for interest. CIGNA manages its investment portfolios to generate cash flows needed to satisfy contractual obligations. Any shortfall from expected yields could result in increases to recorded reserves and adversely impact results of operations.

- *Short-term debt* represents current maturities of long-term debt.

- *Long-term debt* includes scheduled interest payments.

- *Non-recourse obligations* represent principal and interest payments for which repayment may be limited to the value of specified assets, such as real estate properties held in joint ventures.

- *Other long-term liabilities.* These items are presented in accounts payable, accrued expenses and other liabilities in CIGNA's consolidated balance sheet. This table includes estimated payments for pension and other postretirement and postemployment benefit obligations, supplemental and deferred compensation plans, interest rate and foreign currency contracts and certain reinsurance liabilities. Estimated payments of $105 million for deferred compensation, non-qualified and International pension plans and other postretirement and postemployment benefit plans are expected to be paid in less than one year. CIGNA expects to make additional payments subsequent to 2006 for these obligations, however subsequent payments have been excluded from the table as their timing is based on plan assumptions which may materially differ from actual activities (see Note 8 to the Financial Statements for further information on pension and other postretirement benefit obligations). CIGNA does not expect to make additional domestic pension plan contributions in 2006, assuming no changes to minimum funding requirements. Current Congressional discussions to change minimum funding requirements may increase CIGNA's required funding and result in additional contributions in 2006.

- *Purchase obligations.* As of December 31, 2005, purchase obligations consisted of estimated payments required under contractual arrangements for future services and investment commitments as follows (in millions):

| | |
|---|---|
| Fixed maturities | $ |
| Mortgage loans | 3 |
| Real estate | |
| Limited liability entities (other long-term investments) | 3 |
| Total investment commitments | 7 |
| Future service commitments | 2 |
| Total purchase obligations | $1,0 |

- *Operating leases.* For additional information, see Note 1 to the Financial Statements.

### Share Repurchase

CIGNA has a share repurchase program, which was authorized by its Board of Directors. Decisions to repurchase shares depend on market conditions and alternative uses of capital.

CIGNA repurchased 15.4 million shares in 2005 for $1.6 billion, and 10.0 million shares in 2004 for $690 million. The total remaining share repurchase authorization as of February 21, 2006, was $650 million.

See also the table in Part II, Item 5 of CIGNA's Form 10-K for more information on share repurchase activity for the year ended December 31, 2005.

LINA 0189553

M A N A G E M E N T ' S   D I S C U S S I O N   A N D   A N A L Y S I S

## INVESTMENT ASSETS

Additional information regarding CIGNA's investment assets and related accounting policies is included in Notes 2, 10, 11 and 14 to the Financial Statements and in CIGNA's 2005 Form 10-K.

### Fixed Maturities

Investments in fixed maturities (bonds) include publicly traded and privately placed debt securities, mortgage and other asset-backed securities and preferred stocks redeemable by the investor. Fixed maturities also include securities classified as trading.

The fair value of investments in fixed maturities as of December 31 was as follows:

| (In millions) | 2005 | 2004 |
|---|---|---|
| Federal government and agency | $    914 | $    834 |
| State and local government | 2,512 | 2,661 |
| Foreign government | 818 | 833 |
| Corporate | 9,489 | 9,961 |
| Federal agency mortgage-backed | 44 | 101 |
| Other mortgage-backed | 504 | 873 |
| Other asset-backed | 666 | 767 |
| Total | $14,947 | $16,030 |

*Quality ratings.* As of December 31, 2005, $14.1 billion, or 95%, of the fixed maturities in CIGNA's investment portfolio were investment grade (Baa and above, or equivalent), and the remaining $0.8 billion were below investment grade. Most of the bonds that are below investment grade are rated at the higher end of the non-investment grade spectrum.

Private placement investments are generally less marketable than public bonds, but yields on these investments tend to be higher than yields on publicly offered debt with comparable credit risk. The fair value of private placement investments was $5.8 billion as of December 31, 2005, and $6.2 billion as of December 31, 2004. CIGNA maintains controls on its participation in private placement investments. In particular, CIGNA performs a credit analysis of each issuer, diversifies investments by industry and issuer and requires financial and other covenants that allow CIGNA to monitor issuers for deteriorating financial strength so CIGNA can take remedial actions, if warranted. See "Critical Accounting Estimates" on page 28 for additional information.

Because of the higher yields and the inherent risk associated with privately placed investments and below investment grade securities, gains or losses from such investments could significantly affect future results of operations. However, management does not expect such gains or losses to be material to CIGNA's liquidity or financial condition.

### Mortgage Loans

CIGNA's mortgage loans are diversified by property type, location and borrower to reduce exposure to potential losses.

Loans are secured by the related property and are generally made at less than 75% of the property's value. CIGNA routinely monitors and evaluates the status of its mortgage loans by reviewing loan and property-related information, including cash flows, expiring leases, financial health of the borrower and major tenants, loan payment history, occupancy and room rates for hotels and, for commercial properties, significant new competition. CIGNA evaluates this information in light of current economic conditions as well as geographic and property type considerations.

### Problem and Potential Problem Investments

"Problem" bonds and mortgage loans are either delinquent by 60 days or more or have been restructured as to terms (interest rate or maturity date). "Potential problem" bonds and mortgage loans are fully current, but management believes they have certain characteristics that increase the likelihood that they will become "problems." For example, CIGNA considers mortgage loans to be potential problems if the borrower has requested restructuring, or principal or interest payments are past due by more than 30 but fewer than 60 days.

CIGNA recognizes interest income on "problem" bonds and mortgage loans only when payment is actually received because of the risk profile of the underlying investment. The amount that would have been reflected in net income if interest on non-accrual investments had been recognized in accordance with the original terms was $6 million in 2005, $13 million in 2004 and $8 million in 2003.

The following table shows problem and potential problem investments, net of valuation reserves and write-downs as of December 31:

| (In millions) | 2005 | 2004 |
|---|---|---|
| Problem bonds | $   25 | $37 |
| Potential problem bonds | $   45 | $41 |
| Problem mortgage loans | $   10 | $65 |
| Potential problem mortgage loans | $   47 | $72 |
| Foreclosed real estate | $    — | $10 |

Problem mortgages decreased in 2005 primarily as a result of loan payoffs. In addition, CIGNA sold the remaining foreclosed real estate in 2005.

### Summary

The effect of investment asset write-downs and changes in valuation reserves on CIGNA's net income are shown below. Other includes amounts attributable to future policy benefits for certain annuities and experience-rated pension policyholder contracts and a modified coinsurance arrangement associated with the sold retirement benefits business.

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| CIGNA | $14 | $16 | $103 |
| Other | $ 2 | $ 8 | $ 61 |

LINA 0189554

CIGNA's portion of these losses is a component of realized investment results. The 2004 amounts attributable to policyholder contracts generally decreased because securities supporting experience-rated pension policyholder business were classified as trading beginning in October 2003 through April 1, 2004, when the retirement benefits business was sold.

The weakness in certain sectors of the economy and rising interest rates may cause additional investment losses. These investment losses could materially affect future results of operations, although CIGNA does not currently expect them to have a material effect on its liquidity or financial condition, or to result in a significant decline in the aggregate carrying value of its assets.

## MARKET RISK

### Financial Instruments

CIGNA's assets and liabilities include financial instruments subject to the risk of potential losses from adverse changes in market rates and prices. CIGNA's primary market risk exposures are:

- *Interest-rate risk* on fixed-rate, domestic, medium-term instruments. Changes in market interest rates affect the value of instruments that promise a fixed return.

- *Foreign currency exchange rate risk* of the U.S. dollar to the South Korean won, Taiwan dollar, Hong Kong dollar, Chilean peso, EURO, New Zealand dollar and British pound. An unfavorable change in exchange rates reduces the carrying value of net assets denominated in foreign currencies.

- *Equity price risk* for domestic equity securities and for reinsurance contracts that guarantee minimum death or income benefits resulting from unfavorable changes in variable annuity account values based on underlying mutual fund investments. See pages 37 and 43 for further discussion of guaranteed minimum death and income benefit contracts.

### CIGNA's Management of Market Risks

CIGNA predominantly relies on three techniques to manage its exposure to market risk:

- *Investment/liability matching.* CIGNA generally selects investment assets with characteristics (such as duration, yield, currency and liquidity) that correspond to the underlying characteristics of its related insurance and contractholder liabilities so that CIGNA can match the investments to its obligations. Shorter-term investments support generally shorter-term life and health liabilities. Medium-term, fixed-rate investments support interest-sensitive and health liabilities. Longer-term investments generally support products with longer pay out periods such as annuities and long-term disability liabilities.

- *Use of local currencies for foreign operations.* CIGNA generally conducts its international business through foreign operating entities that maintain assets and liabilities in local currencies. This substantially limits exchange rate risk to net assets denominated in foreign currencies.

- *Use of derivatives.* CIGNA generally uses derivative financial instruments to minimize certain market risks and enhance investment returns.

See Notes 2(C) and 10(G) to the Financial Statements for additional information about financial instruments, including derivative financial instruments.

### Effect of Market Fluctuations on CIGNA

The examples that follow illustrate the effect of hypothetical changes in market rates or prices on the fair value of certain financial instruments including:

- hypothetical changes in market rates for interest and foreign currencies primarily for fixed maturities and mortgage loans; and

- hypothetical changes in market prices for equity exposures primarily for equity securities and contracts that guarantee minimum income benefits.

In addition, hypothetical effects of changes in equity indices, foreign exchange rates and interest rates are presented separately for futures contracts used in a program for guaranteed minimum death benefits and an embedded derivative under a modified coinsurance arrangement.

Management believes that actual results could differ materially from these examples because:

- these examples were developed using estimates and assumptions;

- changes in the fair values of all insurance-related assets and liabilities have been excluded because their primary risks are insurance rather than market risk;

- changes in the fair values of investments recorded using the equity method of accounting and liabilities for pension and other postretirement and postemployment benefit plans (and related assets) have been excluded, consistent with the disclosure requirements; and

- changes in the fair values of other significant assets and liabilities such as goodwill, deferred acquisition costs, taxes, and various accrued liabilities have been excluded; because they are not financial instruments, their primary risks are other than market risk.

LINA 0189555

The effects of hypothetical changes in market rates or prices on the fair values of certain of CIGNA's financial instruments, subject to the exclusions noted above (particularly insurance liabilities), would have been as follows as of December 31:

| Market scenario for certain noninsurance financial instruments | Loss in fair value | |
|---|---|---|
| | 2005 | 2004 |
| 100 basis point increase in interest rates | $ 1.1 billion | $ 1.1 billion |
| 10% strengthening in U.S. dollar to foreign currencies | $150 million | $130 million |
| 10% decrease in market prices for equity exposures | $ 30 million | $ 20 million |

The effect of a hypothetical increase in interest rates was determined by estimating the present value of future cash flows using various models, primarily duration modeling. The effect of a hypothetical strengthening of the U.S. dollar relative to the foreign currencies held by CIGNA was estimated to be 10% of the U.S. dollar equivalent fair value. The effect of a hypothetical decrease in the market prices of equity exposures was estimated based on a 10% decrease in the mutual fund values underlying guaranteed minimum income benefits reinsured by CIGNA and a 10% decrease in the value of equity securities held by CIGNA.

CIGNA uses futures contracts as part of a program to substantially reduce the effect of equity market changes on certain reinsurance contracts that guarantee minimum death benefits based on unfavorable changes in variable annuity account values. The hypothetical effect of a 10% increase in the S&P 500, Russell 2000, NASDAQ, TOPIX (Japanese), EUROSTOXX and FTSE (British) equity indices and a 10% weakening in the U.S. dollar to the Japanese yen, British pound and EURO would have been a decrease of approximately $100 million in the fair value of the futures

contracts outstanding under this program as of December 31, 2005. A corresponding decrease in liabilities for guaranteed minimum death benefit contracts would result from the hypothetical 10% increase in these equity indices and 10% weakening in the U.S. dollar. See Note 6 to the Financial Statements for further discussion of this program and related guaranteed minimum death benefit contracts.

In addition, CIGNA reports the effects of embedded derivatives under a modified coinsurance arrangement that transfers to the buyer of the retirement benefits business certain unrealized changes in fair value due to interest rate and credit risks of the underlying invested assets, primarily fixed maturities and mortgage loans. As of December 31, 2005, a hypothetical 100 basis point decline in interest rates would decrease net income by approximately $15 million for the effects of these embedded derivatives. A hypothetical 200 basis point decline in interest rates would decrease net income by approximately $100 million for the effects of these embedded derivatives. Associated increases in the fair values of the underlying fixed maturities would be reflected in shareholders' equity.

As noted above, CIGNA manages its exposure to market risk by matching investments to its obligations.

**Stock Market Performance**

The performance of equity markets can have a significant effect on CIGNA's businesses, including on:

- risks and exposures associated with guaranteed minimum death benefit (see page 37) and income benefit contracts (see page 43); and

- minimum pension liabilities since equity securities comprise a significant portion of the assets of CIGNA's employee pension plans.

4

LINA 0189556

## CAUTIONARY STATEMENT FOR PURPOSES OF THE "SAFE HARBOR" PROVISIONS OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

CIGNA and its representatives may from time to time make written and oral forward-looking statements, including statements contained in press releases, in CIGNA's filings with the Securities and Exchange Commission, in its reports to shareholders and i meetings with analysts and investors. Forward-looking statements may contain information about financial prospects, economi conditions, trends and other uncertainties. For example, this Management's Discussion and Analysis includes forward-looking information regarding, among other things, CIGNA's restructuring programs and activities, litigation and other legal matters, operational improvement in the health care operations, and the outlook for CIGNA's full year 2006 results. You should not plac undue reliance on these forward-looking statements. CIGNA cautions that actual results could differ materially from those that management expects, depending on the outcome of certain factors. Some factors that could cause actual results to differ materially from the forward-looking statements include:

1. increased medical costs that are higher than anticipated in establishing premium rates in CIGNA's health care operations, including increased use and costs of medical services;

2. increased medical, administrative, technology or other costs resulting from new legislative and regulatory requirements imposed on CIGNA's employee benefits businesses (see Employee benefits regulation on page 31 for more information);

3. challenges and risks associated with implementing the improvement initiatives in the health care operations, the organizational realignment and the reduction of overall CIGNA and health care cost structure, including that operational efficiencies and medical cost benefits do not emerge as expected and that medical membership does not grow as expected;

4. risks associated with the amount and timing of gain recognition on the sale of CIGNA's retirement benefits business;

5. risks associated with pending and potential state and federal class action lawsuits, purported securities class action lawsuits disputes regarding reinsurance arrangements, other litigation and regulatory actions challenging CIGNA's businesses and t outcome of pending government proceedings and federal tax audits;

6. heightened competition, particularly price competition, which could reduce product margins and constrain growth in CIGNA's businesses, primarily the health care business;

7. significant changes in interest rates;

8. downgrades in the financial strength ratings of CIGNA's insurance subsidiaries, which could, among other things, adverse affect new sales and retention of current business;

9. limitations on the ability of CIGNA's insurance subsidiaries to dividend capital to the parent company as a result of downgrades in the subsidiaries' financial strength ratings, changes in statutory reserve or capital requirements or other financial constraints;

10. inability of the program adopted by CIGNA to substantially reduce equity market risks for reinsurance contracts that guarantee minimum death benefits under certain variable annuities (including possible market difficulties in entering inte appropriate futures contracts and in matching such contracts to the underlying equity risk);

11. adjustments to the reserve assumptions and other considerations (including lapse, partial surrender, mortality, interest rat and volatility) used in estimating CIGNA's liabilities for reinsurance contracts that guarantee minimum death benefits un certain variable annuities;

12. adjustments to the assumptions (including annuity election rates and reinsurance recoverables) used in estimating CIGN/ assets and liabilities for reinsurance contracts that guarantee minimum income benefits under certain variable annuities;

13. significant stock market declines, which could, among other things, result in increased pension expenses in CIGNA's pen plan in future periods and the recognition of additional pension obligations;

14. unfavorable claims experience related to workers' compensation and personal accident exposures of the run-off reinsuran business, including losses attributable to the inability to recover claims from retrocessionaires;

15. significant deterioration in economic conditions, which could have an adverse effect on CIGNA's operations and investm

16. changes in federal laws, such as amendments to income tax laws, which could affect the taxation of employer provided benefits, and pension legislation, which could increase pension cost;

48

LINA 0189557

17. potential public health epidemics and bio-terrorist activity, which could, among other things, cause our covered medical and disability expenses, pharmacy costs and mortality experience to rise significantly, and cause operational disruption, depending on the severity of the event and number of individuals affected; and

18. risks associated with security or interruption of information systems, which could among other things cause operational disruption.

This list of important factors is not intended to be exhaustive. Other sections of the annual report on Form 10-K, including the "Risk Factors" section, and CIGNA's quarterly reports on Form 10-Q, current reports on Form 8-K and other documents filed with the Securities and Exchange Commission include both expanded discussion of these factors and additional risk factors and uncertainties that could preclude CIGNA from realizing the forward-looking statements. While CIGNA may periodically update this discussion of risk factors, CIGNA does not undertake to update any forward-looking statement that may be made by or on behalf of CIGNA prior to its next required filing with the Securities and Exchange Commission.

49

LINA 0189558

**CIGNA Corporation**
**Consolidated Statements of Income**

| (In millions, except per share amounts)<br>For the years ended December 31, | 2005 | 2004 | 20 |
|---|---|---|---|
| **Revenues** | | | |
| Premiums and fees | **$13,695** | $14,236 | $15,4 |
| Net investment income | **1,359** | 1,643 | 2,5 |
| Other revenues | **1,637** | 1,774 | 6 |
| Realized investment gains (losses) | **(7)** | 523 | |
| Total revenues | **16,684** | 18,176 | 18,8 |
| **Benefits and Expenses** | | | |
| Health Care medical claims expense | **6,305** | 6,616 | 8,0 |
| Other benefit expenses | **3,341** | 3,648 | 4, |
| Other operating expenses | **5,245** | 5,537 | 5, |
| Total benefits and expenses | **14,891** | 15,801 | 17, |
| **Income from Continuing Operations before Income Taxes** | **1,793** | 2,375 | |
| Income taxes (benefits): | | | |
| Current | **123** | 870 | |
| Deferred | **394** | (72) | |
| Total taxes | **517** | 798 | |
| **Income from Continuing Operations** | **1,276** | 1,577 | |
| **Income from Discontinued Operations, Net of Taxes** | **349** | — | |
| **Income before Cumulative Effect of Accounting Change** | **1,625** | 1,577 | |
| **Cumulative Effect of Accounting Change, Net of Taxes** | **—** | (139) | |
| **Net Income** | **$ 1,625** | $ 1,438 | $ |
| **Basic Earnings Per Share:** | | | |
| Income from continuing operations | **$ 10.02** | $ 11.55 | $ |
| Income from discontinued operations | **2.74** | — | |
| Income before cumulative effect of accounting change | **12.76** | 11.55 | |
| Cumulative effect of accounting change, net of taxes | **—** | (1.01) | |
| Net income | **$ 12.76** | $ 10.54 | $ |
| **Diluted Earnings Per Share:** | | | |
| Income from continuing operations | **$ 9.83** | $ 11.44 | $ |
| Income from discontinued operations | **2.69** | — | |
| Income before cumulative effect of accounting change | **12.52** | 11.44 | |
| Cumulative effect of accounting change, net of taxes | **—** | (1.01) | |
| Net income | **$ 12.52** | $ 10.43 | $ |

*In 2004, CIGNA adopted the fair value method of accounting for stock options. Prior periods were restated. See Note 2 for additional information.*

*The accompanying Notes to the Financial Statements are an integral part of these statements.*

LINA 0189559

**CIGNA Corporation**
**Consolidated Balance Sheets**

*(In millions, except per share amounts)*

| As of December 31, | | 2005 | | 2004 |
|---|---|---|---|---|
| **Assets** | | | | |
| Investments: | | | | |
| Fixed maturities, at fair value (amortized cost, $13,873; $14,711) | | $14,947 | | $16,030 |
| Equity securities, at fair value (cost, $113; $112) | | 135 | | 139 |
| Mortgage loans | | 3,934 | | 3,529 |
| Policy loans | | 1,337 | | 1,594 |
| Real estate | | 80 | | 78 |
| Other long-term investments | | 504 | | 478 |
| Short-term investments | | 439 | | 71 |
| Total investments | | 21,376 | | 21,919 |
| Cash and cash equivalents | | 1,709 | | 2,519 |
| Accrued investment income | | 282 | | 285 |
| Premiums, accounts and notes receivable | | 1,598 | | 1,628 |
| Reinsurance recoverables | | 7,018 | | 14,595 |
| Deferred policy acquisition costs | | 618 | | 544 |
| Property and equipment | | 638 | | 777 |
| Deferred income taxes | | 1,087 | | 1,383 |
| Goodwill | | 1,622 | | 1,620 |
| Other assets, including other intangibles | | 306 | | 312 |
| Separate account assets | | 8,609 | | 35,477 |
| Total assets | | $44,863 | | $81,059 |
| **Liabilities** | | | | |
| Contractholder deposit funds | | $ 9,676 | | $17,168 |
| Future policy benefits | | 8,626 | | 8,904 |
| Unpaid claims and claim expenses | | 4,281 | | 4,327 |
| Health Care medical claims payable | | 1,165 | | 1,594 |
| Unearned premiums and fees | | 515 | | 522 |
| Total insurance and contractholder liabilities | | 24,263 | | 32,515 |
| Accounts payable, accrued expenses and other liabilities | | 5,127 | | 6,359 |
| Short-term debt | | 100 | | — |
| Long-term debt | | 1,338 | | 1,438 |
| Nonrecourse obligations | | 66 | | 67 |
| Separate account liabilities | | 8,609 | | 35,477 |
| Total liabilities | | 39,503 | | 75,856 |
| **Contingencies — Note 20** | | | | |
| **Shareholders' Equity** | | | | |
| Common stock (shares issued, 160; 160) | | 40 | | 40 |
| Additional paid-in capital | | 2,385 | | 2,360 |
| Net unrealized appreciation, fixed maturities | $ 195 | | $ 390 | |
| Net unrealized appreciation, equity securities | 24 | | 17 | |
| Net unrealized depreciation, derivatives | (14) | | (16) | |
| Net translation of foreign currencies | 2 | | 2 | |
| Minimum pension liability adjustment | (716) | | (729) | |
| Accumulated other comprehensive loss | | (509) | | (336) |
| Retained earnings | | 5,162 | | 3,679 |
| Less treasury stock, at cost | | (1,718) | | (540) |
| Total shareholders' equity | | 5,360 | | 5,203 |
| Total liabilities and shareholders' equity | | $44,863 | | $81,059 |
| **Shareholders' Equity Per Share** | | **$ 44.23** | | $ 39.41 |

*In 2004, CIGNA adopted the fair value method of accounting for stock options. Prior periods were restated. See Note 2 for additional information.*

*The accompanying Notes to the Financial Statements are an integral part of these statements.*

51

LINA 0189560

**CIGNA Corporation**
**Consolidated Statements of Comprehensive Income and Changes in Shareholders' Equity**

*(In millions, except per share amounts)*
For the years ended December 31,

| | 2005 Comprehensive Income | 2005 Shareholders' Equity | 2004 Comprehensive Income | 2004 Shareholders' Equity | 2003 Comprehensive Income | 2003 Shareholders' Equity |
|---|---|---|---|---|---|---|
| **Common Stock, beginning of year** | | $ 40 | | $ 69 | | $ 68 |
| Retirement of treasury stock | | — | | (29) | | — |
| Effect of issuance of stock for employee benefit plans | | | | — | | 1 |
| **Common Stock, end of year** | | 40 | | 40 | | 69 |
| **Additional Paid-In Capital, beginning of year** | | 2,360 | | 3,647 | | 3,525 |
| Retirement of treasury stock | | — | | (1,400) | | — |
| Effect of issuance of stock for employee benefit plans | | 25 | | 113 | | 122 |
| **Additional Paid-In Capital, end of year** | | 2,385 | | 2,360 | | 3,647 |
| **Accumulated Other Comprehensive Loss, beginning of year** | | (336) | | (54) | | (20?) 9? |
| Net unrealized appreciation (depreciation), fixed maturities | $ (195) | (195) | $ (220) | (220) | $ 98 | 9? |
| Net unrealized appreciation (depreciation), equity securities | 7 | 7 | (12) | (12) | 3 | |
| Net unrealized appreciation (depreciation) on securities | (188) | | (232) | | 101 | |
| Net unrealized appreciation (depreciation), derivatives | 2 | 2 | (4) | (4) | (18) | (1?) |
| Net translation of foreign currencies | | — | 16 | 16 | 18 | 1 |
| Minimum pension liability adjustment | 13 | 13 | (62) | (62) | 47 | 4 |
| Other comprehensive income (loss) | (173) | | (282) | | 148 | |
| **Accumulated Other Comprehensive Loss, end of year** | | (509) | | (336) | | (5? |
| **Retained Earnings, beginning of year** | | 3,679 | | 9,502 | | 9,05? |
| Net income | 1,625 | 1,625 | 1,438 | 1,438 | 632 | 63? |
| Effects of issuance of stock for employee benefit plans | | (129) | | — | | — |
| Retirement of treasury stock | | — | | (7,204) | | (18? |
| Common dividends declared (per share: $0.10; $0.41; $1.32) | | (13) | | (57) | | (18? |
| **Retained Earnings, end of year** | | 5,162 | | 3,679 | | 9,50? |
| **Treasury Stock, beginning of year** | | (540) | | (8,557) | | (8,5? |
| Repurchase of common stock | | (1,621) | | (690) | | |
| Retirement of treasury stock | | — | | 8,633 | | |
| Other, primarily issuance of treasury stock for employee benefit plans | | 443 | | 74 | | (? |
| **Treasury Stock, end of year** | | (1,718) | | (540) | | (8,5? |
| **Total Comprehensive Income and Shareholders' Equity** | $1,452 | $ 5,360 | $1,156 | $ 5,203 | $780 | $ 4,6? |

*In 2004, CIGNA adopted the fair value method of accounting for stock options. Prior periods were restated. See Note 2 for additional information.*

*The accompanying Notes to the Financial Statements are an integral part of these statements.*

52

LINA 0189561

**CIGNA Corporation**
**Consolidated Statements of Cash Flows**

*(In millions)*

| For the years ended December 31, | 2005 | 2004 | 2003 |
|---|---|---|---|
| **Cash Flows from Operating Activities** | | | |
| Net income | $ 1,625 | $ 1,438 | $ 632 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Income from discontinued operations | (349) | — | (48) |
| Cumulative effect of accounting change, net of taxes | — | 139 | — |
| Insurance liabilities | (580) | (771) | (71) |
| Reinsurance recoverables | 93 | 218 | 186 |
| Deferred policy acquisition costs | (71) | (99) | (80) |
| Premiums, accounts and notes receivable | 179 | 358 | 62 |
| Accounts payable, accrued expenses and other liabilities | (345) | (437) | 140 |
| Current income taxes | (265) | 179 | 341 |
| Deferred income taxes | 394 | (72) | 168 |
| Realized investment (gains) losses | 7 | (523) | (151) |
| Depreciation and amortization | 221 | 230 | 246 |
| Gains on sales of businesses (excluding discontinued operations) | (396) | (472) | (92) |
| Proceeds from sales and maturities of securities supporting experience-rated pension policyholder contracts, net of purchases | — | 1,049 | 867 |
| Cash provided by operating activities of discontinued operations | 222 | — | — |
| Other, net | (17) | 213 | 215 |
| Net cash provided by operating activities | 718 | 1,450 | 2,415 |
| **Cash Flows from Investing Activities** | | | |
| Proceeds from investments sold: | | | |
| Fixed maturities | 3,028 | 3,095 | 7,984 |
| Equity securities | 12 | 154 | 292 |
| Mortgage loans | 612 | 386 | 886 |
| Other (primarily short-term investments) | 767 | 2,082 | 2,611 |
| Investment maturities and repayments: | | | |
| Fixed maturities | 968 | 766 | 2,210 |
| Mortgage loans | 348 | 651 | 1,310 |
| Investments purchased: | | | |
| Fixed maturities | (3,108) | (4,899) | (11,271) |
| Equity securities | (15) | (13) | (55) |
| Mortgage loans | (1,364) | (1,032) | (2,067) |
| Other (primarily short-term investments) | (910) | (2,031) | (2,820) |
| Proceeds on sales of businesses, net | — | 2,121 | 231 |
| Property and equipment, net | (61) | (38) | (107) |
| Other, net | (19) | (24) | — |
| Net cash provided by (used in) investing activities | 258 | 1,218 | (796) |
| **Cash Flows from Financing Activities** | | | |
| Deposits and interest credited to contractholder deposit funds | 607 | 2,368 | 7,963 |
| Withdrawals and benefit payments from contractholder deposit funds | (891) | (3,107) | (9,349) |
| Change in cash overdraft position | (216) | (14) | (107) |
| Net change in short-term debt | — | — | (3) |
| Repayment of long-term debt | — | (76) | (127) |
| Repurchase of common stock | (1,618) | (676) | — |
| Issuance of common stock | 346 | 64 | 6 |
| Common dividends paid | (13) | (100) | (185) |
| Net cash used in financing activities | (1,785) | (1,541) | (1,802) |
| Effect of foreign currency rate changes on cash and cash equivalents | (1) | — | — |
| Net increase (decrease) in cash and cash equivalents | (810) | 1,127 | (183) |
| Cash and cash equivalents, beginning of year | 2,519 | 1,392 | 1,575 |
| Cash and cash equivalents, end of year | $ 1,709 | $ 2,519 | $ 1,392 |
| **Supplemental Disclosure of Cash Information:** | | | |
| Income taxes paid (received), net of refunds | $ 135 | $ 687 | $ (245) |
| Interest paid | $ 104 | $ 109 | $ 114 |

*In 2004, CIGNA adopted the fair value method of accounting for stock options. Prior periods were restated. See Note 2 for additional information.*

*The accompanying Notes to the Financial Statements are an integral part of these statements.*

LINA 0189562