## Notes to the Financial Statements

### Note 1 – Description of Business

CIGNA Corporation's subsidiaries provide health care and related benefits offered through the workplace. Key product lines include medical coverages and related specialty health care products, and services such as pharmacy, behavioral health, dental benefits, and disease management as well as group disability, life and accident insurance and disability and workers' compensation case management and related services. In addition, CIGNA has an international operation that offers products (that are generally similar to those offered domestically) to businesses and individuals in selected markets, and has certain inactive businesses including a run-off retirement operation and a run-off reinsurance operation.

### Note 2 – Summary of Significant Accounting Policies

#### A. Basis of Presentation

The consolidated financial statements include the accounts of CIGNA Corporation, its significant subsidiaries, and variable interest entities of which CIGNA is the primary beneficiary, which are referred to collectively as "CIGNA." Intercompany transactions and accounts have been eliminated in consolidation.

These consolidated financial statements were prepared in conformity with accounting principles generally accepted in the United States of America. Amounts recorded in the financial statements reflect management's estimates and assumptions about medical costs, investment valuation, interest rates and other factors. Significant estimates are discussed throughout these Notes; however, actual results could differ from those estimates.

Certain reclassifications have been made to prior years' amounts to conform to the 2005 presentation including the elimination of certain intercompany purchases and sales of short-term investments in the investing activities section of the statement of cash flows. This reclassification had no net impact to the prior years' net purchases and sales of short-term investments or the total cash flows from investing activities.

*Discontinued Operations.* Summarized financial data for discontinued operations (which includes certain tax benefits recognized in 2005 as disclosed in Note 16, the sale of Lovelace Health Systems Inc. and the gain on the sale of the Brazilian health care operations in 2003 as disclosed in Notes 3(D) and 3(E)) is outlined below. Unless otherwise indicated, amounts in these Notes exclude the effects of discontinued operations.

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Loss before income tax benefits | $ — | $— | $ (3) |
| Income tax benefits | (349) | | (1) |
| Income (loss) from operations | 349 | — | (2) |
| Gains on sales, net of taxes of $25 | — | — | 50 |
| Income from discontinued operations, net of taxes | $ 349 | $— | $48 |

*Variable interest entities.* At December 31, CIGNA was the primary beneficiary of certain real estate joint ventures and entities that issue investment products secured by commercial loan pools. As a result, CIGNA consolidated assets and liabilities as follows:

| (In millions) | 2005 | | 2004 | |
|---|---|---|---|---|
| | Real estate joint ventures[1] | Collateralized loan obligations[2] | Real estate joint ventures[1] | Collateralized loan obligations |
| Assets | $83 | $145 | $88 | $145 |
| Variable rate debt (due in 2007) | $14 | $ — | $14 | $ — |
| Nonrecourse obligations | 46 | 20 | 46 | 21 |
| Other liabilities | 9 | 14 | 7 | 13 |
| Total liabilities and minority interest | $69 | $ 34 | $67 | $ 34 |

[1] Assets are primarily real estate investments and cash and cash equivalents.
[2] Assets are primarily fixed maturities and other long-term investments.

#### B. Recent Accounting Pronouncements

*Other-than-temporary impairment.* In 2005, the staff of the Financial Accounting Standards Board (FASB) provided guidance on evaluating fixed maturities and equity securities for other-than-temporary impairment. Because this guidance is largely a summary of existing accounting principles generally accepted in the United States, CIGNA does not expect any material effect in accounting for fixed maturities and equity securities with other-than-temporary impairment at implementation on January 1, 2006. See Note 10 for a review of declines in fair value of fixed maturities and equity securities.

*Deferred acquisition costs.* In 2005, the American Institute of Certified Public Accountants issued a Statement of Position (SOP), "Accounting by Insurance Enterprises for Deferred Acquisition Costs in Connection With Modifications or Exchanges of Insurance Contracts," for implementation in first quarter of 2007. The SOP requires that deferred acquisition costs be expensed in full when the original contract is substantially changed by election or amendment of an existing contract feature or by replacement with a new contract. CIGNA expects to implement the SOP for contract changes beginning in the first quarter of 2007 with no material effects to the financial statements.

*Stock compensation.* On October 1, 2004, CIGNA elected to early adopt Statement of Financial Accounting Standards (SFAS) No. 123 (as revised in 2004 and referred to as SFAS 123R) "Share-Based Payment." Prior period financial statements were restated to comply with SFAS 123R. This standard requires companies to recognize in net income an estimate of expense for stock awards and options over the vesting periods typically determined as of the date of grant

54

LINA 0189563

Compensation expense for stock options is recorded over their vesting periods based on the estimated fair value of the stock options using an option-pricing model. Compensation expense continues to be recorded for restricted stock grants and deferred stock units over their vesting periods based on fair value, which is equal to the market price of CIGNA common stock on the date of grant.

In March 2005, the Securities and Exchange Commission issued Staff Accounting Bulletin No. 107, which provided additional guidance to stock option expensing provisions under SFAS 123R. This guidance had no significant impact on CIGNA's early adoption of SFAS 123R; however, CIGNA considered the additional guidance in establishing assumptions to value newly granted stock options under SFAS 123R. See Note 17 for a further discussion of CIGNA's stock plans and the cost of stock compensation.

*Long-duration contracts.* Effective January 1, 2004, CIGNA implemented SOP 03-1, "Accounting and Reporting by Insurance Enterprises for Certain Nontraditional Long-Duration Contracts and for Separate Accounts."

The SOP addresses accounting for certain contractual features of investment-related and universal life contracts and for separate accounts. The cumulative effect of implementing the SOP in 2004 was a reduction to net income of $139 million, of which $136 million resulted from recording liabilities for certain experience-rated pension policyholder contracts based on the appreciated value of associated pools of investments, primarily mortgage loans and real estate. CIGNA recorded additional benefits expense of $17 million pre-tax ($11 million after-tax) in 2004 to reflect the post-implementation effect of this accounting requirement. The sale of CIGNA's retirement benefits business generally resulted in the transfer to the buyer of the pool of investments and securities supporting experience-rated pension policyholder contracts discussed below. See Note 3(A) for information about this sale.

The remaining cumulative effect resulted from implementing the SOP's requirements applicable to universal life contracts. CIGNA's accounting for reinsurance of guaranteed minimum death benefit contracts and guaranteed minimum income benefit contracts was not affected by the provisions of the SOP.

*Derivative instruments.* In April 2003, the FASB issued an amendment and finalized an implementation issue related to SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" (SFAS 133). Implementation of the SFAS 133 amendment and the implementation issue in the third quarter of 2003 had no material effect on CIGNA's financial statements.

As permitted by the implementation issue and the Statement of Position (SOP) described above, CIGNA reclassified securities supporting experience-rated pension policyholder contracts associated with its retirement benefits business to trading in the fourth quarter of 2003, and reported these securities in a separate balance sheet caption until the sale of the retirement benefits business on April 1, 2004. Under the experience-rating process, unrealized gains and losses recognized for these securities accrued to policyholders. Accordingly, the reclassification did not affect CIGNA's net income.

Additional information regarding SFAS 133 and the nature and accounting treatment of CIGNA's derivative financial instruments is included in Note 10(G).

*Other postretirement benefits.* See Note 8 for a discussion of the effects of the Medicare Prescription Drug Improvement and Modernization Act of 2003.

*Certain financial instruments.* In 2006, the FASB issued an amendment related to SFAS No. 133, "Accounting for Derivatives and Hedging Activities," for implementation in the first quarter of 2007. The amendment clarifies when certain financial instruments and features of financial instruments must be treated as derivatives and reported on the balance sheet at fair value with changes in fair value reported in net income. CIGNA will implement the amendment beginning with financial instruments acquired in the first quarter of 2007, with no material effects to the financial statements expected at adoption. However, this amendment may affect future income recognition for certain financial instruments if additional derivatives are identified because any changes in their fair values will be recognized in net income in each period.

## C. Financial Instruments

In the normal course of business, CIGNA enters into transactions involving various types of financial instruments. These financial instruments may include:

- various investments (such as fixed maturities, mortgage loans and equity securities);

- short- and long-term debt; and

- off-balance-sheet instruments (such as investment and certain loan commitments and financial guarantees).

These instruments may change in value due to interest rate and market fluctuations, and most also have credit risk. CIGNA evaluates and monitors each financial instrument individually and, when management considers it appropriate, uses a derivative instrument or obtains collateral or another form of security to minimize risk of loss.

LINA 0189564

Most financial instruments that are subject to fair value disclosure requirements are carried in the financial statements at amounts that approximate fair value. The following table shows the fair values and carrying values of CIGNA's financial instruments not carried at fair value, at the end of 2005 and 2004:

| (In millions) | 2005 | | 2004 | |
|---|---|---|---|---|
| | Fair Value | Carrying Value | Fair Value | Carrying Value |
| Mortgage loans | $3,949 | $3,934 | $3,748 | $3,529 |
| Contractholder deposit funds, excluding universal life products | $1,937 | $1,953 | $9,822 | $9,821 |
| Long-term debt | $1,482 | $1,338 | $1,614 | $1,438 |

Fair values of off-balance-sheet financial instruments were not material.

Fair values of financial instruments are based on quoted market prices when available. When market prices are not available, management estimates fair value based on discounted cash flow analyses, which use current interest rates for similar financial instruments with comparable terms and credit quality. Management estimates the fair value of the liabilities for contractholder deposit funds using the amount payable on demand and, for those deposit funds not payable on demand, using discounted cash flow analyses. In many cases, the estimated fair value of a financial instrument may differ significantly from the amount that could be realized if the instrument were sold immediately.

### D. Investments

CIGNA's accounting policies for investment assets are discussed below:

*Fixed maturities and equity securities.* Fixed maturities include bonds, mortgage- and other asset-backed securities and preferred stocks redeemable by the investor. Equity securities include common stocks and preferred stocks that are non-redeemable or redeemable only by the issuer. These investments are primarily classified as available for sale and are carried at fair value with changes in fair value recorded in shareholders' equity. Fixed maturities and equity securities are considered impaired, and their cost basis is written down to fair value through earnings, when management expects a decline in value to persist (i.e. the decline is "other than temporary"). Fixed maturities include certain securities classified as trading and carried at fair value with changes in fair value reported in other revenues.

*Mortgage loans.* Mortgage loans are carried at unpaid principal balances. Impaired loans are carried at the lower of unpaid principal or fair value of the underlying collateral. CIGNA estimates the fair value of the underlying collateral primarily using internal appraisals. Mortgage loans are considered impaired when it is probable that CIGNA will not collect amounts due according to the terms of the loan agreement.

*Policy loans.* Policy loans are carried at unpaid principal balances.

*Real estate.* Investment real estate can be "held and used" or "held for sale". CIGNA accounts for real estate as follows:

- Real estate "held and used" is expected to be held longer than one year and includes real estate acquired through the foreclosure of mortgage loans. CIGNA carries real estate held and used at depreciated cost less any write-downs to fair value due to impairment and assesses impairment when cash flows indicate that the carrying value may not be recoverable. Depreciation is generally calculated using the straight-line method based on the estimated useful life of the particular real estate asset.

- Real estate is "held for sale" when a buyer's investigation is completed, a deposit has been received and the sale is expected to be completed within the next year. Real estate held for sale is carried at the lower of carrying value or current fair value, less estimated costs to sell, and is not depreciated. Valuation reserves reflect any changes in fair value.

- CIGNA uses several methods to determine the fair value of real estate, but relies primarily on discounted cash flow analyses and, in some cases, third party appraisals.

At the time of foreclosure, properties are reclassified from mortgage loans to real estate. CIGNA rehabilitates, re-leases and sells foreclosed properties. This process usually takes from 2 to 4 years unless management considers a near-term sale preferable.

*Other long-term investments.* Other long-term investments, which include investments in unconsolidated entities in which CIGNA has significant influence, are carried at cost plus CIGNA's ownership percentage of reported income or loss. These entities include certain limited partnerships and limited liability companies holding real estate, securities or loans. Also included in other long-term investments are loans to unconsolidated real estate entities secured by the equity interests of these real estate entities. These loans are carried unpaid principal balances.

*Short-term investments.* CIGNA classifies short-term investments as available for sale and carries them at fair value which approximates cost.

*Derivative financial instruments.* Note 10(G) discusses CIGNA's accounting policies for derivative financial instruments.

*Net investment income.* When interest and principal payments on investments are current, CIGNA recognizes interest income when it is earned. CIGNA stops recognizing interest income when interest payments are delinquent or when certain terms (interest rate or maturity date) of the investment have been restructured. Net investment income on these investments is only recognized when interest payments are actually received.

LINA 0189565

*Investment gains and losses.* Investment gains and losses result from sales, investment asset write-downs, changes in fair value of certain derivatives and changes in valuation reserves based on specifically identified assets. Realized investment gains and losses are net of amounts required to adjust future policy benefits for certain annuities and amounts that were attributable to experience-rated pension policyholder contracts prior to the reclassification of securities in late 2003. Unrealized gains and losses on fixed maturities and equity securities carried at fair value and certain derivatives are included in accumulated other comprehensive income (loss), net of:

- amounts required to adjust future policy benefits;

- amounts required to adjust other liabilities under a modified coinsurance arrangement (See Note 3A for additional information); and

- deferred income taxes.

### E.  Cash and Cash Equivalents

Cash equivalents consist of short-term investments that will mature in three months or less from the time of purchase.

### F.  Reinsurance Recoverables

Reinsurance recoverables are estimates of amounts that CIGNA will receive from reinsurers and are recorded net of amounts management believes will not be received.

### G.  Deferred Policy Acquisition Costs

Acquisition costs consist of sales compensation, commissions, premium taxes and other costs that CIGNA incurs in connection with new and renewal business. Depending on the product line they relate to, CIGNA records acquisition costs in different ways. Acquisition costs for:

- *Universal life products* are deferred and amortized in proportion to the present value of total estimated gross profits over the expected lives of the contracts.

- *Annuity and other individual life insurance (primarily international) and group health indemnity products* are deferred and amortized, generally in proportion to the ratio of periodic revenue to the estimated total revenues over the contract periods.

- *Other products* are expensed as incurred.

Management estimates the present value of future revenues less expected payments for products for which policy acquisition costs are deferred. If that estimate is less than the deferred costs, CIGNA reduces deferred policy acquisition costs and records an expense. There are no deferred policy acquisition costs attributable to the run-off retirement or run-off reinsurance operations. CIGNA recorded in other operating expenses amortization for policy acquisition costs of $149 million in 2005, $154 million in 2004 and $156 million in 2003.

### H.  Property and Equipment

Property and equipment is carried at cost less accumulated depreciation. When applicable, cost includes interest, real estate taxes and other costs incurred during construction. Also included in this category is internal-use software that is acquired, developed or modified, solely to meet CIGNA's internal needs, with no plan to market externally. Costs directly related to obtaining, developing or upgrading internal-use software are capitalized. Unamortized internal-use software costs were $306 million at December 31, 2005, and $387 million at December 31, 2004.

Most of the unamortized internal-use software costs relate to CIGNA's health care business, which has converted to systems and processes designed in recent years to support business growth and service to customers. CIGNA has incurred total costs for this project of approximately $1.1 billion from 1999 through 2005, of which $453 million has been capitalized and $657 million has been expensed as incurred.

Capitalized costs for this multi-year project are amortized over a 7.5 year period. The amounts of amortization will increase as additional members are migrated to the new systems. Accumulated amortization of capitalized amounts for this project was $153 million at December 31, 2005, and $87 million at December 31, 2004.

For other capitalized costs, CIGNA calculates depreciation and amortization principally using the straight-line method based on the estimated useful life of each asset.

Accumulated depreciation and amortization on property and equipment was $1.4 billion at December 31, 2005 and $1.3 billion at December 31, 2004.

### I.  Goodwill

Goodwill represents the excess of the cost of businesses acquired over the fair value of their net assets. CIGNA evaluates goodwill for impairment annually based on discounted cash flow analyses and writes it down through earnings if impaired. Substantially all goodwill relates to the Health Care segment.

### J.  Other Assets, including Other Intangibles

Other assets consist primarily of various insurance-related assets. CIGNA's other intangible assets include purchased customer lists and provider networks. CIGNA amortizes other intangibles on a straight-line basis over periods from 3 to 10 years. Management revises amortization periods if it believes there has been a change in the length of time that an intangible asset will continue to have value. In 2003, CIGNA recorded a $16 million pre-tax charge ($10 million after-tax) in other operating expenses in the Health Care segment for the impairment of provider contracts that had been terminated or substantially amended. Other assets also include the gain position of certain derivatives (see Note 10(G)).

5

LINA 0189566

The gross carrying value of CIGNA's other intangible assets was $215 million at December 31, 2005 and $198 million at December 31, 2004. The accumulated amortization was $181 million at December 31, 2005 and $142 million at December 31, 2004.

## K. Separate Account Assets and Liabilities

Separate account assets and liabilities are contractholder funds maintained in accounts with specific investment objectives. The assets of these accounts are legally segregated and are not subject to claims that arise out of any of CIGNA's other businesses. These accounts are carried at fair value. The investment income, gains and losses of these accounts generally accrue to the contractholders and are not included in CIGNA's revenues and expenses. Fees earned for asset management services are reported in premiums and fees.

## L. Contractholder Deposit Funds

Liabilities for contractholder deposit funds include deposits received from customers for investment-related and universal life products and investment earnings on their fund balances. These liabilities are adjusted to reflect administrative charges, policyholder share of changes in fair value of related investment assets and, for universal life fund balances, mortality charges.

## M. Future Policy Benefits

Future policy benefits are liabilities for the present value of estimated future obligations under traditional life and health insurance policies and annuity products currently in force. These obligations are estimated using actuarial methods and primarily consist of reserves for annuity contracts, life insurance benefits, and guaranteed minimum death benefit contracts.

Obligations for annuities represent specified periodic benefits to be paid to an individual or groups of individuals over their remaining lives. Obligations for life insurance policies represent benefits to be paid to policyholders, net of future premiums to be received. Management estimates these obligations based on assumptions as to premiums, interest rates, mortality and surrenders, allowing for adverse deviation. Mortality and surrender assumptions are based on either CIGNA's own experience or actuarial tables. Interest rate assumptions are based on management's judgment considering CIGNA's experience and future expectations, and range from 1.25% to 11.70%. Obligations for certain annuities include adjustments for amounts that would be required had related investments been sold at their current fair values.

Certain reinsurance contracts guarantee a minimum death benefit under variable annuities issued by other insurance companies. These obligations represent the guaranteed death benefit in excess of the contractholder's account values (based on underlying equity and bond mutual fund investments). These obligations are estimated based on assumptions regarding lapse, partial surrenders, mortality, interest rates (mean investment performance and discount rate), market volatility and other considerations as well as investment returns and premiums, consistent with the requirements of generally accepted accounting principles when a premium deficiency exists. Lapse, partial surrenders, mortality, interest rates and volatility are based on management's judgment considering CIGNA's experience and future expectations. The results of futures and forward contracts are reflected in the liability calculation as a component of investment returns. See also Note 6 for additional information.

## N. Unpaid Claims and Claims Expenses

Liabilities for unpaid claims and claim expenses are estimates of payments to be made under insurance coverages, (primarily long-term disability, workers' compensation and life and health), for reported claims and for losses incurred but not yet reported. Liabilities for disability insurance policies are based upon benefit payments to be made to policyholders, net of future premiums to be received. Reserves for claims incurred but not yet reported are developed using actuarial methods and assumptions which consider contractual requirements, claim incidence rates, claim resolution rates and other relevant factors. Claim resolution rate assumptions are based on CIGNA's own experience, typically vary by year of claim incurral and may include a provision for adverse deviation. CIGNA discounts certain claim liabilities related to group long-term disability and workers' compensation. Interest rate assumptions are based on projected investment returns for the asset portfolios that support these liabilities and range from 3% to 6.5%. When estimates change, CIGNA records the adjustment in benefits and expenses in the period in which the change in estimate is identified.

## O. Health Care Medical Claims Payable

Liabilities for Health Care medical claims are estimates of payments to be made under insurance coverages for reported claims and for losses incurred but not yet reported. Management develops these estimates using actuarial methods based upon historical data for payment patterns, cost trends, product mix, seasonality, utilization of health care services and other relevant factors. Since CIGNA's reserve process is primarily based upon historical data, management may adjust for known or anticipated operational and environmental changes and trends.

The estimation process for determining these liabilities inherently relies on assumptions and estimates that are subject to change. Each period when new information becomes available, CIGNA records the adjustment in Health Care medical claims expenses in the period in which the change in estimate is identified, although the adjustment may relate to a prior period. Such adjustments to prior period reserves (prior year claim development) may be favorable (claims ultimately settled for less than originally estimated) or unfavorable (claims settled for more than originally estimated).

58

LINA 0189567

### P. Unearned Premiums and Fees

Premiums for life, accident and health insurance are recognized as revenue on a pro rata basis over the contract period. Fees for mortality and contract administration of universal life products are recognized ratably over the coverage period.

The unrecognized portion of these amounts is recorded as unearned premiums and fees.

### Q. Accounts Payable, Accrued Expenses and Other Liabilities

Accounts payable, accrued expenses and other liabilities consist principally of pension, postretirement and postemployment benefits and various insurance-related liabilities, including amounts related to reinsurance contracts and insurance-related assessments that management can reasonably estimate. Accounts payable, accrued expenses and other liabilities also include the loss position of certain derivatives (see Note 10(G)).

### R. Translation of Foreign Currencies

CIGNA generally conducts its international business through foreign operating entities that maintain assets and liabilities in local currencies, which are generally their functional currencies. CIGNA uses exchange rates as of the balance sheet date to translate assets and liabilities into U.S. dollars. Translation gains or losses on functional currencies, net of applicable taxes, are recorded in accumulated other comprehensive income (loss). CIGNA uses average exchange rates during the year to translate revenues and expenses into U.S. dollars.

### S. Premiums and Fees, Revenues and Related Expenses

Premiums for life, accident and health insurance and managed care coverages are recognized as revenue on a pro rata basis over the contract period. Benefits and expenses are recognized when incurred.

Premiums for individual life insurance and individual and group annuity products, excluding universal life and investment-related products, are recognized as revenue when due. Benefits and expenses are matched with premiums.

Revenue for investment-related products is recognized as follows:

- Net investment income on assets supporting investment-related products is recognized as earned.

- Fair value changes of securities supporting experience-rated pension policyholder contracts were recognized in other revenues.

- Contract fees, which are based upon related administrative expenses, are assessed against the customer's fund balance ratably over the contract year and recognized as earned in premiums and fees.

Benefits and expenses for investment-related products consist primarily of income credited to policyholders in accordance with contract provisions and policyholder share of other revenues.

Revenue for universal life products is recognized as follows:

- Net investment income on assets supporting universal life products is recognized as earned.

- Fees for mortality are recognized ratably over the coverage period.

- Administration fees are recognized as services are provided.

- Surrender charges are recognized as earned.

Benefits and expenses for universal life products consist of benefit claims in excess of policyholder account balances. Expenses are recognized when claims are filed, and income is credited in accordance with contract provisions.

Contract fees and expenses for administrative services only programs and pharmacy programs and services are recognized as services are provided.

### T. Participating Business

CIGNA's participating life insurance policies entitle policyholders to earn dividends that represent a portion of the earnings of CIGNA's life insurance subsidiaries. Participating insurance accounted for approximately 2% of CIGNA's total life insurance in force at the end of 2005, 2004 and 2003.

### U. Income Taxes

CIGNA and its domestic subsidiaries file a consolidated United States federal income tax return. CIGNA's foreign subsidiaries file tax returns in accordance with applicable foreign law. U.S. taxation of foreign affiliates may differ in timing and amount from taxation under foreign laws. Reportable amounts, including credits for foreign tax paid by those affiliates, are reflected in the U.S. tax return of the affiliates' domestic parent.

CIGNA generally recognizes deferred income taxes when assets and liabilities have different values for financial statement and tax reporting purposes. Note 16 contains detailed information about CIGNA's income taxes.

LINA 0189568

## Note 3 – Acquisitions and Dispositions

CIGNA may from time to time acquire or dispose of assets, subsidiaries or lines of business. Significant transactions are described below.

### A. Sale of Retirement Benefits Business

On April 1, 2004, CIGNA sold its retirement benefits business, excluding the corporate life insurance business, for cash proceeds of $2.1 billion. The sale resulted in an after-tax gain of $804 million, of which $267 million after-tax was recognized immediately. Of this amount, $259 million after-tax was recorded in realized investment gains and $8 million after-tax was recorded in other revenues. The sales agreement provides for post closing adjustments, however, any future adjustments are not expected to be material to CIGNA's consolidated results of operations, liquidity or financial condition.

As this transaction was primarily in the form of a reinsurance arrangement under which CIGNA retains the contractual obligation to pay these liabilities, $537 million of the after-tax gain was deferred. Subsequent to the original reinsurance transaction, the buyer of the retirement benefits business has entered into agreements with most of the insured parties relieving CIGNA of any remaining contractual obligation to those parties (novation). Additional such agreements are expected.

The deferred gain is amortized at the rate that earnings from the sold business would have been expected to emerge (primarily 15 years on a declining basis) or until CIGNA is relieved of any remaining contractual obligation. At the time of novation, CIGNA accelerates amortization of a portion of the deferred gain and also reduces the associated contractholder deposit funds, future policy benefits, reinsurance recoverables and separate account balances. In 2005, liabilities decreased by $33.3 billion as a result of novation activity attributable to the sold retirement benefits business. This decrease consisted of $7.0 billion of contractholder deposit funds and future policy benefits as well as $26.3 billion of separate account liabilities. Corresponding decreases in assets of $33.3 billion consisted of $7.0 billion of reinsurance recoverables and $26.3 billion of separate account assets. See Note 7 to the Financial Statements for additional information on reinsurance recoverables associated with the sale of the retirement benefits business.

CIGNA recognized deferred gain amortization in other revenues in the Run-off Retirement segment as follows:

| (In millions) | Pre-Tax | After-Tax |
|---|---|---|
| **2005** | | |
| Accelerated deferred gain amortization | $322 | $204 |
| Normal deferred gain amortization | $ 24 | $ 16 |
| **2004** | | |
| Accelerated deferred gain amortization | $ 342 | $ 223 |
| Normal deferred gain amortization | $ 80 | $ 52 |

The remaining pre-tax deferred gain as of December 31, 2005 was $66 million.

On December 1, 2004, CIGNA transferred $1.2 billion of invested assets and $2.6 billion of separate account assets supporting modified coinsurance arrangements to the buyer and converted these arrangements to indemnity coinsurance This transfer resulted in the recognition of realized investmen gains of $25 million after-tax and a corresponding loss on reinsurance of $25 million after-tax in other revenues.

On January 1, 2005, CIGNA transferred the assets of substantially all of the separate accounts related to the retirement benefits business to the buyer. Since the arrangement is primarily modified coinsurance, CIGNA received units of the buyer's separate accounts and carries those units as separate account assets on its balance sheet for the business not directly assumed by the buyer. At December 31, 2005, there were approximately $4.8 billion o separate account assets and liabilities associated with the business not yet directly assumed by the buyer.

At December 31, 2005, CIGNA had approximately $1.9 billion of invested assets, primarily fixed maturities and mortgage loans, supporting a modified coinsurance arrangement relating to the single premium annuity business sold to the buyer. These invested assets are held in a business trust established by CIGNA. CIGNA pays or receives cash quarterl to settle the results of the reinsured business, including the investment results of the assets underlying the modified coinsurance arrangement.

As a result of this modified coinsurance arrangement, CIGN has an embedded derivative that transfers to the buyer certa unrealized changes in fair value due to interest rate and cre risks of these assets. CIGNA records these effects in other liabilities and other revenues. To date CIGNA has not recor any charge or credit for the embedded derivative. A decreas in interest rates could result in a charge to CIGNA's consolidated net income until the modified coinsurance arrangement ends, which is expected in 2006.

The buyer has given notice that it intends to terminate its reinsurance of the single premium annuity business effecti April 1, 2006. Discussions between the two parties continu the buyer terminates its reinsurance, CIGNA would retain t single premium annuity business, including the trust assets and the insurance liabilities. CIGNA does not expect the ultimate outcome of these discussions to have a material adverse effect on its consolidated results of operation, liqui or financial condition.

### B. Sale of Investment Advisory Businesses

In the fourth quarter of 2004, CIGNA sold a significant portion of its investment advisory businesses and recorded after-tax gain of $12 million in Other Operations.

LINA 0189569

NOTES TO THE FINANCIAL STATEMENTS

## C. Sale of Japanese Pension Operations

In September 2003, CIGNA sold its interest in a Japanese pension operation for cash proceeds of $18 million and recognized an after-tax gain of $5 million in the International segment. The gain was reported in continuing operations since this operation was accounted for under the equity method of accounting.

## D. Sale of Lovelace Health Systems, Inc.

In January 2003, CIGNA sold the operations of Lovelace, an integrated health care system, for cash proceeds of $209 million and recognized an after-tax gain of $32 million, which was reported in discontinued operations.

## E. Sale of Brazilian Health Care Operations

In January 2003, CIGNA sold its Brazilian health care operations. The sale generated an after-tax gain of $18 million, primarily as a result of the disposition of the net liabilities associated with these operations. The gain was reported in discontinued operations.

## F. Sale of Individual Life Insurance and Annuity Business

In 1998, CIGNA sold its individual life insurance and annuity business for cash proceeds of $1.4 billion. The sale generated an after-tax gain of approximately $800 million, the majority of which was deferred and is recognized at the rate that earnings from the sold business would have been expected to emerge (primarily over 15 years on a declining basis). This gain reflects an increase in 2003 of $23 million after-tax resulting from an account review. CIGNA recognized deferred gains of $32 million after-tax in 2005, $37 million after-tax in 2004, and $54 million after-tax in 2003 (which included $13 million as a result of the 2003 review). The remaining deferred gain as of December 31, 2005, was $183 million after-tax.

## Note 4 – Earnings Per Share

Basic and diluted earnings per share (EPS) for income from continuing operations are computed as follows for the years ended December 31:

| (In millions, except per share amounts) | Basic | Effect of Dilution | Diluted |
|---|---|---|---|
| **2005** | | | |
| **Income from continuing operations** | $ 1,276 | $ — | $ 1,276 |
| Shares (in thousands): Weighted average | 127,348 | — | 127,348 |
| Options and restricted stock grants | | 2,458 | 2,458 |
| **Total shares** | 127,348 | 2,458 | 129,806 |
| **EPS** | $ 10.02 | $ (0.19) | $ 9.83 |
| **2004** | | | |
| **Income from continuing operations** | $ 1,577 | $ — | $ 1,577 |
| Shares (in thousands): Weighted average | 136,493 | — | 136,493 |
| Options and restricted stock grants | | 1,391 | 1,391 |
| **Total shares** | 136,493 | 1,391 | 137,884 |
| **EPS** | $ 11.55 | $ (0.11) | $ 11.44 |
| **2003** | | | |
| **Income from continuing operations** | $ 584 | $ — | $ 584 |
| Shares (in thousands): Weighted average | 139,747 | — | 139,747 |
| Options and restricted stock grants | | 663 | 663 |
| **Total shares** | 139,747 | 663 | 140,410 |
| **EPS** | $ 4.18 | $ (0.02) | $ 4.16 |

The following outstanding employee stock options as of December 31, were not included in the computation of diluted earnings per share because their effect would have increased diluted earnings per share (antidilutive) as the estimated proceeds from their exercise was greater than the average share price of CIGNA's common shares for the period.

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Antidilutive options | 2.6 | 11.8 | 15.3 |

LINA 0189570

### Note 5 – Health Care Medical Claims Payable

Activity in medical claims payable was as follows for the years ended December 31:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Balance at January 1, | $1,594 | $2,173 | $2,067 |
| Less: Reinsurance and other amounts recoverable | 497 | 719 | 688 |
| Balance at January 1, net | 1,097 | 1,454 | 1,379 |
| Incurred related to: | | | |
| Current year | 6,631 | 6,889 | 8,237 |
| Prior years | (326) | (273) | (169) |
| Total incurred | 6,305 | 6,616 | 8,068 |
| Paid related to: | | | |
| Current year | 5,844 | 5,914 | 6,871 |
| Prior years | 735 | 1,059 | 1,122 |
| Total paid | 6,579 | 6,973 | 7,993 |
| Balance at December 31, net | 823 | 1,097 | 1,454 |
| Add: Reinsurance and other amounts recoverable | 342 | 497 | 719 |
| Balance at December 31, | $1,165 | $1,594 | $2,173 |

Medical claims payable are estimated using actuarial models as described in Note 2(O). The estimation process for determining these liabilities inherently results in adjustments each year for claims incurred (but not paid) in preceding years. Negative amounts reported for claims incurred related to prior years result from claims ultimately being settled for amounts less than originally estimated (favorable development). Positive amounts reported for claims incurred related to prior years result from claims ultimately being settled for amounts greater than originally estimated (unfavorable development).

Reinsurance and other amounts recoverable reflect amounts due from policyholders to cover incurred but not reported and pended claims for minimum premium products and certain administrative services only business where the right of offset does not exist.

As presented above, amounts incurred related to prior years do not directly correspond to an increase or decrease in pre-tax income in the period recognized. CIGNA's reserving practice is to consistently recognize the actuarial best estimate of the ultimate liability within a level of confidence required by actuarial standards. Thus, only when the release of a prior year reserve is not offset with the same level of conservatism in estimating the current year reserve will a net reduction in medical claim expense for the current year occur.

In addition, due to the nature of CIGNA's retrospectively experience-rated business, only adjustments to medical costs incurred associated with accounts in deficit affect net income. In accordance with contractual agreements, amounts incurred related to accounts in surplus accrue directly to the policyholders and are offset by equivalent revenue adjustments.

As a result, the gross amount of incurred claims related to prior years, when netted for the factors discussed above, favorably impacted CIGNA's net income (after-tax) by $13 million in 2005, $106 million in 2004, and $33 million in 2003.

### Note 6 – Guaranteed Minimum Death Benefit Contracts

CIGNA's reinsurance operations, which were discontinued 2000 and are now an inactive business in run-off mode, reinsured a guaranteed minimum death benefit under cert variable annuities issued by other insurance companies. T variable annuities are essentially investments in mutual fu combined with a death benefit. CIGNA has equity and oth market exposures as a result of this product.

The majority of CIGNA's exposure arises under annuities t guarantee that the benefit received at death will be no less than the highest historical account value of the related mu fund investments on a contractholder's anniversary date. Under this type of death benefit, CIGNA is liable to the ex the highest historical anniversary account value exceeds th fair value of the related mutual fund investments at the ti of a contractholder's death. Other annuity designs that CIGNA reinsured guarantee that the benefit received at de will be:

- the contractholder's account value as of the last anniversary date (anniversary reset); or

- no less than net deposits paid into the contract accumulated at a specified rate or net deposits paid int the contract.

In periods of declining equity markets and in periods of fl equity markets following a decline, CIGNA's liabilities for these guaranteed minimum death benefits increase. Simila in periods of rising equity markets, CIGNA's liabilities for these guaranteed minimum death benefits decrease. Beginning in 2002 with the implementation of the progra to reduce equity market exposures discussed below, the favorable and unfavorable effects of the equity market on reserve are largely offset in other revenues as a result of th related futures gains or losses.

Activity in future policy benefit reserves for these guarant minimum death benefit contracts was as follows:

| (In millions) | 2005 | 2004 | |
|---|---|---|---|
| Balance at January 1 | $988 | $1,182 | $ |
| Less: Reinsurance recoverable | 30 | 52 | |
| Add: Incurred benefits | 105 | (28) | |
| Less: Paid benefits | 136 | 144 | |
| Add: Reinsurance recoverable | 24 | 30 | |
| Balance at December 31 | $951 | $ 988 | $ |

Benefits paid and incurred are net of ceded amounts. Incu benefits reflect the favorable or unfavorable impact of a ri or falling equity market on the liability. As discussed belo

LINA 0189571

losses or gains have been recorded in other revenues as a result of the program to reduce equity market exposures. In addition, incurred benefits in 2005 and 2003 reflect the impact of reserve actions also discussed below.

Management estimates reserves for variable annuity death benefit exposures based on assumptions regarding lapse, partial surrender, mortality, interest rates (mean investment performance and discount rate), volatility and other considerations. These estimates are based on CIGNA's experience and future expectations. CIGNA monitors actual experience to update these reserve estimates as necessary.

Lapse refers to the full surrender of an annuity prior to a contractholder's death. Partial surrender refers to the fact that most contractholders have the ability to withdraw substantially all of their mutual fund investments while retaining the death benefit coverage in effect at the time of the withdrawal. Mean investment performance and fluctuations refer to the market return and market volatility respectively that affects the costs of the program adopted by CIGNA to reduce equity market risks associated with these liabilities.

CIGNA regularly evaluates the assumptions used in establishing reserves and changes its estimates if actual experience or other evidence suggests that earlier assumptions should be revised. If actual experience differs from the assumptions and other considerations used in estimating these reserves, the resulting change could have a material adverse effect on CIGNA's consolidated results of operations, and in certain situations, could have a material adverse effect on CIGNA's financial condition. See page 26 for the effects of hypothetical changes in those assumptions.

The following provides information about CIGNA's reserving methodology and assumptions for guaranteed minimum death benefits for December 31, 2005:

- The reserves represent estimates of the present value of net amounts expected to be paid, less the present value of net future premiums. Included in net amounts expected to be paid is the excess of the guaranteed death benefits over the values of the contractholders' accounts (based on underlying equity and bond mutual fund investments).

- The reserves include an estimate for partial surrenders that essentially lock in the death benefit for a particular policy based on annual election rates that vary from 0-23% depending on the net amount at risk for each policy and whether surrender charges apply.

- The mean investment performance assumption is 5% considering CIGNA's program to reduce equity market exposures using futures contracts (described below).

- The volatility assumption is 15-30%, varying by equity fund type; 3-8%, varying by bond fund type; and 1% for money market funds.

- The discount rate is 5.75%.

- The mortality assumption is 70-75% of the 1994 Group Annuity Mortality table, with 1% annual improvement beginning January 1, 2000.

- The lapse rate assumption is 0-15%, depending on contract type, policy duration and the ratio of the net amount at risk to account value.

The table below presents the account value, net amount at risk and average attained age of underlying contractholders for guarantees in the event of death, by type of benefit as of December 31. The net amount at risk is the death benefit coverage in force or the amount that CIGNA would have to pay if all contractholders had died as of the specified date, and represents the excess of the guaranteed benefit amount over the fair value of the underlying mutual fund investments.

| (Dollars in millions) | | 2005 | | 2004 |
|---|---|---|---|---|
| Highest anniversary annuity value | | | | |
|   Account value | $ | **33,370** | $ | 38,249 |
|   Net amount at risk | $ | **5,902** | $ | 7,725 |
|   Average attained age of contractholders | | **66** | | 65 |
| Anniversary value reset | | | | |
|   Account value | $ | **2,911** | $ | 3,147 |
|   Net amount at risk | $ | **108** | $ | 178 |
|   Average attained age of contractholders | | **61** | | 60 |
| Other | | | | |
|   Account value | $ | **3,891** | $ | 4,306 |
|   Net amount at risk | $ | **941** | $ | 1,080 |
|   Average attained age of contractholders | | **65** | | 64 |
| Total | | | | |
|   Account value | $ | **40,172** | $ | 45,702 |
|   Net amount at risk | $ | **6,951** | $ | 8,983 |
|   Average attained age of contractholders (weighted by exposure) | | **66** | | 65 |
|   Number of contractholders | | **1.0 million** | | 1.2 million |

During the first quarter of 2005, CIGNA completed its normal review of assumptions and recorded an after-tax charge of $11 million ($17 million pre-tax). This charge primarily resulted from an update to lapse assumptions based on emerging experience. The charge also reflects updates to partial surrender assumptions, reflecting the impact of stock market declines, as well as other assumptions. Also in 2005, CIGNA updated its mortality and expense assumptions for these contracts.

In the second quarter of 2003, CIGNA recognized an after-tax charge of $286 million ($441 million pre-tax) to increase reserves following an analysis of experience and reserve assumptions. Prior to the second quarter of 2003, CIGNA's experience of partial surrenders under its guaranteed minimum death benefit contracts was not sufficient to support an explicit reserve assumption. Separately, from mid-2002 through the first quarter of 2003, CIGNA experienced continued adverse mortality development under

63

LINA 0189572

these contracts. During the second quarter of 2003, CIGNA conducted a special review of the emerging partial surrender activity to determine if sufficient credible data existed for an explicit reserve assumption. The review also included a detailed study of other reserve assumptions, including mortality, to validate the cause of the adverse experience and to determine whether or not long-term mortality expectations should be changed.

As a result of the review, CIGNA recorded the after-tax charge of $286 million referenced above consisting of the following:

- $169 million for the addition of an explicit assumption for both actual and projected future partial surrenders. This estimate is based on annual election rates that vary depending on the net amount at risk for each policy (see below for more information);

- $56 million primarily reflecting refinements to assumptions relating to the timing of lapses, death benefits and premiums to better reflect CIGNA's experience;

- $39 million due to higher assumed mortality reflecting adverse experience based on contractholder deaths during the period from late 2000 into 2003; and

- $22 million resulting from a decrease in assumed mean investment performance reflecting experience and future expectations based on history for similar investments and considering CIGNA's program to reduce equity market exposures (discussed below).

As a result of equity market declines and volatility early in the third quarter of 2002, CIGNA evaluated alternatives for addressing the exposures associated with these reinsurance contracts, considering the possibility of continued depressed equity market conditions, the potential effects of further equity market declines and the impact on future earnings and capital. As a result of this evaluation, CIGNA implemented a program to substantially reduce the equity market exposures of this business by selling exchange-traded futures contracts, which are expected to rise in value as the equity market declines and decline in value as the equity market rises.

During 2003, CIGNA began using foreign currency forward contracts as part of its program to reduce international equity market risks associated with this business. During 2005, CIGNA replaced these forward contracts with foreign currency futures contracts. CIGNA expects to adjust the futures contract positions and may enter into other contract positions over time, to reflect changing equity market levels and changes in the investment mix of the underlying variable annuity investments.

CIGNA recorded in other revenues pre-tax losses of $48 million in 2005, $165 million in 2004, and $550 million in 2003 from the futures and forward contracts. Expense offsets reflecting corresponding changes in liabilities for these guaranteed minimum death benefit contracts were included in benefits and expenses. The notional amount of the futures contract positions held by CIGNA at December 31, 2005, was

$1.0 billion. There were no foreign currency forward contracts held at December 31, 2005.

CIGNA has also written reinsurance contracts with issuers of variable annuity contracts that provide annuitants with certain guarantees related to minimum income benefits. See Note 20 for further information.

## Note 7 – Reinsurance

In the normal course of business, CIGNA's insurance subsidiaries enter into agreements with other insurance companies to assume and cede reinsurance. Reinsurance is ceded primarily to limit losses from large exposures and to permit recovery of a portion of direct losses. Reinsurance does not relieve the originating insurer of liability. CIGNA evaluates the financial condition of its reinsurers and monitors their concentrations of credit risk.

*Retirement benefits business.* CIGNA had a reinsurance recoverable of $1.2 billion at December 31, 2005 and $8.6 billion at December 31, 2004 from Prudential Retirement Insurance and Annuity Company resulting from the sale of the retirement benefits business, which was primarily in the form of a reinsurance arrangement. The reinsurance recoverable is secured primarily by fixed maturities and mortgage loans held in a business trust established by the reinsurer. This recoverable is reduced as CIGNA's reinsured liabilities are paid or directly assumed by the reinsurer.

*Individual life and annuity reinsurance.* CIGNA had a reinsurance recoverable of $5.0 billion at December 31, 2005, and $5.2 billion at December 31, 2004, from Lincoln National Corporation that arose from the 1998 sale of CIGNA's individual life insurance and annuity business to Lincoln through an indemnity reinsurance arrangement.

*Unicover and other run-off reinsurance.* The Run-off Reinsurance operations participate in a workers' compensation reinsurance pool, which ceased accepting new risks in early 1999. This pool was formerly managed by Unicover Manager Inc. The pool purchased significant reinsurance (retrocessional) protection for its assumed risks. Disputes concerning these retrocessional contracts have resulted in a number of arbitrations, most of which have been resolved or settled. The remaining disputes are expected to be resolved in 2006.

Run-off Reinsurance also includes other (non-Unicover) workers' compensation reinsurance contracts, as well as personal accident reinsurance contracts, including contracts assumed in the London market. CIGNA is in dispute and arbitration with some ceding companies over the amount of liabilities assumed under their contracts, and expects that these disputes and arbitrations will be substantially resolved by the end of 2007.

In addition, CIGNA obtained retrocessional reinsurance coverage for a significant portion of its liabilities under these contracts and some of these retrocessionaires have disputed the validity of their contracts with CIGNA. Many of these

64

LINA 0189573

disputes with retrocessionaires have been resolved or settled. Most of the remaining significant disputes relating to the retrocessional reinsurance coverage are expected to be resolved in 2006. CIGNA bears the risk of loss if the retrocessionaires are unable to meet their reinsurance obligations to CIGNA.

Unfavorable claims experience related to workers' compensation and personal accident exposures is possible and could result in future losses, including losses attributable to the inability to recover amounts from retrocessionaires (either due to disputes with the retrocessionaires or their financial condition).

CIGNA's reserves for amounts recoverable from retrocessionaires, as well as for underlying reinsurance exposures assumed by CIGNA, are considered appropriate as of December 31, 2005, based on current information. However, it is possible that future developments could have a material adverse effect on CIGNA's consolidated results of operations, and, in certain situations, could have a material adverse effect on CIGNA's financial condition.

*Other reinsurance.* CIGNA could have losses if reinsurers fail to indemnify CIGNA on other reinsurance arrangements, either because of reinsurer insolvencies or contract disputes. However, management does not expect charges for other unrecoverable reinsurance to have a material adverse effect on CIGNA's consolidated results of operations, liquidity or financial condition.

*Effects of reinsurance.* In CIGNA's consolidated income statements, premiums and fees were net of ceded premiums, and benefits and expenses were net of reinsurance recoveries, in the following amounts:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| **Premiums and fees** | | | |
| Short-duration contracts: | | | |
| Direct | $12,849 | $13,183 | $14,229 |
| Assumed | 414 | 383 | 450 |
| Ceded | (156) | (121) | (132) |
| | 13,107 | 13,445 | 14,547 |
| Long-duration contracts: | | | |
| Direct | 845 | 1,071 | 1,214 |
| Assumed | 72 | 78 | 86 |
| Ceded: | | | |
| Individual life insurance and annuity business sold | (270) | (301) | (329) |
| Other | (59) | (57) | (58) |
| | 588 | 791 | 913 |
| Total | $13,695 | $14,236 | $15,460 |
| **Reinsurance recoveries** | | | |
| Individual life insurance and annuity business sold | $ 332 | $ 326 | $ 298 |
| Other | 141 | 166 | 168 |
| Total | $ 473 | $ 492 | $ 466 |

The effects of reinsurance on written premiums and fees for short-duration contracts were not materially different from the recognized premium and fee amounts shown in the above table.

## Note 8 – Pension and Other Postretirement Benefit Plans

### A. Pension and Other Postretirement Benefit Plans

CIGNA and certain of its subsidiaries provide pension, health care and life insurance defined benefits to eligible retired employees, spouses and other eligible dependents through various plans.

CIGNA measures the assets and obligations of its domestic pension and other postretirement benefit plans as of December 31. The following table summarizes the projected obligations and assets related to CIGNA's domestic and international pension and other postretirement benefit plans as of, and for the years ended, December 31:

| | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
| (In millions) | 2005 | 2004 | 2005 | 2004 |
| **Change in benefit obligation** | | | | |
| Benefit obligation, January 1 | $ 3,952 | $ 3,683 | $538 | $580 |
| Service cost | 72 | 73 | 2 | 2 |
| Interest cost | 221 | 221 | 27 | 31 |
| Loss (gain) from past experience | 181 | 244 | (31) | (5) |
| Benefits paid from plan assets | (233) | (227) | (3) | (3) |
| Benefits paid—other | (31) | (33) | (36) | (36) |
| Amendments | 13 | (14) | — | (29) |
| Curtailment | — | 5 | (5) | (2) |
| Benefit obligation, December 31 | 4,175 | 3,952 | 492 | 538 |
| **Change in plan assets** | | | | |
| Fair value of plan assets, January 1 | 2,542 | 2,356 | 35 | 37 |
| Actual return on plan assets | 256 | 263 | 1 | 1 |
| Benefits paid | (233) | (227) | (3) | (3) |
| Contributions | 544 | 150 | — | — |
| Fair value of plan assets, December 31 | 3,109 | 2,542 | 33 | 35 |
| Net benefit obligation | 1,066 | 1,410 | 459 | 503 |
| Unrecognized net gains (losses) from past experience | (1,201) | (1,236) | 37 | 9 |
| Unrecognized prior service cost | 4 | 19 | 123 | 136 |
| Net amount recognized in the balance sheet | $ (131) | $ 193 | $619 | $648 |
| Accrued benefit liability | $ 971 | $ 1,315 | $619 | $648 |
| Accumulated other comprehensive loss (after-tax $716, $729) | (1,102) | (1,122) | — | — |
| Net amount recognized in the balance sheet | $ (131) | $ 193 | $619 | $648 |

*Pension benefits.* During 2005, CIGNA's minimum pension liabilities decreased due to amortization of losses from past experience and the effects of stock market appreciation on

65

LINA 0189574

plan assets, partially offset by the reduction of long-term interest rates used to determine the accumulated benefit obligation and updates to plan census data. The net effect was an after-tax increase to shareholders' equity of $13 million.

During 2004, CIGNA's minimum pension liabilities increased primarily due to a reduction in long-term interest rates used to determine the accumulated benefit obligation, as well as the annual update of plan participant data, partially offset by the effect of stock market appreciation on plan assets. The net effect was an after-tax decrease to shareholders' equity of $62 million.

As a result of the effect of equity market declines on the value of pension plan assets in 2002 and earlier and reduced long-term interest rates, CIGNA had underfunded pension plans with accumulated benefit obligations as of December 31, 2005 of $4.1 billion. The fair value of plan assets related to these plans were $3.1 billion and projected benefit obligations were $4.2 billion. The accumulated benefit obligations as of December 31, 2004 were $3.8 billion, the fair values of plan assets were $2.5 billion and projected benefit obligations were $3.9 billion.

CIGNA funds its qualified pension plans at least at the minimum amount required by the Employee Retirement Income Security Act of 1974 (ERISA). CIGNA contributed $544 million in 2005 as follows:

- $104 million for minimum funding requirements for the domestic pension plan and for voluntary contributions to the international pension plans; and

- $440 million for voluntary contributions to the domestic pension plan, which represent an acceleration of expected contributions to meet minimum funding requirements in 2006 and 2007.

The decision to make voluntary contributions to the domestic pension plan was based upon the favorable economic impact the contributions will have on the funding status of CIGNA's pension plan, including the potential for reducing future additional funding requirements as well as reducing premiums to the Pension Benefit Guaranty Corporation.

CIGNA does not expect to make domestic plan contributions in 2006, assuming no changes to minimum funding requirements. Current Congressional discussions to change minimum funding requirements may increase CIGNA's required funding and result in contributions in 2006.

Components of net pension cost, for the years ended December 31 were as follows:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Service cost | $ 72 | $ 73 | $ 80 |
| Interest cost | 221 | 221 | 221 |
| Expected return on plan assets | (181) | (189) | (200) |
| Amortization of: | | | |
| Net loss from past experience | 141 | 104 | 23 |
| Prior service cost | (1) | (2) | — |
| Net pension cost | $ 252 | $ 207 | $ 124 |

CIGNA also recognized pre-tax curtailment losses for pension benefits in 2004 of $7 million as part of the 2004 operational effectiveness review and sale of the retirement benefits business.

*Other postretirement benefits.* In 2004, CIGNA recognized the effects of the Medicare Prescription Drug Improvement and Modernization Act of 2003, retroactive to January 1, 2004, in determining its accumulated other postretirement benefit obligation and net other postretirement benefit costs. The effects of retroactive application were to reduce the accumulated other postretirement benefit obligation as of January 1, 2004, by approximately $20 million pre-tax and to reduce the net other postretirement benefit cost by less than $1 million pre-tax. In addition, in 2004, CIGNA amended its postretirement medical benefits plan to integrate pharmacy benefits with the 2003 Act and reduced its accumulated other postretirement benefit obligation by $29 million pre-tax.

Unfunded retiree health benefit plans had accumulated benefit obligations of $341 million at December 31, 2005, and $386 million at December 31, 2004. At the end of 2005, retiree life insurance plans with accumulated benefit obligations of $151 million were partially funded with plan assets of $33 million, compared with accumulated benefit obligations of $152 million, partially funded with plan assets of $35 million, at the end of 2004.

Components of net other postretirement benefit cost for the years ended December 31 were as follows:

| (In millions) | 2005 | 2004 | 2 |
|---|---|---|---|
| Service cost | $ 2 | $ 2 | $ |
| Interest cost | 27 | 31 | |
| Expected return on plan assets | (2) | (2) | |
| Amortization of: | | | |
| Net gain from past experience | (2) | — | |
| Prior service cost | (17) | (16) | |
| Net other postretirement benefit cost | $ 8 | $ 15 | |

CIGNA also recognized pre-tax curtailment gains for other postretirement benefits as follows:

| (In millions) | 2005 | 2004 |
|---|---|---|
| Operational effectiveness review | $— | $12 |
| Sale of the retirement benefits business | — | 8 |
| 2002 Health Care restructuring | — | — |
| Dental plan amendment | 2 | — |
| Total curtailment gains | $ 2 | $20 |

LINA 0189575

NOTES TO THE FINANCIAL STATEMENTS

The estimated rate of future increases in the per capita cost of health care benefits beginning in 2006 was 9%, decreasing to 5% over four years. This estimate reflects CIGNA's current claim experience and management's estimate that rates of growth will decline in the future. A 1% increase or decrease in the estimated rate would change 2005 reported amounts as follows:

| (In millions) | Increase | Decrease |
|---|---|---|
| Effect on total service and interest cost | $ 1 | $ (1) |
| Effect on postretirement benefit obligation | $16 | $(15) |

**Plan assets.** The following summarizes the fair value of assets related to pension plans as of December 31:

| Plan Asset Category | Percent of Total Fair Value | | Target Allocation Percentage |
|---|---|---|---|
| | 2005 | 2004 | 2005 |
| Equity securities | 73% | 70% | 68% |
| Fixed income | 17% | 16% | 20% |
| Real estate | 5% | 8% | 7% |
| Other | 5% | 6% | 5% |

The target investment allocation percentages are developed by management as guidelines, although the fair values of each asset category are expected to vary as a result of changes in market conditions. The pension plan asset portfolio has been most heavily weighted towards equity securities, consisting of domestic and international investments, in an effort to synchronize the expected higher rate of return on equities over the long-term with the overall long-term nature of the pension benefit obligations. The diversification of the pension plan assets into other investments is intended to mitigate the volatility in returns, while also providing adequate liquidity to fund benefit distributions.

Substantially all pension plan assets are invested in the separate accounts of Connecticut General Life Insurance Company (CGLIC) and Life Insurance Company of North America, which are CIGNA subsidiaries, or immediate participation guaranteed investment contracts issued by CGLIC. Most of these separate accounts and investment contracts are reinsured and managed by the buyer of the retirement benefits business. During 2005, the pension plan liquidated its position in CIGNA common stock. At December 31, 2004, plan assets included 292,500 shares of CIGNA common stock with a fair value of $24 million.

The other postretirement plan assets are invested in fixed income investments in the general account of CGLIC.

**Assumptions for pension and other postretirement benefit plans.** Management determined the present value of the projected pension benefit obligation and the accumulated other postretirement benefit obligation based on the following weighted average assumptions as of and for the years ended December 31:

| | 2005 | 2004 |
|---|---|---|
| Discount rate: | | |
| Pension benefit obligation | 5.5% | 5.75% |
| Other postretirement benefit obligation | 5.5% | 5.5% |
| Pension benefit cost | 5.75% | 6.00% |
| Other postretirement benefit cost | 5.5% | 6.15% |
| Expected return on plan assets: | | |
| Projected pension benefit obligation | 7.5% | 7.5% |
| Pension benefit cost | 7.5% | 7.5% |
| Accumulated other postretirement benefit obligation | 5% | 7% |
| Other postretirement benefit cost | 7% | 7% |
| Expected rate of compensation increase: | | |
| Projected pension benefit obligation | 3.5% | 3.5% |
| Pension benefit cost | 3.5% | 3.5% |
| Accumulated other postretirement benefit obligation | 3% | 3% |
| Other postretirement benefit cost | 3% | 3% |

The discount rates were developed considering actual annualized yields as of the measurement date for high quality, long-term corporate bonds adjusted to reflect the durations of the pension and other postretirement benefit obligations. Expected rates of return on plan assets were developed considering actual historical returns, current and expected market conditions, plan asset mix and management's investment strategy.

CIGNA uses a market-related asset valuation method to measure domestic pension plan assets invested in equity securities. The market-related value of pension assets recognizes market appreciation or depreciation in the portfolio over 5 years, a method that reduces the short-term impact of market fluctuations.

The average remaining service period of active employees associated with CIGNA's pension plan is approximately 6 years. The average remaining service period of active employees associated with the other postretirement benefit plans is approximately 10 years.

Changes to CIGNA's assumptions for the discount rates and expected rate of return on domestic qualified plan assets will not change required cash contributions to the pension plan as CIGNA funds at least the minimum amount required by ERISA. However, for the effects of hypothetical changes in discount rates and the expected rate of return see page 28.

67

LINA 0189576

*Benefit payments.* The following benefit payments, including expected future services, are expected to be paid in:

| (In millions) | Pension Benefits | Other Postretirement Benefits Gross | Net of Medicare Part D Subsidy |
|---|---|---|---|
| 2006 | $ 278 | $ 47 | $ 43 |
| 2007 | $ 280 | $ 45 | $ 43 |
| 2008 | $ 279 | $ 45 | $ 43 |
| 2009 | $ 279 | $ 45 | $ 42 |
| 2010 | $ 279 | $ 44 | $ 42 |
| 2011-2015 | $1,477 | $205 | $195 |

## B. 401(k) Plans

CIGNA sponsors a 401(k) plan in which CIGNA matches a portion of employees' pre-tax contributions. Another 401(k) plan with an employer match was frozen in 1999. Participants in the active plan may invest in a fund that invests in CIGNA common stock, several diversified stock funds, a bond fund and a fixed-income fund.

CIGNA may elect to increase its matching contributions if CIGNA's annual performance meets certain targets. A substantial amount of CIGNA's matching contributions are invested in CIGNA common stock. CIGNA's expense for these plans was $36 million for 2005 and 2003, and $38 million for 2004.

## Note 9 – Cost Reduction Programs

### A. First Quarter 2005 Program

In the first quarter of 2005, CIGNA implemented a plan to further streamline operations in the health care business and in supporting areas. As a result, CIGNA recognized in other operating expenses a pre-tax charge of $51 million ($33 million after-tax) for severance costs during 2005. The table below shows CIGNA's cost reduction activity (pre-tax) related to severance for this program:

| (In millions) | Health Care | Corporate | Total |
|---|---|---|---|
| Total Charges | $ 22 | $ 29 | $ 51 |
| Total Payments | (16) | (16) | (32) |
| Balance as of December 31, 2005 | $ 6 | $ 13 | $ 19 |

### B. Operational Effectiveness Review

In 2004, CIGNA adopted a restructuring program associated with planned organizational changes to streamline functional support resources and to adjust its operations to current business volumes. As a result, CIGNA recognized in other operating expenses total pre-tax charges of $86 million ($56 million after-tax).

The table below shows CIGNA's restructuring activity (pre-ta related to severance and real estate for this program:

| (In millions) | Health Care/ Disability and Life* | Corporate | Tot |
|---|---|---|---|
| 2004 Activity: | | | |
| Charges: | | | |
| Severance | $ 39 | $ 35 | $ : |
| Real estate and other | 11 | 1 | : |
| Total | 50 | 36 | : |
| Payments: | | | |
| Severance | (28) | (26) | (: |
| Real estate and other | (3) | — | : |
| Balance as of December 31, 2004 | 19 | 10 | : |
| 2005 Activity: | | | |
| Payments: | | | |
| Severance | (11) | (10) | (: |
| Real estate and other | (3) | — | |
| Balance as of December 31, 2005 | $ 5 | $ — | $ |

*Includes restructuring charges of $2 million pre-tax in the Disability and Life segment.*

### C. Corporate Effectiveness Initiative

In 2003, CIGNA adopted a restructuring program to attain certain operational efficiencies in its corporate staff function and to achieve additional cost savings. As a result, CIGNA recognized in other operating expenses a pre-tax charge in Corporate of $13 million ($9 million after-tax) for severance costs. This program was substantially completed in 2004.

### D. Fourth Quarter 2002 Program

In 2002, CIGNA adopted a restructuring program primarily t realign the organizational structure and operations of its health care business. During 2003, CIGNA reduced the remaining liability for this program by $23 million pre-tax ($15 million after-tax). These reductions were primarily due higher than expected attrition (which did not result in severance benefits or costs) and lower costs relating to outplacement and other services. This restructuring program was substantially completed in the fourth quarter of 2003.

LINA 0189577

## Note 10 – Investments

CIGNA's investments, as recorded on the balance sheet, include amounts attributable to experience-rated pension policyholder contracts up through the sale of the retirement benefits business in 2004. See Note 2(D) for discussion of the investment gains and losses associated with these amounts.

### A.  Fixed Maturities and Equity Securities

Fixed maturities included securities classified as trading and carried at fair value of $39 million (amortized cost of $38 million) as of December 31, 2005 and $56 million (amortized cost of $54 million) as of December 31, 2004. The changes in the net holding gain or loss on these securities held at December 31, 2005 and 2004 were not significant. The change in holding gain or loss held at December 31, 2003 was a pre-tax net loss of $174 million, and was reported in other revenues. The change in fair values of these securities sold during 2003 was a pre-tax net gain of $48 million. As a result of the sale of the retirement benefits business, substantially all of these securities were transferred to the buyer in 2004.

Fixed maturities and equity securities included $49 million at December 31, 2005 and $68 million at December 31, 2004, primarily corporate securities, that were pledged as collateral to brokers as required under futures contracts.

The following information about fixed maturities excludes securities classified as trading. The amortized cost and fair value by contractual maturity periods for fixed maturities were as follows at December 31, 2005:

| (In millions) | Amortized Cost | Fair Value |
|---|---|---|
| Due in one year or less | $    647 | $    658 |
| Due after one year through five years | 3,074 | 3,193 |
| Due after five years through ten years | 5,209 | 5,353 |
| Due after ten years | 3,822 | 4,522 |
| Mortgage- and other asset-backed securities | 1,083 | 1,182 |
| Total | $13,835 | $14,908 |

Actual maturities could differ from contractual maturities because issuers may have the right to call or prepay obligations, with or without penalties. Also, in some cases CIGNA may extend maturity dates.

Gross unrealized appreciation (depreciation) on fixed maturities (excluding securities classified as trading) by type of issuer is shown below.

| | December 31, 2005 | | | |
|---|---|---|---|---|
| (In millions) | Amortized Cost | Unrealized Appreciation | Unrealized Depreciation | Fair Value |
| Federal government and agency | $    639 | $    275 | $    — | $    914 |
| State and local government | 2,387 | 133 | (8) | 2,512 |
| Foreign government | 779 | 47 | (8) | 818 |
| Corporate | 8,921 | 605 | (69) | 9,457 |
| Federal agency mortgage-backed | 45 | — | (1) | 44 |
| Other mortgage-backed | 488 | 16 | (3) | 501 |
| Other asset-backed | 576 | 88 | (2) | 662 |
| Total | $13,835 | $1,164 | $(91) | $14,908 |

| | December 31, 2004 | | | |
|---|---|---|---|---|
| (In millions) | | | | |
| Federal government and agency | $    609 | $    225 | $    — | $    834 |
| State and local government | 2,502 | 163 | (4) | 2,661 |
| Foreign government | 769 | 62 | (1) | 830 |
| Corporate | 9,138 | 808 | (28) | 9,918 |
| Federal agency mortgage-backed | 101 | 1 | (1) | 101 |
| Other mortgage-backed | 830 | 41 | (3) | 868 |
| Other asset-backed | 708 | 57 | (3) | 762 |
| Total | $14,657 | $1,357 | $(40) | $15,974 |

The above table includes net appreciation of $773 million at December 31, 2005 and $717 million at December 31, 2004 for adjustments required for future policy benefits, contractholder deposit funds and modified coinsurance liabilities.

As of December 31, 2005, CIGNA had commitments to purchase $13 million of fixed maturities bearing interest at a fixed market rate. CIGNA expects to disburse the committed amount in 2006.

*Review of declines in fair value.* Management reviews fixed maturities and equity securities for impairment based on criteria that include:

- length of time and severity of decline;

- financial health and specific near term prospects of the issuer;

- changes in the regulatory, economic or general market environment of the issuer's industry or geographic region; and

- ability and intent to hold until recovery.

69

LINA 0189578

As of December 31, 2005, fixed maturities (primarily investment grade corporate bonds) and equity securities with a decline in fair value from cost were as follows, including the length of time of such decline:

| (In millions) | Fair Value | Amortized Cost | Unrealized Depreciation |
|---|---|---|---|
| **Fixed Maturities:** | | | |
| One year or less: | | | |
| Investment grade | $2,833 | $2,886 | $(53) |
| Below investment grade | $ 280 | $ 286 | $ (6) |
| More than one year: | | | |
| Investment grade | $ 903 | $ 934 | $(31) |
| Below investment grade | $ 22 | $ 23 | $ (1) |
| **Equity securities:** | | | |
| Less than one year | $ 48 | $ 50 | $ (2) |
| Greater than one year | $ 9 | $ 10 | $ (1) |

The unrealized depreciation of investment grade fixed maturities is primarily due to increases in interest rates since purchase. See Note 11(B) for discussion of impairments included in realized gains and losses.

**B. Mortgage Loans and Real Estate**

CIGNA's mortgage loans and real estate investments are diversified by property type, location and, for mortgage loans, borrower.

At December 31, mortgage loans and real estate investments were distributed among the following property types and geographic regions:

| (In millions) | 2005 | 2004 |
|---|---|---|
| **Property type** | | |
| Retail facilities | $ 773 | $1,001 |
| Office buildings | 1,395 | 1,243 |
| Apartment buildings | 489 | 510 |
| Industrial | 673 | 441 |
| Hotels | 602 | 325 |
| Other | 82 | 87 |
| Total | $4,014 | $3,607 |
| **Geographic region** | | |
| Central | $ 674 | $ 692 |
| Pacific | 1,013 | 905 |
| South Atlantic | 1,021 | 731 |
| Middle Atlantic | 335 | 559 |
| New England | 588 | 380 |
| Mountain | 383 | 340 |
| Total | $4,014 | $3,607 |

At December 31, 2005, scheduled mortgage loan maturities were as follows (in millions, unless otherwise indicated): $213 in 2006, $411 in 2007, $273 in 2008, $377 in 2009 and $2.7 billion thereafter.

Actual maturities could differ from contractual maturities for several reasons: borrowers may have the right to prepay

obligations, with or without prepayment penalties; the maturity date may be extended; and loans may be refinanced

As of December 31, 2005, CIGNA had commitments to exten credit under commercial mortgage loan agreements of $360 million, most of which were at a fixed market rate of interest. These loan commitments are diversified by property type anc geographic region. As of December 31, 2005, CIGNA had a commitment to contribute additional equity of $9 million to a real estate investment. CIGNA expects to disburse most of the committed amounts in 2006.

As of December 31, 2005, impaired mortgage loans and valuation reserves were not significant. In addition, changes in valuation reserves were not significant in 2005, 2004 and 2003.

**C. Other Long-term Investments**

As of December 31, other long-term investments consisted o the following:

| (In millions) | 2005 | 20 |
|---|---|---|
| Real estate and other entities | $339 | $ |
| Mezzanine loans | 134 | |
| Other | 31 | |
| Total | $504 | $ |

As of December 31, 2005, CIGNA had commitments to contribute:

- $201 million to limited liability entities that hold either real estate or loans to real estate entities that are diversif by property type and geographic region; and

- $188 million to entities that hold securities diversified k issuer and maturity date.

CIGNA expects to disburse most of the committed amount 2006.

**D. Short-Term Investments and Cash Equivalents**

Short-term investments and cash equivalents included corporate securities of $1.6 billion, money market funds of $232 million and federal government securities of $64 mil at December 31, 2005. CIGNA's short-term investments ar cash equivalents at December 31, 2004, included corporate securities of $1.4 billion and federal agency mortgage-back securities of $470 million.

**E. Non-Income Producing Investments**

As of December 31, 2005 and 2004, non-income producin investments were not significant.

**F. Concentration of Risk**

As of December 31, 2005 and 2004, CIGNA did not have concentration of investments in a single issuer or borrowe exceeding 10% of shareholders' equity.

LINA 0189579

### G. Derivative Financial Instruments

CIGNA's investment strategy is to manage the characteristics of investment assets (such as duration, yield, currency and liquidity) to meet the varying demands of the related insurance and contractholder liabilities (such as paying claims, investment returns and withdrawals). As part of this investment strategy, CIGNA typically uses derivatives to minimize interest rate, foreign currency and equity price risks. CIGNA routinely monitors exposure to credit risk associated with derivatives and diversifies the portfolio among approved dealers of high credit quality to minimize credit risk. In addition, CIGNA has written or sold contracts:

- to guarantee minimum income benefits;

- for certain modified coinsurance arrangements; and

- to enhance investment returns.

CIGNA uses hedge accounting when derivatives are designated, qualify and are highly effective as hedges. Under hedge accounting, the changes in fair value of the derivative and the hedged risk are generally recognized together and offset each other when reported in net income.

CIGNA accounts for derivative instruments as follows:

- Derivatives are reported on the balance sheet at fair value with changes in fair values reported in net income or accumulated other comprehensive income.

- Changes in the fair value of derivatives that hedge market risk related to future cash flows—and that qualify for hedge accounting—are reported in a separate caption in accumulated other comprehensive income. These hedges are referred to as cash flow hedges.

- A change in the fair value of a derivative instrument may not always equal the change in the fair value of the hedged item; this difference is referred to as hedge ineffectiveness. Where hedge accounting is used, CIGNA reflects hedge ineffectiveness in net income (generally as part of realized investment gains and losses).

- Features of certain investments and obligations, called embedded derivatives, are accounted for as derivatives. As permitted under SFAS No. 133, derivative accounting has not been applied to these features of such investments or obligations existing before January 1, 1999.

CIGNA recorded pre-tax realized investment gains (losses) from swaps on commercial loan pools of $7 million in 2005, $17 million in 2004, and $26 million in 2003.

See Note 6 to the Financial Statements for a discussion of derivatives associated with guaranteed minimum death benefit contracts, Note 20(C) to the Financial Statements for a discussion of derivatives associated with guaranteed minimum income benefit contracts and Note 3(A) for a discussion of derivatives embedded in certain modified coinsurance arrangements. The other effects of derivatives were not material to CIGNA's consolidated results of operations, liquidity or financial condition for 2005, 2004 or 2003.

LINA 0189580

The table below presents information about the nature and accounting treatment of CIGNA's primary derivative financial instruments. Derivatives in CIGNA's separate accounts are not included because associated gains and losses generally accrue directly to policyholders.

| Instrument | Risk | Purpose | Cash Flows | Accounting Policy |
|---|---|---|---|---|
| **Futures and foreign currency forwards** | Primarily equity and foreign currency risks | To reduce domestic and international equity market exposures for certain reinsurance contracts that guarantee death benefits resulting from changes in variable annuity account values based on underlying mutual funds. Currency futures are primarily Japanese yen, euro, and British pound. | For futures, CIGNA receives (pays) cash daily in the amount of the change in fair value of the futures contracts. For foreign currency forwards, CIGNA periodically exchanges the difference between domestic and international currencies, to begin at a designated future date. | Fair value changes are reported in other revenues. Fair values of foreign currency forwards are recorded in other assets or other liabilities. |
| **Futures** | Interest rate risk | To hedge fair value changes of fixed maturity and mortgage loan investments to be purchased. | CIGNA receives (pays) cash daily in the amount of the change in fair value of the futures contracts. | Using cash flow hedge accounting, fair value changes are reported in other comprehensive income and amortized into net investment income over the life of the investments purchased. |
| **Swaps** | Interest rate and foreign currency risk | To hedge the interest or foreign currency cash flows of fixed maturities and mortgage loans to match associated liabilities. Currency swaps are primarily euros for periods of up to 16 years. | CIGNA periodically exchanges cash flows between variable and fixed interest rates or between two currencies for both principal and interest. | Using cash flow hedge accounting, fair values are reported in other long-term investments or other liabilities and other comprehensive income. Net interest cash flows are reported in net investment income. |
| | Credit and interest rate risk | To enhance investment returns, CIGNA sells Dow Jones indexed credit default swaps on a basket of primarily investment grade corporate bonds. | CIGNA receives quarterly fees and will make future payments if an issuer of an underlying corporate bond defaults on scheduled payments or files for bankruptcy through 2010. If an issuer defaults or files for bankruptcy, CIGNA will make payment for the par value of the underlying corporate bond and may subsequently sell or hold that bond as an invested asset. If the most current indexed swaps are determined desirable for liquidity, credit risk or other reasons, CIGNA also pays or receives cash to settle purchases and sales. | Fair values of the swaps are reported in other long-term investments or other liabilities, with changes reported in realized gains and losses. Quarterly fees and gains and losses on purchases and sales are also reported in realized gains and losses. |
| **Swaps on commercial loan pools** | Interest rate and credit risk | To obtain returns based on the performance of underlying commercial loan pools. | CIGNA receives cash based on the performance of underlying commercial loan pools. | Fair values of the swaps are reported in other long-term investments or other liabilities, with changes reported in realized investment gain and losses. |
| **Written and Purchased Options** | Primarily equity risk | CIGNA has written certain reinsurance contracts to guarantee minimum income benefits resulting from unfavorable changes in variable annuity account values based on underlying mutual funds. CIGNA purchased reinsurance contracts to hedge the market risks assumed. These contracts are accounted for as written and purchased options. | CIGNA periodically receives (pays) fees and will pay (receive) cash resulting from the unfavorable changes in account values when account holders elect to receive minimum income payments. | Fair values are reported in other liabilities and other assets. Changes in fair value are reported in other operating expenses. |
| **Embedded derivative** | Interest rate and credit risk | To transfer certain unrealized changes in fair value due to interest rate and credit risks of assets underlying modified coinsurance arrangements with the buyer of the retirement benefits business. | On conversion to indemnity coinsurance, CIGNA transfers the invested assets underlying these modified coinsurance arrangements to settle any unrealized changes in fair value. | Changes in fair values are reported in other liabilities and other revenues. |

LINA 0189581

## Note 11 – Investment Income and Gains and Losses

### A. Net Investment Income

The components of net investment income, for the years ended December 31 were as follows:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Fixed maturities | $ 921 | $ 970 | $1,610 |
| Securities supporting experience-rated pension policyholder contracts | — | 160 | 171 |
| Equity securities | 9 | 10 | 17 |
| Mortgage loans | 270 | 366 | 641 |
| Policy loans | 90 | 101 | 136 |
| Real estate | 11 | 18 | 72 |
| Other long-term investments | 37 | 25 | 26 |
| Short-term investments and cash | 69 | 42 | 29 |
| | 1,407 | 1,692 | 2,702 |
| Less investment expenses | 48 | 49 | 108 |
| Net investment income | $1,359 | $1,643 | $2,594 |

Net investment income attributable to experience-rated pension policyholder contracts (which is included in CIGNA's revenues and is primarily offset by amounts included in benefits and expenses) was approximately $250 million for 2004 and $1.0 billion for 2003. Net investment income for separate accounts (which is not reflected in CIGNA's revenues) was $154 million for 2005, $903 million for 2004, and $620 million for 2003.

### B. Realized Investment Gains and Losses

The following realized gains and losses on investments for the years ended December 31 exclude amounts required to adjust future policy benefits for certain annuities and amounts that were attributable to experience-rated pension policyholder contracts prior to the reclassification of securities to trading in the fourth quarter of 2003:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Fixed maturities | $ (2) | $157 | $(27) |
| Equity securities | 4 | 41 | 78 |
| Mortgage loans | (2) | 228 | (1) |
| Real estate | — | 49 | 74 |
| Derivatives and other | (7) | 48 | 27 |
| | (7) | 523 | 151 |
| Less income taxes | 4 | 162 | 53 |
| Net realized investment gains (losses) | $(11) | $361 | $ 98 |

Realized investment gains in 2004 included $397 million of immediate gain recognition as a result of the sale of the retirement benefits business. Realized investment gains and losses also included impairments in the value of investments of $24 million in 2005, $26 million in 2004, and $158 million in 2003.

Realized investment gains and losses that are not reflected in CIGNA's revenues for the years ended December 31 were as follows:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Separate accounts | $5,361 | $1,365 | $(220) |
| Investment results required to adjust future policy and contractholder benefits | $ 9 | $ 368 | $ 189 |
| Effect of 2003 trading reclassification | $ — | $ — | $ 814 |

Separate account realized gains in 2005 and 2004 reflect the impact of transferring separate account assets to the buyer of CIGNA's retirement benefit business. See Note 3 for additional information.

The following sales of available-for-sale fixed maturities and equity securities, for the years ended December 31 were as follows:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Proceeds from sales | $3,040 | $3,249 | $8,276 |
| Gross gains on sales | $ 40 | $ 273 | $ 393 |
| Gross losses on sales | $ (46) | $ (52) | $ (78) |

73

## Note 12 – Debt

Short-term and long-term debt consisted of the following at December 31:

| (In millions) | 2005 | 2004 |
|---|---|---|
| **Short-term:** | | |
| Current maturities of long-term debt | $ 100 | $ — |
| **Long-term:** | | |
| Uncollateralized debt: | | |
| 6⅜% Notes due 2006 | $ — | $ 100 |
| 7.4% Notes due 2007 | 291 | 291 |
| 8¼% Notes due 2007 | 85 | 85 |
| 7% Notes due 2011 | 222 | 222 |
| 6.375% Notes due 2011 | 226 | 226 |
| 7.65% Notes due 2023 | 100 | 100 |
| 8.3% Notes due 2023 | 17 | 17 |
| 7⅞% Debentures due 2027 | 300 | 300 |
| 8.3% Step Down Notes due 2033 | 83 | 83 |
| Other | 14 | 14 |
| Total long-term debt | $1,338 | $1,438 |

CIGNA may issue commercial paper primarily to manage imbalances between operating cash flows and existing commitments, to meet working capital needs, and to take advantage of current investment opportunities. Commercial paper borrowing arrangements are supported by various lines of credit. There was no commercial paper outstanding as of December 31, 2005 and 2004.

In May 2004, CIGNA entered into a three-year syndicated revolving credit and letter of credit agreement for $1.0 billion. Of this amount, up to $600 million may be used to support an internal reinsurance arrangement and the remaining portion will serve as an available line of credit commitment for CIGNA.

As of December 31, 2005, CIGNA had $500 million remaining under an effective shelf registration statement filed with the Securities and Exchange Commission, which may be issued as debt securities, equity securities or both.

Maturities of long-term debt are as follows (in millions): $100 in 2006, $388 in 2007, $1 in 2008, none in 2009, and the remainder in years after 2010.

Interest expense was $105 million in 2005, $107 million in 2004, and $111 million in 2003.

## Note 13 – Common and Preferred Stock

As of December 31, CIGNA had issued the following shares:

| (Shares in thousands) | 2005 | 2004 |
|---|---|---|
| Common: Par value $0.25 | | |
| 600,000 shares authorized | | |
| Outstanding—January 1 | 132,007 | 140,591 |
| Issued for stock option and other benefit plans | 4,587 | 1,454 |
| Repurchase of common stock | (15,403) | (10,038) |
| Outstanding—December 31 | 121,191 | 132,007 |
| Treasury stock | 38,838 | 28,022 |
| Issued—December 31 | 160,029 | 160,029 |

CIGNA has a repurchase program, which was authorized by the Board of Directors. Decisions to repurchase shares depend on market conditions and alternative uses of capital. During 2004, CIGNA retired 116 million shares of treasury stock. This transaction had no net effect on shareholders' equity.

In 1997, CIGNA's Board of Directors adopted a shareholder rights plan, which will expire on August 4, 2007. The rights attach to all outstanding shares of common stock, and will become exercisable if a third party acquires (or announces that it will acquire) 10% or more of CIGNA's outstanding common stock unless CIGNA's Board of Directors approves the acquisition. When exercisable, each right entitles its holder to purchase CIGNA securities at a substantial discount or, at the discretion of the Board of Directors, to exchange the rights for CIGNA common stock on a one-for-one basis. In some cases, right also entitles its holder to purchase securities of an acquirer at a substantial discount. CIGNA's Board of Directors may authorize the redemption of the rights for $.0033 each before a third party acquires 10% or more of CIGNA's common stock, and thereafter under certain circumstances.

CIGNA has authorized a total of 25 million shares of $1 par value preferred stock. No shares of preferred stock were outstanding at December 31, 2005 or 2004.

LINA 0189583

NOTES TO THE FINANCIAL STATEMENTS

## Note 14 – Accumulated Other Comprehensive Income (Loss)

Accumulated other comprehensive income (loss) excludes:

- amounts required to adjust future policy benefits for certain annuities;

- amounts required to adjust other liabilities after the initial reclassification of unrealized appreciation under a modified coinsurance arrangement; and

- amounts attributable to experience-rated pension policyholder contracts prior to the reclassification of securities to trading in the fourth quarter of 2003.

Changes in accumulated other comprehensive income (loss) were as follows:

| (In millions) | Pre-Tax | Tax (Expense) Benefit | After-Tax |
|---|---|---|---|
| **2005** | | | |
| **Net unrealized depreciation, securities:** | | | |
| Unrealized depreciation on securities held | $(288) | $101 | $(187) |
| Gains realized on securities | (2) | 1 | (1) |
| Net unrealized depreciation, securities | **$(290)** | **$102** | **$(188)** |
| **Net unrealized appreciation, derivatives** | **$   4** | **$   (2)** | **$   2** |
| **Net translation of foreign currencies** | **$   1** | **$   (1)** | **$   —** |
| **Minimum pension liability adjustment** | **$   20** | **$   (7)** | **$   13** |
| **2004** | | | |
| **Net unrealized depreciation, securities:** | | | |
| Unrealized appreciation on securities held | $   97 | $   (34) | $   63 |
| Gains realized on securities | (198) | 69 | (129) |
| Reclassification to other liabilities for modified coinsurance arrangement | (256) | 90 | (166) |
| Net unrealized depreciation, securities | **$(357)** | **$125** | **$(232)** |
| **Net unrealized depreciation, derivatives** | **$   (7)** | **$   3** | **$   (4)** |
| **Net translation of foreign currencies** | **$   23** | **$   (7)** | **$   16** |
| **Minimum pension liability adjustment** | **$   (95)** | **$   33** | **$   (62)** |
| **2003** | | | |
| **Net unrealized appreciation, securities:** | | | |
| Unrealized appreciation on securities held | $   206 | $   (72) | $   134 |
| Gains realized on securities | (51) | 18 | (33) |
| Net unrealized appreciation, securities | **$   155** | **$   (54)** | **$   101** |
| **Net unrealized depreciation, derivatives** | **$   (27)** | **$   9** | **$   (18)** |
| **Net translation of foreign currencies:** | | | |
| Net translation on foreign currencies held | $   17 | $   (7) | $   10 |
| Foreign currency translation losses realized on sale of business | 12 | (4) | 8 |
| Net translation of foreign currencies | **$   29** | **$   (11)** | **$   18** |
| **Minimum pension liability adjustment** | **$   71** | **$   (24)** | **$   47** |

## Note 15 – Shareholders' Equity and Dividend Restrictions

State insurance departments that regulate certain of CIGNA's subsidiaries prescribe accounting practices (which differ in some respects from generally accepted accounting principles) to determine statutory net income and surplus. CIGNA's life insurance and HMO company subsidiaries are regulated by such statutory requirements. The statutory net income for the years ended, and surplus as of, December 31 of CIGNA's life insurance and HMO subsidiaries were as follows:

| (In millions) | 2005 | 2004 | 2003 |
|---|---|---|---|
| Net income (loss) | **$1,077** | $1,032 | $1,043 |
| Surplus | **$3,597** | $3,714 | $3,945 |

CIGNA's life insurance and HMO subsidiaries are also subject to regulatory restrictions that limit the amount of annual dividends or other distributions (such as loans or cash advances) insurance companies may extend to the parent company without prior approval of regulatory authorities. The maximum dividend distribution that CIGNA's life insurance and HMO subsidiaries may make during 2006 without prior approval is approximately $1.0 billion. The amount of net assets of CIGNA that could not be distributed without prior approval as of December 31, 2005, was approximately $4.2 billion.

## Note 16 – Income Taxes

During 2005, the Congressional Joint Committee on Taxation approved CIGNA's refund claim relating to a tax loss incurred from the sale of a business in 1999 and the completion of the IRS audit for 2000-2002. Pursuant to this approval, CIGNA recorded total tax related benefits of $437 million consisting of:

- $287 million resulting from capital losses realized in connection with the divestiture of the property and casualty insurance operations in 1999, which is included in income from discontinued operations; and

- $150 million resulting primarily from the release of tax reserves and valuation allowances. This amount consists of

  - $88 million reported as income from continuing operations. This amount includes $4 million of interest income; and

  - $62 million related to the divestiture of CIGNA's Brazilian health care business, which is included in income from discontinued operations.

Management believes that consolidated taxable income expected to be generated in the future will be sufficient to realize CIGNA's net deferred tax assets of $1.1 billion as of December 31, 2005, and $1.4 billion as of December 31, 2004. This determination is based on CIGNA's earnings history and future expectations.

CIGNA's deferred tax asset is net of a federal and state valuation allowance. The $117 million decrease in the

75

LINA 0189584