Exhibit 17

United States ex. rel. Barrett v. Cigna  Page 1 of 4

Case 1:03-cv-12382-MLW   Document 139-15   Filed 07/11/2008   Page 2 of 5

## Gordon, Jennifer L.

| | |
|---|---|
| **From:** | Abati, Richard [rabati@choate.com] |
| **Sent:** | Monday, April 07, 2008 3:56 PM |
| **To:** | Rose, Shari |
| **Cc:** | DC - Barrett; Wichers, Christine; Kaplan, Mitch |
| **Subject:** | RE: United States ex. rel. Barrett v. Cigna |

Shari,

I just spoke to my client and can report as follows regarding the anticipated resolution of certain requests. First, with respect to Request No. 36(c) to LINA, LINA agrees to produce "all reports and data compilations concerning SSDI referrals and the outcome of those referrals" (as requested in Carl's February 6, 2008 letter), in addition to any reports concerning the number of claimants referred to LINA's SSDI vendors. I believe that this request is, therefore, resolved.

Second, with respect to Request No. 41 to CIGNA Corp. (documents regarding "the effect or impact of SSDI referrals, applications, awards, denials, estimates or offsets on [CIGNA Corp.'s] expenses, reserves, profitability or company (including all documents showing or relating to the impact that Social Security offset coding has on reserves)"), CIGNA Corp. is nearly prepared to confirm that "all documents responsive to this request will be produced by LINA." (Carl's 11/20/07 Letter) My client will have a "final answer" tomorrow (based on some additional double checking).

Third, with respect to Request No. 48 (SSDI-related documents regarding "the profitability of LTD policies ..." [note: this is a custodian request]), CIGNA Corp. is, again, nearly prepared to confirm that all documents responsive to this request will captured by LINA's production. I will be able to confirm this (one way or another) by tomorrow.

Fourth, with respect to Request No. 63(c) (communications between CIGNA Corp. and its subsidiaries or SSDI vendors regarding LTD insurance or claims, LTD reserves, SSDI estimates, SSDI offset or potential or actual SSDI applications), I can confirm that there are no "non-privileged documents in addition to those that LINA agreed to produce in response to an identical request." (Carl's 11/20/07 Letter) I believe that this request is, therefore, resolved.

Lastly, the basis for insisting that the Bates numbered documents identified-below be filed under seal is that they contain non-public, commercially sensitive or proprietary information the disclosure of which to the personnel of another party or third-parties who are not parties to this Action could reasonably be anticipated to cause substantial and irreparable injury to the business or personal affairs of the Defendants. See Confidentiality Stipulation and Order, p. 2-3 (entered on April 22, 2007). Moreover, LINA 0019380 contains Confidential Claimant Information and must be filed under seal. Id.

I will be in touch with you tomorrow regarding Request Nos. 41 and 48. Given the parties mutual interest in resolving issues "informally," please hold-off on filing your motion until at least the COB tomorrow. In the meantime, should you have any questions, just let me know.

Thanks,

Rich

---

**From:** Rose, Shari [mailto:Shari.Rose@hellerehrman.com]
**Sent:** Friday, April 04, 2008 10:28 AM
**To:** Abati, Richard
**Cc:** DC - Barrett; Wichers, Christine; Kaplan, Mitch
**Subject:** RE: United States ex. rel. Barrett v. Cigna

4/7/2008

Rich,

Relator has now been waiting for defendants to finalize their position regarding certain requests for more than 145 days. However, as Relator would like to resolve as many issues as possible informally, we will delay the filing of our motion to compel. Relator requests that defendants provide any updated information regarding defendants' position by 4:00 p.m. on Monday, April 7th.

Relator also requests that defendants state in writing by 4:00 p.m. on Monday, April 7th, why they believe the LINA documents Relator will be attaching to her motion to compel satisfy the highly confidential provisions of the confidentiality order. The LINA documents at issue are LINA0099177; LINA 0105128-0105130; LINA0105155-0105156; LINA0192395-0192418; LINA019380-0193815; and LINA 0196142.

Regards,

Shari

---

**From:** Abati, Richard [mailto:rabati@choate.com]
**Sent:** Thursday, April 03, 2008 3:58 PM
**To:** Rose, Shari
**Cc:** DC - Barrett; Wichers, Christine; Kaplan, Mitch
**Subject:** RE: United States ex. rel. Barrett v. Cigna

Shari,

Thanks for your voicemail. I called to inform you that my client has an internal meeting scheduled for this Monday to finalize its position with respect to certain of your identified requests. Since there is a possibility of resolving some of these requests informally, I would ask that you hold off on filing your motion until Tuesday. Also, with respect to Request No. 29 to LINA, please note that Carl previously confirmed that "[t]his request is resolved." Letter dated November 8, 2007. As for the documents identified by Bates number below, each has been designated as "highly confidential" under the protective order and Defendants, therefore, object to their public filing.

Rich

---

**From:** Rose, Shari [mailto:Shari.Rose@hellerehrman.com]
**Sent:** Wednesday, April 02, 2008 1:53 PM
**To:** Wichers, Christine; Abati, Richard
**Cc:** Rose, Shari; DC - Barrett
**Subject:** United States ex. rel. Barrett v. Cigna

Christine and Rich,

Relator will be moving to compel on Friday, April 4, 2008, regarding 1) Relator's Request Nos. 29, 33, 34, 36(c) and 55 to LINA; 2) Relator's Request Nos. 41, 48, 55, and 63(c) to CIGNA; 3) defendants' discovery cut-off date of April 14, 2006; and 4) defendants' redactions made for relevancy or responsiveness. Please let me know by the close of business tomorrow, April 3, 2008, if defendants agree to narrow or resolve any of these issues.

Relator will be including the following LINA documents in her filing: LINA0099177; LINA 0105128-0105130; LINA0105155-0105156; LINA0192395-0192418; LINA019380-0193815; and LINA 0196142. Please let me know by the close of business tomorrow if defendants consent to Relator publicly filing these documents.

Regards,
Shari

**Shari Rose** | Attorney | HellerEhrmanLLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
tel: +1.202.912.2084 | fax: +1.202.912.2020 | email: shari.rose@hellerehrman.com | web: www.hellerehrman.com

===============================================

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

===============================================

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

===============================================

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

===============================================

Confidentiality Statement:

4/7/2008

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

4/7/2008