UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DAWN BARRETT, )<br>　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>CIGNA CORPORATION and LIFE )<br>INSURANCE COMPANY OF NORTH )<br>AMERICA 　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　Defendants. )<br>_____ ) | Civil Action No. 03-12382-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance for Relator Dawn Barrett in the above-captioned case.

Dated: July 15, 2008

　　　　　　　　　　　　　　　　　/s/ Shari A. Rose
　　　　　　　　　　　　　　　　　Shari A. Rose
　　　　　　　　　　　　　　　　　HELLER EHRMAN LLP
　　　　　　　　　　　　　　　　　1717 Rhode Island Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　Tel: (202) 912-2000
　　　　　　　　　　　　　　　　　Fax: (202) 912-2020

## **CERTIFICATE OF SERVICE**

      I, Shari A. Rose, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 15, 2008.

                                        /s/ Shari A. Rose
                                        Shari A. Rose