UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* DAWN BARRETT,<br><br>          Plaintiff,<br>v.<br><br>CIGNA CORPORATION and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>          Defendants. | Civil Action No. 03-12382-MLW |

## AFFIDAVIT OF RICHARD C. ABATI

I, Richard C. Abati, affirm and declare as follows:

1. I am an attorney with Choate, Hall & Stewart LLP and counsel of record for Defendants CIGNA Corporation and Life Insurance Company of North America. I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of Defendants' Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, for Summary Judgment Due to Lack of Scienter.

2. Attached hereto as Exhibit A is a true and correct copy of the plaintiff's Motion for Rehearing in Mays v. Ins. Co. of N. Am., No. 77-2604 (Mich. App. Ct.) and filed on Sept. 8, 1978.

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint and accompanying exhibits filed in Rowell v. CIGNA, No. 96C 8076 (N.D. Ill.) docketed on December 12, 1996.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the plaintiff lawyers' Memorandum in Response to Motion for Summary Judgment filed in <u>Deaton v. Conn. Gen. Life Ins. Co.</u>, C.A. 96-CI-00078 (Martin Cir. Ct. Ky.), received by the court on October 19, 1998.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the transcript from the hearing before the Administrative Law Judge and the claimant's application for SSDI benefits in the form of a Disability Report from the case of <u>Deaton v. Conn. Gen. Life Ins. Co.</u>, C.A. 96-CI-00078 (Martin Cir. Ct. Ky.).

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the List of Plaintiff's Exhibits, Responses to Interrogatories, and Deposition Transcripts, along with Exhibit 22 of that list from the case of <u>Picinich v. UPS</u>, C.A. No. 5:01-CV-1868 (N.D.N.Y.).

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Amended Civil Action complaint and Exhibit A of that complaint in the case of <u>Kelly v. Conn. Gen. Life Ins. Co.</u>, No. 03-CV-00315 (E.D. Pa.).

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the Plaintiff's Motion for Summary Judgment and a letter dated April 22, 2004 from CIGNA Group Insurance to John G. Kelly, identified as Administrative Record 408-410 in that motion for summary judgment in the case of <u>Kelly v. Conn. Gen. Life Ins. Co.</u>, No. 03-CV-00315 (E.D. Pa.).

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the Complaint for Disability Benefits filed in the case of <u>Harker v. Life Ins. Co. of N. Am.</u>, No. 03-CIV-20587 (S.D. Fla.).

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Answer and Affirmative Defenses filed in the case of <u>Harker v. Life Ins. Co. of N. Am.</u>, No. 03-CIV-20587 (S.D. Fla.).

11.   Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Plaintiff's Motion for Final Summary Judgment and Incorporated Memorandum of Law and the attached insurance policy filed in the case of <u>Harker v. Life Ins. Co. of N. Am.</u>, No. 03-CIV-20587 (S.D. Fla.).

12.   Attached hereto as <u>Exhibit K</u> is a true and correct copy of Celeste Hemingson, "The View from SSA's Concord, New Hampshire, District Office," an excerpt from <u>Growth in Disability Benefits: Explanations and Policy Implications</u> (Kalman Rupp & David Stapleton, eds. 1998).

13.   Attached hereto as <u>Exhibit L</u> is a true and correct copy of excerpts from the transcript of the Deposition of Dawn Barrett, taken on June 26, 2008, along with Exhibits 1 and 6 from that deposition.

14.   Attached hereto as <u>Exhibit M</u> is a true and correct copy of excerpts from Relator's First Set of Supplemental Responses to Defendants' First Set of Interrogatories.

15.   Attached hereto as <u>Exhibit N</u> is a true and correct copy of excerpts from Relator's Responses and Objections to Defendants' First Request for Production of Documents to Relator.

16.   Attached hereto as <u>Exhibit O</u> is a true and correct copy of the transcript of the Deposition of Glenn Sklar, taken on July 22, 2008, along with Exhibits 4, 5, 8, 11, 12, 13, 14, 16, and 17 from that deposition.

17.   Attached hereto as <u>Exhibit P</u> is a true and correct copy of Relator's Opposition to Unum's Emergency Motion to Amend the Court's May 21, 2007 Scheduling Order in the case of <u>U.S. ex rel. Loughren v. UnumProvident Corp., et al.</u>, No. 03-11699-PBS (D. Mass.), docket no. 248, filed February 1, 2008.

18.   Attached hereto as <u>Exhibit Q</u> is a true and correct copy of excerpts from the transcript of the Deposition of David Barnes, taken on February 12, 2008, taken in the case of

U.S. ex rel. Loughren v. UnumProvident Corp., et al., No. 03-11699-PBS (D. Mass.), filed as Docket No. 289-2.

19. Attached hereto as Exhibit R is a true and correct copy of excerpts from the transcript of the Deposition of Kenneth D. Nibali, taken on March 5, 2008, taken in the case of U.S. ex rel. Loughren v. UnumProvident Corp., et al., No. 03-11699-PBS (D. Mass.), filed as Docket No. 289-3.

20. Attached hereto as Exhibit S is a true and correct copy of Larry Massanari, "The View from the SSA's Philadelphia Regional Office," an excerpt from Growth in Disability Benefits: Explanations and Policy Implications (Kalman Rupp & David Stapleton, eds. 1998).

21. Attached hereto as Exhibit T is a true and correct copy of Sarah A.L. Humphreys, Office of the SSA General Counsel, The Ethics Hour: Responsibilities, Obligations and Expectations (February 24-25, 2005), filed as Exhibit A to the Declaration of Susan Daniels in Support of Defendants' Motion for Summary Judgment in the case of U.S. ex rel. Loughren v. UnumProvident Corp., et al., No. 03-11699-PBS (D. Mass.), Docket Nos. 148 (Declaration) and 148-2 (Exhibit A).

Signed under the pain and penalties of perjury this 22nd day of August, 2008.

/s/ Richard C. Abati
Richard C. Abati

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2008.

                                                  */s/ Richard C. Abati*
                                                Richard C. Abati

4359529v1