# EXHIBIT B

# (1 of 2)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EARNEST ROWELL,

       Plaintiff          )

                        )

     v.               )    No. **96C 8076**

                        )    **JURY TRIAL DEMANDED**  JUDGE ALESIA

CIGNA and THE PULLMAN COMPANY, )

                        )

       Defendants     )    MAGISTRATE JUDGE DENLOW

## COMPLAINT

Now comes the plaintiff, EARNEST ROWELL, by his attorneys, MARK D.

DE BOFSKY and RICHARD Q. HOLLOWAY, and complaining against the defendants, he states:

### *Jurisdiction and Venue*

1. This claim is brought pursuant to 28 U.S.C. §1332(a)(1)(B). Jurisdiction of the court is

based upon the Employee Retirement Income Security Act of 1974 (ERISA); and in particular, 29

U.S.C. §§1132(e)(1) and 1132(f). Those provisions give the district courts jurisdiction to hear civil

actions brought to recover benefits due under the terms of an employee welfare benefit plan which,

in this case, consists of a group short and long term disability insurance plan Sponsored by The

Pullman Company and insured by CIGNA and provided by defendants to Earnest Rowell and other

employees of subsidiaries of The Pullman Company. In addition, this action may be brought

before this court pursuant to 28 U.S.C. §1331, which gives the district court jurisdiction over

actions that arise under the laws of the United States.

2. The ERISA statute, provides, at 29 U.S.C. §1133, a mechanism for administrative or

internal appeal of benefit denials. In this matter, those avenues of appeal have been exhausted; and



this matter is properly before this court for *de novo* judicial review under *Firestone Tire & Rubber Co. v. Bruch,* 489 U.S. 101 (1989), *Casey v. Uddeholm*, 32 F.3d 1094 (7th Cir. 1994), and *Petrilli v. Drechsel,* 910 F.2d 1441 (7th Cir. 1990).

3.  Venue is properly brought in the Northern District of Illinois.  29 U.S.C. §1132(e)(2), 28 U.S.C. §1391.

### Nature of Action

4.  This is a claim seeking an award to plaintiff of disability income benefits pursuant to an employee welfare benefit plan providing group short and long term disability benefits to employees of subsidiaries of The Pullman Company.  Because that plan constitutes an employee welfare benefit plan (29 U.S.C. §1002(1)), ERISA applies to this action.

### The Parties

5.  Earnest Rowell ("Rowell") is a resident of Chicago, Illinois, located in the Northern District of Illinois.

6.  The Pullman Company ("Pullman") is a corporation based in Lebanon, New Jersey. Pullman is the sponsor of the long term disability plan ("Plan") that is insured by CIGNA.  Both Pullman and CIGNA have been and are doing business throughout the United States and within the Northern District of Illinois.

7.  Rowell was, at all times relevant hereto, a participant in the Plan as a benefit incident to his employment; and the Plan afforded Rowell coverage for both short term and long term disability.  Said Plan constituted an "employee welfare benefit plan" as defined by 29 U.S.C.

§1002(1); and Rowell's coverage under that plan rendered him a "participant" as defined by 29 U.S.C. §1002(7).

### Statement of Facts

8. Prior to October 1, 1993, Rowell was employed by Pullman. On or about that date, he was no longer able to work due to an illness, or combination of illnesses; principally sarcoidosis and diabetes mellitus, that rendered him disabled under the terms of the Plan (a true and correct copy of the Plan's summary plan description is attached hereto and by that reference incorporated herein as Exhibit "A"). On or about October 1, 1993, while still an active employee of Pullman, Rowell met the Plan definition of "disability"; and he submitted medical evidence showing that was suffering from "an illness or injury that prevent[ed] [Rowell] from performing the duties of [his] job." After 26 weeks, Rowell was "under the regular care and attention of a licensed physician and that [for 24 months] . . . unable to perform the duties of [his] occupation." Since approximately October 1, 1995, Rowell was "unable to engage in any work or service for which [he is] reasonably qualified by education, training or experience." Plan at 25, 26.

9. Since October 1993, Rowell has been "disabled" as such term is defined in the plan; and he has been under continuous medical care by several physicians between that date and the present; and has been continuously disabled since thatt time.

10. On or about January 23, 1996, Rowell was awarded disability insurance benefits from the Social Security Administration based on a determination made by a duly appointed Administrative Law Judge employed by the Social Security Administration finding that Rowell has

been incapable of engaging in substantial gainful activity since October 1, 1993, on account of his medical condition. (a true and correct copy of the Social Security determination is attached hereto as Exhibit "B").

11. Despite the Social Security determination, Rowell was denied both short and long term disability income benefits by CIGNA and Pullman. Thereafter, on June 24, 1996, Rowell appealed the denial of his long term disability insurance benefits in accordance with 29 U.S.C. §1133. Despite the regulatory requirement that appeals be determined within 60 days of submission of an appeal, or 120 days in extraordinary circumstances, CIGNA has yet to issue a final decision, although CIGNA orally informed Rowell, through his attorney, that benefits were denied.

12. Based on the evidence submitted to CIGNA establishing that Rowell has met the Plan definition of "disability" since October 1, 1993, Rowell is entitled to an award of both short and long term disability income benefits retroactive to October 1, 1993, and continuing until he recovers from her disability or to age 65, whichever comes first.

13. The denial of benefits by CIGNA and Pullman is contrary to the provisions of the welfare benefit plan and contrary to the evidence and is based on an arbitrary determination made without benefit of any examination of Rowell by a treating or examining physician.

14. In contrast, Rowell submitted reports and certificates attesting to his "disability" from his treating physician and also submitted the determination of the social security administration which established both his disability and the disability onset.

- 4 -

15. As a direct result thereof, in accordance with the terms and conditions of the Plan, Rowell is entitled to an award of disability benefits from CIGNA and Pullman retroactive to October 1, 1993.

WHEREFORE, plaintiff prays for the following relief:

A. That the court enter judgment in Rowell's favor and against the defendants and that the court order the defendants to pay disability income benefits to Rowell in an amount equal to the contractual amount of benefits to which Rowell is entitled;

B. That the court order the defendants to pay Rowell prejudgment interest on all benefits that have accrued prior to the date of judgment;

C. That the court order defendants to continue paying Rowell benefits until such time as he meets the policy conditions for discontinuance of benefits;

D. That the court award plaintiff his attorney's fees and costs pursuant to 29 U.S.C. §1132(g); and

E. That plaintiff recover any and all other relief to which he may be entitled.

### *Jury Demand*

To the extent that plaintiff's claim for benefits is deemed a claim in the nature of a contractual dispute and subject to trial by jury, plaintiff demands trial by jury.

_____
One of the attorneys for plaintiff

- 5 -

# FOUNDATIONS FOR TODAY



The Pullman Company
and Participating Subsidiaries

October, 1988



EXHIBIT

"A"

# DISABILITY INCOME BENEFITS

An illness or injury can mean more than physical pain and discomfort. Being unable to work because of a disability is potentially one of the greatest financial burdens you might ever have to face. Your expenses for housing, utilities, food and other day-to-day living expenses probably will continue as well as payments for any outstanding loans or bills. Do you have savings and other financial resources to pay your living expenses if you were unable to continue earning your paycheck for six months, nine months, a year or more? If your answer is no, then you need Disability Income Benefits.

To save you from facing financial hardship if a disability should occur, the Company provides you with a Disability Income Benefits program. Continuation of all or part of your earnings can relieve the financial burden associated with a disabling illness or injury.

This section explains what your Disability Income Benefits are and how they work. In addition to benefits paid for by the Company, you have the opportunity to buy additional coverage that you and your family could need.

## TABLE OF CONTENTS

Page

Benefits Available................................................. 25

When You Become Eligible................................. 25

Cost........................................................................ 25

Short Term Disability Plan (STD)....................... 25

Long Term Disability Plan (LTD)....................... 26

Disabilities Not Covered..................................... 28

Claiming Your Disability Benefits..................... 29

How Disability Affects Other Benefits.............. 29

When Coverage Stops.......................................... 30

Future of the Plans.............................................. 30

# DISABILITY INCOME BENEFITS

## BENEFITS AVAILABLE

In case you become disabled—whether for just a few days or for several years—the Company provides the following Plans to protect you and your family.

- The Short Term Disability (STD) Plan provides income protection from the first or eighth day of disability and can continue for up to 26 weeks.

- The Long Term Disability (LTD) Plan provides income protection after 26 weeks of total disability and can continue payments until retirement if disability should last that long.

## WHEN YOU BECOME ELIGIBLE

As a full-time employee of a participating subsidiary of the Pullman Company, you are automatically enrolled in the Short Term Disability Plan on your first day of employment. You may also elect to purchase Long Term Disability Plan coverage at that time.

If you enroll for LTD Plan coverage within 31 days of your eligibility date, coverage begins as soon as the enrollment form, authorizing the cost to be deducted from your pay, is received by the Plan Representative. If you enroll after 31 days, you may be required to provide medical evidence of good health. You will be notified as to when your coverage begins.

## COST

The Company *pays the entire cost* of your Short Term Disability Plan.

If you decide to enroll in the Long Term Disability Plan, the Company will share the cost with you. Your contribution, deducted from your pay, will depend on the amount of your regular monthly earnings, as follows:

| Your Cost is $.30 per $100 of Earnings |
| --- |

For example, if you earn $18,000 a year ($1,500 a month) and you buy LTD coverage, your monthly cost would be $4.50 ($.30 x 15). At this earnings level, you would pay $54 a year for valuable Long Term Disability protection. This contribution rate may change in the future; you would be notified of any change.

*"Regular monthly earnings"* means the base salary or straight time hourly earnings you receive from the Company, not including bonuses, shift premiums, commissions or overtime pay. It also includes any before-tax contributions you make to any employer-sponsored benefit plan.

## SHORT TERM DISABILITY PLAN (STD)

### When Benefits Are Payable

STD benefits are payable if you are away from work due to injury or illness, beginning with the first day of Company-approved absence due to an accident or hospital confinement. Benefits begin on the eighth day of Company-approved absence due to illness.

A *Short Term disability* is an illness or injury that prevents you from performing the duties of your job. You must be under the care of a physician who certifies your disability in writing. A "physician" is a licensed practitioner of the healing arts acting within the scope of his or her practice.

### Evidence of Disability

If your disability exceeds two weeks, you must provide evidence of your disability by filing a Physician's Statement with your Plan Representative in order to continue receiving STD benefits.

### Amount of Benefit

The amount of your STD payments depends on how long you have worked for the Company. The longer you have worked, the more weeks of full pay you will receive.

# DISABILITY INCOME BENEFITS

You can receive 100% or 50% of your pay, for up to 26 weeks, according to the following schedule:

| Years of Company Employment | 100% of Pay | 50% of Pay |
|---|---|---|
| Less than 2 | 2 Weeks | 24 Weeks |
| 2 | 4 Weeks | 22 Weeks |
| 3 | 6 Weeks | 20 Weeks |
| 4 | 8 Weeks | 18 Weeks |
| 5 | 10 Weeks | 16 Weeks |
| 6 | 12 Weeks | 14 Weeks |
| 7 | 14 Weeks | 12 Weeks |
| 8 | 16 Weeks | 10 Weeks |
| 9 | 18 Weeks | 8 Weeks |
| 10 | 20 Weeks | 6 Weeks |
| 11 | 22 Weeks | 4 Weeks |
| 12 | 24 Weeks | 2 Weeks |
| 12 | 24 Weeks | 2 Weeks |
| 13 or More | 26 Weeks | 0 Week |

Your *Pay* is the base salary or straight time hourly earnings you receive from the Company, not including bonuses, commissions, shift premiums or overtime pay. It also includes any before-tax contributions you make to any employer-sponsored benefit plan.

The Company reserves the right during the paid time off period to investigate any disability statement before paying for such time off and to have you examined by a physician of the Company's choice.

## Coordination With Other Plans

The Company provides benefits in accordance with the state-mandated disability laws of California, New Jersey, New York and Rhode Island. To the extent that Company-provided disability income benefits are greater than the benefits required under a state law, the Company will pay the excess benefits. Your STD payments will also be reduced by any amounts you receive from Social Security, or any group or government disability plan.

## Recurring Disability

If you recover from your disability and return to work, recurrence of the same disability (or a related one) within 14 days will be considered as one disability. If your STD disability recurs after you have been back at work for more than 14 days, Short Term Disability benefits will start again as though it were a new disability.

## LONG TERM DISABILITY PLAN (LTD)

In addition to your Company-paid Short Term Disability Plan, you may purchase coverage under the Long Term Disability Plan, at a reasonable cost.

## When Benefits Are Payable

The Long Term Disability Plan (LTD) begins when the Short Term Disability Plan benefits end. LTD benefits will provide you with income after 26 weeks (6 months) of disability, provided you are *totally disabled*.

*Total disability* means that you are under the regular care and attention of a licensed physician and that you are unable to perform the duties of your occupation. After 24 months of *total disability*, you must also be unable to engage in any work or service for which you are reasonably qualified by education, training or experience.

## Payments Are Based On Your Earnings

The LTD Plan is designed so that your total disability income from all sources is equal to 60% of your Monthly Earnings, to a maximum of $10,000.

*Monthly Earnings* means your base salary or straight time hourly rate. It includes any before-tax contributions you make to any Employer-sponsored benefit plan, but it does not include any overtime, bonuses, commissions or shift premiums.

## Coordination With Other Benefits

If you and your dependents, due to your disability or retirement, receive payments from some other source, your LTD benefit will be reduced by the amount of these payments.

# DISABILITY INCOME BENEFITS



Other payments which can reduce your Company LTD benefits include:

- ♦ Social Security (Primary) or Railroad Retirement benefits;

- ♦ Workers' Compensation payments;

- ♦ State or Federal Disability benefits;

- ♦ No-Fault Automobile Insurance Disability benefits; and

- ♦ Disability benefits from any insurance contract or health and welfare or retirement plan.

If Family Social Security benefits are payable, they will not reduce your benefit unless your total disability income exceeds 75% of your Monthly Earnings.

## You Must Apply For Social Security

If you do not apply for Social Security benefits or do not appeal any denials, your LTD Plan benefits will be terminated.

If you apply for Social Security Retirement benefits from age 62 to age 65, and receive a benefit, it will offset your LTD benefit.

You should apply for Social Security Retirement benefits at age 65, since your LTD benefits are automatically offset by Social Security whether or not you elect to receive Social Security Retirement benefits.

## "Social Security Freeze"

Once you are receiving income from the LTD Plan, any increases in your Social Security benefit will not reduce your benefit from the Plan. Instead, it will increase your total disability income.

## Minimum Benefit

Regardless of the income payable to you from other sources, your minimum benefit from the LTD Plan will be $50 per month.

## Examples of How LTD Benefits Work

The following examples show how LTD Plan benefits work and coordinate with disability income from other sources.

### Example 1:

Assume that Jim's Monthly Income was $1,500 a month, when disability began. For the first 26 weeks, Jim received Short Term Disability Plan benefits. Jim remained disabled, started LTD and applied for Social Security benefits. He qualified for Social Security Disability benefits of $600 a month. As long as Jim is eligible to receive LTD benefits, his monthly LTD benefit would be determined as follows:

| | |
|---|---|
| 60% of Monthly Earnings equals | $    900 |
| minus | |
| Primary Social Security benefit of | −   600 |
| LTD Plan Benefit | $    300 |

So, Jim's Total Disability Income would be $900 a month, which is 60% of his Monthly Earnings of $1,500. This amount would be made up of $300 from the LTD Plan and $600 from Social Security.

### Example 2:

Assume that Jane's Monthly Income was $2,500 a month, when disability began. She remained disabled, became eligible to receive LTD benefits, but did not qualify for Social Security disability benefits.   Here's how the LTD Plan would work in her case:

| | |
|---|---|
| 60% of $2,500 equals | $1,500 |
| LTD Plan Benefit | $1,500 |

As long as Jane is eligible to receive LTD benefits from the plan, she will receive $1,500 a month.

## Maximum Payment Period

The LTD Plan will continue to provide monthly income to you until the earliest of recovery, retirement, death or the end of any maximum duration period, specified below.

- For employees who become disabled prior to age 61, the LTD Plan benefit is payable until the earliest of recovery, death, retirement or age 65.

- For employees who become disabled on or after age 61, the LTD Plan benefit is payable until the earliest of recovery, death, retirement or completion of the following payment duration periods:

| Age at Commencement of Disability | Maximum Duration of Payments |
|---|---|
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

## Recurring Disabilities

If the same or related disability recurs within 6 months after you have returned to work from a Long Term Disability, LTD benefits will resume as if the disability had been continuous, provided you remain a Plan participant. If the same or related disability recurs after 6 months, it will be treated as a new disability, subject to both the STD and LTD Plan provisions.

## Special Rehabilitation Feature

For your own physical and mental well-being, you should consider rehabilitative work where possible. If you are paid for rehabilitative work, you may still be eligible to receive full or partial benefits from the Plan.

You may obtain work through a state or licensed private rehabilitation agency provided your work is approved by your physician. Upon written request and approval by the Company, you may be able to obtain such work from any other source of employment. Your approved trial rehabilitation period can be from three months to 24 months. However, it will not be approved for more than three months at a time.

Your Plan benefit will be reduced by only 50% of your earnings from such work while you remain on approved rehabilitation status. You must supply any proof needed to confirm your earnings.

## Vocational Rehabilitation Program

The LTD Plan provides for a formal Vocational Rehabilitation Program. If eligible, you will be informed of the amount of benefit that will be paid for such Program, the types of expenses that will be covered and when they must be incurred.

If you agree to be in the program, benefits will be payable, to a maximum of $10,000, for all eligible covered expenses.

If you are interested in this program, contact your Plan Representative.

## DISABILITIES NOT COVERED

You will not receive STD or LTD Plan benefits if your disability results from:

- an illness or injury for which benefits are payable under any federal or state Workers' Compensation or Disability Act or law, except to the extent that benefits are provided under this Plan in excess of the benefits so provided;

- an injury sustained while in the armed forces of any country or international authority (except for the first 15 days of temporary military duty);

- war or any act of war; or

- intentionally self-inflicted injuries.

## CLAIMING YOUR DISABILITY BENEFITS

### Short Term Disability

If you are disabled, or expect to be disabled, for more than two consecutive weeks, you *must* file a Physician's Statement for review and approval before Short Term Disability payments will continue.

Short Term Disability payments will normally be made at your work location as part of the regular payroll cycle.

### Long Term Disability

If you become totally disabled and it is expected that your disability will last 26 weeks or more, you should obtain the appropriate LTD, Social Security and Reimbursement Agreement forms from your Plan Representative. You must complete and return the forms to your Plan Representative, including your Physician's Statement, certifying your disability. LTD benefits will begin once you are eligible as defined in the LTD Plan and have completed all required forms.

Long Term Disability payments will normally be paid monthly.

## HOW DISABILITY AFFECTS OTHER BENEFITS

### Health Care Program

If you were already enrolled, your Health Care benefits (Medical and Dental) will continue while you are eligible to receive Short and Long Term Disability benefits, provided you continue to make any required employee contributions.

### Survivor Benefits

If you become disabled and you are collecting benefits from the Company's Short Term Disability Plan, your Basic and Supplemental Life Insurance and Basic and Supplemental Accidental Death and Dismemberment Insurance will continue as long as you are enrolled and make any required contributions.

If you become disabled as defined in the Long Term Disability Plan and are an LTD Plan participant, your Basic and Supplemental Life Insurance and Supplemental AD&D Insurance will continue at no cost to you until recovery, retirement or death, whichever occurs first, provided you were enrolled in these coverages prior to your disability.

If you are not a participant in the LTD Plan, survivor benefits terminate as of the end of the Short Term Disability period.

### Employee Investment Plan

Your contributions to the Pullman Employee Investment Plan (PEIP) will stop if you become totally disabled.

If you become totally disabled, as defined in the LTD Plan, you may withdraw your Plan account, according to the Plan's provisions. See the Employee Investment Plan booklet for more details.

### Retirement Plan

You will continue to earn Credited Service under the Retirement Plan while you are disabled provided you were a participant of the Retirement Plan prior to your Long Term Disability period. If you were not a participant of the Retirement Plan prior to your Long Term Disability period and you return to work, your Plan participation will be made retroactive. See your Retirement Plan summary for details.

# DISABILITY INCOME BENEFITS

## Social Security

In addition to the income you receive from the Short Term and Long Term Disability Plans, you may also be entitled to receive Social Security benefits. These benefits may begin after approximately 5 months of total disability, providing your injury or illness meets the definition of total disability under the Social Security Act.

Your dependent spouse and children may also be eligible for Social Security benefits during the time you are not able to work. But remember, Social Security benefits are not paid automatically. You must apply for these benefits. You should contact your local Social Security office for more information.

## WHEN COVERAGE STOPS

Coverage will stop under any Plan described in this section when a Plan terminates, or if a specific class of employees is no longer eligible. Also, coverage will stop on the date you terminate employment with the Company.

## FUTURE OF THE PLANS

While the Company intends to continue these Plans indefinitely, it is difficult to predict the future and an unqualified commitment is impossible. The Company reserves the right to modify, (including the introduction of or increase in employee contributions) or to suspend or terminate the benefit(s), at any time for any reason.

Any amendment, however, may not deprive you of any benefits to which you are entitled at the time of amendment or termination. Should the Plan(s) be modified, any claims incurred prior to the amendment date will be paid in accordance with the Plan(s) provisions in effect prior to the modification. Any claims incurred on or after the amendment date will be paid in accordance with the new provisions.

Should the Plan(s) terminate, all eligible claims incurred prior to the date of termination will be paid if submitted within a reasonable period of time, as determined by the Plan Administrator. Any claims incurred after the date of termination will not be considered for payment.





*While you are working, financial security for you and your family results primarily from the regular income from your job. If you should die, that income would be lost.*

*Recognizing the importance of life insurance to the financial security of your family and to your peace of mind, the Company provides Survivor Benefits.*

*Basic Life Insurance, Basic Accidental Death and Dismemberment Insurance and Business Travel Accident Insurance are provided for you and paid for entirely by the Company. If you choose, you may purchase Supplemental Life Insurance and Supplemental Accidental Death and Dismemberment Insurance to provide additional financial resources to your survivors.*

*This section explains all of your Survivor coverages and when benefits are payable.*

## TABLE OF CONTENTS

Page

Benefits Available .................................................................. 32

Cost ........................................................................................ 32

When You Become Eligible ................................................. 32

Basic Life Insurance ............................................................. 33

Supplemental Life Insurance .............................................. 33

Basic Accidental Death & Dismemberment Insurance (AD&D) ......................................................... 34

Supplemental Accidental Death & Dismemberment Insurance ............................................. 34

Business Travel Accident Insurance .................................. 35

Method of Payment ............................................................. 35

Your Beneficiary ................................................................... 35

Some Accidents Are Not Covered ...................................... 35

Assignment of Insurance .................................................... 36

Claiming Your Survivor Benefits ....................................... 36

Other Important Plan Provisions ....................................... 36

When Coverage Stops .......................................................... 37

Conversion Privilege ........................................................... 37

Future of the Plans .............................................................. 37

# OTHER IMPORTANT INFORMATION

## CLAIMS FOR BENEFITS

The claim filing procedures for each type of benefit are described in the individual sections of this booklet. In general, you or your dependents or designated beneficiary, if applicable, must file a written claim on the appropriate form. You can obtain the necessary claim forms and assistance from your Plan Representative.

For all plans covered by the Employee Retirement Income Security Act (ERISA) of 1974 , the law allows a reasonable length of time for your claim to be evaluated and processed. Generally, you will receive written notice of the status of your claim within 90 days of the time it was filed. If a longer time is needed, the law may allow a 90-day extension, provided you are notified of the reason for the delay before the original 90-day period expires.

## If Your Claim is Denied

If your claim for Plan benefits is denied in whole or in part, you have the right to request a claim review if you disagree with the decision. The notice of denial will include:

◆ the specific reason for the denial;

◆ the specific Plan provision on which the denial is based;

◆ a request for any additional information required to reconsider the claim;

◆ an explanation of why this information is needed;

◆ an explanation of the Plan's appeal procedure.

You have the right to review all documentation which was used to make the decision about your claim. If you disagree with the decision, you may file a written appeal within 60 days of receiving the notice of denial. Your request should be given to your Plan Representative who will forward it to the Plan Administrator.

Your claim will then be reconsidered, and you will receive written notice of the decision within 60 days, unless special circumstances require an extension for processing. In that case, the decision will be made no later than 120 days after your appeal was received. This second notice will include the reason for the decision, with pertinent Plan provisions.

All interpretations of the Plan Administrator will be final and binding.

The procedure outlined above applies to you, your beneficiary, or any other person who has a right to benefits under the Plan.

## AGENT FOR SERVICE OF LEGAL PROCESS

If it becomes necessary for an employee to take legal action because of a dispute relating to any of these Plans, you may contact the agent for service of legal process.

The agent for service of legal process for the Employee Benefit Program is:

> David A. Jenkins
> Senior Vice President and General Counsel
> The Pullman Company
> 182 Nassau Street
> Princeton, NJ 08540
> (609) 683-1770

Legal process may also be served on a Plan's trustee and any of the insurance companies designated for the Plan.

## PLAN SPONSOR

The Sponsor for all the Plans is:

> The Pullman Company
> 182 Nassau Street
> Princeton, NJ 08540
> (609) 683-1770

## PLAN ADMINISTRATION

The Plan Administrator for all the Health Care, Survivor, Disability Income and Severance benefits is:

> Henry S. Lager
> Vice President-Personnel
> The Pullman Company
> 182 Nassau Street
> Princeton, NJ 08540
> (609) 683-1770

The Administrative Committee, appointed by the Board of Directors, is the Plan Administrator for the Retirement Plan, the Pullman Employee Investment Plan and the Pullman Company Severance Pay Plan.

The Plan Administrator is responsible for the proper administration of the Plan according to the terms of ERISA and any documents or contracts. The Plan Administrator generally supervises the operation of the Plan by interpreting its provisions and authorizing all benefit payments. In addition, your Plan Representative can answer any questions and help you with processing claims.



## PLAN RECORDS

The Plan documents, Summary Plan Descriptions and financial reports are filed with the U.S. Department of Labor and the Internal Revenue Service under Employee Identification Number (EIN) 26-6271416.

The plan year for purposes of accounting and all reports to the U.S. Department of Labor and other regulatory bodies ends on December 31st of each year.

Copies of the Plan documents, insurance contracts and the latest annual report are available for your inspection during normal working hours. Call your Plan Representative for an appointment.

## PLAN NUMBERS, BENEFIT ADMINISTRATION AND FUNDING

Plans numbered 501 and 506 are generally categorized as Welfare Plans.

| Plan Name | Coverage | Plan Number | Funding Organization & Trustee |
|---|---|---|---|
| The Pullman Company Health Care Plan | Medical and Dental Expense Benefits | 501 | Funded by: The Pullman Company Welfare Plan Trust<br><br>Paid (out of Trust assets) by: Metropolitan Life Insurance Company P.O. Box 992 South 619 Paramus Road Paramus, NJ 07653-0992<br><br>Medical and Dental Policy Number: ASO—38400 |
| The Pullman Company Survivor Benefit Program | Life, Accidental Death and Dismemberment and Business Travel Accident Insurance | 501 | Insured by: National Benefit Life Insurance c/o New Confidence Agency 2 Park Avenue New York, NY 10016 |
| The Pullman Company Short Term Disability Plan | Short Term Salary Continuation | | Paid from Company assets |
| The Pullman Company Long Term Disability Plan | Long Term Disability Income | 501 | Insured by: CIGNA The Belgravia 1811 Chestnut Street Suite 500 Philadelphia, PA 19103<br><br>Policy Number: LK—6873 |
| The Pullman Company Severance Pay Plan | Severance Pay | 506 | Paid from Company assets |

## YOUR RIGHTS AS A PARTICIPANT

As a participant in the Pullman Company Employee Benefits Program, you have a broad range of rights. The Employee Retirement Income Security Act (ERISA) of 1974 formalized this fact and affirmed two major concepts:

1.  Regular Opportunity To Obtain Information

    You will receive:

    ❖ a Summary Plan Description, which explains the Plan's major provisions;

    ❖ a summary of the Plan's annual financial reports; and

    ❖ a written explanation of why any claim for a benefit is denied in whole or in part and have such claim reviewed.

    You may request:

    ❖ to examine, without charge, at the Plan Administrator's office, all relevant Plan documents and items which have been filed with the Department of Labor; and

    ❖ copies of the above items by writing to the Plan Administrator. A reasonable charge can be made for such copies.

2.  Responsible Administration of Benefits

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plans. The people who operate your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including your employer or any other person, may terminate your employment or otherwise discriminate against you in any way to prevent you from obtaining a benefit or from exercising your rights under ERISA.

If your claim for a benefit is denied in whole or in part you must receive a written explanation of the reason for denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from a plan and do not receive them within 30 days, you may file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim which is denied or ignored, you may file suit in a state or federal court. If it should happen that the plan fiduciaries misuse the plan's money, or you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees.

If you have any questions about your plan, you should contact your Plan Administrator. If you have any questions about this statement or about your rights, you should contact the nearest area office of the U.S. Labor-Management Services Administration, Department of Labor.

# OTHER IMPORTANT INFORMATION

**IMPORTANT**

This booklet is intended as a guide for the Plan provisions which should assist you in understanding your benefits. This booklet should not be construed as a contract. The Company reserves the right to make changes in content or application as it deems appropriate and these changes may be implemented even if they have not been communicated, reprinted or substituted in this booklet. It should also be understood that employment is terminable at the will of either the employee or the Company, at any time and for any reason.

The intention of this booklet is to explain clearly and concisely the features of the Plans. The complete details will be contained in official Plan documents and any policies issued by insurance companies. If a discrepancy occurs, the actual Plan documents or insurance company policies will prevail. The terms and provisions of the Plan are contingent upon the approval of the Internal Revenue Service.



**SOCIAL SECURITY ADMINISTRATION**

Refer to: 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

**Office of Hearings and Appeals**
**55 West Mon    Street**
**Suite 700**
**Chicago, Illinois 60603**
**Telephone: (312) 353-5856**
**Date:** JAN 2 3 1996

### NOTICE OF DECISION — FULLY FAVORABLE

Earnest Rowell
P O BOX 51262
CHICAGO, IL 60651

I have made the enclosed decision in your case.  Please read this notice and the decision carefully.

**This Decision Is Fully Favorable To You**

Another office will process the decision and send you a letter about your benefits.  Your local Social Security office or another office may first ask you for more information.  If you do not hear anything for 60 days, contact your local office.

**The Appeals Council May Review The Decision On Its Own Motion**

The Appeals Council may decide to review my decision even though you do not ask it to do so.  To do that, the Council must mail you a notice about its review within 60 days from the date shown above.  Review at the Council's own motion could make the decision less favorable or unfavorable to you.

**If You Disagree With The Decision**

If you believe my decision is not fully favorable to you, or if you disagree with it for any reason, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must request the Appeals Council to review the decision.  You must make the request in writing.  You may use our Request for Review form, HA-520, or write a letter.

See Next Page

**EXHIBIT**

"B"

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA 22041-3255. Please put the Social Security number shown above on any appeal you file.

## Time To File An Appeal

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period. The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

## Time To Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

## How An Appeal Works

Our regulations state the rules the Appeals Council applies to decide whether to review a case and in reviewing a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J) and Part 416 (Subpart N).

If you file an appeal, the Council will consider all of my decision, even the parts with which you agree. The Council will review your case if one of the reasons for review listed in our regulations exists. Sections 404.970 and 416.1470 of the regulations list these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision more or less favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

## If No Appeal And No Review On The Appeals Council's Own Motion

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

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

**Do You Have Any Questions?**

If you have any questions, you may call, write or visit any
Social Security office.  If you visit an office, please bring
this notice and decision with you.  The telephone number of the
local office that serves your area is (312)738-7530.  Its
address is 5130 WEST NORTH AVENUE, CHICAGO, IL.  60651.


                              Richard J. Boyle
                              Administrative Law Judge


Enclosure

cc:
  THOMAS NASH

  150 N. Wacker Dr. #3040
  CHICAGO, IL 60606

DEPARTMENT OF
**HEALTH AND HUMAN SERVICES**
**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF HEARINGS AND APPEALS

ORDER

**ADMINISTRATIVE LAW JUDGE**
**APPROVES THE FEE AGREEMENT**

In the case of                          Claim for

                                        Period of Disability,
                                        Disability Insurance Benefits,
Earnest Rowell                          Supplemental Security Income
_____                 _____
(Claimant)

                                        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
_____                 _____
(Wage Earner)                           (Social Security Number)

I approve the fee agreement between the claimant and his or her
representative subject to the condition that the claim results in
past-due benefits.

My determination is limited to whether the fee agreement meets the
statutory conditions for approval and is not otherwise excepted.  I
neither approve nor disapprove any other aspect of the fee agreement.

*Richard J. Boyle*
_____
Richard J. Boyle
Administrative Law Judge

JAN 23 1996
_____
Date