# EXHIBIT E

# (1 of 2)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Richard M. Picinich,

                              Plaintiff,                    5:01-CV-1868
                                                            (NPM/GJD)

        v.

United Parcel Service, Jim Grover,
Brendan Canavan, Jeffrey Wilson,
and United Parcel Service of America, Inc.

                              Defendants.



U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

NOV 13 2003

**RECEIVED**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 1 3 2003
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**LIST OF PLAINTIFF'S EXHIBITS,**
**RESPONSES TO INTERROGATORIES,**
**AND DEPOSITION TRANSCRIPTS**

<u>EXHIBIT</u>

A.    Plaintiff's Second Amended Complaint.

B.    Plaintiff's Response to Defendant's Interrogatories ["Pl. Int."]

C.    Defendant's Response to Plaintiff's Interrogatories ["Df. Int."]

D.    Excerpts from the Deposition of **Richard Picinich** held on February 24, 2003
      ["Pl. dep1."].

E.    Excerpts from the Deposition of **Richard Picinich** held on March 17, 2003
      ["Pl. dep2."].

F.    Excerpts from the Deposition of **Jeff Wilson** ["Wilson dep."].

G.    Excerpts from Deposition of **David Matt** ["Matt dep."].

H.    Excerpts from the Deposition **James Grover** ["Grover dep."].

I.    Excerpts from the Deposition of **Brendan Canavan** ["Canavan dep."].

J.      Excerpts from the Deposition of **Robin Fey** ["Fey dep."].

K.      Excerpts from the Deposition of **Jeffrey Kahn, M.D.** ["Kahn dep."].

L.      Excerpts from the Deposition **Scott Briggs** ["Briggs dep."].

M.      Excerpts from the Deposition **John Ventre** ["Ventre dep."].

N.      Confidential Excerpts from the Depositions of **Jeff Wilson** and **James Grover** pursuant to agreement with defendants' counsel.

## DOCUMENT
## EXHIBITS

1.      Attached as Exhibit 1 is a copy of a UPS Policy Book which was produced by defendants' counsel to plaintiff's counsel in this matter.

2.      Attached as Exhibit 2 is a copy of a UPS Employee History Profile for Richard Picinich authenticated at defendant Wilson's deposition.

3.      Attached as Exhibit 3 is a copy of plaintiff's notes regarding conversation with defendant Grover on December 23, 1999.

4.      Attached as Exhibit 4 is a true copy of an Medical Report dated December 30, 1999, created by Dr. J. Christopher Stringer, M.D..

5.      Attached as Exhibit 5 is a true copy of an Office Visit Report by Dr. Jeffrey Kahn dated January 21, 2000 which was authenticated at Dr. Kahn's deposition.

6.      Attached as Exhibit 6 is a true copy of an Office Visit Report by Dr. Kahn dated March 10, 2000, which was authenticated at Dr. Kahn's deposition.

7.      Attached as Exhibit 7 is a copy of a letter from Robin Fey, Occupational Health Manager for UPS, to plaintiff dated January 24, 2000.

2

8.     Attached as Exhibit 8 is a true copy of Robin Fey's notes regarding plaintiff, which was authenticated by Ms. Fey at her deposition.

9.     Attached as Exhibit 9 is a copy of a report dated March 16, 2000 of Dr. Ferraccio, MD regarding the Independent Medical Examination of plaintiff.

10.     Attached as Exhibit 10 is a copy of a Letter from Dr. Kahn to Karen Quinlan at CIGNA Group Insurance dated March 27, 2000 regarding plaintiff.

11.     Attached as Exhibit 11 is a copy of a Letter from Karen Quinlan, Case Manager for CIGNA Group Insurance dated March 31, 2000 to plaintiff.

12.     Attached as Exhibit 12 is a copy of a Letter from Dr. Kahn dated April 3, 2000 to Karen Quinlan, CIGNA Group Insurance.

13.     Attached as Exhibit 13 is a true copy of a Letter from Jim Grover dated April 6, 2000 to plaintiff.

14.     Attached as Exhibit 14 is a copy of a notes documenting a meeting on April 7, 2000 meeting between employees of UPS and plaintiff.

15.     Attached as Exhibit 15 is a true copy of the UPS ADA Procedure produced by defendant's counsel.

16.     Attached as Exhibit 16 is a true copy of a facsimile of a Job Description for a "Pre- Load Manager" position from Karen Quinlan dated April 10, 2000 to Dr. Kahn.

17.     Attached as Exhibit 17 is a true copy of an Office Visit Report by Dr. Kahn dated April 14, 2000, which was authenticated at Dr. Kahn's deposition.

18.     Attached as Exhibit 18 is a true copy of an Office Visit Report by Dr. Kahn dated June 16, 2000, which was authenticated at Dr. Kahn's deposition.

3

19.     Attached as Exhibit 19 is a true copy of an Office Visit Report by Dr. Kahn dated July 13, 2000, which was authenticated at Dr. Kahn's deposition.

20.     Attached as Exhibit 20 is a copy of an Investigation Report by Gary E. Lundach dated July 20, 2000 to UPS in reference to plaintiff defendants' counsel to plaintiff's counsel in this matter.

21.     Attached as Exhibit 21 is a true copy of defendant Grover's Notes regarding a meeting on September 25, 2000 between defendant Grove, defendant Canavan and plaintiff, authenticated at defendant Grover's deposition.

22.     Attached as Exhibit 22 is a copy of the UPS Flexible Benefits Plan which was produced by defense's counsel to plaintiff's counsel in this matter.

23.     Attached as Exhibit 23 is a true copy of a CIGNA Disability Questionnaire dated December 7, 2001 completed by plaintiff, which was authenticated at plaintiffs deposition.

24.     Attached as Exhibit 24 is a copy of a letter from Eric Large, Senior Case Manager for CIGNA Group Insurance, dated June 15, 2001 to plaintiff.

25.     Attached as Exhibit 25 is a true copy of an Office Visit Report by Dr. Kahn dated January 5, 2001, which was authenticated at Dr. Kahn's deposition.

26.     Attached as Exhibit 26 is a true copy of a letter from David Matt dated January 9, 2001 to plaintiff, which was authenticated at Mr. Matt's deposition. Attached to the letter was copy of a UPS Request for Medical Information, which was completed by Dr. Kahn.

27.     Attached as Exhibit 26  is a true copy of a letter from David Matt dated January

4

30, 2001 to Dr. Kahn regarding the plaintiff, which was authenticated at Mr. Matt's deposition.

28.    Attached as Exhibit 28 is a copy of a letter from Dr. Kahn to David Matt dated February 1, 2001.

29.    Attached as Exhibit 29 is a copy of a list of UPS promotions and job transfers for the year 2000 produced by defendants' counsel.

30.    Attached as Exhibit 30 is a copy of a list of UPS promotions and job transfers of the year 2001 produced by defendants' counsel.

31.    Attached as Exhibit 31 is a copy of a list of promotions and job transfers for a UPS District during the year 2001 produced by defendants' counsel.

32.    Attached as Exhibit 32 is a copy of the UPS ADA "Reasonable Accommodation" policy produced by defendants' counsel.

33.    Attached as Exhibit 33 is a true copy of an unsigned letter from David Matt dated March 20, 2001 to plaintiff, which was authenticated at Mr. Matt's deposition.

34.    Attached as Exhibit 34 is a true copy of a memorandum from David Matt and Robin Fey dated April 4, 2001 to defendant Wilson regarding a meeting on that date with plaintiff which was authenticated at Mr. Matt's deposition.

35.    Attached as Exhibit 35 is a copy of an excerpt from the UPS Essential Job Functions Index for 2001 produced by defendants' counsel.

36.    Attached as Exhibit 36 is a copy of an excerpt from the UPS Essential Job Functions Index for 2001 produced by defendants' counsel.

5

37.    Attached as Exhibit 37 is a copy of an excerpt from the UPS Essential Job Functions Index for 2001 produced by defendants' counsel.

38.    Attached as Exhibit 38 is a copy of UPS job descriptions produced by defendants' counsel.

39.    Attached as Exhibit 39 is a true copy of a letter from David Matt dated April 13, 2001 to plaintiff, which was authenticated at Mr. Matt's deposition.

40.    Attached as Exhibit 40 is a copy of a typed description of a phone conversation dated April 23, 2001 between defendant Wilson and plaintiff.

41.    Attached as Exhibit 41 is a copy of minutes from an EDR-ADA open-door meeting between plaintiff, defendant Wilson, and Robin Fey dated May 14, 2001.

42.    Attached as Exhibit 42 is a true copy of a Separation Form signed by Robin Fey and dated May 9, 2001.

43.    Attached as Exhibit 43 is a true copy of a letter and Job Breakdown Analysis from defendant Wilson dated June 6, 2001 to plaintiff, which was authenticated at defendant Wilson's deposition, and a copy of a UPS delivery information statement.

44.    Attached as Exhibit 44 is a true copy of a letter from plaintiff dated June 23, 2003 to defendant Wilson. Attached to the letter is a copy of a letter from Dr. Kahn to plaintiff dated June 15, 2001. This exhibit was authenticated at plaintiff's deposition.

45.    Attached as Exhibit 45 is a letter written by defendant Wilson to plaintiff dated July 11, 2001, and a copy of a UPS delivery information statement.

46.    Attached as Exhibit 46 is a true copy of an Office Visit Report created by Dr. Kahn dated June 26, 2001.

6

47.     Attached as Exhibit 47 is a copy of a letter from Ana Valladares, Claims

Specialist at Kemper Insurance Companies dated January 30, 2003.  Attached is a copy of

a letter from Susan Pelchat at UPS dated November 1, 2001 to plaintiff.

48.     Attached as Exhibit 48 is a copy of a letter from Eric Huffman dated March 26,

2001 to plaintiff.

49.     Attached as Exhibit 49 is a true copy of hand-written note created by plaintiff

documenting phone conversations and messages June 6, 8, and 9, 2001.


David T. Hutt, Esq.
of Counsel,
Legal Services of Central New York
Attorney for Plaintiff
472 South Salina St.
Syracuse, N.Y.  13202
(315) 475-3127
(315) 475-2706 (fax)
Bar Number: 511363

Dated:  October 27, 2003

7



The UPS advantage

# UPS Flexible Benefits Plan



SUMMARY PLAN DESCRIPTIONS




The
# advantage

## UPS Flexible Benefits Plan



## Member Services Directory

| | | |
|---|---|---|
| Telephone Enrollment *(Available 24 hours a day except 1 a.m. to 12 noon on Sundays)* | 800-353-9877 | |
| Service Center Representative *(Press "*0#" at main menu; 8 a.m. to 8 p.m. CST, Monday through Friday)* | 800-353-9877 | |

| | **Phone** | **Internet** |
|---|---|---|
| Aetna U.S. Healthcare | | http://www.aetnaushc.com |
|  -network coverage & HMO Options | 800-435-7324 | |
|  -non-network coverage | 800-217-2386 | |
| Blue Cross/Blue Shield | 800-516-1270 | http://www.bluecares.com |
|  Anthem HMO | 800-435-4586 | |
|  HMO Blue New England | 800-588-5508 | |
| CIGNA | 800-900-4877 | http://www.cigna.com/healthcare |
| Kaiser Permanente | | http://www.kaiserpermanente.org |
|  California | 800-464-4000 | |
|  Georgia | 404-261-2590 | |
| NYLCare | 800-475-8776 | http://www.nylcare.com |
| Prescription Merck-Medco | 800-346-1327 | http://www.merck-medco.com |
| ValueOptions (Solutions) | 800-336-9117 | |

### DENTAL

| | | |
|---|---|---|
| Prudential | 800-743-8877 | http://www.prudential.com/healthcare |

### VISION

| | | |
|---|---|---|
| VSP | 800-877-7195 | http://www.vsp.com |

### LIFE INSURANCE AND AD&D

| | | |
|---|---|---|
| Aetna U.S. Healthcare | 800-826-7448 | http://www.aetnaushc.com |

### LEGAL

| | | |
|---|---|---|
| LegalCare | 800-848-2012 | http://www.legalcareplan.com |

### SPENDING ACCOUNTS

| | | |
|---|---|---|
| Aetna U.S. Healthcare | 800-435-7324 | http://www.aetnaushc.com |

### YOUR LOCAL NETWORK MANAGER OR HMO

©1998, United Parcel Service of America, Inc.
100-0010  Reprint 9/99  25M

# UPS Income Protection Plan



A total disability following an accident or illness is something that most people don't like to think about. However, should such a tragedy occur, your UPS Income Protection Plan helps you bridge the financial gap caused as a result of lost income. All employees covered by the UPS Flexible Benefits Plan are provided with coverage in the event of a disability.

## SHORT-TERM DISABILITY

Short-term disability (STD) protects your salary if you have an absence caused by an illness or accidental injury. An absence for maternity is treated like an absence for illness.

### Eligibility

Short-term disability is available to all full-time and part-time administrative, technical, specialist and management employees when coverage begins under the UPS Flexible Benefits Plan (see page 4).

If you are an employee (other than a specialist or management employee) of UPS Worldwide Dedicated Services or UPS Truck Leasing, your STD benefit will be different from what is stated in this booklet. Please check with your Human Resources department for more information.

Your date of disability (as determined by your doctor) must occur while you are covered under the UPS Flexible Benefits Plan.

### Short-Term Disability Benefits

STD pays a percentage of your base pay for any one continuous period of disability, up to the maximum coverage period for your job classification:

| If you are: | Coverage lasts up to: | And pays: |
|---|---|---|
| Administrative, technical | 26 weeks | first 13 weeks: 100%<br>next 13 weeks: 60% |
| Specialist, management | the end of 12th full month from the date of disability | 100% |

### Administrative and Technical Employees

For administrative and technical employees, the Plan pays a maximum of 13 weeks per calendar year at 100 percent, regardless of the number of disability periods you have in that calendar year. Should your disability period extend beyond the end of the calendar year, the 100-percent benefit will be continued until a total of 13 weeks have been paid in that disability period at 100 percent. However, a new 13-week 100 percent period does not begin when the new calendar year begins, if it is the same disability period.

For instance, if you've used three weeks at 100 percent in one year, and your disability period extends into the next year, the next year you would be eligible for an additional ten weeks at 100 percent. If you have a second disability period later in the year, you would receive an additional three weeks at 100 percent for a total of 13 weeks at 100 percent in that calendar year.

STD benefits are paid at the same interval that you are paid as an active employee, for example, weekly if you are a weekly-paid employee. CIGNA will administer your disability checks and manage your case.

If you are a part-time administrative or technical employee, your STD benefit payment will be based on your average daily paid hours for the most recently completed calendar quarter.

If you are a full-time administrative or technical employee, you will be paid based on your weekly straight-time earnings.

Benefits begin on the first work day of an absence due to an injury and the fourth work day of an absence due to illness. Any unused discretionary days up to three will be used first before STD benefits are paid.

### Management and Specialist Employees

For management and specialist employees, you will continue to receive your monthly check from UPS, with your usual payroll deductions, during your STD coverage period. However, CIGNA will assign a case manager to work with you. Benefits begin on the first day of an absence due to an injury or illness.

### Who Qualifies for STD Benefits?

For STD purposes, you are considered disabled if the plan administrator, CIGNA, determines that you are unable to perform the material and substantial duties of your regular occupation because of an illness or injury.

Qualification for STD benefits is subject to CIGNA obtaining information supporting your disability. You may also need medical approval prior to returning to work.

If you can't return to work when your benefits end, and you are not eligible to apply for LTD, you may be eligible for Permanent and Total Disability coverage. See page 87 for details. You should also contact your manager to keep him or her informed of your progress. If you are eligible for long-term disability benefits, CIGNA will automatically review your case for LTD coverage, or you may call CIGNA to discuss your eligibility for LTD.

## If You Have More Than One STD Absence

If you are absent and receiving STD benefits and return to work for at least one day, and are later absent for an entirely different cause, you are eligible for a new disability period of STD benefits (after the four-day waiting period, if applicable).

If your second absence is due to the same cause, you must have returned to work for a minimum period before a new disability period will begin:

- for administrative and technical employees, you must return for at least 15 calendar days
- for management and specialist employees, you must return for at least 30 calendar days

Otherwise your second absence will be considered a continuation of the first disability period, and both periods of absence count toward the maximum coverage period described in the table on page 105.

## Residual Disability

The Plan will pay a residual benefit if you attempt to return to work, at UPS or another employer, while recovering from a disability. You will be considered residually disabled if you perform any work for wage or profit while disabled. The benefit you receive from STD will be calculated as follows:

- your STD benefit minus
- 75 percent of any earnings you receive while you are disabled

For example, assume your STD benefit is $500 per week. You return to work and work partial days for several weeks while you are recovering from an accident and earn $160 per week. CIGNA will calculate your benefit under the STD plan as follows:

$500 (your STD benefit) minus
-$120 (75% of the $160 you
received while disabled)
$380 (paid by the STD plan)

In this example, you would receive a paycheck from your employer for $160 and another check from CIGNA for $380 for disability until you recover from your disability and return to your regular work hours.

Your residual earnings from all sources, combined with your STD payment, may not exceed 100 percent of your pre-disability earnings (including earnings from other employers). Your STD payment will be reduced by any amounts in excess of your pre-disability earnings.

### Disability Benefit Offsets

California and Rhode Island have state-administered disability benefits. In these states, the UPS Plan offsets your STD benefits by the amount of the state plan benefits so that the combined amount paid by the UPS Plan and the state plan would be no more than the amount the UPS Plan would pay if there were no other coverage. Unless you provide documentation that you are not receiving state disability benefits, your UPS benefit will automatically be offset.

Hawaii, New Jersey and New York have state-mandated benefits. In these states, the amount paid to you will be the greater of either the state-mandated benefit or your STD benefit, but not both.

Additionally, your STD benefit will be reduced by the full amount of other earnings (subject to the residual disability provisions), disability income or retirement income you may receive, or be eligible to receive, including:

- any amount received from a retirement plan or pension plan that UPS contributes to or sponsors, other than the UPS Savings Plan
- any amount you receive from another group insurance plan (individual insurance plans are not offset)
- any disability benefits received from the Veterans Administration
- any work-loss provision of a no-fault or third-party benefit or settlement
- any primary benefit received under the U.S. Social Security Act
- any Workers' Compensation payment

It is a requirement of the Plan that you apply for the Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled. You are also required to appeal any denials. If you do not apply or appeal denials, the claims administrator will estimate the Social Security amount that you could have received and offset your benefit by that amount.

Additionally, it is a requirement of the Plan that you apply for Workers' Compensation if your disability is work-related.

Should you receive a lump sum payment (from a Workers' Compensation, no-fault, or third-party settlement related to your injury or illness, for example), your disability benefit will be fully offset until the entire amount of the settlement that represents disability benefits has been completely offset. For example, if you receive a $100,000 settlement (that represents disability benefits), and your STD benefit is $1,000 per month after all other offsets have been taken, you would receive no disability benefit from UPS for 100 months, until the full $100,000 had been offset. At that time, your UPS disability benefit would begin again. This example assumes qualification for LTD coverage after the STD benefit period ends. If CIGNA is unable to determine the exact amount of the award that represents disability benefits, 50 percent of the award will be considered disability benefits.

If you receive STD benefits for an illness or injury that is later determined to be an occupational illness or injury, your STD benefits received after the date of such determination will be offset by any retrospective and prospective Workers' Compensation benefits that are paid to you.

Additionally, if your remaining STD benefit period is not sufficient to repay amounts that would not have been paid to you if the Workers' Compensation claim had been determined earlier:

- either your Workers' Compensation benefits will be reduced by the amount owed to the Income Protection Plan (to the extent allowed by law), or
- you will be required to reimburse the Plan for such excess STD benefit payments.

### Exclusions and Limitations

No STD benefits are payable from this Plan for any disability that results from:

- intentionally self-inflicted injuries
- participation in a felony
- war, or act of war (whether such is declared or not), insurrection, rebellion, or participation in a riot or civil commotion
- serving on active duty in any armed forces of any government
- any vague or undefinable condition that cannot be described by a standard medical nomenclature diagnosis

No STD benefits are payable for days when you receive:

- discretionary days (sick pay, optional holiday pay)
- holiday pay
- vacation pay

### Benefit Termination

There are certain conditions that could cause your STD benefits to be terminated. These occur when you:

- cease to have a disability as determined by the plan administrator
- fail to provide medical documentation requested by the plan administrator
- fail to comply with a reasonable course of medical treatment and care necessary and appropriate to treat and/or resolve the condition for which you're receiving disability benefits
- fail to comply with an independent medical examination, functional capacity evaluation or other evaluation as may be required by the plan administrator
- have been paid the maximum disability period of STD benefits

### Health Care Coverage and STD

If you're unable to work due to either an occupational or a non-occupational injury or illness, Flexible Benefits Plan coverage for you and your dependents continues for up to 12 months following the date your disability began. You continue to be responsible for your share of the costs, either through billing statements or payroll deductions (if you are receiving a check from UPS). At the latest, coverage will end on the last day of the twelfth full month of continuous disability.

The Flexible Benefits Plan does not cover any expenses related to an occupational disability. You must submit claims for occupational disabilities to the Workers' Compensation Administrator.

When your 12-month extension of health care coverage ends, you and your dependents may elect COBRA continuation for 18 months, for a total of 30 months of coverage. (Please see the COBRA section for more information.) Or, if you are approved for LTD, you may begin coverage under the UPS LTD Health Care Plan.

### Coordination With Medicare

If you or your covered dependent becomes eligible for Medicare benefits as a result of a disability, there are rules that determine whether the UPS Flexible Benefits Plan pays benefits first, or whether Medicare is primary.

- If you are an active employee covered by the UPS Flexible Benefits Plan, the Flexible Benefits Plan would be primary for your covered dependent who is disabled or age 65 or older and otherwise eligible for Medicare.
- If you are disabled and not actively working, the UPS Flexible Benefits Plan would be primary for you and your covered dependents for the first six months of your disability period. After the six-month period, if you are not actively working at UPS, Medicare pays benefits first for you and your covered dependents.

During the time the UPS Flexible Benefits Plan pays benefits first, you should submit a claim for any remaining expenses not covered by the UPS Flexible Benefits Plan to Medicare. (Incidentally, you should apply for Social Security disability income benefits during the fifth month of disability to make sure you have no gaps in income protection.) During the time Medicare pays benefits first, you should first submit claims to Medicare for payment.

## Life Insurance and Accidental Death and Dismemberment (AD&D)

During your 12-month extension of health care coverage, your basic life and AD&D will continue to be provided by UPS. Your supplemental life insurance and AD&D coverage, as well as spouse's and children's life insurance coverage, can be continued as if you were an active employee. You continue to be responsible for the costs of supplemental coverage.

When your 12-month extension ends, your supplemental Group Universal Life (GUL) insurance can be continued on a direct-billed basis. You may also choose to convert your GUL policy to an individual whole life policy without providing evidence of insurability. Aetna U.S. Healthcare will automatically send you the necessary forms to fill out and return.

Your UPS-paid basic life insurance as well as your spouse's and your children's life insurance can be converted to individual whole life policies within 31 days of the end of your 12-month extension.* To obtain a conversion form, call Aetna U.S. Healthcare at 1-800-523-5065 and request the life conversion option.

Your AD&D coverage ends on the last day of your 12-month extension and cannot be converted.*

See the Life Insurance section on page 79 for additional information.

*If you are approved for LTD, your UPS-paid basic life insurance and AD&D will continue as long as you are a participant in the Income Protection Plan.*

## Taxes and Your STD Benefit

STD benefits are taxed when paid to you. For administrative and technical employees, the plan administrator, CIGNA, will issue all W-2 forms for any benefits received under the STD Plan. For management and specialist employees, UPS will issue all W-2 forms.

## How to File a Claim

If you become unable to work because of an injury or illness, you are encouraged to call the plan administrator, CIGNA, at 1-800-362-4462 (1-800-36-CIGNA) by the fifth day of your absence so CIGNA can begin processing your claim. You must call no later than 60 days after the illness or injury. If you do not call within 60 days of the initial date of disability, you will not be eligible for benefits.

A representative will:
- ask you for information:
  —name and address of UPS, date of hire and supervisor's name and phone number
  —your name, phone number, home address and Social Security number
  —the date of your injury or illness and the first day you were absent from work
  —your doctor's name, address and phone number, the date you were first treated for this condition, and your next appointment
- verify how you became disabled
- explain the claim process, including the need to obtain medical information from your doctor

Your CIGNA case manager will work with you, your doctor and UPS to help you return to work as quickly as is safely possible.

The representative will send you a release form that allows CIGNA to obtain information about your condition. Your claim will then be assigned to a case manager, who will gather the required documentation from your doctor. There is no other paperwork to fill out. If you do not return the release form in the time specified you may not be eligible for benefits.

**If you do not file a claim within 60 days of the initial date of disability you will not be eligible for an STD benefit and you will be required to reimburse UPS for any disability benefits already paid.**

*If your claim is approved,* you will receive an approval letter providing you a number to call if you have questions about your coverage, and indicating your expected return-to-work date. CIGNA will notify UPS of your anticipated return-to-work date and your claim approval. You should receive your first weekly payment (if you are an administrative or technical employee) within two weeks from the date of your call.

*If your claim is denied,* you'll receive a letter providing specific reasons for the denial. CIGNA will notify UPS that your claim has been denied. You must immediately contact your manager to schedule your return to work.

### Right of Recovery Provision

In some situations, you or your covered dependents may be entitled to certain payments from another source following an injury or illness. See page 125 for details on the Plan's right of recovery provisions.

## LONG-TERM DISABILITY

Long-term disability (LTD) provides protection from disabilities caused by an occupational or non-occupational illness or injury that lasts longer than the STD benefit period.

### Eligibility

LTD covers all full-time management, specialist, administrative and technical employees covered under the UPS Flexible Benefits Plan who have exhausted their STD benefits. Part-time employees are not eligible for LTD, but may be eligible for Permanent and Total Disability benefits (see page 87).

If you are an employee (other than a specialist or management employee) at UPS Worldwide Dedicated Services or UPS Truck Leasing, you are not eligible for LTD benefits, but may be eligible for Permanent and Total Disability benefits (see page 87).

### Your Employment Status and LTD

If you are absent from work for 12 months, you will be administratively terminated from employment at the end of the twelfth month, regardless of your status on STD or LTD. If your disability should end after your termination and you are able to return to work, you will be considered for employment based on your experience and skills, as would any other applicant.

### LTD Benefits

LTD benefits pay 60 percent of your monthly base salary. For administrative and technical employees, your monthly salary is calculated by multiplying your weekly straight-time earnings by 52 weeks, then dividing by 12 months.

### Who Qualifies for LTD Benefits?

For the first 24 months of disability under LTD, you are considered disabled if the plan administrator determines that you:

- are unable to perform the material and substantial duties of your regular occupation due to an illness or accidental injury.

After 24 months of payments, you will be considered disabled if the plan administrator determines that you:

- are unable to perform the material duties of any gainful occupation for which you are reasonably qualified based on your education, training or experience, except for psychiatric benefits, which end at 24 months.

### Residual Disability

During the first 24 months of LTD, the Plan will pay a residual benefit if you attempt to return to work, at UPS or another employer, while recovering from a disability. You will be considered residually disabled if you perform any work for wage or profit while disabled. The benefit you receive from LTD will be calculated as follows:

- your LTD benefit minus
- 75 percent of any earnings you receive while you are disabled

Your residual earnings from all sources, combined with your LTD payment, may not exceed 100 percent of your pre-disability earnings (including earnings from other employers). Your LTD payment will be reduced by any amounts in excess of your pre-disability earnings.

### Disability Benefit Offsets

Your LTD benefit will be reduced in full by any disability or retirement income or earnings you may receive (subject to the residual disability provisions), or be eligible to receive, including:

- any amount received from a compulsory state disability plan
- any amount received from a retirement plan or pension plan to which UPS contributes or sponsors (other than the UPS Savings Plan)
- any amount you receive from another group insurance plan (individual insurance plans are not offset)
- any no-fault or third-party settlement
- any primary benefits received under the U.S. Social Security Act
- any Workers' Compensation benefit

It is a requirement of the Plan that you apply for the Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled. You are also required to appeal any denials. If you do not apply or appeal denials, the claims administrator will estimate the Social Security amount that you could have received and offset your benefit by that amount.

Should you receive a lump sum payment (from a Workers' Compensation, no-fault, or third-party settlement related to your injury or illness, for example), your disability benefit will be fully offset until the full amount of the settlement that represents disability benefits has been completely offset. For example, if you receive a $100,000 settlement (that represents disability benefits), and your LTD benefit is $1,000 per month after all other offsets have been taken, you would receive no disability benefit from UPS for 100 months, until the full $100,000 had been offset. At that time, your UPS disability benefit would begin again. If CIGNA is unable to determine the exact amount of the award that represents disability benefits, 50 percent of the award will be considered disability benefits.

## Exclusions and Limitations

No LTD benefits are payable from this Plan for any disability that results from:

- intentionally self-inflicted injuries, while sane or insane
- participation in a felony
- war, or act of war (whether such is declared or not), insurrection, rebellion, or participation in a riot or civil commotion
- any vague or undefinable condition that cannot be described by a standard medical nomenclature diagnosis
- substance abuse and alcoholism conditions
- psychiatric conditions, except during the first 24 months of LTD

## Benefit Termination

LTD benefits will be terminated when an eligible employee reaches age 65, if the date of disability is prior to age 62. If disabled on or after age 62, LTD benefits terminate in accordance with the following schedule:

| Disabled at: | Benefits continue: |
| --- | --- |
| age 61 or younger | To end of month age 65 |
| age 62 | for 42 months |
| age 63 | for 36 months |
| age 64 | for 30 months |
| age 65 | for 24 months |
| age 66 | for 21 months |
| age 67 | for 18 months |
| age 68 | for 15 months |
| age 69 or older | for 12 months |

In addition to the above schedule, there are certain conditions that could cause your LTD benefits to be terminated. These occur when you:

- cease to have a disability as defined by the Plan and as determined by the plan administrator
- fail to provide medical documentation requested by the plan administrator
- fail to comply with a reasonable course of medical treatment and care necessary and appropriate to treat and/or resolve the condition for which you're receiving disability benefits
- fail to comply with an independent medical examination, functional capacity evaluation or other evaluation as may be required by the plan administrator
- fail to apply, reapply and appeal any denials of Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled, until all such applications and appeals are exhausted

### Health Care Coverage and LTD

The UPS LTD Health Care Plan provides health care coverage for you and your eligible dependents and life insurance and AD&D coverage for you:

- once your 12-month health care extension under the Flexible Benefits Plan ends, and
- you are approved for LTD coverage.

For information about the 12-month extension, see "Health Care Coverage and STD."

You will receive a booklet describing your LTD healthcare, life insurance and AD&D coverage when you are approved for LTD.

### LTD and Retirement Benefits

Please refer to your UPS Retirement Plan booklet for information about your retirement benefits if you are approved for LTD.

### Taxes and Your LTD Benefit

LTD benefits are taxed when paid to you. The plan administrator, CIGNA, will issue all W-2 forms for any benefits received under the LTD Plan.

### How to File a Claim

Your CIGNA case manager for STD will automatically review your case for LTD eligibility. If you do not have a case manager, call CIGNA at 1-800-362-4462 (1-800-36-CIGNA).

Remember that STD benefits may be paid weekly, while LTD benefits are paid monthly. LTD benefits are calculated on a monthly cycle beginning with your eligibility date for LTD, and paid near the end of that benefit period. For instance, if your LTD date of disability is June 15, your monthly benefit payment will be calculated from June 15 to July 14, and will be mailed to you about one week prior to the end of that benefit period.

### Right of Recovery Provisions

In some situations, you or your covered dependents may be entitled to certain payments from another source following an injury or illness. See page 125 for details on the Plan's right of recovery provisions.

## PERMANENT AND TOTAL DISABILITY (PTD) FOR PART-TIME EMPLOYEES

If you are a part-time employee and you become permanently and totally disabled while you're a participant in the UPS Flexible Benefits Plan, you may be eligible to receive a lump sum benefit from your basic employee life insurance. See "If You Become Disabled" in the Life Insurance section on page 87.

Additionally, you may be eligible for a disability benefit under the UPS Retirement Plan. Refer to your UPS Retirement Plan booklet for further information.