# EXHIBIT E

# (2 of 2)

# Income Protection Plan

A total disability following an accident or illness is something that most people don't like to think about. However, should such a tragedy occur, the Income Protection Plan helps you bridge the financial gap caused as a result of lost income. All employees covered by the Flexible Benefits Plan are provided with coverage in the event of a disability.

## SHORT-TERM DISABILITY

Short-term disability (STD) protects your salary if you have an absence caused by an illness or accidental injury. An absence for maternity is treated like an absence for illness.

### Eligibility

Short-term disability is available to all full-time and part-time employees eligible for the Flexible Benefits Plan when coverage begins under the Plan (see your Insert).

Your date of disability (as determined by your doctor) must occur while you are covered under the Flexible Benefits Plan.

### STD Benefits

STD pays a percentage of your base pay for any one continuous period of disability, up to the maximum coverage period. For the exact percentage and the maximum coverage period, refer to your Insert.

STD benefits are paid at the same interval that you are paid as an active employee, for example, weekly if you are a weekly-paid employee.

If you are a non-exempt* employee, your STD benefit payment is based on your average weekly straight-time pay, which is calculated by averaging the paid hours (maximum of 40 per week) each week during the last full quarter you worked and multiplying that by your hourly rate. For example, if your disability begins in February, the last full quarter is October, November and December.

If you are an exempt* employee, your STD benefit payment is based on your monthly base pay.

*Exempt and non-exempt status is determined in accordance with the Fair Labor Standards Act classifications. Generally, hourly employees are non-exempt and management employees are exempt. Contact your Human Resources department if you are unsure of your classification.

### When Do STD Benefits Begin?

STD benefits usually begin after a waiting period of up to four days, based on the reason for the disability. Refer to your Insert for details about when STD benefits begin.

### Who Qualifies for STD Benefits?

For STD purposes, you are considered disabled if the Plan Administrator, CIGNA, determines that you are unable to perform the material and substantial duties of your regular occupation because of an illness or injury. In some cases, STD benefits will be reduced if you refuse to participate in the residual disability return-to-work program.

Qualification for STD benefits is subject to CIGNA obtaining information supporting your disability. You may also need medical approval prior to returning to work.

If you can't return to work when your benefits end, and you are not eligible to apply for LTD, you may be eligible for Permanent and Total Disability coverage. See page 83 for details. You should also contact your manager to keep him or her informed of your progress. If you are eligible for long-term disability benefits, CIGNA will automatically review your case for LTD coverage, or you may call CIGNA to discuss your eligibility for LTD.

*If You Have More Than One STD Absence*
If you are absent and receiving STD benefits and return to work for at least one day, and are later absent for an entirely different cause, you are eligible for a new disability period of STD benefits (after the four-day waiting period, if applicable).

If your second absence is due to the same cause, you must have returned to work for a minimum period before a new disability period will begin. (Refer to your Insert for details on the length of the minimum period.) This minimum period cannot include any vacation, personal, or discretionary days.

Otherwise your second absence will be considered a continuation of the first disability period, and both periods of absence count toward the maximum coverage period described in your Insert.

*Residual Disability/Return to Work Program*
The Plan will pay a residual benefit if you attempt to return to work, at the Company or another employer, while recovering from a disability. You will be considered residually disabled if you perform any CIGNA pre-approved work for wage or profit while disabled. The benefit you receive from STD will be calculated as follows:
- your STD benefit minus
- 75 percent of any earnings you receive while you are disabled

Your residual earnings from all sources, combined with your STD payment, may not exceed 100 percent of your pre-disability earnings (including earnings from other employers). Your STD payment will be reduced by any amounts in excess of your pre-disability earnings.

If CIGNA and the Company determine that you can return to work for the Company under a residual disability program, and you fail to do so, your STD benefit payment will be offset by the amount you would have received as a residual disability benefit. For purposes of this return-to-work program, you may be asked to return in any position for which you are reasonably qualified based on your education, training or experience.

*Disability Benefit Offsets*

California and Rhode Island have state-administered disability benefits. In these states, the Plan offsets your STD benefits by the amount of the state plan benefits so that the combined amount paid by the Flexible Benefits Plan and the state plan would be no more than the amount the Plan would pay if there were no other coverage. Unless you provide documentation that you are not receiving state disability benefits, your Flexible Benefits Plan benefit will automatically be offset.

Hawaii, New Jersey and New York have state-mandated benefits. In these states, the amount paid to you will be the greater of either the state-mandated benefit or your STD benefit, but not both.

Additionally, your STD benefit will be reduced by the full amount of other earnings (subject to the residual disability provisions), disability income or retirement income you may receive, or be eligible to receive, including:

- any amount received from a retirement plan or pension plan that the Company or its affiliates contribute to or sponsor (other than the UPS Savings Plan)
- any residual disability/return-to-work amounts that you may be eligible to earn
- any amount you receive from another group insurance plan (individual insurance plans are not offset)
- any disability benefits received from the Veterans Administration
- any work-loss provision of a no-fault or third-party benefit or settlement
- any primary benefit received under the U.S. Social Security Act
- any Workers' Compensation payment

It is a requirement of the Plan that you apply for the Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled. You are also required to appeal any denials. If you do not apply or appeal denials, the claims administrator will estimate the Social Security amount that you could have received and offset your benefit by that amount.

Additionally, it is a requirement of the Plan that you apply for Workers' Compensation if your disability is work-related.

Should you receive a lump sum payment (from Social Security, a Workers' Compensation, no-fault, or third-party settlement related to your injury or illness, for example), your disability benefit will be fully offset until the entire amount of the settlement that represents disability benefits has been completely offset. For example, if you receive a $100,000 settlement (that represents disability benefits), and your STD benefit is $1,000 per month after all other offsets have been taken, you would receive no disability benefit from the Flexible Benefits Plan for 100 months, until the full $100,000 had been offset. At that time, your disability benefit would begin again. This example assumes qualification for LTD coverage after the STD benefit period ends. If CIGNA is unable to determine the exact amount of the award that represents disability benefits, 50 percent of the award will be considered disability benefits.

If you receive STD benefits for an illness or injury that is later determined to be an occupational illness or injury, your STD benefits received after the date of such determination will be offset by any retrospective and prospective Workers' Compensation benefits that are paid to you.

Additionally, if your remaining STD benefit period is not sufficient to repay amounts that would not have been paid to you if the Workers' Compensation claim had been determined earlier:
- either your Workers' Compensation benefits will be reduced by the amount owed to the Income Protection Plan (to the extent allowed by law), or

- you will be required to reimburse the Plan for such excess STD benefit payments

*Exclusions and Limitations*
No STD benefits are payable from this Plan for any disability that results from:
- intentionally self-inflicted injuries
- participation in a felony
- war, or act of war (whether such is declared or not), insurrection, rebellion, or participation in a riot or civil commotion
- serving on active duty in any armed forces of any government
- any vague or undefinable condition that cannot be described by a standard medical nomenclature diagnosis

No STD benefits are payable for days when you receive:
- discretionary days (such as sick pay or optional holiday pay, if applicable)
- holiday pay
- vacation pay

*Benefit Termination*
There are certain conditions that could cause your STD benefits to be terminated or reduced. These occur when you:
- cease to have a disability as determined by the Plan Administrator
- terminate employment due to a pre-disability scheduled termination date (e.g., because of resignation or a facility closing)
- fail to comply with a residual disability/ return-to-work plan approved by CIGNA and the Company

Income Protection Plan

106

- fail to provide medical documentation requested by the Plan Administrator. CIGNA can request additional medical documentation of an ongoing disability as often as it deems reasonably necessary.
- fail to comply with a reasonable course of medical treatment and care necessary and appropriate to treat and/or resolve the condition for which you're receiving disability benefits
- fail to comply with an independent medical examination, functional capacity evaluation, or other evaluation as may be required by the Plan Administrator
- have been paid the maximum disability period of STD benefits

*Health Care Coverage and STD*
If you're unable to work due to either an occupational or a non-occupational injury or illness, Flexible Benefits Plan coverage for you and your dependents continues for up to 12 months following the date your disability began. You continue to be responsible for your share of the costs, either through billing statements or payroll deductions (if you are receiving a check from the Company). At the latest, coverage will end on the last day of the twelfth full month of continuous disability.

The Flexible Benefits Plan does not cover any expenses related to an occupational disability. You must submit claims for occupational disabilities to the Workers' Compensation Administrator.

When your 12-month extension of health care coverage ends, you and your dependents may elect COBRA continuation for 18 months, for a total of 30 months of coverage. (Please see the COBRA section for more information.) Or, if you are eligible and approved for LTD, you may begin coverage under the LTD health care plan.

*Coordination With Medicare*
If you become eligible for Medicare benefits as a result of a disability, there are rules that determine whether the Flexible Benefits Plan pays benefits first, or whether Medicare is primary. See page 50.

*Life Insurance and Accidental Death and Dismemberment (AD&D)*
During your 12-month extension of health care coverage, any basic life and AD&D will continue to be provided by the Company, including spouse's and children's basic. Any supplemental life insurance and AD&D coverage can be continued as if you were an active employee. You continue to be responsible for the costs of supplemental coverage.

When your 12-month extension ends, your and your spouse's supplemental Group Universal Life (GUL) insurance can be continued on a direct-billed basis. You may also choose to convert your and your spouse's GUL policies to individual policies without providing evidence of insurability. Prudential will automatically send you the necessary forms to fill out and return.

> Your CIGNA case manager will work with you, your doctor and the Company to help you return to work as quickly as is safely possible.

Your Company-paid basic life insurance, including your spouse's and your children's, can be converted to individual policies within 31 days of the end of your 12-month extension.* To obtain a conversion kit, call Prudential at 1-973-548-6061.

Your AD&D coverage ends on the last day of your 12-month extension and cannot be converted.*

See the Life Insurance section on page 77 for additional information.

*If you are approved for LTD, any Company-paid basic life insurance and AD&D, including spouse's and children's, will continue only as long as you are a participant in the Income Protection Plan.

### Taxes and Your STD Benefit
STD benefits are taxed when paid to you. See the Insert for further details about receiving a W-2 form.

### How to File a Claim
If you become unable to work because of an injury or illness, you are encouraged to call the Plan Administrator, CIGNA, at 1-800-362-4462 (1-800-36-CIGNA) by the fifth day of your absence so CIGNA can begin processing your claim. You must call no later than 60 days after the illness or injury. If you do not call within 60 days of the initial date of disability, you will not be eligible for benefits.

A representative will:
- ask you for information:
  - name and address of the Company, date of hire and supervisor's name and phone number
  - your name, phone number, home address and Social Security number
  - the date of your injury or illness and the first day you were absent from work
  - your doctor's name, address and phone number, the date you were first treated for this condition, and your next appointment
- verify how you became disabled
- explain the claim process, including the need to obtain medical information from your doctor

The representative will send you a release form that allows CIGNA to obtain information about your condition. Your claim will then be assigned to a case manager, who will gather the required documentation from your doctor. If you do not return the release form in the time specified you may not be eligible for benefits.

**If you do not file a claim within 60 days of the initial date of disability you will not be eligible for an STD benefit and you will be required to reimburse the Company for any disability benefits already paid.**



**If your claim is approved,** you will receive an approval letter providing you a number to call if you have questions about your coverage, and indicating your expected return-to-work date. CIGNA will notify the Company of your anticipated return-to-work date and your claim approval. You should receive your first weekly payment (if you are a non-exempt employee) within two weeks from the date of your call.

**If your claim is denied,** you'll receive a letter providing specific reasons for the denial. CIGNA will notify the Company that your claim has been denied. You must immediately contact your manager to schedule your return to work.

### Right of Recovery Provision
In some situations, you or your covered dependents may be entitled to certain payments from another source following an injury or illness. See page 122 for details on the Plan's right of recovery provisions. In addition, the Plan has the right to recover any STD benefits that are deemed to be paid incorrectly.

## LONG-TERM DISABILITY
Long-term disability (LTD) provides protection from disabilities caused by an occupational or non-occupational illness or injury that lasts longer than the STD benefit period.

### Eligibility
LTD covers all eligible full-time employees covered under the Flexible Benefits Plan who have exhausted their STD benefits. Refer to your Insert for details about LTD eligibility.

Part-time employees are not eligible for LTD, but may be eligible for Permanent and Total Disability benefits (see page 83).

### Your Employment Status
If you are absent from work for 12 months, you will be administratively terminated from employment at the end of the twelfth month, regardless of your status on STD or LTD. If your disability should end after your termination and you are able to return to work, you will be considered for employment based on your experience and skills, as would any other applicant.

### LTD Benefits
LTD benefits pay a percentage of your monthly base salary. For weekly-paid employees, your monthly salary is calculated by multiplying your average weekly straight-time pay by 52 weeks, then dividing by 12 months. For the exact percentage payable under LTD, please refer to your Insert.

### COLA Option
You may also purchase a three percent cost of living adjustment (COLA) option. COLA is designed to keep your disability payment up to date with inflation. Your monthly disability benefit payment will be increased by three percent on each anniversary of the date monthly benefits became payable to you. Your first COLA adjustment will be effective after you've received 12 monthly benefits.

COLA option prices are based on your income and are shown on your Enrollment Worksheet.

### Who Qualifies for LTD Benefits?

For the first 24 months of disability under LTD, you are considered disabled if the Plan Administrator determines that you:

- are unable to perform the material and substantial duties of your regular occupation due to an illness or accidental injury

After 24 months of payments, you will be considered disabled if the Plan Administrator determines that you:

- are unable to perform the material duties of any gainful occupation for which you are reasonably qualified based on your education, training or experience, except for psychiatric benefits, which end at 24 months

### Residual Disability

During the first 24 months of LTD, the Plan will pay a residual benefit if you attempt to return to work, at the Company or another employer, while recovering from a disability. You will be considered residually disabled if you perform any CIGNA pre-approved work for wage or profit while disabled. The benefit you receive from LTD will be calculated as follows:

- your LTD benefit minus
- 75 percent of any earnings you receive while you are disabled

Your residual earnings from all sources, combined with your LTD payment, may not exceed 100 percent of your pre-disability earnings (including earnings from other employers). Your LTD payment will be reduced by any amounts in excess of your pre-disability earnings.

During the first 24 months of disability under LTD, if CIGNA and the Company determine that you can return to work for the Company under a residual disability program, and you fail to do so, your LTD benefit payment will be offset by the amount you would have received as a residual disability benefit. For purposes of this return-to-work program, you may be asked to return in any position for which you are reasonably qualified based on your education, training or experience.

### Disability Benefit Offsets

Your LTD benefit will be reduced in full by any disability or retirement income or earnings you may receive (subject to the residual disability provisions), or be eligible to receive, including:

- any amount received from a compulsory state disability plan
- any residual disability/return-to-work amounts that you may be eligible to earn
- any amount received from a retirement plan or pension plan that the Company or its affiliates contribute to or sponsor (other than the UPS Savings Plan)
- any amount you receive from another group insurance plan (individual insurance plans are not offset)
- any no-fault or third-party settlement
- any primary benefits received under the U.S. Social Security Act
- any Workers' Compensation benefit
- any incorrectly paid STD or LTD benefits

It is a requirement of the Plan that you apply for the Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled. You are also required to appeal any denials. If you do not apply or appeal denials, the claims administrator will estimate the Social Security amount that you could have received and offset your benefit by that amount.

Should you receive a lump sum payment (from Social Security, a Workers' Compensation, no-fault, or third-party settlement related to your injury or illness, for example), your disability benefit will be fully offset until the full amount of the settlement that represents disability benefits has been completely offset. For example, if you receive a $100,000 settlement (that represents disability benefits), and your LTD benefit is $1,000 per month after all other offsets have been taken, you would receive no disability benefit from the Flexible Benefits Plan for 100 months, until the full $100,000 had been offset. At that time, your disability benefit would begin again. If CIGNA is unable to determine the exact amount of the award that represents disability benefits, 50 percent of the award will be considered disability benefits.

### Exclusions and Limitations

No LTD benefits are payable from this Plan for any disability that results from:

- intentionally self-inflicted injuries, while sane or insane
- participation in a felony
- war, or act of war (whether such is declared or not), insurrection, rebellion, or participation in a riot or civil commotion
- any vague or undefinable condition that cannot be described by a standard medical nomenclature diagnosis
- substance abuse and alcoholism conditions
- psychiatric conditions, except during the first 24 months of LTD
- any disability that begins prior to LTD coverage under the Plan

### Benefit Termination

LTD benefits will be terminated when an eligible employee reaches age 65, if the date of disability is prior to age 62. If disabled on or after age 62, LTD benefits terminate in accordance with the following schedule:

| Disabled at: | Benefits continue: |
| --- | --- |
| age 61 or younger | To end of month age 65 |
| age 62 | for 42 months |
| age 63 | for 36 months |
| age 64 | for 30 months |
| age 65 | for 24 months |
| age 66 | for 21 months |
| age 67 | for 18 months |
| age 68 | for 15 months |
| age 69 or older | for 12 months |

Income Protection Plan

In addition to the above schedule, there are certain conditions that could cause your LTD benefits to be terminated. These occur when you:

- cease to have a disability as defined by the Plan and as determined by the Plan Administrator
- fail to provide medical documentation requested by the Plan Administrator
- fail to comply with a reasonable course of medical treatment and care necessary and appropriate to treat and/or resolve the condition for which you're receiving disability benefits
- fail to comply with an independent medical examination, functional capacity evaluation or other evaluation as may be required by the Plan Administrator
- fail to apply, reapply and appeal any denials of Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled, until all such applications and appeals are exhausted
- fail to comply with a residual disability/return-to-work plan approved by CIGNA and the Company

*Health Care Coverage and LTD*

The Company provides health care coverage for you and your eligible dependents as well as basic life insurance (for you and your family) and AD&D coverage for you:

- once your 12-month health care extension under the Flexible Benefits Plan ends, and
- you are approved for LTD coverage

For information about the 12-month extension, see "Health Care Coverage and STD."

You will receive a booklet describing your LTD health care, life insurance and AD&D coverage when you are approved for LTD.

*Taxes and Your LTD Benefit*

LTD benefits are taxed when paid to you. The Plan Administrator, CIGNA, will issue all W-2 forms for any benefits received under the LTD Plan.

*How to File a Claim*

Your CIGNA case manager for STD will automatically review your case for LTD eligibility. If you do not have a case manager, call CIGNA at 1-800-362-4462 (1-800-36-CIGNA).

Remember that STD benefits may be paid weekly, while LTD benefits are paid monthly. LTD benefits are calculated on a monthly cycle beginning with your eligibility date for LTD, and paid near the end of that benefit period. For instance, if your LTD date of disability is June 15, your monthly benefit payment will be calculated from June 15 to July 14, and will be mailed to you about one week prior to the end of that benefit period.

*Right of Recovery Provisions*

In some situations, you or your covered dependents may be entitled to certain payments from another source following an injury or illness. See page 122 for details on the Plan's right of recovery provisions. In addition, the Plan shall have the right to recover any LTD benefits that are deemed to be paid incorrectly.

## PERMANENT AND TOTAL DISABILITY (PTD) FOR PART-TIME EMPLOYEES

If you are not eligible for LTD and you become permanently and totally disabled while you're a participant in the Flexible Benefits Plan, you may be eligible to receive a lump sum benefit from your basic employee life insurance. See "If You Become Disabled" in the Life Insurance section on page 83.

# If a Claim Is Denied



If your claim for benefits from the Flexible Benefits Plan is denied in whole or in part, you usually will receive a written notification of the denial within 90 days of submitting the claim. If you don't receive any response within 90 days, you should consider your claim denied.

The notice will explain:

- the reasons for the denial,
- the Plan provisions on which it is based,
- any additional material or information needed to make the claim acceptable and the reason it is necessary, and
- the procedure for requesting a review

If special circumstances require more than 90 days for processing the claim, you'll be notified of that fact, in writing, within 90 days of filing. The notice you receive will explain what special circumstances make an extension necessary and indicate the date a final decision is expected to be made. The extension may be for up to another 90 days.

## APPEALING YOUR DENIAL

You (or your beneficiary) are entitled to a review of a denied claim. The situation should first be appealed to the highest available level with the administrator of the services (e.g., Aetna U.S. Healthcare, CIGNA, BCBS, Prudential). If you then believe further review is needed on a plan for which UPS decides appeals, you may (within 60 days of the administrator's final appeal denial) submit a written request for an appeal with the Claims Review Committee at 55 Glenlake Parkway, NE, Atlanta, GA 30328. All appeals to the Company must be submitted through the region Human Resources department.

Neither the Company nor UPS is a fiduciary with respect to the benefits or programs for which it does not have the responsibility to decide appeals. The following chart indicates whether you should appeal a denial of claims to UPS or to another entity. If you are required to appeal to a different entity, please contact that entity for required appeal procedures.

The representative will send you a release form that allows CIGNA to obtain information about your condition. Your claim will then be assigned to a case manager, who will gather the required documentation from your doctor. There is no other paperwork to fill out. If you do not return the release form in the time specified you may not be eligible for benefits.

**If you do not file a claim within 60 days of the initial date of disability you will not be eligible for an STD benefit and you will be required to reimburse UPS for any disability benefits already paid.**

*If your claim is approved,* you will receive an approval letter providing you a number to call if you have questions about your coverage, and indicating your expected return-to-work date. CIGNA will notify UPS of your anticipated return-to-work date and your claim approval. You should receive your first weekly payment (if you are an administrative or technical employee) within two weeks from the date of your call.

*If your claim is denied,* you'll receive a letter providing specific reasons for the denial. CIGNA will notify UPS that your claim has been denied. You must immediately contact your manager to schedule your return to work.

### Right of Recovery Provision

In some situations, you or your covered dependents may be entitled to certain payments from another source following an injury or illness. See page 125 for details on the Plan's right of recovery provisions.

### LONG-TERM DISABILITY

Long-term disability (LTD) provides protection from disabilities caused by an occupational or non-occupational illness or injury that lasts longer than the STD benefit period.

### Eligibility

LTD covers all full-time management, specialist, administrative and technical employees covered under the UPS Flexible Benefits Plan who have exhausted their STD benefits. Part-time employees are not eligible for LTD, but may be eligible for Permanent and Total Disability benefits (see page 87).

If you are an employee (other than a specialist or management employee) at UPS Worldwide Dedicated Services or UPS Truck Leasing, you are not eligible for LTD benefits, but may be eligible for Permanent and Total Disability benefits (see page 87).

### Your Employment Status and LTD

If you are absent from work for 12 months, you will be administratively terminated from employment at the end of the twelfth month, regardless of your status on STD or LTD. If your disability should end after your termination and you are able to return to work, you will be considered for employment based on your experience and skills, as would any other applicant.

### LTD Benefits

LTD benefits pay 60 percent of your monthly base salary. For administrative and technical employees, your monthly salary is calculated by multiplying your weekly straight-time earnings by 52 weeks, then dividing by 12 months.

### Who Qualifies for LTD Benefits?

For the first 24 months of disability under LTD, you are considered disabled if the plan administrator determines that you:

- are unable to perform the material and substantial duties of your regular occupation due to an illness or accidental injury.

After 24 months of payments, you will be considered disabled if the plan administrator determines that you:

- are unable to perform the material duties of any gainful occupation for which you are reasonably qualified based on your education, training or experience, except for psychiatric benefits, which end at 24 months.

### Residual Disability

During the first 24 months of LTD, the Plan will pay a residual benefit if you attempt to return to work, at UPS or another employer, while recovering from a disability. You will be considered residually disabled if you perform any work for wage or profit while disabled. The benefit you receive from LTD will be calculated as follows:

- your LTD benefit minus
- 75 percent of any earnings you receive while you are disabled

Your residual earnings from all sources, combined with your LTD payment, may not exceed 100 percent of your pre-disability earnings (including earnings from other employers). Your LTD payment will be reduced by any amounts in excess of your pre-disability earnings.

### Disability Benefit Offsets

Your LTD benefit will be reduced in full by any disability or retirement income or earnings you may receive (subject to the residual disability provisions), or be eligible to receive, including:

- any amount received from a compulsory state disability plan
- any amount received from a retirement plan or pension plan to which UPS contributes or sponsors (other than the UPS Savings Plan)
- any amount you receive from another group insurance plan (individual insurance plans are not offset)
- any no-fault or third-party settlement
- any primary benefits received under the U.S. Social Security Act
- any Workers' Compensation benefit

It is a requirement of the Plan that you apply for the Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled. You are also required to appeal any denials. If you do not apply or appeal denials, the claims administrator will estimate the Social Security amount that you could have received and offset your benefit by that amount.

UPS income protection plan

Should you receive a lump sum payment (from a Workers' Compensation, no-fault, or third-party settlement related to your injury or illness, for example), your disability benefit will be fully offset until the full amount of the settlement that represents disability benefits has been completely offset. For example, if you receive a $100,000 settlement (that represents disability benefits), and your LTD benefit is $1,000 per month after all other offsets have been taken, you would receive no disability benefit from UPS for 100 months, until the full $100,000 had been offset. At that time, your UPS disability benefit would begin again. If CIGNA is unable to determine the exact amount of the award that represents disability benefits, 50 percent of the award will be considered disability benefits.

### Exclusions and Limitations

No LTD benefits are payable from this Plan for any disability that results from:
- intentionally self-inflicted injuries, while sane or insane
- participation in a felony
- war, or act of war (whether such is declared or not), insurrection, rebellion, or participation in a riot or civil commotion
- any vague or undefinable condition that cannot be described by a standard medical nomenclature diagnosis
- substance abuse and alcoholism conditions
- psychiatric conditions, except during the first 24 months of LTD

### Benefit Termination

LTD benefits will be terminated when an eligible employee reaches age 65, if the date of disability is prior to age 62. If disabled on or after age 62, LTD benefits terminate in accordance with the following schedule:

| Disabled at: | Benefits continue: |
| --- | --- |
| age 61 or younger | To end of month age 65 |
| age 62 | for 42 months |
| age 63 | for 36 months |
| age 64 | for 30 months |
| age 65 | for 24 months |
| age 66 | for 21 months |
| age 67 | for 18 months |
| age 68 | for 15 months |
| age 69 or older | for 12 months |

In addition to the above schedule, there are certain conditions that could cause your LTD benefits to be terminated. These occur when you:

- cease to have a disability as defined by the Plan and as determined by the plan administrator
- fail to provide medical documentation requested by the plan administrator
- fail to comply with a reasonable course of medical treatment and care necessary and appropriate to treat and/or resolve the condition for which you're receiving disability benefits
- fail to comply with an independent medical examination, functional capacity evaluation or other evaluation as may be required by the plan administrator
- fail to apply, reapply and appeal any denials of Social Security disability insurance benefit as well as any state-provided disability benefits to which you may be entitled, until all such applications and appeals are exhausted

*Health Care Coverage and LTD*

The UPS LTD Health Care Plan provides health care coverage for you and your eligible dependents and life insurance and AD&D coverage for you:

- once your 12-month health care extension under the Flexible Benefits Plan ends, and
- you are approved for LTD coverage.

For information about the 12-month extension, see "Health Care Coverage and STD."

You will receive a booklet describing your LTD healthcare, life insurance and AD&D coverage when you are approved for LTD.

*LTD and Retirement Benefits*

Please refer to your UPS Retirement Plan booklet for information about your retirement benefits if you are approved for LTD.

*Taxes and Your LTD Benefit*

LTD benefits are taxed when paid to you. The plan administrator, CIGNA, will issue all W-2 forms for any benefits received under the LTD Plan.