# EXHIBIT F

# (2 OF 3)

Case 1:03-cv-12382-MLW Document 142-10 Filed 08/22/2008 Page 1 of 8



# your BeneFlex Long Term Disability Plan

Your Beneflex LTD Plan

Other Important Information

# Table of Contents

| | |
|---|---|
| YOUR BENEFLEX LONG TERM DISABILITY PLAN AT A GLANCE | 2 |
| **BENEFLEX LONG TERM DISABILITY** | **3** |
| TERMS YOU SHOULD KNOW | 3 |
| ELIGIBILITY, ENROLLMENT & COST | 3 |
| *Who Is Eligible* | 3 |
| *Coverage Levels* | 4 |
| *How to Enroll* | 4 |
| *When Coverage Begins* | 4 |
| *Cost of the Plan* | 4 |
| HOW THE LONG TERM DISABILITY PLAN WORKS | 5 |
| *When Benefits Start* | 5 |
| *What's Covered* | 5 |
| *Other Sources of Income Protection* | 5 |
| *Calculating Your LTD Benefit* | 6 |
| *Your LTD Benefit and Taxes* | 7 |
| *Rehabilitative Benefits* | 7 |
| *How Long Your Benefit Continues* | 7 |
| *If You Become Disabled Again* | 8 |
| *When Long Term Disability Benefits Stop* | 9 |
| *Other A&P Benefits During Disability* | 9 |
| *How to File a Claim for Benefits* | 9 |
| *What's Not Covered* | 10 |
| *Preexisting Conditions* | 10 |
| WHEN COVERAGE ENDS | 10 |
| **OTHER IMPORTANT INFORMATION** | **11** |
| *If a Claim Is Denied* | 11 |
| *ERISA* | 12 |
| *Plan Termination/Amendments* | 13 |
| *Limitations — Not a Contract of Employment* | 13 |
| *Benefits May Not Be Transferred* | 13 |
| *Additional Information* | 13 |

# Your BeneFlex Long Term Disability Plan At A Glance

The BeneFlex Long Term Disability (LTD) Plan provides important financial protection from loss of income after you have been disabled for six months. Through BeneFlex, you have a choice of three LTD options that replace 40%, 50%, or 60% of your monthly income, as you elect. A&P provides sufficient Flex Dollars for you to purchase 60% LTD coverage.

| | |
|---|---|
| When Coverage Begins | Full-time employees become eligible on the first day of the month after completing 30 days of service. |
| Your Cost | Your cost — in Flex Dollars — depends on the level of coverage you choose; please see your Personal Data Sheet. |
| When Benefits Begin | After 180 continuous days of total disability. |
| What You Receive | The three coverage options allow you to elect the percentage of monthly pay you want to receive during disability, as follows: <br> • 40% of base pay <br> • 50% of base pay, or <br> • 60% of base pay <br> A portion of this benefit may come from sources other than the LTD Plan. |
| How Long Benefits Last | Generally, until recovery or to age 65. Disabilities beginning after age 60 may be eligible for benefits past age 65. |


2

# BeneFlex
## long term disability

# Terms You Should Know

### Active Work/Actively at Work
The performance of all duties that pertain to your work at the place where it is normally done, or where it is required to be done.

### Base Pay
Your monthly salary in effect just before you become disabled – including your premium pay, averaged over six months before your disability began. Base pay does not include overtime, bonus, or incentive pay.

### Preexisting Condition
Any sickness or disease for which medical care, advice or treatment is received during the six-month period prior to the date you become covered.

### Total Disability
- For the first two years that LTD benefits are payable, you must be unable to perform any and all duties of your job. During this two-year period, you must not be engaged in any other job where you are paid or where you make a profit except rehabilitative employment.

- After the first two years of benefit payment, you must be unable to perform any job for which you are qualified or for which you become qualified.

In either case, your disability must be certified by a physician who is approved by the Claims Administrator before LTD benefits are paid.

# Eligibility, Enrollment & Cost

## WHO IS ELIGIBLE

### Employees
If you are a full-time employee of A&P or a participating U.S. subsidiary and are not covered by a collective bargaining agreement or if your collective bargaining agreement specifically participates in BeneFlex, you are eligible for Long Term Disability coverage through BeneFlex.

If you are on an authorized leave of absence, your coverage may continue. Contact the Corporate Benefits Department for details about continued coverage in these cases.

*Dependents*

The Long Term Disability Plan covers eligible employees only. Dependents are not eligible.

## COVERAGE LEVELS

You automatically receive Long Term Disability (LTD) coverage equal to 40% of your base pay. If you wish to increase your coverage, BeneFlex allows you to choose from two other coverage levels:

- Coverage equal to 50% of base pay, or
- Coverage equal to 60% of base pay.

All of the LTD coverage options work the same, only the amount of income replaced is different. A description of how the plan works starts on page 5.

## HOW TO ENROLL

When you first become eligible, you need to enroll in the BeneFlex Long Term Disability Option of your choice. Each year after that, you have the opportunity to select a new coverage option during annual enrollment. Please refer to the booklet *About Your BeneFlex Program* for more information.

You can change your coverage level option only during the open enrollment period. You may have to provide evidence of good health when you enroll or increase your coverage level.

## WHEN COVERAGE BEGINS

Full-time employees become eligible on the first day of the month after completing 30 days of service. If you are not actively at work on the day your coverage is scheduled to begin, your coverage will begin on the day you return to active work.

## COST OF THE PLAN

The Company pays for LTD coverage of up to 60% of your base pay:

- The first 40% in coverage is automatic.
- You receive enough Flex Dollars to purchase an additional 20% in LTD coverage, at no cost to you.

However, you do not have to accept the full 60% coverage amount. You can choose coverage of:

- 40% of base pay,
- 50% of base pay, or
- 60% of base pay.

If you choose either the 40% or 50% option, you can use your leftover Flex Dollars to pay for other benefit elections — or take them as taxable cash.

New employees will receive a Personal Data Sheet with their Flex Dollar amounts and LTD option costs. Each year, you will receive a new Personal Data Sheet for enrollment in



the next year's BeneFlex Program. If you increase your LTD coverage amount from your initial coverage level, you must be actively at work at least one day to have the higher level take effect.

For more information on using your Flex Dollars to pay for your LTD option, please refer to the booklet, *About Your BeneFlex Program*.

# How the Long Term Disability Plan Works

## When Benefits Start

LTD benefits begin after 180 consecutive days of total disability.

If you recover from your disability, return to active work and become disabled again, you may not have to wait another 180 days before benefits can begin again. Please see "If You Become Disabled Again" on page 8.

## What's Covered

Benefits are paid if you are totally disabled. For purposes of this plan, total disability is defined as follows:

- For the first two years that LTD benefits are payable, you must be unable to perform any and all duties of your job. During this two-year period, you must not be engaged in any other job where you are paid or where you make a profit except "rehabilitative employment" (see "Rehabilitative Benefits" on page 7).

- After the first two years of benefit payment, you must be unable to perform any job for which you are qualified or for which you become qualified.

In either case, your disability must be certified by a physician and approved by the Claims Administrator before LTD benefits are paid.

## Other Sources of Income Protection

The LTD plan is designed to replace a percentage of your income. This includes income from all sources. The LTD plan makes up the difference between the amount you receive from other sources and the percentage of coverage you chose through BeneFlex.

If you receive other disability benefits, the amount of those benefits is deducted from your A&P LTD Plan benefit. Other disability benefits include:

- Primary Social Security disability benefits (benefits paid to you),

- Benefits from an employer's pension plan,



- Benefits from Workers' Compensation or occupational disease law, *or*
- Periodic benefits from: 
  - any other employer-sponsored disability plan,
  - a government agency, program or coverage required or provided by law, *or*
  - benefits from compulsory "no-fault" motor vehicle coverage for lost earnings.

*Please note:* If any other disability benefits are paid in a lump sum instead of periodic payments, a monthly amount will be calculated using the lump sum divided by the time for which the payment applies.

*Other Income that May Increase Your Benefit*

Not all other income will reduce your disability benefit. For example:

- If you receive *family* Social Security disability benefits, the maximum you can receive from both plans (the LTD Plan and Social Security) is 70% of your base pay.
- Your LTD benefit will not be reduced by any personal LTD coverage you may have purchased.

# CALCULATING YOUR LTD BENEFIT

The calculation of your benefit has two parts. Here's how it works:

*Part A*

The percentage you elected to have for LTD coverage (40%, 50%, or 60%) at the time you were disabled times your monthly pay (to a maximum monthly benefit of $12,500).

MINUS

*Part B*

Any other sources of income that are payable to you because of your disability.

*Please Note:*

- If benefits are paid for less than a month, your monthly benefit will be reduced proportionately.
- If for any reason an underpayment of benefits is made, you will be paid the amount of the underpayment. If for any reason an overpayment of benefits is made, the Claims Administrator has the right to recover from you the amount of the overpayment.
- Your LTD benefits will not be reduced because of cost-of-living increases in Social Security. Once your initial Social Security benefit is determined, any cost-of-living increases to your Social Security benefit will not cause your LTD benefit to be recalculated.