# EXHIBIT F

# (3 OF 3)

Case 1:03-cv-12382-MLW  Document 142-11  Filed 08/22/2008  Page 1 of 9

# Your LTD Benefit and Taxes

*Because the cost of LTD coverage is paid by A&P (either directly or through Flex Dollars), the disability benefits you receive while disabled are subject to federal, state and local income taxes. Be sure to take the taxability of benefits into account when making your coverage election.*

# Rehabilitative Benefits

Normally, LTD benefits stop when you return to employment. Even though you are receiving Long Term Disability benefits, you may be able to take part in an approved rehabilitation program. This could mean working part-time to return to your old job or to prepare for a new job.

Your rehabilitation may be formal or informal. In either case, it must be approved in writing by the Claims Administrator.

LTD benefits will continue for up to 24 months while you are at an approved rehabilitative job. Your LTD benefits will be reduced by only 50% of your earnings from that job.

For example, if you have $400 in rehabilitative earnings in a month, your LTD benefit will be reduced by $200 (50% of your earnings).

# How Long Your Benefit Continues

Generally, if you remain totally disabled until age 65, you will continue to receive benefits until age 65. From time to time, proof of your continued disability may be required by the Claims Administrator.

If a total disability begins when you are age 61 or older, benefits will continue as long as you are disabled, according to the chart below:

| Age When Totally Disabled | Length of Benefits |
| --- | --- |
| 61 | 4 years |
| 62 | 3 years and 6 months |
| 63 | 3 years |
| 64 | 2 years and 6 months |
| 65 | 2 years |
| 66 | 1 year and 9 months |
| 67 | 1 year and 6 months |
| 68 | 1 year and 3 months |
| Age 69 or older | 1 year |

If you are disabled because of a mental or nervous condition, you are eligible for LTD benefits. For the first two years of disability (after the six-month waiting period) benefits are paid whether or not you are hospitalized. After two years of LTD payments, you must be in a hospital or institution to receive LTD benefits. As with all other cases, LTD benefits stop when your disability ends.

### Returning to Work

Employees who qualify for LTD benefits are considered terminated. Such employees may be considered for reemployment once their disability ends. The employment status of those who qualify for LTD as a result of a work-related injury or illness is determined by the applicable state Workers' Compensation laws and regulations in effect.

## IF YOU BECOME DISABLED AGAIN

If, before completing the 180-day waiting period, you return to work and again become disabled due to the same or related causes within seven days of returning to your job, it will be considered one period of disability.

If you begin receiving benefits from the Plan, then return to employment and become disabled again, your benefits will depend on whether or not this second disability is related to your first disability. Here is how your benefits would work:

| SECOND DISABILITY RELATED TO FIRST? | HOW MANY DAYS ACTIVELY AT WORK AFTER FIRST DISABILITY? | NEW OR CONTINUOUS PERIOD OF DISABILITY? | BENEFITS BEGIN? |
|---|---|---|---|
| No | No minimum | New | After 180 days of disability |
| Yes | 90 or more | New | After 180 days of disability |
| Yes | Fewer than 90 | Continuous | Immediately |

8

# When Long Term Disability Benefits Stop

Long Term Disability benefits will stop when:

- You are no longer "totally disabled,"
- You are employed,
- You reach the age when benefits must stop according to the schedule on page 7,
- You are no longer under the care of a physician, *or*
- You die.

# Other A&P Benefits During Disability

While you are receiving LTD benefits, you can continue to receive medical and life insurance coverage from A&P. Your active participation in all other benefits programs stops.

You may be required to make contributions for your medical and/or life insurance coverage, depending on your elections. Any contributions you make while disabled must be paid on an after-tax basis. Your contributions will be the same as active employee contributions (unless you're paying for COBRA coverage), and will increase if contribution amounts increase for active employees.

## *Medical Coverage*

A&P medical coverage for you and your eligible dependents continues for 24 months from the date you begin receiving LTD benefits. In most cases, you can then continue coverage for up to 29 months through COBRA. Please read *Your BeneFlex Healthcare Program* for information on COBRA coverage and payments.

## *Life Insurance*

Life Insurance continues until age 65 at the level in effect when your disability began. You must make monthly contributions to continue additional coverage in amounts greater than one times pay.

# How To File A Claim For Benefits

To apply for LTD benefits, contact the Corporate Benefits Department after you have been disabled for three months. The Corporate Benefits Department will send you two claim forms: the Group Long Term Disability form and the Attending Physician's Statement of Disability form.

When you receive the claim forms, here's what to do:

- On the Group Long Term Disability form, fill in your portion of the claim and return the form to the Corporate Benefits Department. The Corporate Benefits Department will complete the form and forward it to the Claims Administrator.



- Ask your physician to complete the Attending Physician's Statement of Disability form. Mail this form to the Claims Administrator (at the address under "Plan Funding" on page 14) for review and approval.

You should apply for Social Security benefits at the same time that you apply for LTD benefits.

## What's Not Covered

LTD benefits are not paid for disabilities that result from:

- War, or any act of war, whether declared or undeclared,
- Intentionally self-inflicted injury,
- Any injury or sickness that results from a felony or attempted felony committed by the person claiming benefits under this plan,
- Any injury or sickness for which you do not receive treatment by a doctor,
- Service in the armed forces of any country or international authority, or
- A preexisting condition (at right).

## Preexisting Conditions

Benefits will not be payable for any disability which begins during the first twelve months after you become covered, if such disability is caused or contributed to by a preexisting condition for which you received medical treatment or advice during the six-month period immediately preceding your effective date of coverage.

## When Coverage Ends

Your coverage under the BeneFlex LTD Plan ends on the *earliest* of:

- The day you terminate employment with A&P, or die, or
- The end of the month the BeneFlex LTD Plan is terminated.

10

## Other Important Information

*The benefits described in this booklet are subject to the terms and conditions of the ERISA Plan document. If there is any inconsistency between this Summary Plan Description and the Plan document, the Plan document prevails.*

Benefits are provided to you as an employee of A&P. Each employee eligible to participate in the Long Term Disability Plan has a right to information about the Plan, such as how it operates and an explanation of the benefits to which participants will be entitled under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). This handbook, known as a Summary Plan Description, has been prepared to give brief explanations of the ERISA Plan benefits and how the Plan operates.

Although the Summary Plan Description covers many of the principal features of this Plan, it is only a summary. The Long Term Disability Plan is administered in accordance with the ERISA Plan document, as well as applicable laws. The complete provisions of the ERISA plan are set forth in the Plan document available upon request from the Corporate Benefits Department.

## If a Claim is Denied

If your claim for benefits is denied, you will receive written notification from the Claims Administrator within 90 days. This notification will explain the reason(s) for the denial — including reference to specific Plan provisions on which the denial was based.

Because claims administration is complex and it is possible for an error to occur, the Company has designed a claims appeal process. If you receive a claim denial, or if you think the amount you received is wrong, please follow the appeal procedures outlined below.

- Within 60 days of receiving notification of the denial, you must submit a written appeal to the Corporate Benefits Department requesting a review of your application. You have a right to review all the Plan documents and contracts in preparing your appeal and to have a qualified person represent you during the appeal process.

- You can help your appeal by giving the reason you think there is an error. Also, whenever possible send copies of any documents or records that support your appeal. Whether or not you can provide such additional information, your application will be thoroughly reconsidered after your

11

appeal is received. Within 60 days of receiving your appeal or, in unusual circumstances, within 120 days, the Corporate Benefits Department will review and answer your request in writing. This response will state the specific reason for the decision, explaining the Plan provisions on which it is based. If the decision will take longer than the usual 60 days, you will be notified. This decision will be final and binding on all parties, unless a court overrides this determination.

## ERISA

It is our policy to provide financial protection – above and beyond your paycheck. Part of this additional protection is provided through your A&P benefits. The Company is not required to provide the Long Term Disability Plan. Because it does, however, you have certain rights and protections under a law known as the Employee Retirement Income Security Act (ERISA) of 1974. These rights are described below.

It is your right to know about your benefits. Therefore, in addition to this Summary Plan Description describing the Long Term Disability Plan, you will automatically receive a summary of the Plan's annual financial report. You may also examine the Plan documents that are filed with the U.S. Department of Labor. These documents are available for you to examine without charge in the Corporate Benefits Department during normal work hours.

You can receive a copy of any of these documents, for a reasonable charge, by making a written request to the Corporate Benefits Department. If you request any documents, in writing, and do not receive them within 30 days (unless the delay is beyond the control of the Corporate Benefits Department), you have a right to file suit in a federal court. The Company may be required to pay a fine – as much as $100 per day – for each day's delay, in addition to furnishing the requested documents to you.

You also have the right to expect that the fiduciaries – the people who are responsible for operating the Plan – act prudently and in the best interest of those who participate. It is our policy that the Program's fiduciaries act in the best interest of all participants and that they continue to do so. However, if a fiduciary violates the requirements of ERISA, he or she may be removed and required to pay any losses to the Company caused by his or her imprudence.

If a fiduciary has misused funds or if your claim for a benefit is denied or ignored, you have the right to ask the Department of Labor for help or to file suit in a federal or state court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay

these costs and fees — for example, if it finds your claim is frivolous.

We doubt you will ever find it necessary to go to court or file suit, but the right is yours and we cannot dismiss you or discriminate against you to prevent you from obtaining benefits or exercising any of your rights under ERISA.

If you need additional information or have any questions about your benefits from the Plan or under the law, contact the Corporate Benefits Department or the nearest Area Office of the U.S. Labor-Management Service Administration, Department of Labor.

## PLAN TERMINATION/ AMENDMENTS

The Company expects and intends to continue the Long Term Disability Plan indefinitely, but reserves the right to end or amend the plan, in whole or in part, at any time and for any reason.

The Company's decision to terminate or amend a Plan may be due to changes in federal law or state laws governing welfare benefits, the requirements of the Internal Revenue Service, ERISA, or any other reason.

## LIMITATIONS – NOT A CONTRACT OF EMPLOYMENT

Participation in this Plan does not give you the right to continue your employment with the Company, or the right to benefits except as outlined in the Plan document and insurance contracts. This summary is not a contract or a guarantee of present or continued employment.

## BENEFITS MAY NOT BE TRANSFERRED

You cannot sell, transfer or assign either voluntarily or involuntarily the value of your benefit. However, under certain circumstances, a court may award all or part of your benefit to a present or former spouse, child or other dependent through a qualified domestic relations order.

## ADDITIONAL INFORMATION

Under ERISA, each employee is to be provided with certain details about benefit plans. This information is listed here. If you need additional information, please contact the A&P Corporate Benefits Department or your local U.S. Department of Labor Office.

13

*Plan Name*

BeneFlex

*Plan Sponsor*

The Great Atlantic & Pacific Tea
Company, Inc.
Two Paragon Drive
Montvale, NJ 07645
(201) 573-9700

*Plan Administrator*

The Plan is administered by The Great
Atlantic & Pacific Tea Company, Inc.
through the Corporate Benefits Department.
Corporate Benefits manages the day-to-day
operation of the Plan and has the sole and
final authority to interpret the Plan
provisions, decide questions that arise in
connection with the administration of the
Plan, and review any denials of claims for
benefits. You can contact the Plan
Administrator as follows:

LTD Plan Administrator
Corporate Benefits Department
The Great Atlantic & Pacific Tea
Company, Inc.
Two Paragon Drive
Montvale, NJ 07645
(201) 573-9700

*Agent for Service of Legal Process*

Any legal process against the Plan in the
event of an unresolved dispute over benefit
plan provisions should be served on the Plan
Administrator as shown in the next column:

LTD Plan Administrator
Corporate Benefits Department
The Great Atlantic & Pacific Tea
Company, Inc.
Two Paragon Drive
Montvale, NJ 07645
(201) 573-9700

*Plan Type*

Welfare plan

*Plan Number*

501

*Plan Year*

January 1 – December 31

*Employer Identification Number (EIN)*

The Internal Revenue Service has assigned
the Employer Identification Number 13-
1890974 to the Great Atlantic & Pacific Tea
Company, Inc. If you need to correspond
with a government agency about the Plan,
use this number along with the Plan name
and the Company name.

*Plan Funding*

The Long Term Disability Plan is self-funded
and claims are administered through CIGNA.
CIGNA can be contacted at:

    CIGNA Group Insurance
    Life-Accident-Disability
    One Chatham Center
    Pittsburgh, PA 15219-3419

14