# EXHIBIT O

# (5 OF 8)

## Agenda

February 19th SSA/DI Carrier Meeting
10:00 am – 12:00 p.m.
Social Security Administration
Baltimore, MD

I    **Introductions**

II   **Presentation of Private Sector Disability Insurance and
     Impact of Overpayment Issue on Business**
     (MetLife and Fortis, Inc.)

III  **Standard Authorization Form/Consistency in SSA Response**
     (Hartford, et al.)
     - Discussion on current authorizations, standardization, and inconsistencies.
     - Recommendations for possible solutions

IV   **Information Sharing**
     (Hartford, et al.)
     - Notification of Award Process
     - Mutual sharing of information/partnering to achieve an effective/efficient
       system between SSA and DI carriers.

V    **Next Steps and Other Business**
     - Follow-up and further issues
     - Next meeting between DI Industry "Liaison Group" and SSA

VI   **Adjournment**



*Sklar*

EXHIBIT NO. *11*

*7/22/08*

K.L. GOOD

SSA01054

## List of Attendees for SSA Meeting

Martha Nolan  -  MetLife
Carol Mazurkivich  -  MetLife
Marcene Bowers  -  MetLife
Sandy Cook  -  Unum/Provident
Bernadette Tanguay  -  Unum/Provident
Tom Vargo  -  Fortis, Inc.
Carol Harnett  -  The Hartford
Kevin Sheridan  -  The Hartford
Charlie Hunt  -  The Hartford
Barry Wolfson  -  Aetna
Charlyn Iovino  -  Aetna
Lucia Riddle  -  Principal Financial
Winthrop Cashdollar  -  HIAA



# Private Disability Insurance

## Presentation to Social Security Administration

### Baltimore, MD

### February 19, 2002



SSA01037

# Table of Contents

- Goals for Today's Meeting — Page 3
- Group Long Term Disability — Page 4
- Inforce Statistics — Page 5
- LTD Claim Volumes — Page 6
- A Closer Look at LTD & SS — Page 7
- Other Sources of Income — Page 8
- Benefit Coordination — Page 9
- Benefit Coordination - Example — Page 10
- Overpayment Statistics — Page 11
- Standard Authorization Form — Page 12
- Information Exchange — Page 14

2

SSA01038

# Goals for Today's Meeting

- Provide an overview of LTD

- Gain a clear understanding of SSA policies on consent statements (i.e. authorizations)

- Receive prompt notification of SS award information to minimize the financial impact on those overpaid

- Begin building a public/private partnership for sharing information

- Explore opportunities afforded by enhanced technology

3

SSA01039

# Group Long Term Disability Insurance (LTD)

- Sold to employers, unions, associations and other groups
- Covers the employees or members of those groups
- Subject to both state & federal regulation

4

SSA01040

# Inforce Group Long Term Disability Insurance

as of December 31, 2000

- ❧ Groups with Coverage          226,022
- ❧ LTD Lives Covered          35,997,340



2000 U.S. Group Disability Market Survey,
John Hewitt & Associates, Inc., Portland, Maine

SSA01041

# LTD Claim Volumes



➢ For the 2001 calendar year, the seven carriers represented at this meeting received 124,926 new LTD claims.

➢ As of December 31, 2001, the seven carriers represented at this meeting had 253,918 open LTD claims.

SSA01042

# A Closer Look at LTD & SSDI:

| | LTD | SSDI |
|---|---|---|
| **Offering** | Voluntary by Employers | Required via FICA |
| **Parameters** | Driven by plan of insurance | Set by law |
| **Waiting Period** | Commonly 1, 3 or 6 months | 5 full months |
| **Replacement Ratio** | Commonly 50%, 60%, or 66.7% of pre-disability earnings | Primary Insurance Amount – accumulation of earnings |
| **Definition of Disability** | Inability to perform material duties of:<br>• His/her own occupation for the first 24 or 36 months<br>• Any gainful occupation, post own occupation period<br>• Takes into account commensurate wage | Inability to engage in any substantial gainful activity (SGA)<br>• Expected to end in death or;<br>• Last (expect to) for 12 continuous months<br>• SGA – amount set by law & applies universally |

7

SSA01043

# Other Sources of Income

- ⤳ LTD benefits are reduced by other sources of income

- ⤳ Industry standard & approved by state Insurance Departments

- ⤳ Limits income while disabled from exceeding earnings from work, providing an incentive to return to work

- ⤳ Product is priced with the assumption that LTD benefits will be reduced by other sources of income including SSDI benefits

- ⤳ Cost prohibitive to exclude offset provision

8



SSA01044

# Benefit Coordination



- LTD benefits are normally paid without a reduction for estimated SSDI benefits while a claimant is pursuing SSDI benefits, so that the claimant is not put in a financial hardship

- When SSDI benefits are approved, an overpayment is often created in the LTD claim

9

SSA01045

# Benefit Coordination - Example

Social Security is awarded retroactively, after we have
paid LTD benefits for 10 months.

| | |
|---|---|
| LTD (unreduced) | $3,000 per month |
| SSDI | - $1,000 per month |
| Net LTD Benefit | $2,000 per month |

❧ We paid $30,000
(10 months at $3,000
per month).

❧ We should have paid
$20,000 (10 months at
$2,000 per month).

We overpaid $10,000 ($30,000 - $20,000).

10

SSA01046

# Overpayments

- 75,984        LTD claims were overpaid* as a result of the award of SSDI benefits.

- $562,246,472        LTD benefits were overpaid* as a result of SSDI awards.

- $ 82,004,390        overpaid LTD benefits were deemed unrecoverable* as a result of the award of SSDI benefits.

* by the seven carriers represented at this meeting for the period from January 1, 1999 through December 31, 2001.

11

SSA01047

# Use of Standard Authorization Form

SSA01048

# Authorization Forms

➤ Differences among SSA field offices regarding:

- types of forms used
- length of time that forms are considered valid

➤ The private DI industry wishes to work with SSA to create one common authorization form and process

➤ Recognition that the signed form is valid for the length of the application process, 2 years, or until revoked by the claimant

*Handwritten annotations:*

SSA attracted — or not

60 days — 2 way — 2 years

Proposal

Your return
— earnings
— 60 days
— wrtting

SSA-info — consent
— informed consent
— 90 days
— specific
— authorization [13]

SSA01049

Information Sharing

SSA01050

# Notification Processes

- ➤ What notification processes exist today?
  - Social Security Disability Award
- ➤ Potential methods of information exchange
- ➤ Consideration for other types of information exchange
  - Claim Status Updates
  - Social Security Retirement
  - Reported FICA Wages



*return to work*
*maybe retirement*
*death*

*Title II  OAS info*

---

Statement regarding privacy: We wish to work with SSA on a methodology where we mutually respect the privacy of our claimants and are compliant with the privacy laws and regulations.

15

SSA01051

# Benefits to the Social Security Administration

- Sharing of best practices

- Standard authorization form and universal process regarding accepted validity period

- Ease of administration
  - The private DI industry's goal is to receive and send all information in a single format

- Significantly reduce the number of MBR requests at local offices

- Provide more time to SSA staff for other work initiatives and priorities

- Provide information to assist with SSDI claim determinations

16

SSA01052

# Benefits to the Private Disability Industry and Claimants

- Sharing of best practices

- Reduce the lost dollars associated with overpayments

- Not place claimants in the position of having to reimburse a LTD overpayment that exceeds the amount of the retroactive benefits received from SSA

- Ensure that the SSA and the private DI industry are replacing a fair percentage of a person's income while still providing a financial incentive to return to work

- Reduce the cost of private disability insurance, thus making the coverage more affordable

17

SSA01053

**Cantor, Jonathan**

From: Bauer, Dena V.
Sent: Friday, May 17, 2002 12:27 PM
To: Foster-Pierce, Paula; Blevins, Darrell L.; Peddicord, Joan; Goon, Donna; Lane, Alan; Cantor, Jonathan; Daly, William; Phillips, Webster P.; Garnish, Jack; Swanenburg, Paul
Cc: Farrell, Sheila J.; Queen, Tanya; Schaul, Joyce; Mulford, Maureen J.; Nance, Jackie J.
Subject: Background Material for 5/20 UNUM/MetLife Meeting (Cont)



Binder of
xuments for SSA MI

Ladies & Gentlemen:

Attached is the background material we have received from Martha Nolan of MetLife for the subject meeting which is scheduled to take place Monday, May 20, 1:00 – 3:00 in 2-Q-16 Oper.

Thank You

Dena Bauer
^OPS
x52851

——Original Message——
From: Martha Nolan [mailto:mnolan@MetLife.com]
Sent: Friday, May 17, 2002 10:47 AM
To: Ramona.L.Frentz@ssa.gov
Subject: Binder of Documents for Monday's Meeting

Ramona Frentz

We have finally completed the work on the various documents that we were asked to put together after our February meeting. The documents contained in this email have been reviewed and commented on by the DI industry in preparation for our meeting with you on Monday.

In an effort to try to combine all the necessary information together and to make it easier for DISSATAG to meet with SSA on Monday, we have created an electronic binder of documents. The binder contains the following individual documents which are listed in the order that they appear on the Agenda:

 Agenda for Monday's Meeting
 Summary of SSA and DISSATAG's February Meeting and Work Projects
 High Level Information Flow of LTD Claim
 Authorization for Release of Social Security Information
 Explanation of Information Being Requested on Authorization Form
 Key Social Security Data Elements & Social Security's Notice of Award Letter
 Review of SSDI Data Template
 Sample Queries
 Disability Income Insurance Marketplace
 List of companies represented

We are all looking forward to the meeting on Monday.

Martha Nolan
Assistant Vice President
MetLife



Sklar
EXHIBIT NO. 13
7/22/08
K.L. GOOD

SSA02091

ee attached file: Binder of Documents for SSA Mtg 52002.obd)

## Cantor, Jonathan

| | |
|---|---|
| From: | Peddicord, Joan |
| Sent: | Monday, May 13, 2002 3:57 PM |
| To: | Polk, Willie J.; Frentz, Ramona L.; Cantor, Jonathan |
| Cc: | Blevins, Darrell L. |
| Subject: | Proposed Authorization Form from Insurance Industry |



Final Authorization
to SSA Dra...
FYI - we were finally able to get a printable version.

——Original Message——
From: Martha Nolan [mailto:mnolan@MetLife.com]
Sent: Monday, May 13, 2002 11:09 AM
To: darrell.l.blevins@ssa.gov; joan.peddicord@ssa.gov
Subject: Revised Margins to Authroization form


Darrell and Joan,
I got a message from Joan Peddicord with respect to being unable to open the Authorization that we will be discussing
omorrow. I have played with the margins to make it print better - though it makes it two pages which we can deal with
ter. I hope that this works. Please let me know if there continue to be problems.

Sorry for the inconvenience.
Martha

(See attached file: Final Authorization to SSA Draft new margins 0509.doc)


## Cantor, Jonathan

| | |
|---|---|
| From: | Blevins, Darrell L. |
| Sent: | Friday, May 10, 2002 12:36 PM |
| To: | Peddicord, Joan; Polk, Willie J.; Frentz, Ramona L.; Cantor, Jonathan |
| Subject: | FW: Proposed Authorization document for Tuesday Conference Call |


Fyi, I have a conference call Tuesday to give initial reaction. All input appreciated.

——Original Message——
From: Martha Nolan [mailto:mnolan@MetLife.com]
Sent: Friday, May 10, 2002 12:03 PM
To: darrell.l.blevins@ssa.gov
Cc: B MTanguay@unum.com; carol.harnett@hartfordlife.com
Subject: Proposed Authorization document for Tuesday Conference Call

Darrell,
Thank you for agreeing to talk with several of us from the DISSATAG group (DISSATAG is the name we have given our
group working with SSA and it stands for DI SSA Technical Advisory Group - not very creative but it works). Attached for
your initial review is a proposed Authorization for Release of Social Security Information that the DI industry crafted over
e last three months since our February 19th meeting. This form was put through a extensive review and comment
..ocess by the DI industry through our individual companies in the group and the two national trade associations, ACLI and
HIAA.

SSA0209(