# EXHIBIT O

# (6 OF 8)

Case 1:03-cv-12382-MLW    Document 142-27    Filed 08/22/2008    Page 2 of 19

# SOCIAL SECURITY ADMINISTRATION
## BALTIMORE, MD

## DOCUMENT/PROCEDURES MEETING PROPOSAL

MAY 20, 2002



Sklar
EXHIBIT NO. 14
7/22/08
K.L. GOOD

## DISABILITY INSURANCE SOCIAL SECURITY ADMINISTRATION TECHNICAL ADVISORY GROUP

SSA00990

# INDEX

AGENDA............................................................1

SUMMARY OF SSA AND DISSATAG's FEBRUARY
MEETING AND WORK PROJECTS.......................2

HIGH LEVEL INFORMATION FLOW OF LTD CLAIM...................3

AUTHORIZATION FOR RELEASE OF SOCIAL SECURITY
INFORMATION.......................................................4

EXPLANATION OF INFORMATION BEGING REQUESTED ON
AUTHORIZATION FORM..............................................5

KEY SOCIAL SECURITY DATA ELEMENTS & SOCIAL SECURITY's
NOTICE OF AWARD LETTER.........................................6

REVIEW OF SSDI DATA TEMPLATE.................................11

SS OFFSET EXAMPLES............................................15

SUMMARY OF THE DISABILITY INCOME INSURANCE MARKETPLACE..17

LIST OF COMPANIES REPRESENTED................................18

SSA00991

<u>AGENDA</u>

SSA/DI CARRIER MEETING
May 20, 2002
1:00 p.m. – 3:00 p.m.

Social Security Administration
Baltimore, MD

I. Introduction

II. Workflow Process to Ensure Claimant Understands Implications

III. Authorization for Release of Social Security Information
   - Length of Time Authorization Remains in Effect
   - Plan to Improve Consistent Use of Authorization Form

IV. Explanation Why Information is Being Requested on the Authorization

V. Data Eliminates Needed from Social Security
   - Notice of Award Chart
   - Sample MBR Fact Query
   - Offset Examples
   - Suggested Template for SSDI Notice of Award

VI. Next Steps

VII. Other Business
   - Electronic Link to Sharing of Information

VIII. Adjournment

SSA00992

Summary of SSA and DISSATAG's February Meeting and Work Projects

On February 19, 2002, SSA agreed to meet with the following DI carriers (Aetna, Fortis, The Hartford, MetLife, The Principal, UnumProvident, GE Financial) and the HIAA, hereafter referred to as DISSATAG (Disability Insurance Social Security Administration Technical Advisory Group). DISSATAG, on behalf of the insurance industry, met with SSA to discuss topics of common interest and resolve issues of mutual concern while establishing an ongoing partnership for sharing information.

In preparation for this meeting each DISSATAG representative provided overpayment statistics and presented a summary of concerns and the identified opportunities for both SSA and the insurance industry.

Shared Concerns:
- The potential that the claimant may not comprehend the process, what they are consenting to, and how the information will be used.
- The timing and method of receiving disability award information from SSA often varies, is inconsistent, and incomplete, consequently increasing the administrative burden on both parties.
- Inconsistencies among the different authorization forms accepted by SSA and the length of time the forms are valid.
- The significant financial impact on the DI insurance industry due to the challenges inherent in the current process.

As a result of the Feb 19th meeting both SSA and DISSATAG agreed to address the areas of concern by obtaining and or developing the following information and documents for further discussion.

Social Security Administration:
- Review the length of time that an authorization form is valid and consider extending that time frame.
- Review current internal process of handling authorization forms across field offices.
- Provide DISSATAG with a template of SSDI notice of award.
- Supply information on link for Death and Disability indicators to include standard agreements for access to the electronic link.

DISSATAG
- Outline the process used in obtaining the signed authorization form and the steps followed to ensure the claimant understands what they are signing.
- Develop one universal authorization for release of Social Security information that provides clarity of retention, use and disclosure.
- Provide the types of data elements requested from Social Security, and the reason they are important.
- Review the SSDI template and identify the pertinent information.
- Provide industry demographics concerning number of carriers, percent of the industry represented by DISSATAG and other related information.
- Communicate with the industry and obtain approval of final work product.

SSA and DISSATAG (now comprised of MetLife, UnumProvident, The Hartford, Fortis, Aetna, Principal, GE Financial, CIGNA, Liberty Mutual, ACLI and HIAA), are scheduled to meet on May 20th to continue discussions on the universal Authorization form, notice of award issues, and a future communication link, in order to work toward improving the process for everyone.

SSA00993

## High Level Information Flow of LTD Claim

| Time Period | Communication or Action |
|---|---|
| Day 1 | Receive application with claimant information, medical information from attending physician (AP), and eligibility and occupational information from employer (ER). |
| Day 1 - 20 | Review information received, request missing/clarifying information as required. Perform internal verifications and input to internal claim system. |
| | Conduct claimant interview to include: medical condition and resulting limitations, lifestyle and activities of daily living, work history and occupational requirements, gather information on sources of other income/benefits. Provide claimant with contractual information regarding Social Security (SS) benefits, application process, and integration of SS benefits and payments under this disability plan. |
| | Document information and send acknowledgement letter including requests for any additional information as required. |
| Day 5 – 45 | Follow up with AP and other medical providers for current limitations, prognosis and treatment plan. |
| | Follow up with ER to discuss applicable work accommodations, obtain a copy of job description and document essential job duties. |
| | After receiving and reviewing all requested documentation make initial liability decision. |
| | Communicate decision to claimant. Remind claimant of contractual provisions for offset of SS benefits. Discuss with claimant the option to estimate SS benefits and offset from eligibility date or receive an advance of SS benefits and repay carrier if/when benefits awarded. Obtain claimants signed agreement to repay SS benefits if/when awarded. |
| Month 3 - 24 | Communicate regularly with claimant during SS application process and if necessary during appeal process. Provide access to vendor programs to assist claimant as necessary. Monitor SS application status. |
| | Continue to monitor medical condition and explore return to work, rehabilitation, and training/education options with claimant during this period. |
| | Remind claimant of advance of SS benefits and obligation to repay if/when received. |
| | Upon receipt of SS award letter, calculate overpayment and communicate with claimant. |
| | If timely receipt of award letter attempt to collect lump sum payment at time SS payment received. |
| | If late notice of SS award attempt collection and if necessary, provide additional payment options. |
| | Continue to monitor claim status and overpayment balance and take collection actions as required. |

3

SSA00994

# Authorization for Release of Social Security Information

Name of Claimant (Last, First, M.I.) _____   Date of Birth _____   Social Security # _____   Disability Claim # _____
(to be completed by disability claim administrator)

I authorize the Social Security Administration to send a copy of my Social Security award or denial notice and release the information requested below to:

Disability Claim Administrator
Address
(to be completed by disability claim administrator)

I understand that I may be required to apply for Social Security benefits as part of my disability claim. Any benefits paid or payable under this claim may be reduced by the amount of, or may be otherwise reduced because of, Social Security benefits that I and/or my dependents receive or are eligible to receive. I may elect not to sign this authorization for release of information. If I do not sign this authorization, I understand that the amount of the monthly Social Security award(s) that could be payable to me, and/or my dependents, may be estimated and my monthly disability benefits may be reduced, or my claim may be denied or terminated if permitted by the provisions of my disability plan.

I understand the following information, including the Social Security award(s) or denial notice(s), will be released for the purpose of administering my claim for disability benefits and other limited circumstances as outlined below. This information will be maintained in my disability records for the life of my claim and at least six (6) full calendar years following the termination of my disability claim.

THE FOLLOWING CHECKED INFORMATION WILL BE REQUESTED FROM THE SOCIAL SECURITY ADMINISTRATION:

☐ **Complete Primary Insurance Amounts & Benefit Payment History:**
  - Primary & All Dependent Benefits – Effective Dates, Amounts Paid, Date 1st Check Released, and Reason for Change
    (Including Family Max and any Changes due to Worker's Compensation, Public/State Disability and/or Credit for Additional Earnings)
  - Social Security Retirement – Date 1st Check Released

☐ **Retroactive Benefits Paid & Fees Approved:**
  - Amount of Retroactive Benefits – Including Entitlement Date and Date Benefits Paid Through
  - Amount of Attorney Fees Paid and/or Approved

☐ **Application Information:**
  - Insured Status
  - Application Date(s)
  - Denial Date
  - Appeal Date
  - Current Level of Appeal

☐ **Other Information:**
  - All Dependent Termination Dates
  - Date Primary Social Security Benefits Terminated & Reason
  - Medicare Effective Date & Monthly Premium
  - FICA Earnings
  - Other – Specify:

I understand that in order to calculate my disability benefit and any possible benefit overpayment amount my disability claim administrator may use this signed authorization form to request any of the information listed above as long as this authorization is in effect.

This authorization shall remain in effect for the longer of the length of my Social Security application process or two (2) years from the date below, unless I choose to revoke it. I may revoke this authorization at any time by submitting a signed written request to the disability claim administrator listed at the top of this form. If I elect to revoke this authorization, the amount of the monthly Social Security award(s) may be estimated and my monthly disability benefits may be reduced by this estimated amount, or my claim may be denied or terminated if permitted by the provisions of my disability plan.

I am the individual to whom this authorization applies or that person's legal Representative, Attorney-in-fact, Guardian, or Conservator. I know that if I make any representation, which I know is false to obtain information from the Social Security Administration, I could be punished by a fine, imprisonment, or both.

I understand that the information obtained by use of this authorization will be used for the purpose of determining the amount of benefits payable and recovery of any overpayments accrued under my claim. This information may also be disclosed in limited circumstances to other third parties including when necessary to further this stated purpose, as required or permitted by law, when investigating or pursuing suspected fraud, or relating to an audit. A photocopy of this authorization is as valid as the original and I, or my authorized representative have, a right to receive a copy of this authorization upon request.

Signature: _____   Date: _____

I sign on behalf of claimant as _____ (indicate relationship) and print name: _____.
If legal Representative, Attorney-in-fact, Guardian, or Conservator, please attach a copy of the document gran

4

SSA00995

## Explanation of Information Being Requested on Authorization Form

The following is an explanation of why the disability claim administrators are requesting the information, and it follows the outline of the authorization by section.

1. **Complete Primary & Dependent Insurance Amounts and Payment History:**
   - Effective dates:
       Needed to calculate the start date for the Social Security offset and to correctly adjust the offset when changes occur. This information is also compared with the disability claim administrator's date of disability. Necessary in the event that benefit approvals are delayed or if receipt of Social Security benefits does not correspond to the disability claim administrator's date of disability
   - Amounts Paid:
       To accurately determine the offsets based on the policy provisions
   - Date first Check Released:
       To determine if benefits have been delayed, or if benefits were payable prior to start date of covered disabling condition. Some disability claim administrators use date offset was first paid while, others use date first eligible to be paid.
   - Reason for Change:
       Helps assure accurate offsets and adjustments due to modifications to Social Security benefits
   - Type of Benefit:
       SSDI, SSR, SSI and Widow's Benefit are unique offsets handled differently depending on the disability claim administrator and their policy provisions

2. **Retroactive Benefits Paid and Fees approved:**
   - Amount of Retroactive Benefits:
       Allows disability claim administrators to document the history of benefits paid and accurately reconcile benefits.
   - Entitlement Date and Termination Date:
       Provides confirmation that offsets correspond to dates of disability and to appropriately credit retroactive lump sum offsets on a monthly pro-rated basis as benefits are paid and to properly administer W2 forms.
   - Amount of Attorney Fees paid:
       Depending on the policy provisions and circumstances, fees may be credited to the overpayment pending approval by SSA

3. **Application Information:**
   - Status:
       Allows disability claim administrators to confirm compliance with provisions pertaining to Social Security application process
   - Dates:
       Documents adherence to SSA and policy provision guidelines
   - Denial & Appeal Dates:
       Confirms status as indicated above
   - Current Level of Appeal:
       Helps to evaluate the potential liability and anticipate further actions taken (i.e. Multiple appeals and denials)

4. **Other Information:**
   - Termination Dates:
       To avoid erroneous offsets that have ended/ terminated
   - Medicare Effective Date and Premium:
       Assure that offset is correct based on policy provisions and eligibility
   - FICA earnings:
       Allows disability claims administrator to clarify and anticipate whether there may be earnings' adjustments to the benefits in the future
   - Other:
       Unique information that may pertain to specific claim files

SSA00996

## Key Social Security Data Elements & Social Security's Notice of Award Letter

During the previous meeting between SSA and the DI Carriers, SSA wanted to know both the types of data elements Carriers request from Social Security, and the reason these elements are important to the insurance industry. In addition, there was discussion regarding the SS Notice of Award Letter and whether or not SSA uses a standard template to produce the letters so that key data elements are included in SSA's letters on a consistent basis.

DISSATAG formulated the attached chart as a result of our meeting with Social Security Administration Officials.

In short, the chart below hones in on four key areas:

- Initial Notice of Award Data
- Situations Resulting in Adjustments to SS Payments
- Other Claim Information
- Subsequent Information Requests

Within each of the first two areas, the chart itemizes items in terms of:

- Data elements currently found in the award letter
- Data elements not consistently found in the award letter
- Result of award letter being incomplete as to key data elements

The chart is intended to focus on the key data elements most often needed and requested by our industry. We believe this represents the points most integral to the industry.

Comments as to content as well as the frequencies noted in the Subsequent Information Request Section will be reviewed by the steering committee.

6

SSA00997

A. <u>Initial Notice of Award Data</u>

Data elements in the table below are needed to determine our contractual liability.

| Data elements currently found in the award letter: | Data elements not consistently found in the award letter that should be included: | Data elements that may not be found in the award letter due to timing resulting in requests to SSA: |
|---|---|---|
| • Entitlement date<br>• Initial net primary & dependent SSDI / SSR amounts<br>• Classification of benefit: disability, retirement, survivors.<br>• Type of benefit: spouse, child, widow(er)<br>• Established date of onset | • Initial primary (PIA) and dependent SSDI benefit amounts.<br>• Level of award<br>• Amount of retroactive benefits<br>• Itemized payment history explaining how the retroactive benefit payment was calculated<br>• Attorney's fees withheld<br>• Attorney's fees approved by SSA<br>• Adjustments (state disability / worker's compensation) – see B. below | • Earnings increases & the effective date of increases when these occur after the date of the award letter<br>• COLA increases & the effective date of increases when these occur after the date of the award letter<br>• Medicare effective dates that are subsequent to the date of the award letter – both Parts A & B |

B. <u>Adjustments to SSDI Payments</u>

Data elements in the table below are needed to determine our contractual liability.

| Data elements currently found in the award letter: | Data elements not consistently found in the award letter that should be included: | Result of not having complete payment history and description of benefit adjustments: |
|---|---|---|
| • Entitlement date & amount of reduced SSDI benefits due to state disability and worker's compensation. | • Cessation/Adjustment of SSA's offset for state disability or worker's compensation when those benefits have fluctuated or ceased in the past.<br>• Itemized payment history explaining effective dates & payment amounts for offset periods and non-offset periods.<br>• Initial primary (PIA) and dependent SSDI benefit amounts. | • Carriers must query SSA for corrected SS benefit calculation & release of additional monies payable to the claimant. |

7

C. <u>Other Claim Information</u>

Data elements in the table below are needed to determine whether the claimant has sufficient quarters of coverage to be eligible for Social Security benefits and/or has satisfied the contractual requirements to pursue Social Security disability benefits to a specified level of appeal.

| | |
|---|---|
| **Insured Status / Quarters of Coverage** | • Required quarters of coverage for fully insured status * and 20/40 status **<br>• Actual quarters of coverage for fully insured status * and 20/40 status **<br><br>\* Fully insured is the first of two insured status tests which requires one to have a minimum number of work credits.<br>\*\* 20/40 is the second of two insured status tests which requires one to have earned a portion of work credits in recent years. |
| **Pending SSDI Claims** | • Date of filing application<br>• Level of application |
| **Denied SSDI Claims** | • Date of denial<br>• Level of denial |
| **Appealed SSDI Claims** | • Date of filing request for reconsideration<br>• Date of filing request for hearing<br>• Level of appeal (i.e. reconsideration, hearing, etc.) |

8

SSA00999

D. **Subsequent Information Requests:**

Action may result after the initial notice of award, relate to a separate claim filed under the claimant's Social Security Number, or relate to other post-entitlement actions on the claimant's Social Security record.

| Type | We Request this Information to | Frequency |
|---|---|---|
| • Earnings increases & effective date of increases when these occur after the date of the award letter<br>• COLA increases & effective date of increases when these occur after the date of the award letter | • Properly determine our contractual liability. We reduce the LTD benefit by increases in SSDI/SSR due to credits for additional earnings. We do not reduce the LTD benefits due to COLA increases. | • 100% |
| • Adjustments to SSDI when state disability (SD)/PDB or worker's compensation (WC) offset applies to the SSDI payment | • Properly determine our contractual liability. We reduce LTD benefits by net SSDI benefits when the SSDI has been reduced due to WC or SD/PDB offset. Need to follow-up for increase in SSDI when WC or SD/PDB offset changes/ceases. | • 75%-100% |
| • Spousal / Dependent benefit entitlement date & amount | • Properly determine our contractual liability. We reduce LTD benefits by primary and dependent SS benefits, including spousal benefits. We do not offset widow's benefits received under the deceased spouse's SSN. However, some LTD plans allow for a reduction of the difference when benefits paid on the claimant's SSN exceed the benefits paid on another SSN. | • 50% |

9

| | | |
|---|---|---|
| • Dependents in Another Household – confirmation dependents live apart from the claimant (not seeking dependent's address) | • Dependent benefits may not be offset when the dependent lives apart from the claimant or the primary provides proof (i.e. divorce decree) that s/he has no financial liability for the dependent. | • 50% |
| • Medicare effective date – if occurs after date of award letter | • Determine effective date of Medicare coverage. | • <5% |
| • FICA taxable wages | • Determine if the claimant has earned any FICA taxable wages while he/she has been disabled. | • <5% |
| • Overpayment / Adjustment amount, reason, effective date of recovery | • Determine if reason for reduced or withheld SSDI benefit has an impact on our contractual liability, and to what extent | • <5% |
| • Date scheduled for Continuing Disability Review (CDR) | • Obtain the date that SSA plans to conduct a CDR in those cases where improvement in the condition is expected and a CDR may result in the termination of benefits | • <5% |

10

SSA01001

REVIEW OF SSDI DATA TEMPLATE
(Pertinent Data Highlighted)

<u>Sample Primary "Insurance" Query</u>

<span style="background:#888">PACT DTE-MM/DD/YY</span> MSG NO-1234567
<span style="background:#888">AN-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</span> ID-AAAAA UN-AAA PG-001

STATUS     MBR YES LOU-MM/DD DATA FILES YES LOU - MM/DD SSACCS YEA LOU-MM/DD

<span style="background:#888">ACCOUNT</span>    PCOC-1 <span style="background:#888">NOP-3 OCF-1 OCR-12</span> SP-A EMS-A CEY-YY MS-CON RR-ANN CIS-FDNWCSMID TAC-LFSID PODF-P RCC-1-12 AHC-1 CCY-1

<span style="background:#888">PRIMARY</span>    <span style="background:#888">PA-CORINNE</span> <span style="background:#888">DOB-MM/DD/YY</span> <span style="background:#888">DOD-MM/YY</span>

TOTAL      TSC-A1 TCC-ITALY DQC-014 IQC-013

<span style="background:#888">FULL PIA HIS</span> <span style="background:#888">MM/YY - $1030.00 BL FMAX - $0000.00<br>MM/YY - $2044.00 BK FMAX - $0000.00<br>MM/YY - $1050.00 BL FMAX - $1347.00</span>

<span style="background:#888">WC/ACSI</span>    <span style="background:#888">IPB-$152.00</span>

<span style="background:#888">PAYMENT</span>    <span style="background:#888">PIC-A MPA-$1250.00</span> DOC-D48 SCC-10160*RD-MM/DD LAP-D PSC-CALF IIC-P

<span style="background:#888">PAYEE</span>    <span style="background:#888">PA-CORINNE</span>
ADDRESS    1800 W CAMERON ST FT LAUDERDALE FL 123456789

BANK      RTN-076401251 DAN-C016-3472-973254-2 BDCD-MM/DD/YY

SPC PAY    SPC-DSP SPA-$444.00 DPD-MM/YY

<span style="background:#888">SCHED PAY</span>    <span style="background:#888">PMA-$144.00 THRU-MM/YY R GMA-$144.00 FOR MM/YY PIA</span>

<span style="background:#888">ATTY FEE</span>    <span style="background:#888">RAT-A PRA-$1234.75 PADT-MM/YY PDB-$1000</span>

<span style="background:#888">BENEFIT</span>    <span style="background:#888">BIC-A PA-CORINNE</span> SB-M DOB-MM/DD/YY C <span style="background:#888">DOEC-MM/YY</span> ABNN-IT44 <span style="background:#888">AT-T QMBP-$1057.20</span> BPC-WGARX <span style="background:#888">DRD-MM/DD/YY</span> DOCA-MM/YY <span style="background:#888">DOEI MM/YY DOI-MM/YY</span> DOST-MM/YY RRIC-R <span style="background:#888">RDD-123</span> LMETY-YY RELAT-MM/YY A BDOD-MM/DD/YY BRF-199 NUCI-U <span style="background:#888">TOC-X</span>

<span style="background:#888">WOD<br>MM/YY</span>    <span style="background:#888">WIB-$W WIA-$525.00 WGA-$1234.00 NGI-$1245.00 WSD-MM/YY WEI</span>

<span style="background:#888">IE-DIB*</span>    <span style="background:#888">START-MM/YY</span> BASIS-DISABILITY TYPE-FREE FILING 10/2001

11

| | |
|---|---|
| SMFDB* | START-MM/YY BASIS-DISABILITY PERIOD – IEP FILING 10/2001 WILL BE "HI-AGE" OR "SMI-AGE" IF CLAIMANT IS ENTITLED DUE TO |
| AGE |  |
| SMIPRM | START-MM/YY PENALTY-000% CURRENT AMT-$0.00 |
| DIB PAY | LWP-MM/YY TWP-$ TWPD-MM/YY A-PIG-1234 MRED-MM/YY PWAS-MM/YY PWAE-MM /YY CWS-MM/YY CDIO-MM/YY CDIE-MM/YY AFRC-R WRC-R CMM-YY RDI-C WIE-01 WKE-YYMM-MM,MM,MMM DPM-X SDIG-1234 |
| OFFSET STATE-CA | TYPE-WP EFFECTIVE-MM/YY 80% AGE-$1234.00 COMB OFFSET-$2.00 |
| DIB | DLM-MM/YY DDO-MM/DD/YY DAC-K LOD-1 DCED-MM/YY ADC-MM/YY CDR-1 HDD-MM/YY APS MM/YY DBC-MM/YY SDS-MM/YY DSD-MM/YY |
| LPDB | LPDA-$12345.00 LPWD-MM/YY |
| PMT HISTORY | MM/YY-$1084.00-$000.00-01-$1084.00 |

### Sample Dependent "Insurance" Query



| | |
|---|---|
| FACT DTE-MM/DD/YY | MSG NO-1234567 |
| AN-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 | ID-AAAAA UN-AAA PG-001 |
| STATUS | MBR YES LOU-MM/DD DATA FILES YES LOU - MM/DD SSACCS YEA LOU-MM/ DD |
| PRIMARY | P-CORINNE DOB-MM/DD/YY DOD-MM/YY |
| PAYMENT | PIC-C1 MPA-$575.00 DOC-D48 SCC-10160*RD-MM/DD |
| | LAP-D PSC-CALF IIC-P |
| PAYEE | EDDIE CORINNE FOR/OF TOM |
| ADDRESS | 1800 W CAMERON ST FT LAUDERDALE FL 123456789 NEED TO CONFIRM DEP BENEFITS ARE NOT GOING TO PRIMARY'S ADDRESS. ARE NOT REQUESTING THE ADDRESS DEP BENEFITS ARE MAILED TO. |
| BANK | RTN-076401251 DAN-C016-3472-973254-2 BDCD-MM/DD/YY |
| SPC PAY | SPC-DSP SPA-$444.00 DPD-MM/YY |
| SCH PAY | PMA-$444.00 THRU MM/YY RCMA-$444.00 FOR MM/YY PPEA |

12

SSA01003


| | |
|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ C ▓▓▓▓▓▓▓ ABNN-IT44 ▓▓▓▓▓▓▓▓▓▓ BPC-WGARX ▓▓▓▓▓▓▓▓ DOCA-MM/YY ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓ DOST-MM/YY RRIC-R ▓▓▓▓▓ LMETY-YY RELAT-MM/YY A  BDOD-MM/DD/YY BRF-199 NUCI-U ▓▓▓▓ |
| ▓▓▓▓▓ ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓▓ ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

If applicable, these data elements apply to both Sample Primary & Dependent Insurance Queries:

▓▓▓▓▓▓▓▓▓: The following acronym lines are needed if a Social Security overpayment exists:

| | |
|---|---|
| O/U PAY | DPO-$1710.40 DPRD-MM/YY DPOT-05 |
| PAR REC | IRA-$12345.00 RCD-MM/YY MRA-$1234.50 RSD-MM/YY RIFS-4 |
| INSTALL | IAIA-$12345.00 ICD-MM/YY MIA-$20222 ISD-MM/YY |

▓▓▓▓▓▓▓▓▓▓: The following acronym lines are needed if dual entitlement applies:

| | |
|---|---|
| X-REF | XRTC-M XAN-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 XBIC-B11 |
| DE DATA | OTAN-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 B11 OTDOE-MM/YY DESC-3 OTPCOC-4  LEMBA-$1009.00 SAMBA-$1049.20 |

Items remaining from the sample web query & not included on the Sample Insurance Query to SSA:

| | |
|---|---|
| NON REC | NRPD-MM/DD/YY NRLM-MM/YY |
| AR DATA | 2PYE-$12345 1PYE-$23456 PRI EST-$34567 CUR EST $54321  2PNM-1234 1PNM-1234 CNM-123 CYIC-YY WRD-MM/YY WCD-MM/YY  MSWK-2-CPOE QRC-Q |
| DRC | CRIMC-08 |
| STUDENT | ESY-MM/YY BSY-MM/YY SSTC-E PESY-MM/YY TOSP |
| BLK LNG | BLAN-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 BLIC-LM BLED-MM/YY BLES-E BLIP-$150.00 |

13

| | |
|---|---|
| SID | SIFT-A SIED-MM/YY SISC-E SCCR-12345 A EDRC-MM/YY SILAC-A |
| RAIL | RLCN-A246B1257 90 RLSC-A RLCON-Y |
| BEN REF | BRC-MDVIS BOAN-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 |
| RDC | MM/YY P MM/YY P<br>MM/YY P MM/YY P<br>MM/YY P |
| LSPD | LSSC-DFBLC LSAP-$265.00 LSDC-057 |
| PRI COV | DOTH1 MM/YY DOTH2-MM/YY DOTSI-MM/YY DOTS2-MM/YY<br>FWTD-MM/YYA |
| 3RD PTY | TPCH-Z62 TEDH-MM/YY TTDH-MM/YY TPCS-010 TEDS-MM/YY TIDS-MM/YY |
| ST EXCH | SEWC-280 SECAC-A SEAD-MM/YY SEAC-X |
| PREMIUM | PDR $6.30R |
| RP INST | NOI $123.00 TOI-NR |
| AL TAX | ASD-MM/YY ASTD-MM/YY AMWA-$1234.00 AWSC-3 RATE-7.5 |
| PRV | MDR-A DPM-P IDR-C PRY-CIVR-A |
| TRANS | RD-MM/DD LAP-CD SALT-DIR DEP PIC-B2 C1 RD-MM/DD LAP-B MADCAP PIC-A RD MM/DD LAP B1 IMPACC IIC-R PIC-A RD-MM/DD AJS3 TID-ARP ANNUAL REPORT PIC-A |

14

SSA01005

Coordination Example – 1  (Primary & Dependent SSDI)

- Schedule (Gross) Amount of LTD Benefits = $3,000 per month

- SSDI Benefit History:
  Primary     6/1/2001     $1,000.00
              12/1/2001    $1,026.00     (2.6% COLA)
              1/1/2002     $1,038.40     (Earnings Increase)

  Dependent   6/1/2001     $500.00
              12/1/2001    $513.00
              1/1/2002     $519.20
              10/1/2002    $0            (Termination Date)

- Benefit Coordination     6/1/2001 – 12/31/2001
  (Primary & Dependent SS)

  | | |
  |---|---|
  | LTD | $3,000 |
  | SSDI primary | - $1,000 |
  | SSDI dependent | - $ 500 |
  | Net LTD benefit | $1,500 per month |

- Benefit Coordination     1/1/2002 – 9/30/2002
  (Credit for Additional Earnings)

  | | |
  |---|---|
  | LTD | $3,000 |
  | SSDI primary | - $1,012  ($1038.40 / 1.026) |
  | SSDI dependent | - $ 506  ($519.20 / 1.026) |
  | Net LTD benefit | $1,482 per month |

- Benefit Coordination     10/1/2002 –
  (Dependent SS Terminates)

  | | |
  |---|---|
  | LTD | $3,000 |
  | SSDI primary | - $1,012 |
  | Net LTD benefit | $1,988 per month |



SSA01006

## Coordination Example – 2 (SSDI & WC)

- Schedule (Gross) Amount of LTD Benefits = $3,000 per month

- SSDI Benefit History:
  | | | | |
  |---|---|---|---|
  | Primary | 6/1/2001 | $ 600.00 | (Reduced due to WC) |
  | | 12/1/2001 | $ 626.00 | (2.6% COLA) |
  | | 3/1/2002 | $1,026.00 | |

- Workers Compensation Payment History
  1/1/2001 – 2/28/2002  $1,900 per month

- Benefit Coordination    6/1/2001 – 2/28/2002
  (Reduced Primary SS & Workers Compensation)

  | | |
  |---|---|
  | LTD | $3,000 |
  | SSDI primary - | $ 600 |
  | Workers Compensation - | $1,900 |
  | Net LTD benefit | $ 500 per month |

- Benefit Coordination    3/1/2002 –
  (Full Primary SS; Workers Compensation Terminated)

  | | |
  |---|---|
  | LTD | $3,000 |
  | SSDI primary | - $1,000  ($1026 / 1.026) |
  | Net LTD benefit | $2,000 per month |

SSA01007