# EXHIBIT O

# (7 OF 8)



# SOCIAL SECURITY

The Commissioner

November 01, 2005

Ms. Karen Ignagni
President & CEO
America's Health Insurance Plans
601 Pennsylvania Avenue, NW
South Building
Suite 500
Washington, D.C. 20004

Dear Ms. Ignagni:

Earlier this year, discussions between the Social Security Administration (SSA) and America's Health Insurance Plans (AHIP) led to an agreement regarding implementation of a more efficient solution for transmission of the Social Security Disability Insurance (SSDI) beneficiary information necessary to coordinate private and public disability income benefits. That agreement established the form and content of a standard "authorization form" that a beneficiary must sign to authorize SSA to share information regarding SSDI benefit status with the beneficiary's private disability insurer. The agreement also establishes the specific elements of SSDI benefit status information to be shared for purposes of coordinating private and public disability income benefits. A copy of the authorization form is enclosed.

Our objective regarding the form and content of the authorization form was to ensure that SSDI applicants and beneficiaries fully understand the authority requested, its implications, and their rights. Our objective regarding the specific elements of SSDI benefit status information to be shared upon authorization was to ensure that SSA would be providing the information that is necessary and sufficient for benefit coordination. After careful consideration, I am pleased to inform you that we are confident that the agreement meets both of these objectives.

It is, therefore, our intention that SSA now move forward together with AHIP on the implementation of the more efficient solution we envision. Accordingly, I have authorized the appropriate SSA Systems staff to begin direct discussions with AHIP staff and their members regarding the implementation needs of this effort. The implementation of this new system will result in significant efficiencies for both the SSA and private disability insurers; improve the coordination of private and public disability income benefits; and minimize the problems that can arise for SSDI beneficiaries and private disability insurers when SSDI benefit status information is delayed or unavailable to private disability claims managers. I also believe that our current work together can pave the way to even more robust cooperative ventures in the future.



SOCIAL SECURITY ADMINISTRATION    BALTIMORE MD 21235-0001

Page 2 · Ms. Karen Ignagni

I want to thank you for the leadership that your organization has brought to this effort.  And I look forward to our further cooperation on issues of mutual interest.

Sincerely,

Anne B. Barnhart
Anne B. Barnhart

Enclosure

Draft

COMPANY LETTERHEAD

## Authorization to Release
## Social Security Disability Claim Related Information

| Name of Claimant   (Last, First, M.I.) | Date of Birth | Social Security # | Disability Claim #  (to be completed by disability claim administrator) |
|---|---|---|---|

NOTE:  I understand that by signing this form, I am authorizing the private disability claim administrator named below to obtain (either directly or through a third party agent) the information described below from the Social Security Administration in order to administer my private disability benefits.  I also understand that the Social Security Administration is not affiliated with any private disability plan or related services and does not endorse any particular company.  I am permitted to obtain the information described below from the Social Security Administration. **Signing or refusing to sign this form has no impact on the Social Security disability benefits or retirement benefits I may receive or am eligible to receive from the Social Security Administration.**

I authorize the Social Security Administration to release certain Social Security disability and/or retirement claim and entitlement related information requested below to:

Claim Administrator, Insurance Carrier or
Third Party Agent :
Address:                                              _____
(to be completed by Claim Administrator)    _____

THE FOLLOWING INFORMATION WILL BE REQUESTED FROM THE SOCIAL SECURITY ADMINISTRATION:
(Note: If you have any questions, the Claim Administrator will explain the types of information named below to you.)

APPLICATION INFORMATION:

- Application Date (Disability and/or Retirement)
- Disability Insured Status (Date Last Insured)
- Retirement Insured Status
- Disability Indicator (shows whether individual is receiving Social Security disability benefits)
- Retirement Indicator (shows whether individual is receiving Social Security retirement benefits)
- Latest Date of Disability Onset
- Current Date of Disability Entitlement
- Current Date of Retirement Entitlement

PAYMENT AND PAYMENT HISTORY INFORMATION.

- Primary Insurance Amount (the amount used to determine almost all cash benefit amounts)
- Monthly Benefit Computation (Monthly Benefit and Family Maximum Amounts rounded to nearest dollar)
- Amount of Retroactive Benefits
- Pending Fee Amount for Attorney Fees (if applicable)
- Deductions for Worker's Compensation, Public or State Disability Benefits (includes start/end dates for deductions)

if application for Social Security Disability Benefits was denied

    Level of Denial (Initial, Reconsideration, Hearing, Appeal, Court)

Any benefits paid or payable under this private insurance claim may be reduced by the amount of, or may be otherwise reduced because of, Social Security benefits that I and/or my dependents receive or are eligible to receive. If I do not sign this authorization, _____(name of Company)____("Company")* may estimate how much I could or do receive in Social Security disability benefits and reduce my private disability benefits by that amount.  Any estimate will not impact the Social Security benefits I may be eligible for or entitled to receive.  In addition, Company may determine my entitlement to private disability benefits or close my claim if I do not sign this authorization.

The information provided by the Social Security Administration will be maintained in my Company disability records for the life of my claim and at least six (6) full calendar years following my entitlement to or closure of my private disability claim.

I understand that in order to calculate my private disability benefit and any possible benefit overpayment amount under that policy, Company may use this signed authorization form to request any/all of the information listed above as long as this authorization is in effect.

This authorization shall remain in effect for the longer of two (2) years from the date below or until a final decision regarding my Social Security disability benefits is made by the Social Security Administration, unless I choose to revoke it. I may revoke this authorization at any time by submitting a signed written request to the disability claim administrator listed at the top of this form. If I elect to revoke this authorization, such action has the same effect as if I never signed this form.

I understand that the information obtained under this authorization will be used for the purpose of determining the amount of benefits payable under this policy and recovery of any overpayments accrued under my private claim. This information may also be disclosed by Company to our affiliates, reinsurers or to other third parties, as required or permitted by law, for the purpose of administering this claim, investigating or pursuing suspected fraud, collecting an overpayment, or for audit activities. Disclosure of information to other parties may be necessary and is permitted for various business reasons related to disability claims administration, including a company acquisition, due diligence activities, and actuarial studies. Any other disclosure or resale of SSA information to other parties is not permitted. A photocopy of this authorization is as valid as the original and my court appointed legal guardian or I have a right to receive a copy of this authorization upon request from _____(name of Company)_____.

Signature: _____ Date: _____

I, _____, sign on behalf of claimant as court appointed legal guardian. (Please attach a copy of the document granting authority.)