# EXHIBIT O

# (8 OF 8)

*14 folks*

Agenda

SSA/DI Carrier Meeting
October 2, 2002

1:00 p.m. - 3:00 p.m.

Social Security Administration
Baltimore, MD

*? Bill Gray ?*    *OPS ?*

I    Introductions
        Reorganization at SSA
        Meetings with Martin Gerry, IT and Commissioner Barnhart

II    Final Uniform Authorization
        Discussion of final Authorization (Attachments A & B)
        Timeline for approval and usage of Authorization
        Interim steps for year-end goal

*revised 8/2*/14 attach to explain*

III    Notice of Award
        Notification of Awards by SSA (Attachments C & D)
        Content of notification
        Interim steps for year-end goal

*what carrier would want — less than MBR (auth does do connect that)*

IV    Electronic Interchange
        Possible Solutions (Attachments E & F)

V    Audit Controls
        (Attachment G)

VI    Other Business

VII    Next Meeting

VII    Adjournment



Sklar
EXHIBIT NO. 17
7/22/08
K.L. GOOD

SSA00964

Summary of SSA and DISSATAG's May Meeting and Work Projects

On May 20, 2002, SSA met with DISSATAG carriers (Aetna, Fortis, The Hartford, MetLife, UnumProvident, Principal, GE Financial, CIGNA, Liberty Mutual, ACLI, and HIAA) to continue discussions on creation of a universal Authorization form, notice of award issues, and a future communication link that were raised in the meeting on February 19th. These issues are of mutual interest to SSA and the DI industry. The goal of our meeting is to improve and streamline the information exchange process for everyone and to develop an ongoing partnership for sharing information between SSA and the DI industry.

In preparation for the May 20th meeting, DISSATAG created the following documents:
- uniform Authorization form with accompanying Explanation of Information Requested
- High Level Information Flow of LTD Claim
- Key Social Security Data Elements & Social Security's Notice of Award Letter
- Review of SSDI Data Template
- Information on the DI marketplace

All of these documents were reviewed and discussed at the May 20th meeting. As a result of the meeting both SSA and DISSATAG agreed to address areas of concern for purposes of further discussion and agreement at the next meeting.

**Social Security Administration:**
- Review current internal process of handling authorization forms across field offices.
- Send specific rule on Authorization validity
- Provide language for signature line on the draft Authorization
- Share information on what issues are raised by the Federal Privacy Act
- Review the issue of timing of notice of award in order to consider changes this year
- Meet with Executives and Commissioner to determine direction of effort

**DISSATAG:**
- Revise proposed Authorization form based on discussion at the meeting
- Provide additional information/explanation of the key elements on Authorization
- Provide sample SPD information
- Provide information on total # of LTD claims per year
- Create a draft of the possible options for an electronic sharing of information by SSA and the DI industry
- Create a draft of the audit issues that would need to be considered or handled

SSA and DISSATAG are scheduled to meet on October 2, 2002 to review and finalize the Authorization form, continue discussions on the notice issues, and determine interim steps that can be accomplished by the end of the year. Further, we will discuss options for future electronic communication links that would work toward improving the process of sharing information for everyone.

**Summary of SSA and DISSATAG's February Meeting and Work Projects**

On February 19, 2002, SSA agreed to meet with the following DI carriers (Aetna, Fortis, The Hartford, MetLife, The Principal, UnumProvident, GE Financial) and the HIAA, hereafter referred to as DISSATAG (Disability Insurance Social Security Administration). DISSATAG, on behalf of the insurance industry, met with SSA to discuss topics of common interest and resolve issues of mutual concern while establishing an ongoing partnership for sharing information.

In preparation for this meeting each DISSATAG representative provided overpayment statistics and presented a summary of concerns and the identified opportunities for both SSA and the insurance industry.

**Shared Concerns:**
- The potential that the claimant may not comprehend the process, what they are consenting to, and how the information will be used.
- The timing and method of receiving disability award information from SSA often varies, is inconsistent, and incomplete, consequently increasing the administrative burden on both parties.
- Inconsistencies among the different authorization forms accepted by SSA and the length of time the forms are valid.
- The significant financial impact on the DI insurance industry due to the challenges inherent in the current process.

As a result of the Feb 19th meeting both SSA and DISSATAG agreed to address the areas of concern by obtaining and or developing the following information and documents for further discussion.

**Social Security Administration:**
- Review the length of time that an authorization form is valid and consider extending that time frame.
- Review current internal process of handling authorization forms across field offices.
- Provide DISSATAG with a template of SSDI notice of award.
- Supply information on link for Death and Disability indicators to include standard agreements for access to the electronic link.

**DISSATAG**
- Outline the process used in obtaining the signed authorization form and the steps followed to ensure the claimant understands what they are signing.
- Develop one universal authorization for release of Social Security information that provides clarity of retention, use and disclosure.
- Provide the types of data elements requested from Social Security, and the reason they are important.
- Review the SSDI template and identify the pertinent information.
- Provide industry demographics concerning number of carriers, percent of the industry represented by DISSATAG and other related information.
- Communicate with the industry and obtain approval of final work product.

SSA and DISSATAG (now comprised of MetLife, UnumProvident, The Hartford, Fortis, Aetna, Principal, GE Financial, CIGNA , Liberty Mutual, ACLI and HIAA), are scheduled to meet on May 20th to continue discussions on the universal Authorization form, notice of award issues, and a future communication link, in order to work toward improving the process for everyone.

SSA00966

# Authorization for Release of Social Security Information

| Name of Claimant (Last, First, M.I.) | Date of Birth | Social Security # | Disability Claim # (to be completed by disability claim administrator) |
|---|---|---|---|

I authorize the Social Security Administration to send a copy of my Social Security award or denial notice and release the information requested below to:

Disability Claim Administrator
Address
(to be completed by disability claim administrator)

I understand that I may be required to apply for Social Security benefits as part of my disability claim. Any benefits paid or payable under this claim may be reduced by the amount of, or may be otherwise reduced because of, Social Security benefits that I and/or my dependents receive or are eligible to receive. I may elect not to sign this authorization for release of information. If I do not sign this authorization, I understand that the amount of the monthly Social Security award(s) that could be payable to me and/or my dependents may be estimated and my monthly disability benefits may be reduced, or my claim may be denied or terminated if permitted by the provisions of my disability plan.

I understand the following information, including the Social Security award(s) or denial notice(s), will be released for the purpose of administering my claim for disability benefits and other limited circumstances as outlined below. This information will be maintained in my disability records for the life of my claim and at least six (6) full calendar years following the termination of my disability claim.

THE FOLLOWING INFORMATION WILL BE REQUESTED FROM THE SOCIAL SECURITY ADMINISTRATION:

- **Complete Primary Insurance Amount & Benefit Payment History:**
  - Primary Beneficiary–Effective Date, Amount Paid, Date 1st Check Released, and Reason for Change
    (Including any Changes due to Worker's Compensation, Public/State Disability and/or Credit for Additional Earnings)
- **Complete Dependent Beneficiary(ies) Insurance Amount(s) & Benefit Payment History:**
  - Dependent Beneficiary(ies)—Effective Date(s), Amount(s) Paid, Date 1st Check Released, and Reason for Change (Including Family Max)
- **Retroactive Benefits Paid & Fees Approved:**
  - Amount of Retroactive Benefits – Including Entitlement Date and Date Benefits Paid Through
  - Amount of Attorney Fees Paid and/or Approved
- **Application Information:**
  - Insured Status
  - Application Date(s)
  - Current Level of Appeal
  - Appeal Date
  - Denial Date
- **Other Information:**
  - Social Security Retirement – Date 1st Check Released
  - Date Primary Social Security Benefits Terminated & Reason
  - All Dependent Beneficiary(ies) Termination Date(s)

*huge problem* [handwritten]

I understand that in order to calculate my disability benefit and any possible benefit overpayment amount, my disability claim administrator may use this signed authorization form to request any/all of the information listed above as long as this authorization is in effect.

This authorization shall remain in effect for the longer of two (2) years from the date below or until a decision regarding my benefits is made by the Social Security Administration up through the Administrative Law Judge level, unless I choose to revoke it. I may revoke this authorization at any time by submitting a signed written request to the disability claim administrator listed at the top of this form. If I elect to revoke this authorization, the amount of the monthly Social Security award(s) may be estimated and my monthly disability benefits may be reduced by this estimated amount, or my claim may be denied or terminated if permitted by the provisions of my disability plan.

*who ??* [handwritten]

I am the individual to whom this authorization applies or that person's Authorized Representative. I know that if I make any representation, which I know is false, to obtain information from the Social Security Administration, I could be punished by a fine, imprisonment, or both.

SSA00967

understand that the information obtained by use of this authorization will be used for the purpose of determining the amount of benefits payable and recovery of any overpayments accrued under my claim. This information may also be disclosed to other third parties, as required or permitted by law, when investigating or pursuing suspected fraud, collecting an overpayment, or relating to an audit. The disability claim administrator may create an internal database that includes this information for the purpose of tracking the Social Security status and award history of all its claimants. This database may be shared with outside companies for the purpose of collecting any overpayments accrued under my claim, pursuing suspected fraud, or relating to an audit. This information will not be sold. A photocopy of this authorization is as valid as the original and my authorized representative or I have a right to receive a copy of this authorization upon request.

Signature: _____    Date: _____

I, _____, sign on behalf of claimant as Court-appointed Guardian.
Please attach a copy of the document granting authority.

SSA00968

Attachment A

## Authorization for Release of Social Security Information

Information on Data Elements Requested in the
Authorization for Release of Social Security Information

Each of the data elements requested in the authorization are required by the disability claim administrator to calculate the correct benefit amount under the beneficiary's disability claim, to recover benefit overpayments, and to ascertain that the claimant is compliant with the requirements of the disability contract. Samples of standard contract language that relate to the application of Social Security benefits and offsets are provided in Attachment D, Summary Plan Description Language.

1) **Primary Beneficiary Information** including effective date, amount paid, date the first check is released, and changes due to worker's compensation, public/state disability and/or credit for additional earnings are required to calculate the monthly Long Term Disability (LTD) benefit as well as overpaid benefits. This information is used to determine "Other Income Benefits". Other Income Benefits are part of the monthly LTD calculation.

2) **Retroactive Benefits Paid and Fees Approved** are requested to calculate any benefits that may have been overpaid to the claimant.

3) The **Dependent Beneficiary** amount is also considered Other Income Benefits and is required to calculate the monthly LTD benefit. Without this information the LTD monthly benefit amount will be incorrect and the claimant will incur an overpayment.

4) **Application Information** is requested to assess that the claimant is eligible for Social Security benefits, has applied for Social Security benefits, and to verify the current status of the application. The LTD contract requires that the claimant apply for benefits. The contract also specifies the level that the claimant must take his application through.

5) **Social Security Retirement** benefits are considered Other Income Benefits and are used to calculate the LTD monthly benefit.

6) The **Dependent Beneficiary termination date** is needed to update the LTD monthly benefit. Without this information we will continue to include the Dependent Beneficiary amount in Other Income Benefits, thus underpaying the claimant.

7) The date the **Primary Social Security Benefits terminated** is required to update the LTD monthly benefit. Without this information we will continue to include the Primary Social Security amount in Other Income Benefits and underpay the claimant.

SSA00969

Attachment B

## Explanation of Information Being Requested on Authorization Form

The following is an explanation of why the disability claim administrators are requesting the information, and it follows the outline of the authorization by section.

1. **Complete Primary & Dependent Insurance Amounts and Payment History:**
➢ **Effective dates:**
  Needed to calculate the start date for the Social Security offset and to correctly adjust the offset when changes occur. This information is also compared with the disability claim administrator's date of disability. Necessary in the event that benefit approvals are delayed or if receipt of Social Security benefits does not correspond to the disability claim administrator's date of disability
➢ **Amounts Paid:**
  To accurately determine the offsets based on the policy provisions
➢ **Date first Check Released:**
  To determine if benefits have been delayed, or if benefits were payable prior to start date of covered disabling condition. Some disability claim administrators use date offset was first paid while, others use date first eligible to be paid.
➢ **Reason for Change:**
  Helps assure accurate offsets and adjustments due to modifications to Social Security benefits
➢ **Type of Benefit:**
  SSDI, SSR, SSI and Widow's Benefit are unique offsets handled differently depending on the disability claim administrator and their policy provisions

2. **Retroactive Benefits Paid and Fees approved:**
➢ **Amount of Retroactive Benefits:**
  Allows disability claim administrators to document the history of benefits paid and accurately reconcile benefits.
➢ **Entitlement Date and Termination Date:**
  Provides confirmation that offsets correspond to dates of disability and to appropriately credit retroactive lump sum offsets on a monthly pro-rated basis as benefits are paid and to properly administer W2 forms.
➢ **Amount of Attorney Fees paid;**
  Depending on the policy provisions and circumstances, fees may be credited to the overpayment pending approval by SSA

3. **Application Information:**
➢ **Status:**
  Allows disability claim administrators to confirm compliance with provisions pertaining to Social Security application process
➢ **Dates:**
  Documents adherence to SSA and policy provision guidelines
➢ **Denial & Appeal Dates:**
  Confirms status as indicated above
➢ **Current Level of Appeal:**
  Helps to evaluate the potential liability and anticipate further actions taken (i.e. Multiple appeals and denials)

4. **Other Information:**
➢ **Termination Dates:**
  To avoid erroneous offsets that have ended/ terminated
➢ **Medicare Effective Date and Premium:**
  Assure that offset is correct based on policy provisions and eligibility

SSA00970

Attachment C

## Key Social Security Data Elements & Social Security's Notice of Award Letter

During the previous meeting between SSA and the DI Carriers, SSA wanted to know both the types of data elements Carriers request from Social Security, and the reason these elements are important to the insurance industry. In addition, there was discussion regarding the SS Notice of Award Letter and whether or not SSA uses a standard template to produce the letters so that key data elements are included in SSA's letters on a consistent basis.

DISSATAG formulated the attached chart as a result of our meeting with Social Security Administration Officials.

In short, the chart below hones in on four key areas:

- Initial Notice of Award Data
- Situations Resulting in Adjustments to SS Payments
- Other Claim Information
- Subsequent Information Requests

Within each of the first two areas, the chart itemizes items in terms of:

- Data elements currently found in the award letter
- Data elements not consistently found in the award letter
- Result of award letter being incomplete as to key data elements

The chart is intended to focus on the key data elements most often needed and requested by our industry. We believe this represents the points most integral to the industry.

Comments as to content as well as the frequencies noted in the Subsequent Information Request Section will be reviewed by the steering committee.

SSA00971

## A. Initial Notice of Award Data

Data elements in the table below are needed to determine our contractual liability.

| Data elements currently found on the award letter | Data elements not consistently found on the award letter that should be included | Data elements that may not be found on the award letter, but are due to circumstances resulting in requests to SSA |
|---|---|---|
| • Entitlement date<br>• Initial net primary & dependent SSDI / SSR amounts<br>• Classification of benefit: disability, retirement, survivors.<br>• Type of benefit: spouse, child, widow(er)<br>• Established date of onset | • Initial primary (PIA) and dependent SSDI benefit amounts.<br>• Level of award<br>• Amount of retroactive benefits<br>• Itemized payment history explaining how the retroactive benefit payment was calculated<br>• Attorney's fees withheld<br>• Attorney's fees approved by SSA<br>• Adjustments (state disability / worker's compensation) – see B. below | • Earnings increases & the effective date of increases when these occur after the date of the award letter<br>• COLA increases & the effective date of increases when these occur after the date of the award letter<br>• Medicare effective dates that are subsequent to the date of the award letter – both Parts A & B |

## B. Adjustments to SSDI Payments

Data elements in the table below are needed to determine our contractual liability.

| Data elements currently found on the award letter | Data elements not consistently found on the award letter that should be included | Results of data which could prevent payment history and description of benefit adjustments: |
|---|---|---|
| • Entitlement date & amount of reduced SSDI benefits due to state disability and worker's compensation. | • Cessation/Adjustment of SSA's offset for state disability or worker's compensation when those benefits have fluctuated or ceased in the past.<br>• Itemized payment history explaining effective dates & payment amounts for offset periods and non-offset periods.<br>• Initial primary (PIA) and dependent SSDI benefit amounts. | • Carriers must query SSA for corrected SS benefit calculation & release of additional monies payable to the claimant. |

SSA00972

## C. Other Claim Information

Data elements in the table below are needed to determine whether the claimant has sufficient quarters of coverage to be eligible for Social Security benefits and/or has satisfied the contractual requirements to pursue Social Security disability benefits to a specified level of appeal.

| Insured Status/Quarters of Coverage | <ul><li>Required quarters of coverage for fully insured status * and 20/40 status **</li><li>Actual quarters of coverage for fully insured status * and 20/40 status **</li></ul><br>* Fully insured is the first of two insured status tests which requires one to have a minimum number of work credits.<br>** 20/40 is the second of two insured status tests which requires one to have earned a portion of work credits in recent years. |
|---|---|
| Pending SSDI Claims | <ul><li>Date of filing application</li><li>Level of application</li></ul> |
| Denied SSDI Claims | <ul><li>Date of denial</li><li>Level of denial</li></ul> |
| Appealed SSDI Claims | <ul><li>Date of filing request for reconsideration</li><li>Date of filing request for hearing</li><li>Level of appeal (i.e. reconsideration, hearing, etc.)</li></ul> |

SSA00973

D. Subsequent Information Requests:

Action may result after the initial notice of award, relate to a separate claim filed under the claimant's Social Security Number, or relate to other post-entitlement actions on the claimant's Social Security record.

| Type | Why Request this Information | Frequency |
|---|---|---|
| • Earnings increases & effective date of increases when these occur after the date of the award letter<br>• COLA increases & effective date of increases when these occur after the date of the award letter | • Properly determine our contractual liability. We reduce the LTD benefit by increases in SSDI/SSR due to credits for additional earnings. We do not reduce the LTD benefits due to COLA increases. | • 100% |
| • Adjustments to SSDI when state disability (SD)/PDB or worker's compensation (WC) offset applies to the SSDI payment | • Properly determine our contractual liability. We reduce LTD benefits by net SSDI benefits when the SSDI has been reduced due to WC or SD/PDB offset. Need to follow-up for increase in SSDI when WC or SD/PDB offset changes/ceases. | • 75%-100% |
| • Spousal / Dependent benefit entitlement date & amount | • Properly determine our contractual liability. We reduce LTD benefits by primary and dependent SS benefits, including spousal benefits. We do not offset widow's benefits received under the deceased spouse's SSN. However, some LTD plans allow for a reduction of the difference when benefits paid on the claimant's SSN exceed the benefits paid on another SSN. | • 50% |

SSA00974

| | | |
|---|---|---|
| • Dependents in Another Household – confirmation dependents live apart from the claimant (not seeking dependent's address) | • Dependent benefits may not be offset when the dependent lives apart from the claimant or the primary provides proof (i.e. divorce decree) that s/he has no financial liability for the dependent. | • 50% |
| • Medicare effective date – if occurs after date of award letter | • Determine effective date of Medicare coverage. | • <5% |
| • FICA taxable wages | • Determine if the claimant has earned any FICA taxable wages while he/she has been disabled. | • <5% |
| • Overpayment / Adjustment amount, reason, effective date of recovery | • Determine if reason for reduced or withheld SSDI benefit has an impact on our contractual liability; and to what extent | • <5% |
| • Date scheduled for Continuing Disability Review (CDR) | • Obtain the date that SSA plans to conduct a CDR in those cases where improvement in the condition is expected and a CDR may result in the termination of benefits | • <5% |

SSA00975

Attachment D

## REVIEW OF SSDI DATA TEMPLATE
### (Pertinent Data Highlighted)

### Sample Primary "Insurance" Query

FACT DT-MM/DD/YY MSG NO-1234567
AN-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 ID-AAAAA UN-AAA PG-001

STATUS        MBR YES LOU-MM/DD DATA FILES YES LOU - MM/DD SSACCS YEA
              LOU-MM/DD

ACCOUNT       PCOC-1 NOP-3 OCL-2 OCR-12 SP-A EMS-A CEY-YY MS-CON RR-ANN
              CIS-FDNWCSMID TAC-LFSID PODF-P RCC-1-12 AHC-1 CCY-1

PRIMARY       PAY CORINNE DOB-MM/DD/YY DOD-MM/YY

TOTAL         TSC-A1 TCC-ITALY DQC-014 IQC-013

FULL PAY HIS  MM/YY - $100.00 BJ FMAX - $0000.00T
              MM/YY - $204.00 BK FMAX - $0000.00R
              MM/YY - $105.00 BB FMAX - $1347.00T

WC ACC        HLP-$1347.00

PAYMENT       PIC-A MPA-$105.00 DOC-D48 SCC-10160*RD-MM/DD
              LAP-D PSC-CALF IIC-P

PAYEE         PAY CORINNE
ADDRESS       1800 W CAMERON ST. FT LAUDERDALE FL
              123456789

BANK          RTN-076401251 DAN-C016-3472-973254-2 BDCD-MM/DD/YY

SPC PAY       SPC-DSP SPA-$444.00 DPD-MM/YY

SC PAY        DMA-$144.00 THRU MM/YY RCMA-$144.00 FOR MM/YY PP-A

AD HOC        PAT-A PAS-D PSC-ADI-MM/YY PDE-1956

BENEFIT       BIC-A PAY-CORINNE SB-M DOB-MM/DD/YY C DOEC-MM/YY ABNN-IT44
              LAF-16 MBP-$1057.20 BPC-WGARX DRD-MM/DD/YY DOCA-MM/YY DOE-
              MM/YY DOF-MM/YY DOST-MM/YY RRIC-R RPD-123 LMBTY-YY RELAT-
              MM/YY A
              BDOD-MM/DD/YY BRF-199 NUCI-U IOC-1

WOD           WNF-B WLA-$432.00 WOA-$123.00 NCHS-$34.00 WSD-MM/YY/YY SVD-
MM/YY         MM/YY

SSA00976



DIB DIE*    START-MM/YYYY BASIS-DISABILITY TYPE-FREE FILING 10/2001
SMI DIE*    START-MM/YYYY BASIS-DISABILITY PERIOD – IEP FILING 10/2001
IEP    *WILL BE THE AGE OR SMI AGE IF CLAIMANT IS ENTITLED DUE TO

SMI TERM    START-MM/YY PENALTY-000% CURREN-JAME-\$0.00

DI ENT    EWS-MM/YY TWP-1 TWD-MM/YY A-DIG-1 MED-MM/YY PWAS-
MM/YY PWAE-MM /YY CWS-MM/YY CDIO-MM/YY CDIE-MM/YY AFRC-R
WRC-R CMM-YY RDI-C WIE-01 WKE-YYMM-MM,MM,MMM DENY SDGA-DI

OFFSET
STATE CW    TYPE-WP EFFECTIVE-MM/YY-80% AGE-3/12.00 COMB OFFSET-\$123.00

DIE    DIM-MM/YY DDO-MM/DD/YY DAC-K CODE DOD-MM/YY ADC-MM/YY
CPR-E HDD-MM/YY APS MM/YY DBC-MM/YY SDS-MM/YY DSP-MM/YY
DPDE    EPDA-123 ELW-MM/YY

FILL HISTORY    MM/YY \$104.00 \$050 2000-01 \$108.00

<h2 style="text-align:center;">Sample Dependent "Insurance" Query</h2>

FACT DTI-MM/DD/YY MSG NO-1234567
AN-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 ID-AAAAA UN-AAA PG-001

STATUS    MBR-YES LOU-MM/DD DATA FILES YES LOU - MM/DD SSACCS YEA
LOU-MM/DD

PRIMARY    EVA CORINNE DOB-MM/DD/YY DOD-MM/YY

PAYMENT    IIC-C PAS-\$100 DOC-D48 SCC-10160*RD-MM/DD

LAP-D PSC-CALF IIC-P

PAYEE    EDDIE CORINNE FOR JOE TOM

ADDRESS    1800 W CAMERON ST FT LAUDERDALE FL
123456789
NEED TO CONFIRM DEP BENEFITS ARE NOT GOING TO PRIMARY'S
ADDRESS, ARE NOT REQUESTING THE ADDRESS DEP BENEFITS ARE
MAILED TO!

BANK    RTN-076401251 DAN-C016-3472-973254-2 BDCD-MM/DD/YY

SPC PAY    SPC-DSP SPA-\$444.00 DPD-MM/YY

SCHPAY ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

BENEFIT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ C ▓▓▓▓▓▓▓ ABNN-IT44
LAT-16 MBP-1405720 BPC-WGARX ▓▓▓▓▓▓▓▓ DOCA-MM/YY ▓▓▓▓
▓▓▓▓▓ DOT-MM/YY DOST-MM/YY RRIC-R ▓▓▓▓▓ LMETY-YY RELAT-
MM/YY A
BDOD-MM/DD/YY BRF-199 NUCI-U ▓▓▓▓

RPAYEE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
RPNT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OFFSET ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
SPAIB CA

FULL HISTORY ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

If applicable, these data elements apply to both Sample Primary & Dependent Insurance Queries:

OVERPAYMENT: The following acronym lines are needed if a Social Security overpayment exists:
O/U PAY    DPO-$1710.40 DPRD-MM/YY DPOT-05

PAR REC    IRA-$12345.00 RCD-MM/YY MRA-$1234.50 RSD-MM/YY RIFS-4

INSTALL    IAIA-$12345.00 ICD-MM/YY MIA-$20222 ISD-MM/YY

DUAL Entitlement: The following acronym lines are needed if dual entitlement applies:
X-REF    XRTC-M XAN-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 XBIC-B11

DE DATA   OTAN-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 B11 OTDOE-MM/YY DESC-3 OTPCOC-4
          LEMBA-$1009.00 SAMBA-$1049.20

Items remaining from the sample web query & not included on the Sample Insurance Query to SSA:

---------------------------------------------------------

NON REC    NRPD-MM/DD/YY NRLM-MM/YY

AR DATA    2PYE-$12345 1PYE-$23456 PRI EST-$34567 CUR EST $54321
           2PNM-1234 1PNM-1234 CNM-123 CYIC-YY WRD-MM/YY WCD-MM/YY
           MSWK-2-CPOE QRC-Q

DRC        CRIMC-08

STUDENT    ESY-MM/YY BSY-MM/YY SSTC-E PESY-MM/YY TOSP

SSA00978

BLK LNG      BLAN-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 BLIC-LM BLED-MM/YY BLES-E BLIP-$150.00

SID      SIFT-A SIED-MM/YY SISC-E SCCR-12345 A EDRC-MM/YY SILAC-A

RAIL      RLCN-A246B1257 90 RLSC-A RLCON-Y

BEN REF      BRC-MDVIS BOAN-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

RDC      MM/YY P MM/YY P
              MM/YY P MM/YY P
              MM/YY P

LSPD      LSSC-DFBLC LSAP-$265.00 LSDC-057

PRI COV      DOTH1 MM/YY DOTH2-MM/YY DOTSI-MM/YY DOTS2-MM/YY
              FWTD-MM/YYA

3RD PTY      TPCH-Z62 TEDH-MM/YY TTDH-MM/YY TPCS-010 TEDS-MM/YYTIDS-MM/YY

ST EXCH      SEWC-280 SECAC-A SEAD-MM/YY SEAC-X

PREMIUM      PDR $6.30R

RP INST      NOI $123.00 TOI-NR

AL TAX      ASD-MM/YY ASTD-MM/YY AMWA-$1234.00 AWSC-3 RATE-7.5

PRV      MDR-A DPM-P IDR-C PRY-CIVR-A

TRANS.      RD-MM/DD LAP-CD SALT-DIR DEP PIC-B2 C1 RD-MM/DD LAP-B MADCAP
              PIC-A RD MM/DD LAP B1 IMPACC IIC-R PIC-A RD-MM/DD AJS3 TID-ARP
              ANNUAL REPORT PIC-A

SSA00979

| Possible Solutions | | Basis | Request For Information — Via | Response — Immediate | Response — When decision made | Image of authorization sent to and retained by | Audit Process | Frequency of requests | SSA system modification needed |
|---|---|---|---|---|---|---|---|---|---|
| 1. Electronic exchange of information between carriers and SSA on a claim-by-claim basis via e-mail, with subsequent notice of award provided. | A. automatically on an individual basis | Claim-by-claim | E-mail or Fax | Award info or pending status | SSA automatically notifies carrier of decision via e-mail | SSA | Not needed | Once, unless updates needed | To provide carriers with automatic notification of award |
| | B. automatically on an aggregate basis to each carrier | Claim-by-claim | E-mail or Fax | Award info or pending status | SSA runs a weekly query against a database for new award determinations and then notifies carrier | Not needed | Not needed | Once, unless updated info is needed | To establish the database of requests for award determinations on pending cases |
| 2. Electronic exchange of batch information between: | A. each carrier and SSA | Batch, from carrier | E-mail | Award info on multiple claimants | None | Carrier | Needed | Multiple, until carrier learns of award | No |
| | B. a third party aggregator and SSA | Batch, from aggregator | E-mail | Award info on multiple claimants | None | Third party aggregator | Needed | Multiple, until carrier learns of award | No |
| 3. Utilization of a web-based portal (interface) that is maintained by: | A. a trusted third party vendor | Claim-by-claim & Batch | Web-based portal | Award info or pending status | Receive e-mail notice of future award(s) | Third party vendor | Needed | Once | To pass data to the web-based interface |
| | B. SSA | Claim-by-claim & Batch | Web-based portal | Award info or pending status | Receive e-mail notice of future award(s) | SSA | Needed | Once | To build and pass data to the web-based interface |

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| 1. A.  Electronic exchange of information between carriers and the Social Security Administration (SSA) on a claim-by-claim basis via e-mail. | Carriers send a request for information, along with an electronic image of the authorization, via e-mail to SSA in Baltimore.  The information request could be part of the e-mail message or a separate text file or Word document.  A determination would also have to be made on the format (e.g. JPEG) of the scanned image. | SSA maintains an authorization on every claim for which it discloses information; no need for an audit. | System modifications may be necessary:<br><br>(1)  to link, electronic authorizations to SSA's file on the individual;<br><br>(2)  to keep track of the e-mail address where information was sent; and,<br><br>(3)  to provide carriers with notification of an award that hasn't been made at the time the inquiry is first received. |
|  | SSA responds to the inquiry and sends an e-mail back to the individual at the carrier who made the initial request. | SSA provides carriers with information in the timeliest way possible. |  |
|  | If an award hasn't yet taken place, SSA responds with the pending status (date & level of application) and checks a field in their system that automatically generate an e-mail notification to the carrier immediately following an award determination. | This eliminates follow-up requests to SSA for initial award decisions. |  |
|  | An annual fee can be charged to each carrier based on anticipated usage, with a true up at year-end based on actual usage. | Fees collected from carrier usage could fund the salary of the SSA employee(s) in Baltimore who respond to these inquiries. |  |

SSA00981

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| I.B. Electronic exchange of information between carriers and the Social Security Administration (SSA) on a claim-by-claim basis via e-mail, with subsequent notice of award provided on an aggregate basis to the carriers. | Carriers send a request for information, along with an electronic image of the authorization, via e-mail to SSA in Baltimore. The information request could be part of the e-mail message or a separate text file or Word document. A determination would also have to be made on the format (e.g. JPEG) of the scanned image. | SSA maintains an authorization on every claim for which it discloses information; no need for an audit. | System modifications may be necessary: <br> (1) to link electronic authorizations to SSA's file on the individual; |
| | SSA responds to the inquiry and sends an e-mail back to the carrier with the needed date if an award has already taken place. | SSA provides carriers with information in a timely fashion. | (2) to establish the database of requests for award determinations on pending cases in order to provide carriers with notification of an award. |
| | If an award hasn't yet taken place, SSA responds with the pending status (date & level of application) and also maintains a database of requests for award determinations on cases still pending. This database includes a claimant's SS number along with the carrier ID. Once a week, SSA runs a query comparing this database against active benefit recipients to identify recent award determinations. SSA notifies each carrier electronically when the query identifies a recent award determination. | This eliminates follow-up requests to SSA for initial award decisions. | |
| | | There would be one e-mail address per carrier to be used by SSA. | |
| | An annual fee can be charged to each carrier based on anticipated usage, with a true up at year-end based on actual usage. | Fees collected from carriers could fund the salaries of the SSA employees who run the queries &/or respond to the inquiries. | |

SSA00982

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| 2. A.  Electronic exchange of batch information between each carrier and the Social Security Administration (SSA). | Carriers send a "batch" request form and data feed containing multiple SS numbers via e-mail to SSA in Baltimore. | SSA addresses the request for information on multiple claimants at the same time. This frees up time for SSA employees in the field offices. | An audit process is necessary since no authorizations are submitted to SSA. |
| | SSA responds to the request by running a query and sending data back to the carrier in batch. | Responses to benefit inquiries are uniform and standardized. | |
| | If an award hasn't yet taken place, the carrier must re-request information concerning that claimant in future batch requests. | | Carriers will submit batch requests to SSA for information concerning initial award decisions on the same claimant multiple times until an award determination is made. |
| | If an award has taken place, the carrier may still need to request clarifying or follow-up information from SSA. | | Carriers will also add requests for information to the next batch request to SSA in order to obtain updated information about particular claimants. |
| | Fees can be charged to each carrier based on actual usage. | Fees collected from carrier usage could fund the salary of the SSA employee(s) in Baltimore who respond to these batch requests. | |

SSA00983

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| 2. B. Electronic exchange of batch information between a third party aggregator and the Social Security Administration (SSA). | Carriers submit batch requests for information on multiple claimants to a third party aggregator. The third party combines these requests into one large batch-file that is submitted via e-mail to the Social Security Administration (SSA) in Baltimore. | SSA can address information requests for multiple claimants at the same time. This frees up time for SSA employees in the field offices. | An audit process is necessary since no authorizations are submitted to SSA. This may need to include verification that: (1) an authorization was submitted to and retained by the third party aggregator, and (2) the third party aggregator distributed information to the proper carrier. |
| | Electronic images of claimants' authorizations are submitted to and retained by the third party aggregator. | The third party aggregator maintains an authorization for each claimant. As a result, we would implement an audit process to address SSA's privacy concerns. | |
| | SSA responds to the request by running a query and sending the data back to the third party aggregator in batch. If an award hasn't yet taken place, the carrier must re-request information concerning that claimant in future batch requests to the third party aggregator. | Responses to benefit inquiries are uniform and standardized. The third party aggregator is responsible for distributing data back to each of the carriers. | Carriers will submit batch requests to SSA for information concerning initial award decisions on the same claimant multiple times until an award determination is made. |
| | If an award has taken place, the carrier may still need to request clarifying or follow-up information from SSA. | | Carriers will also add requests for information to the next batch request to SSA in order to obtain updated information about particular claimants |
| | Fees can be charged to each carrier based on actual usage. | Fees collected from carrier usage could fund the salary of the SSA employee in Baltimore who responds to these batch requests. | |

SSA00984

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| 3. A.  Utilization of a web-based portal (interface) that is maintained by a trusted third party vendor. | Carriers go online and utilize a web-based interface to obtain information on individual (or multiple) claimants from a repository of electronic files maintained by a third party vendor. | SSA no longer has to spend time providing the benefit information directly to the disability insurance industry. This frees up time for SSA employees in the field offices. | SSA submits data to a third party vendor for this initiative in order to allow carriers to have access to the requisite information. |
| | Carriers are provided with unique identifiers and passwords in order to access the system and maintain an audit trail. | Access to the data is secure and restricted. | The disability insurance industry would fund the system work necessary by SSA to allow data to pass to the third party vendor. |
| | If an award hasn't yet taken place, the carrier can, by utilizing the web-based interface, select the option of receiving an e-mail notification of a future award. | Information is obtained in the most timely and effective manner, and provided in a uniform & standardized fashion | |
| | Carriers submit an electronic image of the authorization through the web-based interface. The system would immediately review the authorization for certain key elements to ensure validity and then pull the data from SSA's system into the portal. (A less desirable option would be for the data to become available the next day through the portal following batch processing of these requests.) The authorization would be stored in the electronic file in the data repository. | An audit process would be implemented to address SSA's privacy concerns. An authorization is maintained in the electronic file for each claimant. | An audit process is necessary since no authorizations are submitted to SSA. This process would need to include verification that an authorization was electronically stored in the data repository. |
| | Modest fees can be charged to each carrier based on actual usage. | Fees collected would fund the services of the third party vendor. | |

SSA00985

| Possible Solutions | Mechanics | Advantages | Disadvantages |
|---|---|---|---|
| 3. B.  Utilization of a web-based portal (interface) that is maintained by the Social Security Administration. | Carriers go online and utilize a web-based interface to obtain information on individual (or multiple) claimants from a repository of electronic files maintained by the Social Security Administration. | SSA employees no longer have to spend time providing benefit information to the disability insurance industry. | SSA must allocate resources to do the system development work needed for building the web-based interface. |
| | If an award hasn't yet taken place, the carrier can, by utilizing the web-based interface, select the option of receiving an e-mail notification of a future award. | Information is obtained in the most timely and effective manner, and provided in a uniform & standardized fashion | The disability insurance industry would be expected to fund the cost of this expense. |
| | Carriers are provided with unique identifiers and passwords in order to access the system and maintain an audit trail. | Access to the data is secure and restricted. | |
| | Carriers submit an electronic image of the authorization through the web-based interface.  The system would immediately review the authorization for certain key elements to ensure validity and then pull the data into the portal.  (A less desirable option would be for the data to become available the next day through the portal following batch processing of these requests.)  The authorization would be stored in the electronic file in the data repository. | SSA maintains images of authorizations in the electronic file for claimants, thus eliminating the need for an audit process. | |
| | Modest fees can be charged to each carrier based on actual usage. | Fees collected could fund any maintenance expense for the web-based interface. | |

SSA00986

SSA00988