UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. DAWN BARRETT,<br><br>            Plaintiff,<br><br>            v.<br><br>CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendants. | Civil Action No. 03-12382-MLW |

**JOINT MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT DUE TO LACK OF *SCIENTER***

On August 22, 2008 Defendants filed a Motion to Dismiss for Lack of Jurisdiction, or, in the Alternative, For Summary Judgment Due to Lack of *Scienter* (the "Motion"). The parties now jointly move the Court to enter the following briefing schedule (with accompanying page limits) with respect to the Motion:

Plaintiff's Brief in Opposition (not to exceed sixty-five pages) due September 30, 2008.

Defendants' Reply Brief (not to exceed twenty-five pages) due October 21, 2008.

Respectfully submitted,

| | |
|---|---|
| DAWN BARRETT, | CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA, |
| By her attorneys, | |
| */s/ Carl S. Nadler* | */s/ Mitchell H. Kaplan* |
| Carl S. Nadler | Mitchell H. Kaplan (BBO# 258940) |
| Stuart M. Rennert | R.J. Cinquegrana (BBO# 084100) |
| Thomas S. Kimbrell | Richard C. Abati (BBO# 651037) |
| HELLER EHRMAN, LLP | CHOATE, HALL & STEWART |
| 1717 Rhode Island Avenue, N.W. | Two International Place |
| Washington, D.C. 20036 | Boston, Massachusetts 02110 |
| (202) 912-2000 | (617) 248-5000 |

Peter B. Krupp, (BBO# 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 021209
(617) 367-1971

Mary Louise Cohen
Colette G. Matzzie
PHILLIPS & COHEN, LLP
200 Massachusetts Avenue, N.W.
Suite 100
Washington, D.C. 20036
(202) 833-4567


Dated: August 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2008.

*/s/ Mitchell H. Kaplan*
Mitchell H. Kaplan

4364341v1