UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA          )
     ex rel.                      )
DAWN BARRETT,                     )
        Plaintiffs,               )
                                  )
        v.                        )  C.A. NO. 03-12382-MLW
                                  )
CIGNA CORPORATION and             )
LIFE INSURANCE COMPANY OF         )
     NORTH AMERICA,               )
        Defendants                )
```

ORDER

WOLF, D.J.                                        August 26, 2008

On August 22, 2008, defendants CIGNA Corporation and Life Insurance Company of North America ("CIGNA") filed a motion to dismiss the complaint or for summary judgment, as well as a joint proposed briefing schedule and a motion to stay discovery.

A conference in this matter is scheduled for September 15, 2008. It would benefit both the parties and the court to have fully briefed before the conference the issues of whether the motion for summary judgment should be allowed to proceed now and whether discovery should be stayed.

Therefore, it is hereby ORDERED that Relator Dawn Barrett shall, by September 5, 2008, respond to CIGNA's Motion to Stay Discovery (Docket No. 144). Any reply shall be filed by September 10, 2008.

                                      /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE