UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DAWN BARRETT,<br><br>            Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA,<br><br>            Defendants. | Civil Action No. 03-12382-MLW |

**DECLARATION OF CARL NADLER IN SUPPORT OF RELATOR'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**

I, Carl S. Nadler, declare as follows:

      1.      I am an attorney at Heller Ehrman LLP in Washington D.C. and co-counsel for Relator Dawn Barrett in this matter. I am a member in good standing of the United States District Court for the District of Columbia and of the Supreme Court of the United States, and am admitted *pro hac vice* in this Court.

      2.      Attached hereto as Exhibit A is a true and correct copy of a Letter from R. Abati to myself, dated July 10, 2008.

      3.      Attached hereto as Exhibit B is a true and correct copy of a document bearing the bates numbers LINA0226245-46, produced by Cigna during the course of discovery in this litigation (filed under seal).

      4.      Attached hereto as Exhibit C is a true and correct copy of a document bearing the bates number LINA0219844, produced by Cigna during the course of discovery in this litigation (filed under seal).

5.     Attached hereto as Exhibit D is a true and correct copy of a document bearing the bates number LINA0206839, produced by Cigna during the course of discovery in this litigation (filed under seal).

6.     Attached hereto as Exhibit E is a true and correct copy of Relator's Deposition Notice of Defendant Cigna Corporation and Life Insurance Company of North America Pursuant to Fed. R. Civ. Pro. 30(b)(6).

7.     Attached hereto as Exhibit F is a true and correct copy of a privilege log produced to Defendant Cigna by Relator on June 17, 2008.

8.     Attached hereto as Exhibit G is a true and correct copy of a Letter from Tom Kimbrell to Christine Wichers, dated February 25, 2008.

9.     Attached hereto as Exhibit H is a true and correct copy of portions of the transcript of the deposition of Relator Dawn Barrett taken on June 26, 2008 (filed under seal).

10.    Attached hereto as Exhibit I is a true and correct copy of portions of the transcript of the deposition of Glenn Sklar, taken on July 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2008.

                          /s/ Carl. S. Nadler
                          Carl S. Nadler

## **CERTIFICATE OF SERVICE**

     I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 5, 2008.

                                            /s/ Carl S. Nadler
                                            Carl S. Nadler