# Exhibit F

# HellerEhrman LLP

June 17, 2008

*By E-Mail*

Thomas S. Kimbrell
Tom.Kimbrell@hellerehrman.com
Direct +1.202.912.2604
Main +1 (202) 912-2000
Fax +1 (202) 912-2020

Richard C. Abati
Choate, Hall & Stewart
Two International Place
Boston, MA  02110
United States of America

**Re:** *United States of America, ex rel. Barrett v. Cigna Corporation et al.*

Dear Rich:

Enclosed please find Relator's updated privilege log.

Very truly yours,

Thomas S. Kimbrell

Heller Ehrman LLP   1717 Rhode Island Avenue, NW,  Washington, D.C.  20036-3001  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.

*United States ex. rel. Barrett v. Cigna Corp.*
**Relator's Privilege Log – June 17, 2008**

| # | From | To | Date | Type | Subject | Privilege |
|---|------|-----|------|------|---------|-----------|
| 1 | Patrick Loughren (counsel for Relator) | Dawn Barrett | 10/06/2003 | Letter | Instructions on record keeping in connection with the case | Attorney-client communication; work product |
| 2 | Patrick Loughren (counsel for Relator) | Dawn Barrett | 11/05/2003 | Letter | Instructions on record keeping in connection with the case | Attorney-client communication; work product |
| 3 | Dawn Barrett | Patrick Loughren (counsel for Relator) | 06/09/2004 | Facsimile | Communication transmitting materials regarding case | Attorney-client communication; work product |
| 4 | Dawn Barrett | Patrick Loughren (counsel for Relator) | 10/07/2004 | Facsimile | Communication transmitting materials regarding case | Attorney-client communication; work product |
| 5 | Patrick Loughren (counsel for Relator) | Dawn Barrett | 05/11/2005 | Letter | Communication regarding Motion to Seal | Attorney-client communication; work product |
| 6 | Patrick Loughren (counsel for Relator) | Dawn Barrett | 05/24/2005 | Letter | Communication regarding Defendants' Motion to Dismiss | Attorney-client communication; work product |
| 7 | Dawn Barrett | Patrick Loughren (counsel for Relator) | 09/13/2005 | E-mail | Communication regarding Defendants' Motion to Dismiss | Attorney-client communication; work product |
| 8 | Dawn Barrett | Patrick Loughren (counsel for Relator) | 10/13/2006 | E-mail | Address for correspondence | Attorney-client communication |
| 9 | Patrick Loughren (counsel for Relator) | Dawn Barrett | 10/13/2006 | E-mail | Communication regarding Defendants' Motion to Dismiss; instructions regarding communications during case | Attorney-client communication; work product |
| 10 | Mary Louise Cohen (counsel for Relator) | Attorney General John Ashcroft | 11/26/2003 | Memorandum | Memorandum concerning allegations in Complaint containing attorneys' mental impressions | Joint Prosecution; attorney-client communication; work product |
| 11 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | BAR000851 with handwritten notes | DMS Weekly Outlier report | Attorney-client communication; work product |
| 12 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | BAR000852 with handwritten notes | SSDI Third Party Vendors | Attorney-client communication; work product |
| 13 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | BAR000858 with handwritten notes | CIGNA Case Manager Report | Attorney-client communication; work product |
| 14 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | BAR000863 with handwritten notes | SSDI requirements | Attorney-client communication; work product |
| 15 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | BAR000990 with handwritten notes | Overpayment Recovery Guidelines | Attorney-client communication; work product |
| 16 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | Handwritten notes | SSDI applications | Attorney-client communication; work product |
| 17 | Dawn Barrett | Mary Louise Cohen (counsel for Relator) | Prior to 11/25/03 | Handwritten notes | CIGNA organization | Attorney-client communication; work product |
| 18 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 11/07/2003 | E-mail | Draft Cigna Complaint and disclosures | Joint Prosecution; attorney-client communication; work product |
| 19 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 11/07/2003 | Draft Complaint | Communication regarding Draft Complaint and Disclosures | Joint Prosecution; attorney-client communication; work product |
| 20 | Mary Louise Cohen (counsel for Relator) | United States Attorney Michael Sullivan | 11/26/2003 | Memorandum | Memorandum concerning allegations in Complaint containing attorneys' mental Impressions (copy) | Joint Prosecution; attorney-client communication; work product |
| 21 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 1/13/2004 | Memorandum | Memorandum concerning allegations in Complaint containing attorneys' mental impressions (copy) | Joint Prosecution; attorney-client communication; work product |
| 22 | Mary Louise Cohen (counsel for Relator) | Michal Tingle, Department of Justice | 1/14/2004 | Memorandum | Memorandum concerning allegations in Complaint containing attorneys' mental Impressions (copy) | Joint Prosecution; attorney-client communication; work product |
| 23 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 3/27/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 24 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/3/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 25 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/5/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 26 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/19/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 27 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/19/2004 | E-Mail | Communication regarding meeting and telephone in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 28 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/19/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 29 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/23/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 30 | Mary Louise Cohen (counsel for Relator) | Assistant United States Attorney Jeremy Sternberg | 4/27/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |

*United States ex. rel. Barrett v. Cigna Corp.*
**Relator's Privilege Log -- June 17, 2008**

| # | | | | | |
|---|---|---|---|---|---|
| 31 | Mary Louise Cohen (counsel for Relator), Sternberg | Assistant United States Attorney Jeremy | 4/27/2004 | E-Mail | Communication regarding meeting in connection with Barrett v. Cigna | Joint Prosecution; attorney-client communication; work product |
| 32 | Mary Louise Cohen (counsel for Relator), Dean Zerbe | | 2/6/2004 | E-Mail | Social Security Issues containing attorneys' mental impressions | Work Product; Joint Prosecution Privilege |
| 33 | Patrick Loughren (counsel for Relator), Linda Fullerton | | 3/20/2005 | E-Mail | Social Security and Long Term Disability issues containing attorneys' mental impressions | Work Product; Joint Prosecution Privilege |

*As of June 17, 2008*