# Exhibit G

# HellerEhrman LLP

February 25, 2008

Thomas S. Kimbrell
Tom.Kimbrell@hellerehrman.com
Direct +1.202.912.2604
Main +1 (202) 912-2000
Fax +1 (202) 912-2020

*By E-Mail*

Christine J. Wichers
Choate, Hall & Stewart
Two International Place
Boston, MA  02110
United States of America

Re:  *United States of America, ex rel. Barrett v. Cigna Corporation et al.*

Dear Christine:

    I write in response to your request that Relator identify the basis for her understanding that her written disclosure statement to the Government is privileged. As a preliminary matter, many of the cases cited in your February 15, 2008 letter to Carl Nadler do not support your contention that a Relator's disclosure statement is "discoverable." Moreover, courts have repeatedly held that a Relator's disclosure statement and communications with the Government are shielded from discovery as classic attorney work product, *see e.g. United States ex rel. Bagley v. TRW, Inc.*, 212 F.R.D. 554, 560-62 (C.D. Cal. 2003); *United States ex rel. Hunt v. Merck-Medco Managed Care, LLC*, No. 00-CV-737, 2004 U.S. Dist. LEXIS 7152, *7 (E.D. Pa. Apr. 21, 2004), and are also protected by the joint prosecution privilege, *see e.g. United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am.*, No. 99-3298, 2004 U.S. Dist. LEXIS 18747, *17 (D.D.C. May 17, 2004); *United States ex rel. Purcell v. MWI Corp.*, 209 F.R.D. 21, 27 (D.D.C. 2002). Finally, in the factually similar UnumProvident case (Civil Action No. 03-11699-PBS), the District of Massachusetts summarily denied defendants' motion to compel the production of Relator's disclosure statement.

    Accordingly, Relator does not intend to produce her written disclosure in this matter. Please do not hesitate to contact me if you have any additional questions or concerns.

Very truly yours,

*Thomas S. Kimbrell*

Thomas S. Kimbrell

Heller Ehrman LLP  1717 Rhode Island Avenue, NW,  Washington, D.C.  20036-3001  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.