UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DAWN BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION and LIFE<br>INSURANCE COMPANY OF NORTH<br>AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12382-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO SEAL RELATOR'S OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY AND EXHIBITS TO THE DECLARATION OF CARL S. NADLER IN SUPPORT THEREOF

Pursuant to Local Rule 7.2 and Paragraph 18 of the Confidentiality Stipulation and Order (Docket #91) ("Confidentiality Order"), Relator Dawn Barrett hereby moves to seal or impound the unredacted version of her Opposition to Defendants' motion to stay discovery and Exhibits B, C, D, and H to the Declaration of Carl S. Nadler in Support thereof. In support of this motion, Relator states as follows:

  1. With this motion to seal, Relator is filing an unredacted copy of her Opposition and Exhibits B, C, D, and H to the Declaration of Carl S. Nadler. The exhibits are documents produced by Defendant Life Insurance Company of North America ("LINA") and designated Confidential or Highly Confidential pursuant to the Confidentiality Order and excerpts from a Highly Confidential-designated deposition. The Confidentiality Order in this case provides that all materials designed Confidential or Highly Confidential be filed under seal.

2. Relator requests under paragraph 18 of the Confidentiality Order that the unredacted Opposition and Exhibits B, C, D, and H thereto remain impounded until further order of this Court. Should this Court lift the impoundment order, Relator requests that the impounded documents be returned to her so that she may be assured that they are disposed of in accordance with the Confidentiality Order.

3. The Confidentiality Order relieved the parties of the obligation to file their motion to seal or impound prior to the filing of the materials sought to be impounded.

4. Under the Confidentiality Order, the parties agreed in advanced that they would assent to any motion by the other party to impound materials.

For these reasons, Relator requests that the attached unredacted Reply and Exhibits B, C, D, and H to the Declaration of Carl S. Nadler in Support of Relator's Reply be impounded until further order of the Court.

Dated: September 5, 2008                                    Respectfully submitted,

                                                            /s/ Carl. S. Nadler
                                                            Carl S. Nadler

Mary Louise Cohen                                           Peter B. Krupp, B.B.O. #548112
Colette G. Matzzie                                          LURIE & KRUPP, LLP
PHILLIPS AND COHEN LLP                                      One McKinley Square
2000 Massachusetts Ave., NW                                 Boston, MA 02109
Washington, DC 20036                                        Tel: (617) 367-1970
Tel: (202) 833-4567                                         Fax: (617) 367-1971
Fax: (202) 833-1815

Carl S. Nadler
Stuart M. Rennert
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

                                                            *Counsel for Dawn Barrett*

**CERTIFICATE OF CONFERENCE**

I, Carl S. Nadler, hereby certify that I have complied with the requirements of Local Rule 7.1(a)(2). Pursuant to ¶ 18(b) of the Confidentiality Order, Defendants have agreed in advance that they assent to the impoundment of materials designated Confidential or Highly Confidential. I therefore represent this motion as assented-to.

/s/ Carl S. Nadler
Carl S. Nadler

**CERTIFICATE OF SERVICE**

I, Carl S. Nadler, hereby certify that this document, without attachments, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 5, 2008. The under-seal documents attached to this motion will be sent on September 5, 2008, by e-mail and overnight delivery to the following:

Christine Wichers (cwichers@choate.com)
Richard C. Abati (rabati@choate.com)
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

/s/ Carl S. Nadler
Carl S. Nadler