UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12382

| Dawn Barrett | Cigna Corp. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Krupp | Mitch Kaplan |
| Thomas Kimbrell | Richard Abati |
| Carl Nadler | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/15/08 | Court allows the pending motion to seal two exhibits (docket no. 121).  Court goes over the posture of the case with the parties.  Court listens to the parties as to when the court should take up the defendant's motion to dismiss or in the alternative for summary judgment.  Court also listens to the parties on all other pending motions.  Court allows the motion to stay discovery in part and denies in part.  Court denies the motion to compel without prejudice.  Court allows the motion to compel in part and orders the parties to confer and file a proposed schedule that will permit the limited discovery ordered by the court and a briefing schedule whereby the motion to dismiss is fully briefed by 12/5/2008 with a hearing on the afternoon of 12/18/08 at 3:00 pm.  Court orders the parties to work on the other discovery issues as well. |