```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
    ex rel.                     )
DAWN BARRETT,                   )
       Plaintiffs,              )
                           )
       v.                      )  C.A. NO. 03-12382-MLW
                           )
CIGNA CORPORATION and           )
LIFE INSURANCE COMPANY OF       )
    NORTH AMERICA,              )
       Defendants               )

## ORDER

WOLF, D.J.                                      September 17, 2008

      For the reasons stated in court on September 15, 2008, it is hereby ORDERED that:

      1. Defendants' Motion for Impoundment of Confidential Information (Docket No. 93) is ALLOWED.

      2. Defendants' Motion to Stay Discovery (Docket No. 144) is ALLOWED except as otherwise provided in this Order.

      3. Defendants' Motion for Protective Order Governing Claimant Contact (Docket No. 94) is ALLOWED.

      4. The Motions to Compel (Docket Nos. 110 and 118) by Relator Dawn Barrett ("Barrett") are DENIED without prejudice to being revised and renewed if the pending motion to dismiss is denied.

      5. By September 22, 2008, the parties shall confer and jointly submit a schedule for the resolution of defendants' Motion to Dismiss for Lack of Jurisdiction or in the Alternative for Summary Judgment Due to Lack of Scienter (Docket No. 141), including a

description of the limited discovery reasonably necessary for Barrett to respond to that motion. Any such discovery shall be completed, and the motion fully briefed, by December 5, 2008.

    6. A hearing on the motion to dismiss will be held on December 18, 2008, at 3:00 p.m.

                                        /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE